Report

*edules*

| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | **Employee ID:** | **Home Account** | | **Today's Date:** | |
| Boccignone, Lisa Maria | 36013681 | 227010/36122150/NONE/NONE | | 3/26/2006 | |
| **Date Range:** | **Start Date:** | **End Date:** | | | |
| Previous Pay Period | 3/12/2006 | 3/25/2006 | | | |

| In | Out | Pay Code | Total Adj. | Account | Work Rule | Shift Total | |
|---|---|---|---|---|---|---|---|
| 3:00 PM | 7:00 PM | Con Secutive | | 227010//////// | | 4:00 | |
| 3 7:00 PM | 7:00 AM | weekends | | 227010//////// | | 12:00 | |
| 9 3:00 PM | 11:00 PM | Double back | | 227010//////// | | 8:00 | |
| :1 7:00 PM | 11:00 PM | | | 227010//////// | | 4:00 | |
| 22 7:00 PM | 7:00 AM | | | 117010//////// | | 12:00 | |
| 23 3:00 PM | 11:00 PM | Double back | | 117010//////// | | 8:00 | |
| 23 11:00 PM | 7:00 AM | | | 117010//////// | | 6:00 | |
| 4 7:00 PM | 7:00 AM | consecutive | | 227010//////// | | 12:00 | |
| 25 7:00 PM | 7:00 AM | weekends | | 227010//////// | | 12:00 | |

80hs total

**rs**

**imary**

Employee Name:
Boccignone, Lisa
Maria

Employee ID:
36013681

227010/36122150/NONE/NONE

Today's Date:
3/26/2006

Date Range:
Previous Pay Period

Start Date:
3/12/2006

End Date:
3/25/2006

| | Pay Code | Hours | Amount | Wages |
|---|---|---|---|---|
| **it**<br>6122150/NONE/NONE/// | 130-Base Pay 100-2 | 7:45 | | |
| | 140-Base Pay 100-3 | 16:00 | | |
| | 239-Dbltime 220-1 | 3:30 | | |
| 16122150/NONE/NONE/// | 110-Base Pay 100-1 | 0:30 | | |
| | 130-Base Pay 100-2 | 16:30 | | |
| | 139-Weekend 301-1 | 20:45 | | |
| | 140-Base Pay 100-3 | 15:45 | | |
| | 219-Overtime 210-1 | 7:45 | | |
| | 239-Dbltime 220-1 | 0:45 | | |

74.575

# *ʋrs Detail*

| Em~~vee Name: | Employee ID: | Home Account | | Today's Date: |
|---|---|---|---|---|
| Boc~~gnone, Lisa Maria | 36013681 | 227010/3~ .2150/NONE/NONE | | 3/26/2006 |
| Date Range: | Start Date: | End Date: | | |
| Previous Pay Period | 3/12/2006 | 3/25/2006 | | |

| Account/Work Rule | Start Time | Start Exc | Stop Time | Stop Exc | Entered Amount | Totaled Amount | Money Amount | 110-Base Pay 1 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 4:45 | | 0:15 |
| | 2:47 PM | E | 7:30 PM | L | 0:00 | 11:45 | | |
| | 6:51 PM | E | 7:23 AM | L | 0:00 | 1:00 | | 0:15 |
| 3 | 2:57 PM | | 3:54 PM | E | 0:00 | 11:45 | | |
| 9 | 7:01 PM | | 7:13 AM | L | 0:00 | 11:45 | | |
| :1 | 7:01 PM | | 7:14 AM | L | 0:00 | 15:30 | | |
| 22 | 3:10 PM | L | 7:41 AM | LL | 0:00 | 12:00 | | |
| 23 | 6:56 PM | | 7:23 AM | L | 0:00 | 0:00 | | 0:00 |
| 4 | 6:54 PM | E | | M | 0:00 | | | |
| 25 | | | | | | | | |

80.5 hrs total

$3461.50
Before taxes
& deductions

Mills-Peninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

## STATEMENT OF EARNINGS AND DEDUCTIONS

| EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|---|
| Lisa Maria Boccignone | | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 03/12/2006 | 03/25/2006 | S-03 | S-03 | 03/31/2006 | 173067 |

| ESL | PTO | | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|---|
| 46.41 | 23.46 | | 5,444.17 | 27,085.79 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 40.25 | 51.000 | 2,052.75 | 19,507.36 |
| Educ Reimb Ntxbl | | | | 75.00 |
| Educ-Voluntary | | | | 351.12 |
| Holiday Worked | | | | 825.24 |
| PTO Scheduled | | | | 1,560.04 |
| GTL-Imputed | | | | 21.25 |
| Base Pay | | 43.880 | 4.25 | |
| Doubletime | 0.25 | 94.160 | 10.97 | |
| Weekend Diff | 0.25 | 1.500 | 43.88 | |
| Base Pay | 33.25 | 47.840 | 23.54 | 243.78 |
| Overtime | 32.25 | 69.255 | 1,542.84 | 2,149.03 |
| Doubletime | 4.50 | 94.622 | 1,073.46 | 194.51 |
| Weekend Diff | 15.25 | 8.250 | 425.60 | 1,985.00 |
| MissdBK | 20.00 | 1.500 | 165.00 | 233.00 |
| | 2.00 | 47.840 | 95.68 | 183.46 |

| | TOTAL EARNINGS | | $5,444.17 | $27,085.79 |
|---|---|---|---|---|

### DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 254.22 | 1,292.19 |
| Ca State Dis Tax | 43.52 | 215.92 |
| Federal Inc Tax | 721.31 | 3,663.72 |
| Soc Sec (OASDI) | 337.54 | 1,674.67 |
| Medicare (HI) | 78.94 | 391.66 |
| Lincoln TDA | 1,633.25 | 6,656.30 |
| CNA Dues | 38.84 | 233.04 |

| | TOTAL DEDUCTIONS | $3,107.62 | $14,127.50 |
|---|---|---|---|
| | TOTAL NET PAY | $2,332.30 | $12,937.04 |

### DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $2,332.30 | Checking | *****4-14846 |

| | | |
|---|---|---|
| $2,332.30 | TOTAL DIRECT DEPOSITS | |

# STATEMENT OF EARNINGS AND DEDUCTIONS

1720 El Camino Real
Burlingame, CA 94010

| EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|---|
| Lisa Maria Bocsignone' | | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ADVICE NUMBER |
|---|---|---|---|
| 04/09/2006 | 04/22/2006 | S-03 | 177179 |

| ESL | PTO | | ST WH | PAY DATE |
|---|---|---|---|---|
| 49.81 | 8.55 | | S-03 | 04/28/2006 |

| | | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|
| | | 3,189.47 | 34,891.25 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 24.00 | 51.000 | 1,224.00 | 25,191.30 |
| Educ Reimb Ntxb | | | | 75.00 |
| Weekend Diff | | | | 165.00 |
| Educ-Voluntary | | | | 351.12 |
| Holiday Worked | | | | 825.24 |
| Double-time | | | | 2,999.61 |
| Overtime | | | 4.25 | 2,711.60 |
| GTL-Imputed | 20.00 | 1.500 | 30.00 | 29.75 |
| Weekend Diff | 20.00 | 1.750 | 35.00 | 321.79 |
| Prev-use Diff | 27.80 | 43.890 | 1,220.14 | 35.00 |
| PTO Scheduled | 12.00 | 47.840 | 574.08 | 2,600.18 |
| Base Pay | 2.00 | 51.000 | 102.00 | |
| MiscellBk | | | | 285.46 |

| TOTAL EARNINGS | $3,189.47 | $34,891.25 |
|---|---|---|

## DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $1,504.14 | Checking | ****-14946 |

| TOTAL DIRECT DEPOSITS | $1,504.14 |
|---|---|

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 107.44 | 1,599.94 |
| Ca State Dis Tax | 25.48 | 278.29 |
| Federal Inc Tax | 303.48 | 4,531.19 |
| Soc Sec (OASDI) | 197.75 | 2,158.61 |
| Medicare (HI) | 46.25 | 504.84 |
| Lincoln TDA | 956.84 | 8,997.34 |
| CNA Dues | 38.84 | 310.72 |

| TOTAL DEDUCTIONS | $1,681.08 | $18,381.53 |
|---|---|---|
| TOTAL NET PAY | $1,504.14 | $16,479.97 |

MillsPeninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

## STATEMENT OF EARNINGS AND DEDUCTIONS

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|
| Lisa Maria Boccignone | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 05/07/2006 | 05/20/2006 | S-03 | S-03 | 05/26/2006 | 181279 |

| ESL | PTO | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|
| 53.42 | 12.22 | 3,787.03 | 45,213.94 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y.T.D. AMOUNT |
|---|---|---|---|---|
| Base Pay | 40.00 | 51.000 | 2,040.00 | 32,028.64 |
| Encore/Comp Diff | | | | 35.00 |
| Educ Reimb Ntxbl | | | | 75.00 |
| Inservice Pay | | | | 131.67 |
| Weekend Diff | | 1.500 | | 165.00 |
| Educ-Voluntary | | | | 351.12 |
| Holiday Worked | | | | 825.24 |
| Overtime | | | 4.25 | 5,152.69 |
| GTL-Imputed | 16.00 | 43.840 | 24.00 | 38.69 |
| Weekend Diff | 1.00 | 47.848 | 43.89 | 405.79 |
| Base Pay | 20.00 | 43.890 | 956.80 | |
| Base Pay | 12.00 | 43.890 | 526.68 | 3,326.86 |
| PTO Scheduled | 1.50 | 93.607 | 140.41 | 2,240.22 |
| Doubletime | 1.00 | 51.000 | 51.00 | 438.46 |
| MissedBK | | | | |

| | TOTAL EARNINGS | | $3,787.03 | $45,213.94 |

### DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y.T.D AMT |
|---|---|---|
| Ca State Inc Tax | 146.34 | 2,071.56 |
| Ca State Dis Tax | 30.27 | 360.81 |
| Federal Inc Tax | 413.05 | 5,879.48 |
| Soc Sec (OASDI) | 234.79 | 2,798.61 |
| Medicare (HI) | 54.91 | 654.51 |
| Lincoln TDA | 1,136.11 | 12,094.75 |
| CNA Dues | 38.84 | 388.40 |

| TOTAL DEDUCTIONS | $2,054.31 | $24,248.12 |
| TOTAL NET PAY | $1,728.47 | $20,972.57 |

### DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $1,728.47 | Checking | *****4-14846 |

| $1,728.47 | TOTAL DIRECT DEPOSITS |

# STATEMENT OF EARNINGS AND DEDUCTIONS

NHS/Perisher Health Care Inc.
1720 El Camino Real
Burlingame, CA 94010

| EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|---|
| Lisa Maria Boccignone | | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 05/21/2006 | 06/03/2006 | S-03 | S-03 | 06/09/2006 | 183315 |

| ESL | PTO |
|---|---|
| 55.12 | 6.88 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y · T · D AMOUNT |
|---|---|---|---|---|
| Base Pay | 40.00 | 51.000 | 2,040.00 | 35,025.44 |
| Preceptor Diff | | | | 55.00 |
| Educ Reimb Nonb | | | | 75.00 |
| Inservice Pay | | | | 131.67 |
| Weekend Diff | | | | 165.00 |
| Educ-Voluntary | | | | 351.12 |
| Base Pay | | | | 3,853.54 |
| PTO Scheduled | 20.00 | 47.840 | 956.80 | 429.79 |
| Weekend Diff | 12.00 | 43.890 | 526.68 | 42.50 |
| GTL-Imputed | 16.00 | 1.500 | 24.00 | 5,152.69 |
| Overtime | | | 4.25 | 2,240.22 |
| Doubletime | | | | 640.24 |
| Holiday Worked | | | | 438.46 |
| MiscedBK | | | | |

| | | | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|---|
| TOTAL EARNINGS | | | $3,551.73 | 3,551.73 | 48,765.67 |

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y · T · D AMT |
|---|---|---|
| Ca State Inc Tax | 131.02 | 2,202.58 |
| Ca State Dis Tax | 28.38 | 389.19 |
| Federal Inc Tax | 371.87 | 6,251.35 |
| Soc Sec (OASDI) | 220.21 | 3,018.82 |
| Medicare (HI) | 51.50 | 706.01 |
| Lincoln TDA | 1,065.52 | 13,160.27 |
| CNA Dues | 38.84 | 427.24 |

| | CURRENT AMT | Y · T · D AMT |
|---|---|---|
| TOTAL DEDUCTIONS | $1,907.34 | $26,155.46 |
| TOTAL NET PAY | $1,640.14 | $22,557.71 |

## DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $1,640.14 | Checking | ****4-14846 |

| | |
|---|---|
| TOTAL DIRECT DEPOSITS | $1,640.14 |



NHS-Peninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

## STATEMENT OF EARNINGS AND DEDUCTIONS

**EMPLOYEE NAME:** Lisa Maria Boccignone

| SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|
| XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 06/04/2006 | 06/17/2006 | S-03 | S-03 | 06/23/2006 | 185237 |

| EST. | PTO |
|---|---|
| 56.61 | 6.69 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 28.00 | 51.000 | 1,428.00 | 37,778.48 |
| Precept/Differ | | | 38.00 | 75.00 |
| Educ/Remot Ntbl | | | | 131.67 |
| Inservice Pay | | | | 185.00 |
| Weekend Diff | | | | 351.12 |
| Educ-Voluntary | | | | |
| Base Pay | 16.00 | 47.840 | 765.44 | |
| Base Pay | 12.75 | 43.890 | 559.60 | 4,138.83 |
| PTO Scheduled | 6.50 | 43.891 | 285.29 | 459.79 |
| Weekend Diff | 20.00 | 1.500 | 30.00 | 20.00 |
| Charge Time | 8.00 | 2.500 | 20.00 | 14.00 |
| Relief Charge | 8.00 | 1.750 | 14.00 | 46.75 |
| GTL-Imputed | | | 4.25 | 5,192.99 |
| Overtime | | | | 2,240.22 |
| Doubletime | | | | 825.24 |
| Holiday Worked | | | | 438.46 |
| MissedBK | | | | |

| | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|
| TOTAL EARNINGS | 3,106.58 | 51,872.25 |
| | $3,106.58 | $51,872.25 |

### DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 102.04 | 2,304.62 |
| Ca State Dig Tax | 24.81 | 414.00 |
| Federal Inc Tax | 293.97 | 6,545.32 |
| Soc Sec (OASDI) | 192.61 | 3,211.43 |
| Medicare (HI) | 45.05 | 751.06 |
| Lincoln TDA | 931.97 | 14,092.24 |
| CNA Dues | 38.84 | 466.08 |

| | CURRENT | Y-T-D |
|---|---|---|
| TOTAL DEDUCTIONS | $1,629.29 | $27,784.75 |
| TOTAL NET PAY | $1,473.04 | $24,040.75 |

### DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $1,473.04 | Checking | ****4-14846 |

| | |
|---|---|
| TOTAL DIRECT DEPOSITS | $1,473.04 |

Time Detail

Use the browser's Print command to print this page.

Printed: 7/05/2006

**Time Period:** Previous Pay Period
**Dates:** 6/18/2006 - 7/01/2006

**Name:** Boccignone, Lisa Maria    **ID:** 36013681    **Pay Rule:** MPH CNA 12-40
**Primary Account(s):** 4/23/2006 - forever    360/36022/1/360227010/0/36036130265/2

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|---|---|---|---|---|---|---|---|---|---|---|
| Sun 6/18 | | 14:55 | | 7:28 | LE | | | 15.5 | 15.5 | |
| Mon 6/19 | | | | | | | | | 15.5 | |
| Tue 6/20 | | | | | | | | | 15.5 | |
| Wed 6/21 | | 18:56 ///360117010/// | | 7:01 | | | | | 11.5 | |
| Wed 6/21 | 814-BREAK PENALTY-SH 1 | | | | | | 1.0 | | 28.0 | |
| Thu 6/22 | | 18:56 | | 7:50 | LV | | | 12.25 | | |
| Thu 6/22 | MISSED MEAL | | | | | | 1.0 | | 41.25 | |
| Fri 6/23 | | | | | | | | | 41.25 | |
| Sat 6/24 | | | | | | | | | 41.25 | |
| Sun 6/25 | 732-EDUCATION NP-SH 1 | | | | | | 12.0 | | 53.25 | |
| Mon 6/26 | 732-EDUCATION NP-SH 1 | | | | | | 12.0 | | 65.25 | |
| Tue 6/27 | 732-EDUCATION NP-SH 1 | | | | | | 12.0 | | 77.25 | |
| Wed 6/28 | | | | | | | | | 77.25 | |
| Thu 6/29 | | | | | | | | | 77.25 | |
| Fri 6/30 | | 18:56 ///360117010/// | | 7:23 | LV | | | 12.0 | | |
| Fri 6/30 | MISSED BREAK | | | | | | 1.0 | | 90.25 | |
| Sat 7/01 | | 18:58 | | 7:23 | LV | | | 12.0 | 102.25 | |
| Totals | | | | | | 0.00 | 39.0 | 63.25 | 102.25 | |

*(handwritten note:)* Should be 16 hrs only on 1/2 hr break
*(handwritten note:)* double shift

**Account Summary**

| Account | Pay Code | Money | Hours |
|---|---|---|---|
| (x)360/36022/1/360117010/0/36036130265/2 | | | 8.0 |
| | 100-BASE-SH 2 | | 15.5 |
| | 100-BASE-SH 3 | | 8.0 |
| | 301-WEEKEND DIFF-1 | | |
| 360/36022/1/360227010/0/36036130265/2 | | | 15.5 |
| | 100-BASE-SH 2 | | 20.5 |
| | 100-BASE-SH 3 | | |

Time Detail

|  |  |
|---|---:|
|  | 3.75 |
| 220-DOUBLETIME-SH 1 | 19.5 |
| 301-WEEKEND DIFF-1 | 36.0 |
| 732-EDUCATION NP-SH 1 | 1.0 |
| 814-BREAK PENALTY-SH 1 | 1.0 |
| MISSED BREAK | 1.0 |
| MISSED MEAL | |

## Pay Code Summary

| Pay Code | Money | Hours |
|---|---:|---:|
|  |  | 23.5 |
|  |  | 36.0 |
| 100-BASE-SH 2 |  | 27.5 |
| 100-BASE-SH 3 |  | 3.75 |
| 301-WEEKEND DIFF-1 |  | 36.0 |
| 220-DOUBLETIME-SH 1 |  | 1.0 |
| 732-EDUCATION NP-SH 1 |  | 1.0 |
| 814-BREAK PENALTY-SH 1 |  | 1.0 |
| MISSED BREAK |  |  |
| MISSED MEAL |  |  |

**Totals** | 0.00 | 129.75 |

$5579.25

before taxes



Mills-Peninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

**STATEMENT OF EARNINGS AND DEDUCTIONS**

| EMPLOYEE NAME | | | | |
|---|---|---|---|---|
| Lisa Maria Boccignone | | | | |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|---|---|---|
| 06/18/2006 | 07/01/2006 | S-03 | S-03 | XXX-XX-1001 | 36013681 |

| ESL | PTO | | | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 58.50 | 15.58 | | | 07/07/2006 | 187360 |

| | | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|
| | | 4,979.36 | 56,851.61 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 36.00 | 51.000 | 1,836.00 | 40,738.72 |
| Relief Charge | | | | 16.00 |
| Charge Time | | | | 20.00 |
| Preceptor Diff | | | | 35.00 |
| Educ Reimb Nont | | | | 75.00 |
| Inservice | | | | 131.67 |
| Weekend Diff | | | | 165.50 |
| PTO Scheduled | | 27.50 | 4.25 | 826.24 |
| Holiday Worked | | 36.00 | 41.25 | 4,138.83 |
| Overtime | | | | 5,152.69 |
| GTL Imputed | | 23.50 | 1,580.24 | 51.00 |
| Weekend Diff | | 3.75 | 17.24 | 501.04 |
| Educ-Voluntary | | 1.00 | 349.69 | 1,501.16 |
| Base Pay | | 1.500 | | 2,589.91 |
| Doubletime | | 42.600 | 43.89 | 482.30 |
| Misc-BK | | 93.251 | | |
| | | 43.890 | | |

| | TOTAL EARNINGS | | $4,979.36 | $56,851.61 |
|---|---|---|---|---|

**DEDUCTIONS**

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 278.46 | 2,583.03 |
| Ca State Dis Tax | 39.80 | 453.80 |
| Federal Inc Tax | 794.30 | 7,339.62 |
| Soc Sec (OASDI) | 308.72 | 3,520.15 |
| Medicare (HI) | 72.20 | 823.26 |
| Lincoln TDA | 907.76 | 15,000.00 |
| CNA Dues | 38.84 | 504.92 |

| | TOTAL DEDUCTIONS | $2,440.08 | $30,224.83 |
|---|---|---|---|
| | TOTAL NET PAY | $2,535.03 | $26,575.78 |

**DIRECT DEPOSIT DISTRIBUTION**

| Deposit Amount | Description | Account Number |
|---|---|---|
| $2,535.03 | Checking | ****4-14846 |

| | TOTAL DIRECT DEPOSITS | $2,535.03 |
|---|---|---|



Mills-Peninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

## STATEMENT OF EARNINGS AND DEDUCTIONS

**EMPLOYEE NAME**
Lisa Maria Boccignone

| SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|
| XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED W/H | ST W/H | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 07/16/2006 | 07/29/2006 | S-03 | S-03 | 08/04/2006 | 191441 |

| ESL | PTO | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|
| 61.81 | 21.74 | 3,864.69 | 65,322.32 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 35.00 | 50.710 | 1,774.86 | 47,638.46 |
| Relief Charge | | | | 14.00 |
| Charge Time | | | | 20.00 |
| Preceptor Diff | | | | 35.00 |
| Educ Reimb Nxbl | | | | 75.00 |
| Inservice Pay | | | | 131.67 |
| Weekend Diff | | | | 155.00 |
| Base Pay | 24.00 | 54.060 | 1,297.44 | 3,131.96 |
| Doubletime | 4.00 | 98.240 | 392.96 | 4,534.25 |
| PTO Scheduled | 4.50 | 46.520 | 209.34 | 5,406.68 |
| Overtime | 1.50 | 72.380 | 108.57 | |
| Base Pay | 1.00 | 46.520 | 46.52 | 567.79 |
| GTL-Imputed | | | 36.75 | 59.50 |
| Weekend Diff | 20.50 | 1.500 | 4.25 | 1,931.16 |
| Educ-Voluntary | | | | 1,323.10 |
| Holiday Worked | | | | 482.35 |
| MiscEBK | | | | |

| | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| **TOTAL EARNINGS** | $3,864.69 | $85,322.32 |

### DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 259.22 | 3,170.47 |
| Ca State Dis Tax | 30.88 | 521.50 |
| Federal Inc Tax | 736.37 | 9,019.93 |
| Soc Sec (OASDI) | 239.61 | 4,045.33 |
| Medicare (HI) | 56.04 | 946.09 |
| Lincoln TDA | | 15,000.00 |
| CNA Dues | 41.32 | 587.56 |

| | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| **TOTAL DEDUCTIONS** | $1,363.44 | $33,290.88 |
| **TOTAL NET PAY** | $2,497.00 | $31,971.94 |

### DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $2,497.00 | Checking | *****-14846 |

| | | |
|---|---|---|
| $2,497.00 | **TOTAL DIRECT DEPOSITS** | |

nmula Health Services
Camino Real
ime, CA 94010

| EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | | EMPLOYEE NUMBER |
|---|---|---|---|---|
| Maria Boccignone | | XXX-XX-1001 | | 36013681 |

| RIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 8/13/2006 | 08/26/2006 | S-03 | S-03 | 09/01/2006 | 195516 |

| | PTO | | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|---|
| 64.91 | 26.85 | | 3,920.81 | 73,553.13 |

## EARNINGS

| UPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| ay | 32.00 | 54.060 | 1,729.92 | 53,711.33 |
| Charge | | | | 14.00 |
| Time | | | | 20.00 |
| tor Diff | | | | 35.00 |
| teimb Ntxbl | | | | 75.00 |
| ce Pay | | | | 131.67 |
| nd Diff | | | | 165.00 |
| y Worked | | | | 1,738.02 |
| Voluntary | | | | 2,233.54 |
| | | | | 5,732.41 |
| me | | | 4.25 | 68.00 |
| mputed | 24.00 | 1.500 | 36.00 | 646.54 |
| nd Diff | 20.00 | 50.710 | 1,014.20 | |
| ay | 15.00 | 46.520 | 697.80 | 4,829.67 |
| cheduled | 4.00 | 98.030 | 392.12 | 3,524.08 |
| etime | 1.00 | 46.520 | 46.52 | 528.87 |
| IBK | | | | |
| TOTAL EARNINGS | | | $3,920.81 | $73,553.13 |

## DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $2,527.45 | Checking | ****4-14846 |

| $2,527.45 | TOTAL DIRECT DEPOSITS |
|---|---|

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 284.44 | 3,735.55 |
| Ca State Dis Tax | 31.33 | 587.28 |
| Federal Inc Tax | 752.08 | 10,633.06 |
| Soc Sec (OASDI) | 243.09 | 4,555.64 |
| Medicare (HI) | 56.85 | 1,065.43 |
| Lincoln TDA | | 15,000.00 |
| CNA Dues | 41.32 | 670.20 |

| TOTAL DEDUCTIONS | $1,389.11 | $36,247.16 |
|---|---|---|
| TOTAL NET PAY | $2,527.45 | $37,237.97 |

# KRONOS – TIME AND ATTENDANCE EXCEPTIONS

**BOCCIGNONE, LISA MARIA**
117010

| Date and Day | Problem Forgot to swipe IN @ Time | Forgot to swipe OUT @ Time | PTO/EL BL/JD | Missed Meal Day | PM | Noc | DCH/ RCH | COMMENTS | Charge Nurse Initial for missed meal |
|---|---|---|---|---|---|---|---|---|---|
| SUN 12 | | | | | | | | | |
| MON 13 | | | | | | | | | |
| TUE 14 | | | | | | | | | |
| WED 15 | | | | | | | | | |
| THUR 16 | | | | | | | | | |
| FRI 17 | 15-17 | 4½ hrs | Q lunch | | | | 4½ O break | | |
| SAT 18 | 19-07³⁰ | 12 hrs | ½ lunch | | | | 12⁰ | | |
| SUN 19 | 15-16 | Over Staffed | double time | | | volunteered to leave early | 12⁰ | | |
| MON 20 | 19⁰⁰-07³⁰ pen | 12⁰ | ½ lunch | | | | 12⁰ | | |
| TUES 21 | 19⁰⁰-07 | | | | | | | | |
| WE 22 | 19⁰⁰-07³⁰ pen | 12⁰ | ½ lunch | | | | 12⁰ | | |
| THUR 23 | 15⁰⁰-07³⁰ Min5/hr | Double / double brck | | | | 12⁰ ½ lunch | | |
| FRI 24 | 19⁰⁰-07³⁰ pen | consecutive weekends | 12⁰ ½ lunch | | | | | | |
| SAT 25 | 19⁰⁰-07³⁰ pen | consecutive weekends | 12⁰ ½ lunch | | | | | | |

Employee Signature _Lisa Maria Boccignone RN_

**Please read:** Complete above if you forgot to swipe IN and OUT; or if you forgot to swipe during guideline, document any missed lunch breaks or rest periods. Following guideline, document any missed lunch breaks or rest periods.
you FLOATED. Following guideline, document any missed lunch breaks or rest periods. Please change cost center when

# KRONOS – TIME AND ATTENDANCE EXCEPTIONS

| Date and Day | Problem Forgot to swipe IN @ Time | Forgot to swipe OUT @ Time | PTO/EL BL/JD | Missed Meal Day | PM | Noc | DCH/ RCH | COMMENTS | Charge Nurse Initial for missed meal |
|---|---|---|---|---|---|---|---|---|---|
| SUN 2 | 1900 — | 0730 | 12° | | | | | | |
| MON 3 | 1900 — | 0730 | 12° | | | | | | |
| TUE 4 | Holiday pay 1900 | 0730 | Holiday PAY 12° | | | | | | |
| WED 5 | 1900 | 0730 | 12° | | | | | | |
| THUR 6 | off | | | | | | | | |
| FRI 7 | off | | | | | | | | |
| SAT 8 | off | | | | | | | | |
| SUN 9 | off | | | | | | | | |
| MON 10 | off | | | | | | | | |
| TUES 11 | off 0400 | 15.30 | | Extra Shift 24/7.5 etcalls | | | | | BJL |
| WE 12 | off — | 0730 | 12° | no meal no brds | | | | | |
| THUR 13 | off | | | | | | | | |
| FRI 14 | 1900 — | 0730 | 12° | | | | | | |
| SAT 15 | 1900 — | 0730 | 12° | | | | | | |

Please read: Complete above if you forgot to swipe IN and OUT; or if you forgot to charge cost center when you FLOATED. Following guideline, document any missed lunch breaks or rest periods.

Employee Signature _Lisa Maria Boccignone RN_

**BOCCIGNONE, LISA MARIA**
117010

Accrual Balances and Projections

Use the browser's Print command to print this page.

Date Selected: 7/01/2006
Name: Boccignone, Lisa Maria

Printed: 7/01/2006
ID: 36013681

| Accrual Code | Accrual Type | Period Ending Balance | Furthest Projected Taking Date | Projected Takings | Projected Credits | Projected Balance | Balance w/o Proj. Credits |
|---|---|---|---|---|---|---|---|
| | | | | 0.0 | 0.0 | 78.5 | 78.5 |
| EDL | Hour | 78.5 | 7/01/2006 | 0.0 | 0.0 | 56.62 | 56.62 |
| ESL | Hour | 56.62 | 7/01/2006 | 0.0 | 0.0 | 6.68 | 6.68 |
| PTO | Hour | 6.68 | 7/01/2006 | | | | |

Time Detail

Time Detail

Use the browser's Print command to print this page.

Printed: 7/01/2006

**Time Period:** Current Pay Period
**Dates:** 6/18/2006 - 7/01/2006

**Name:** Boccignone, Lisa Maria     **ID:** 36013681     **Pay Rule:** MPH CNA 12-40

**Primary Account(s):**     4/23/2006 - forever   360/36022/1/360227010/0/36036130265/2

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|------|----------|----------|--------|-----------|---------|------|----------------|----------------|------------------|---------|
| Sun 6/18 | | 14:55 | | 7:28 | LE | | | 15.5 | 15.5 | |
| Mon 6/19 | | | | | | | | | 15.5 | |
| Tue 6/20 | | | | | | | | | 15.5 | |
| Wed 6/21 | | 18:56 | | 7:01 | | | | 11.5 | 27.0 | |
| | | ///360117010/// | | | | | | | | |
| Thu 6/22 | | 18:56 | | 7:50 | LV | | | 12.25 | | |
| Thu 6/22 | MISSED MEAL | | | | | 1.0 | | | 40.25 | |
| Fri 6/23 | | | | | | | | | 40.25 | |
| Sat 6/24 | | | | | | | | | 40.25 | |
| Sun 6/25 | | | | | | | | | 40.25 | |
| Mon 6/26 | | | | | | | | | 40.25 | |
| Tue 6/27 | | | | | | | | | 40.25 | |
| Wed 6/28 | | | | | | | | | 40.25 | |
| Thu 6/29 | | | | | | | | 0.0 | | |
| Fri 6/30 | | 18:56 | | | | | | | | |
| | | ///360117010/// | | | | | | | | |
| Fri 6/30 | MISSED BREAK | | | | | 1.0 | | | 41.25 | |
| Sat 7/01 | | | | | | | | | 41.25 | |
| **Totals** | | | | | | 0.00 | 2.0 | 39.25 | 41.25 | |

**Account Summary**

| Account | Pay Code | Money | Hours |
|---------|----------|-------|-------|
| (x)360/36022/1/360117010/0/36036130265/2 | | | 4.0 |
| | 100-BASE-SH 2 | | 7.5 |
| | 100-BASE-SH 3 | | |
| 360/36022/1/360227010/0/36036130265/2 | | | 11.5 |
| | 100-BASE-SH 2 | | 12.5 |
| | 100-BASE-SH 3 | | 3.75 |
| | 220-DOUBLETIME-SH 1 | | 7.5 |
| | 301-WEEKEND DIFF-1 | | 1.0 |
| | MISSED BREAK | | 1.0 |
| | MISSED MEAL | | |

**Pay Code Summary**

| Pay Code | Money | Hours |
|----------|-------|-------|
| | | 15.5 |
| 100-BASE-SH 2 | | |

Time Detail

|  |  |  | 20.0 |
|---|---|---|---|
| 100-BASE-SH 3 |  |  | 3.75 |
| 220-DOUBLETIME-SH 1 |  |  | 7.5 |
| 301-WEEKEND DIFF-1 |  |  | 1.0 |
| MISSED BREAK |  |  | 1.0 |
| MISSED MEAL |  |  |  |
|  |  | 0.00 | 48.75 |

Totals

Time Detail

**Time Detail**

Use the browser's Print command to print this page

Printed: 6/22/2006

**Time Period:** Previous Pay Period
**Dates:** 6/04/2006 - 6/17/2006

**Name:** Boccignone, Lisa Maria     **ID:** 36013681     **Pay Rule:** MPH CNA 12-40
**Primary Account(s):**     4/23/2006 - forever    360/36022/1/360227010/0/36036130265/2

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|------|----------|----------|--------|-----------|---------|------|----------------|----------------|------------------|---------|
| Sun 6/04 | | 18:54 | | 7:23 | LV | | | 12.0 | 12.0 | |
| Mon 6/05 | 600-PTO SCHD-SH 1 | | | | | | 6.5 | | 18.5 | |
| Tue 6/06 | | 7:48 | | 15:14 | | | | 7.0 | 25.5 | |
| Wed 6/07 | | 8:00 | | 14:21 | | | | 5.75 | 31.25 | |
| Thu 6/08 | | | | | | | | | 31.25 | |
| Fri 6/09 | | | | | | | | | 31.25 | |
| Sat 6/10 | | | | | | | | | 31.25 | |
| Sun 6/11 | | | | | | | | | 31.25 | |
| Mon 6/12 | | | | | | | | | 31.25 | |
| Tue 6/13 | | | | | | | | | 31.25 | |
| Wed 6/14 | | 18:58 | | 7:23 | LV | | | 12.0 | 43.25 | |
| | | ///360117010/// | | | | | | | 43.25 | |
| Thu 6/15 | | | | | | | | | | |
| Fri 6/16 | | 18:56 | | [23:00] | | | | | | |
| Fri 6/16 | | [23:00] | | 23:28 | | | | | | |
| | | ///360117010/// | | | | | | | | |
| Fri 6/16 | | 23:28 | | 7:25 | LV | | | 12.0 | | |
| | MPH CNA 12-40 DESIGNATED CHARGE | | | | | | | | | |
| Fri 6/16 | 308-RELIEF CHARGE | | | | | 8.0 | | | | |
| Fri 6/16 | MISSED BREAK | | | | | 1.0 | | | 64.25 | |
| Sat 6/17 | | 18:55 | | 3:23 | EV | | | 8.0 | 72.25 | |
| | | | | | | | | | 72.25 | |
| | | | | | | 0.00 | 15.5 | 56.75 | 72.25 | |

**Totals**

**Account Summary**

| Account | Pay Code | Money | Hours |
|---------|----------|-------|-------|
| (x)360/36022/1/360117010/0/36036130265/2 | | | 4.0 |
| | 100-BASE-SH 2 | | 16.0 |
| | 100-BASE-SH 3 | | 8.0 |
| | 301-WEEKEND DIFF-1 | | 8.0 |
| | 310-CHARGE TIME | | |
| 360/36022/1/360227010/0/36036130265/2 | | | 12.75 |
| | 100-BASE-SH 1 | | 12.0 |
| | 100-BASE-SH 2 | | 12.0 |
| | 100-BASE-SH 3 | | 12.0 |
| | 301-WEEKEND DIFF-1 | | 8.0 |
| | 308-RELIEF CHARGE | | 6.5 |
| | 600-PTO SCHD-SH 1 | | |

Time Detail

MISSED BREAK                                                        1.0

## Pay Code Summary

| Pay Code | Money | Hours |
|---|---|---|
| | | 16.0 |
| 100-BASE-SH 2 | | 28.0 |
| 100-BASE-SH 3 | | 20.0 |
| 301-WEEKEND DIFF-1 | | 8.0 |
| 310-CHARGE TIME | | 12.75 |
| 100-BASE-SH 1 | | 8.0 |
| 308-RELIEF CHARGE | | 6.5 |
| 600-PTO SCHD-SH 1 | | 1.0 |
| MISSED BREAK | | |
| | 0.00 | 100.25 |

**Totals**

# KRONOS – TIME AND ATTENDANCE EXCEPTIONS

| Date and Day | Problem Forget to swipe IN @ Time | Forget to swipe OUT @ Time | PTO/EL BLUD | Missed Meal Day | PM | Noc | DCH/ RCH | COMMENTS | Charge Nurse Initial for missed meal |
|---|---|---|---|---|---|---|---|---|---|
| SUN 4 | 1900 - | 0700 Ren | | X | | | | | |
| MON 5 | 12 hrs | ED Leave | | 120 | | | | | |
| TUE 6 | 12 hrs | ED Leave | | 120 | | | | | |
| WED 7 | 12 hrs | ED Leave | | 120 | | | | | |
| THUR 8 | Off | | | | | | | | |
| FRI 9 | Off | | | | | | | | |
| SAT 10 | Off | | | | | | | | |
| SUN 11 | Off | | | | | | | | |
| MON 12 | Off | | | | | | | | |
| TUES 13 | Off | | | | 120 | 120 | | | |
| WE 14 | 1900 - | 0730 Mills | | 120 | 120 | | No dinner m | | |
| THUR 15 | Off | | | | | | | | |
| FRI 16 | 1900 – 2300 | 23 – 0730 Ren | Mills | 120 | | No break | | | |
| SAT 17 | 1900 – 0330 Ren | | | 80 | | held & charge | | | |

Employee Signature _Diana Mc Boccignone RN_

Please read: Complete above if you forgot to swipe IN and OUT; or if you forgot to change cost center when you FLOATED. Following guideline, document any missed lunch breaks or rest periods.

LisaMaria Boccignone RN
.360013681

Accrual Balances and Projections

Printed: 8/06/2006
ID: 36013681

Date Selected: 8/06/2006
Name: Boccignone, Lisa Maria

| Accrual Code | Accrual Type | Period Ending Balance | Furthest Projected Taking Date | Projected Takings | Projected Credits | Projected Balance | Balance w/o Proj. Credits |
|---|---|---|---|---|---|---|---|
| EDL | Hour | 42.5 | 8/06/2006 | 0.0 | 0.0 | 42.5 | 42.5 |
| ESL | Hour | 61.82 | 8/06/2006 | 0.0 | 0.0 | 61.82 | 61.82 |
| PTO | Hour | 21.73 | 8/06/2006 | 0.0 | 0.0 | 21.73 | 21.73 |

$$7 \times 8 =$$

55.30 hrs pto
-34.50 hrs pto    20.8

27.30 hrs

Accrual Balances and Projections

Use the browser's Print command to print this page

Date Selected: 5/01/2006
Name: Boccignone, Lisa Maria

Printed: 8/06/2006
ID: 36013681

| Accrual Code | Accrual Type | Period Ending Balance | Furthest Projected Taking Date | Projected Takings | Projected Credits | Projected Balance | Balance w/o Proj. Credits |
|---|---|---|---|---|---|---|---|
| EDL | Hour | 0.0 | 6/27/2006 | 36.0 | 0.0 | 42.5 | -36.0 |
| ESL | Hour | 49.82 | 5/01/2006 | 0.0 | 0.0 | 49.82 | 49.82 |
| PTO | Hour | 8.55 | 7/04/2006 | 34.5 | 0.0 | 11.58 | -25.95 |

Time Detail

Time Detail

Use the browser's Print command to print h  pge

Printed: 8/06/2006

**Time Period:** Range of Dates
**Dates:** 5/01/2006 - 8/06/2006

**Pay Rule:** MPH CNA 12-40

**Name:** Boccignone, Lisa Maria    **ID:** 36013681
**Primary Account(s):**    4/23/2006 - forever  360/36022/1/360227010/0/36036130265/2

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|------|----------|----------|--------|-----------|---------|------|----------------|----------------|------------------|---------|
| | | | | | | | | | 0.0 | |
| | | | | | | | | | 0.0 | |
| Mon 5/01 | | | | | | | | | 0.0 | |
| Tue 5/02 | | | | | | | | | 0.0 | |
| Wed 5/03 | | | | | | | | | 0.0 | |
| Thu 5/04 | | | | | | | | | 0.0 | |
| Fri 5/05 | | | | | | | | | 0.0 | |
| Sat 5/06 | | | | | | | | 12.0 | 12.0 | |
| Sun 5/07 | | 18:58 | | 7:23 | LV | | | | 12.0 | |
| Mon 5/08 | | | | | | | | 12.75 | 24.75 | |
| Tue 5/09 | | 18:58 | | 8:22 | LV | | | 12.75 | 37.5 | |
| Wed 5/10 | | 18:59 | | 8:17 | LV | | | | 37.5 | |
| Thu 5/11 | | | | | | | | 1.0 | 38.5 | |
| Fri 5/12 | | 13:00 | | 14:00 | | | | | 38.5 | |
| Sat 5/13 | | | | | | | | | 38.5 | |
| Sun 5/14 | | | | | | | | | 38.5 | |
| Mon 5/15 | | | | | | | | | 38.5 | |
| Tue 5/16 | | | | | | | | 12.0 | 51.5 | |
| Wed 5/17 | | 18:54 | | 7:25 | LV | | | | | |
| Wed 5/17 | 814-MEAL PENALTY-SH 3 | | | | | | 1.0 | | 51.5 | |
| Thu 5/18 | | | | | | | | | 63.5 | |
| Fri 5/19 | 600-PTO SCHD-SH 1 | | | | | | 12.0 | 12.0 | 75.5 | |
| Sat 5/20 | | 18:59 | | 7:23 | LV | | | 12.0 | 87.5 | |
| Sun 5/21 | | 18:55 | | 7:23 | LV | | | | 87.5 | |
| Mon 5/22 | | | | | | | | | 87.5 | |
| Tue 5/23 | | | | | | | | 12.0 | 99.5 | |
| Wed 5/24 | | 19:01 ///360117010/// | | 7:23 | LV | | | 12.0 | 111.5 | |
| Thu 5/25 | | 18:58 | | 7:23 | LV | | | | 111.5 | |
| Fri 5/26 | | | | | | | | | 111.5 | |
| Sat 5/27 | | | | | | | | | 111.5 | |
| Sun 5/28 | | | | | | | | | 111.5 | |
| Mon 5/29 | | | | | | | | 12.0 | 123.5 | |
| Tue 5/30 | | 18:54 | | 7:23 | LV | | | | 123.5 | |
| Wed 5/31 | | | | | | | | | 123.5 | |
| Thu 6/01 | | | | | | | 12.0 | | 135.5 | |
| Fri 6/02 | 600-PTO SCHD-SH 1 | | | | | | | 12.0 | 147.5 | |
| Sat 6/03 | | 18:53 | | 7:23 | LV | | | 12.0 | 159.5 | |
| Sun 6/04 | | 18:54 | | 7:23 | LV | | 6.5 | | 166.0 | |
| Mon 6/05 | 600-PTO SCHD-SH 1 | | | | | | | | | |

Time Detail

| Date | Description | In | Out | Code | Hours | Total |
|---|---|---|---|---|---|---|
| | | | | | 7.0 | 173.0 |
| Tue 6/06 | | 7:48 | 15:14 | | 5.75 | 178.75 |
| Wed 6/07 | | 8:00 | 14:21 | | | 178.75 |
| Thu 6/08 | | | | | | 178.75 |
| Fri 6/09 | | | | | | 178.75 |
| Sat 6/10 | | | | | | 178.75 |
| Sun 6/11 | | | | | | 178.75 |
| Mon 6/12 | | | | | | 178.75 |
| Tue 6/13 | | | | | 12.0 | 190.75 |
| Wed 6/14 | | 18:58 | 7:23 | LV | | |
| | | ///360117010/// | | | | 190.75 |
| Thu 6/15 | | | | | | |
| Fri 6/16 | | 18:56 | [23:00] | | | |
| Fri 6/16 | | [23:00] | 23:28 | | 12.0 | |
| Fri 6/16 | | ///360117010/// | 7:25 | LV | | |
| | | 23:28 | | | | |
| | MPH CNA 12-40 DESIGNATED CHARGE | | | | 8.0 | |
| Fri 6/16 | 308-RELIEF CHARGE | | | | 1.0 | 211.75 |
| Fri 6/16 | MISSED BREAK | | | | 8.0 | 219.75 |
| | | 18:55 | 3:23 | EV | 15.5 | 235.25 |
| Sat 6/17 | | 14:55 | 7:28 | LE | | 235.25 |
| Sun 6/18 | | | | | | 235.25 |
| Mon 6/19 | | | | | 11.5 | |
| Tue 6/20 | | 18:56 | 7:01 | | | |
| Wed 6/21 | | ///360117010/// | | | 1.0 | 247.75 |
| Wed 6/21 | 814-BREAK PENALTY-SH 1 | | | | 12.25 | 261.0 |
| Thu 6/22 | | 18:56 | 7:50 | LV | 1.0 | 261.0 |
| Thu 6/22 | MISSED MEAL | | | | | 261.0 |
| Fri 6/23 | | | | | | |
| Sat 6/24 | | | | | 12.0 | 273.0 |
| Sun 6/25 | 732-EDUCATION NP-SH 1 | | | | 12.0 | 285.0 |
| Mon 6/26 | 732-EDUCATION NP-SH 1 | | | | 12.0 | 297.0 |
| Tue 6/27 | 732-EDUCATION NP-SH 1 | | | | | 297.0 |
| Wed 6/28 | | | | | | 297.0 |
| Thu 6/29 | | | | | 12.0 | |
| Fri 6/30 | | 18:56 | 7:23 | LV | | |
| | | ///360117010/// | | | 1.0 | 310.0 |
| Fri 6/30 | MISSED BREAK | | | | 12.0 | 322.0 |
| Sat 7/01 | | 18:58 | 7:23 | LV | 13.25 | 335.25 |
| Sun 7/02 | | 18:53 | 8:45 | LV | | 335.25 |
| Mon 7/03 | | | | | 12.0 | 347.25 |
| Tue 7/04 | | 18:53 | 7:23 | LV | | |
| | MPH CNA 12-40 MAX PTO PAY | | | | 12.25 | 359.5 |
| Wed 7/05 | | 18:52 | EV 7:23 | LV | | 359.5 |
| Thu 7/06 | | | | | | 359.5 |
| Fri 7/07 | | | | | | 359.5 |
| Sat 7/08 | | | | | | 359.5 |
| Sun 7/09 | | | | | | 359.5 |
| Mon 7/10 | | | | | 6.0 | 365.5 |
| Tue 7/11 | | 8:53 | 15:29 | LV | | |

Time Detail

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 12.0 | 377.5 |
| Wed 7/12 | | 18:58 | 7:26 | LV | | | 377.5 |
| Thu 7/13 | | | | | | 12.0 | 389.5 |
| Fri 7/14 | | 18:55 | 7:23 | LV | | 12.0 | |
| Sat 7/15 | | 18:59 | 7:26 | LV | 1.0 | | |
| Sat 7/15 | MISSED BREAK | | | | 1.0 | | 403.5 |
| Sat 7/15 | MISSED MEAL | | | | | 5.0 | |
| Sun 7/16 | | 18:53 | 23:53 | LV | 1.0 | | |
| Sun 7/16 | MISSED BREAK | | | | 1.0 | | 410.5 |
| Sun 7/16 | MISSED MEAL | | | | | | 410.5 |
| Mon 7/17 | | | | | | | 410.5 |
| Tue 7/18 | | | | | | 12.0 | 422.5 |
| Wed 7/19 | | 19:01 | 7:34 | LV | | 12.0 | 434.5 |
| | | ///360117010/// | | | | | |
| Thu 7/20 | | 18:59 | 7:23 | LV | | | |
| Fri 7/21 | | 14:56 | 19:00 | | | | |
| | | MPH CNA 08-80 REST BETWEEN SHIFT | | | | 8.5 | 443.0 |
| Fri 7/21 | | 19:00 | 0:03 | LV | | | |
| | | MPH CNA 12-40 | | | | 8.0 | |
| Sat 7/22 | | 14:54 | 23:24 | LV | | | |
| | | ///360117010/// | | | 1.0 | | 452.0 |
| Sat 7/22 | MISSED BREAK | | | | | 8.0 | 460.0 |
| Sun 7/23 | | 14:59 | 23:28 | LV | | | 460.0 |
| | | ///360117010/// | | | | | |
| Mon 7/24 | | 18:56 | 7:23 | LV | | 12.0 | 472.0 |
| Tue 7/25 | | | | | | | 472.0 |
| Wed 7/26 | | | | | | | 472.0 |
| Thu 7/27 | | | | | | | 472.0 |
| Fri 7/28 | | | | | | | 472.0 |
| Sat 7/29 | | | | | | | 472.0 |
| Sun 7/30 | | | | | | 12.0 | 484.0 |
| Mon 7/31 | | 18:54 | 7:23 | LV | | 12.0 | 496.0 |
| Tue 8/01 | | 18:53 | 7:23 | LV | | | 496.0 |
| Wed 8/02 | | | | | | | 496.0 |
| Thu 8/03 | | | | | | | 496.0 |
| Fri 8/04 | | | | | | 0.0 | 496.0 |
| Sat 8/05 | | | | | | | 496.0 |
| Sun 8/06 | | 6:54 | | | | | |
| | | | | | 0.00 | 84.5 | 411.5 | 496.0 |

Totals

## Account Summary

| Account | Pay Code | Money | Hours |
|---|---|---|---|
| (x)360/36022/1/360117010/0/36036130265/2 | | | 34.5 |
| | 100-BASE-SH 2 | | 47.5 |
| | 100-BASE-SH 3 | | 1.5 |
| | 210-OVERTIME-SH 1 | | 31.5 |
| | 301-WEEKEND DIFF-1 | | 8.0 |
| | 310-CHARGE TIME | | |
| 360/36022/1/360227010/0/36036130265/2 | | | 20.75 |
| | 100-BASE-SH 1 | | 107.75 |
| | 100-BASE-SH 2 | | 182.75 |
| | 100-BASE-SH 3 | | 2.0 |
| | 210-OVERTIME-SH 1 | | 10.75 |
| | 220-DOUBLETIME-SH 1 | | |

Time Detail

|  |  |
|---|---|
|  | 92.5 |
| 301-WEEKEND DIFF-1 | 8.0 |
| 308-RELIEF CHARGE | 4.0 |
| 510-HOLIDAY WRKD-SH 2 | 34.5 |
| 600-PTO SCHD-SH 1 | 36.0 |
| 732-EDUCATION NP-SH 1 | 1.0 |
| 814-BREAK PENALTY-SH 1 | 1.0 |
| 814-MEAL PENALTY-SH 3 | 5.0 |
| MISSED BREAK | 3.0 |
| MISSED MEAL |  |

## Pay Code Summary

| Pay Code | Money | Hours |
|---|---|---|
|  |  | 142.25 |
|  |  | 230.25 |
| 100-BASE-SH 2 |  | 3.5 |
| 100-BASE-SH 3 |  | 124.0 |
| 210-OVERTIME-SH 1 |  | 8.0 |
| 301-WEEKEND DIFF-1 |  | 20.75 |
| 310-CHARGE TIME |  | 10.75 |
| 100-BASE-SH 1 |  | 8.0 |
| 220-DOUBLETIME-SH 1 |  | 4.0 |
| 308-RELIEF CHARGE |  | 34.5 |
| 510-HOLIDAY WRKD-SH 2 |  | 36.0 |
| 600-PTO SCHD-SH 1 |  | 1.0 |
| 732-EDUCATION NP-SH 1 |  | 1.0 |
| 814-BREAK PENALTY-SH 1 |  | 5.0 |
| 814-MEAL PENALTY-SH 3 |  | 3.0 |
| MISSED BREAK |  |  |
| MISSED MEAL |  |  |
|  | 0.00 | 632.0 |

Totals

Exhibit S

# Response to the Disciplinary investigation of Lisa Marie Boccignone

In response to the document that was presented on our February 28 meeting I believe that the case that has been brought against me is not adequate for termination. In looking at my case there are several incidents that are discussed and this document will address each of those parts.

I recognized that I had been using my phone inappropriately and after redirection I complied with Ms. Foster's order to halt the text messaging while on duty. This is also confirmed by Ms. Foster therefore I feel that no corrective action can be taken in regards to this allegation as I have not been text messaging since that time.

In the night in question of me sleeping on the job, I had admitted to doing so only after I had received permission from my charge nurse. Patient care was not jeopardized and because a person with authority had granted me that time per my request we do not think that it is fair to punish me for this action as well. Additionally, I had been late from a break on another occasion to which I was advised by Paula Lungi that this was not acceptable. I took responsibility and stated that it would not happen again. Further, no disciplinary warning was given as a result of these actions from that time.

The patient care issues that have been brought forth seem to have been put into a context that makes me seem to not care about the patient's interest yet this is not true. For instance, the February 15th incident when I was being assaulted by a demented patient when I had been accused of misconduct. I recognize that my choice of words ("Don't hit me, I am trying to help you but I can hit you back") would not be the proper way in handling this type of situation. Yet the fact remains that I was scared and that I panicked. I contend that this was a mistake and that this incident should be used as a learning tool rather than a point of which I am punished.

As to the incident of the diaper being pulled off of a patient to the point that the patient was left in excruciating pain, I contend that this was simply not true. I always try to care for the patient in the tenderest and most effective way possible.

The lewd act that has been referred to in the document from Ms. Foster only references rumors and innuendos therefore I feel that until there is hard evidence of my involvement in any lewd act then there are no grounds for punishment. Furthermore, I vehemently deny that any of the rumors that have been spread are even remotely true.

Although I have been given redirection from my supervisor in the past, I have made efforts to correct the action. Throughout the document, Ms. Foster writes that when given a directive that I do comply showing that I can take direction.

Please consider that I am concerned with my practice as a Registered Nurse and I do strive to get better. Part of this is learning from my mistakes. I would like to hold another meeting so that I can come up with ways so that my Union representative and I can meet and confer with your office in order to find ways so that I can succeed at Mills Peninsula.

*ex in parking*

## Christensen, Claudia

**From:**       Christensen, Claudia
**Sent:**       Monday, February 27, 2006 1:06 PM
**To:**         'sbartlett@calnurses.org'
**Subject:**    FW: RN disciplinary action


-----Original Message-----
From: Christensen, Claudia
Sent: Friday, February 24, 2006 3:17 PM
To: 'Shawn Bartlett'
Cc: Morgan, Genel; Campagna, Linda
Subject: RE: RN disciplinary action


Shawn,
I have a room (Foundation conference room) and the necessary people for Tuesday, February
28.
3pm Paula Lunghi
4pm Lisa Maria Boccignone
Thank you for being available on short notice.
Have a good weekend.
Claudia

-----Original Message-----
From: Shawn Bartlett [mailto:sbartlett@calnurses.org]
Sent: Friday, February 24, 2006 1:20 PM
To: Christensen, Claudia
Subject: RE: RN disciplinary action


Claudia

I am available anytime after 12 on Tuesday. Wednesday is not possible.


Please advise.

Shawn
This message (including any attachments) contains confidential information
intended for a specific individual and purpose, and is protected by law. If
you are not the intended recipient, you should delete this message. If you
are not the intended recipient, any disclosure, copying, or distribution of
this message, or the taking of any action based on it, is strictly
prohibited.

-----Original Message-----
From: Christensen, Claudia [mailto:ChristC4@sutterhealth.org]
Sent: Friday, February 24, 2006 10:02 AM
To: Shawn Bartlett
Cc: Morgan, Genel; Campagna, Linda; Foster, Bobbi
Subject: RN disciplinary action

Good morning Shawn....Linda and Genel too.

I would like to schedule a meeting on Monday, Tuesday or Wednesday for the
following issues.

Paula Lunghi (ER RN) - harassment complaint made by a fellow employee (also
CNA member)
and

1

Lisa Maria Boccignone (ER RN) - unprofessional and inappropriate behavior

Available times
Monday morning before 11am
Tuesday after 10 am
Wednesday anytime

Please let me know what works for you by later today.
We will be placing Lisa Marie on administrative leave so I do not want to put
this off past Wednesday.
Genel has told me that she will represent Paula and Linda has represented
Lisa Maria in the past.

Thank you,
Claudia

2



## EXHIBIT D INDEX

| No. | DOCUMENT | DATE |
|---|---|---|
| 1. | NOTICE OF CASE MANAGEMENT CONFERENCE | F 2/5/07 |
| 2. | AFFIDAVIT OF PERSONAL DELIVERY | F 2/5/07 |
| 3. | CASE MANAGEMENT STATEMENT | F 5/29/07 |
| 4. | FILE PREPARATION LOG – CMC CALENDAR | D 6/6/07 |
| 5. | MINUTE ORDER | D 6/12/07 |
| 6. | ORDER TO SHOW CASE RE: DISMISSAL | F 6/15/07 |
| 7. | SUBSTITUTION OF ATTORNEY – CIVIL (Without Court Order) | F 7/17/07 |
| 8. | MINUTE ORDER | D 7/17/07 |
| 9. | CASE MANAGEMENT STATEMENT | F 9/12/07 |
| 10. | FILE PREPARATION LOG – CMC CALENDAR | D 9/17/07 |
| 11. | NOTICE OF CLAIM AND CONFERENCE | S 9/18/07 R 9/24/07 |
| 12. | MINUTE ORDER | 9/21/07 |
| 13. | ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE DATE | F 11/6/07 |
| 14. | MISCELLANEOUS BLANK COURT FORMS | N/A |

# ATTACHMENT 1

# NOTICE OF CASE MANAGEMENT CONFERENCE

LISA BOCCIGNONE

**FILED**
SAN MATEO COUNTY

FEB 5 2007

Clerk of the Superior Court
BY
DEPUTY CLERK

CW 460718

Case No. _____

vs.

BOBBI FOSTER

Date: **JUN 1 2 2007**

Time: 9:00 a.m.

Dept. 2 – on Tuesday & Friday
Dept. 8 – on Wednesday & Thursday

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1. In accordance with applicable California Rules of Court and Local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:
   a. Serve all named defendants and file proofs of service on those defendants with the court within **60 days** of filing the complaint (CRC 201.7).
   b. Serve a copy of this notice, Case Management Statement and ADR Information Sheet on all named parties in this action.
   c. File and serve a completed Case Management Statement at least **15 days** before the Case Management Conference [CRC 212(g)]. Failure to do so may result in monetary sanctions.
   d. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 212(f) no later than 30 days before the date set for the Case Management Conference.

2. **If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order To Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.**

3. Continuances of case management conferences are highly disfavored unless good cause is shown.
4. Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation To ADR and Proposed Order (see attached form.). If plaintiff files a Stipulation To ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a **completed** stipulation to another ADR process (e.g., mediation) **10 days** prior to the first scheduled case management conference, the case management conference will be continued for 90 days to allow parties time to complete their ADR session. The court will notify parties of their new case management conference date.
5. If you have filed a default or a judgment has been entered, your case is not automatically taken off the Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.
6. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.
7. The Case Management judge will issue orders at the conclusion of the conference that may include:
   a. Referring parties to voluntary ADR and setting an ADR completion date;
   b. Dismissing or severing claims or parties;
   c. Setting a trial date.
8. The Case Management judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court website at www.sanmateocourt.org.

* Telephonic appearances at case management conferences are available by contacting CourtCall, LLC, an independent vendor, at least 5 business days prior to the scheduled conference (see attached CourtCall information).

# ATTACHMENT 2

# AFFIDAVIT OF PERSONAL DELIVERY

**FILED**
SAN MATEO COUNTY

BOCCIGNONE

FEB 5 2007

Clerk of the Superior Court

BY _____ DEPUTY CLERK

VS

FOSTER

CASE # CIV 460718

**DOCUMENTS:**

ENDORSED FILED COPIES OF COMPLAINT, SUMMONS, NOTICE OF CASE
MANAGEMENT CONFERENCE AND ADR PACKET INFORMATION.

I declare under penalty of perjury that I delivered back to the customer; a true
copy of the foregoing documents. Executed on the above file date at the Hall of
Justice and Records in Redwood City, CA 94063.

BY: _____ **E. BOFFI** _____
Deputy Court Clerk

# ATTACHMENT 3

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
LISA MARIA BOCCIGNONE, In Pro Per
853 Commodore Drive, #274
San Bruno, CA 94066-2437

TELEPHONE NO.: (650) 872-0639    FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: LISA MARIA BOCCIGNONE

**FILED**
**SAN MATEO COUNTY**

**MAY 2 9 2007**

Clerk of the Superior Court
By _Mick Lewis_
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN MATEO
STREET ADDRESS:  Hall of Justice and Records
MAILING ADDRESS:  400 County Center
CITY AND ZIP CODE:  Redwood City, CA 94063
BRANCH NAME:  Southern Branch: Hall of Justice and Records.

PLAINTIFF/PETITIONER:  LISA MARIA BOCCIGNONE

DEFENDANT/RESPONDENT:  BOBBI FOSTER

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one): [✓] **UNLIMITED CASE** (Amount demanded exceeds $25,000)  [ ] **LIMITED CASE** (Amount demanded is $25,000 or less) | CIV460718 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: 6/12/2007       Time: 9:00 AM     Dept.: DEPT.2     Div.:          Room:

Address of court *(if different from the address above)*:

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** *(answer one)*:
   a. [✓] This statement is submitted by party *(name)*:  LISA MARIA BOCCIGNONE
   b. [ ] This statement is submitted jointly by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: 02/05/2007
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [ ] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [✓] have not been served *(specify names and explain why not)*:
          all defendants.  Plaintiff plans to amend the Complaint, and retain an attorney.
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) [ ] have had a default entered against them *(specify names)*:
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in [✓] complaint  [ ] cross-complaint     *(describe, including causes of action)*:
      Slander and Libel - to be amended.

Page 1 of 4

**ORIGINAL**



American LegalNet, Inc.
www.FormsWorkflow.com

CM-110

| PLAINTIFF/PETITIONER: LISA MARIA BOCCIGNONE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BOBBI FOSTER | CIV460718 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Ms. Foster fostered a rumor that Plaintiff engaged in sexual intercourse in a pickup truck in the hospital parking lot. Plaintiff had to suffer the spreading of the story throughout the hospital where she then worked. She was also suspended without paid for a period of time before the matter was dropped, and the paperwork of the alleged "incident" finally removed from her record/personnel file.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☑ a jury trial ☐ a nonjury trial *(if more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
a. ☐ The trial has been set for *(date):*
b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

Robert H. Gold, Plaintiff's likely attorney, is unavailable from January 2008 through April 15, 2008 due to prior business and family commitments.

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a. ☑ days *(specify number):* 5-7
b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☐ by the following:
a. Attorney: Not certain at this time. Most likely Robert H. Gold, Esq. Will know by August 2007
b. Firm: Gold and Associates
c. Address: 235 Montgomery Street, Su 747, San Francisco, CA 94104
d. Telephone number: (415) 354-5400
e. Fax number: (415) 354-5405
f. E-mail address: rhgold2@gmail.com
g. Party represented: (possibly) Lisa Maria Boccignone
☐ Additional representation is described in Attachment 8.

9. **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a. Counsel ☐ has ☑ has not provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c. ☐ The case has gone to an ADR process *(indicate status):*

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: LISA MARIA BOCCIGNONE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BOBBI FOSTER | CIV460718 |

10. d.    The party or parties are willing to participate in *(check all that apply)*:

(1) ☑ Mediation

(2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

(3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

(4) ☐ Binding judicial arbitration

(5) ☐ Binding private arbitration

(6) ☐ Neutral case evaluation

(7) ☑ Other *(specify)*:

Plaintiff has other legal claims with Defendant employer, and discussions have begun regarding possibly stipulating to mediating all claims/issues together in one mediation session.

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption)*:

**11. Settlement conference**

☑ The party or parties are willing to participate in an early settlement conference *(specify when)*:

Thirty-two calendar days after exchange of written discovery and depositions.

**12. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:

b. Reservation of rights: ☐ Yes ☑ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

**13. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

☐ Bankruptcy ☐ Other *(specify)*:

Status:

**14. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

(1) Name of case:

(2) Name of court:

(3) Case number:

(4) Status:

☐ Additional cases are described in Attachment 14a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

**15. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

**16. Other motions**

☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

Undecided at this time.

CM-110

| PLAINTIFF/PETITIONER: LISA MARIA BOCCIGNONE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BOBBI FOSTER | CIV460718 |

17. **Discovery**
   a. ☐ The party or parties have completed all discovery.
   b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

   | Party | Description | Date |
   |---|---|---|
   | To be determined after the Complaint is served and/or consolidated with another action in Federal Court. | | |

   c. ☐ The following discovery issues are anticipated *(specify)*:

18. **Economic Litigation**
   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

19. **Other issues**
   ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

20. **Meet and confer**
   a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

   On May 21, 2007, Robert H. Gold as likely future counsel for Plaintiff met and conferred with counsel for Defendant Foster's employer Mills-Peninsula Medical Center.

   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

21. **Case management orders**
   Previous case management orders in this case are *(check one)*: ☑ none ☐ attached as Attachment 21.

22. Total number of pages attached *(if any)*: _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: May 24, 2007

LISA MARIA BOCCIGNONE
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached

# ATTACHMENT 4

# FILE PREPARATION LOG
## CMC CALENDER

CASE NAME  Boccignone v Foster

CASE #  CIV 460718   HEARING DATE  JUN 1 2 2007   DEPT. 2

✓ FIRST CMC IS 120 TO 150 DAYS OUT

✓ FILE IN CHRONOLOGICAL ORDER

✓ NOTICE OF HEARING ON FILE AND MAILED TO ALL PARTIES

✓ FILE CHECKED FOR MISFILINGS

NO DOCUMENTS MISSING

_____

_____

_____

N. DEFAULT/JUDGMENT

_____

_____

NO NOTICE OF STAY OF ACTION

_____

_____

NO DISMISSALS

_____

_____

_____

FILE VERIFIED BY:  T. JUDD   DATE  JUN - 6 2007

# ATTACHMENT 5

County of San Mateo
Minute Order

Case No.:    460718      Date: 06/12/07    Dept.:2
Case Name: LISA MARIE BOCCIGNONE VS BOBBI FOSTER
Case Category:  LIBEL/DEFAMATION/SLANDER
Hearing:  CASE MANAGEMENT CONFERENCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Honorable  Marie S. Weiner, Judge Presiding. Clerk: Sharon Glass,
Court Reporter: Karen Anderson

No appearance is made by any parties herein or their counsel of
record.

Clerk advised the Court that Mr. Robert Gold had called the Court
stating he was ill.

Court notes that no substitution of attorney has yet been filed in
this matter.

The court sets an OSC re: Dismissal for failure to PROSECUTE IN A
TIMELY MANNER on 07/17/07 at  9:00 in Courtroom 2.

Entered by Sharon on 06/12/10.

-7 -

# ATTACHMENT 6



SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN MATEO
CIVIL Division
**400 COUNTY CENTER**
**REDWOOD CITY, CA 94063-1655**



FILED
SAN MATEO COUNTY

JUN 15 2007

Clerk of the Superior Court

_____
DEPUTY CLERK

Lisa Marie Boccignone,

            Plaintiff(s)

            v.

Bobbi Foster,

            Defendant(s)

_____/

Case No. 460718

## ORDER TO SHOW CAUSE RE: DISMISSAL

To:   **ALL PARTIES AND OR ATTORNEYS OF RECORD**

     YOU ARE HEREBY ORDERED to appear and show cause on **July 17, 2007 at 9:00**, or as soon thereafter as the matter can be heard, in **DEPARTMENT 2** of the above-entitled court, 400 County Center, Redwood City, California, why this matter should not be dismissed for lack of prosecution.

Dated:    **JUN 14 2007**

_____
MARIE S. WEINER
Judge of the Superior Court



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN MATEO
CIVIL Division
### 400 COUNTY CENTER
### REDWOOD CITY, CA 94063-1655

AFFIDAVIT OF MAILING                CASE NUMBER: **460718**

DOCUMENT (S):              **ORDER TO SHOW CAUSE RE: DISMISSAL**

I declare, under penalty of perjury, that on the following date I deposited in the United
States Post Office mail box at 400 County Center, Redwood City, California a true copy
of the foregoing document, enclosed in an envelope, with the proper and necessary
postage pre-paid thereon, and addressed to the following:

Lisa Marie Boccignone                          Robert Gold, Esq.
853 Commodore Dr., #274                         235 Montgomery St., #747
San Bruno, CA 94066-2437                        San Francisco, CA 94104

Executed on    JUN 15 2007      at Redwood City, California

CLERK OF THE SUPERIOR COURT OF CALIFORNIA

JOHN C. FITTON
Court Executive Officer

By:
    Sharon Glass, Deputy Clerk

# ATTACHMENT 7

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY *  *tate Bar number, and address*):        *FOR COURT USE ONLY*

Lisa Maria Boccignone
853 Commodore Dr.. #274
San Bruno. CA 94066

TELEPHONE NO. (650) 515-6949    FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:  Plaintiff Lisa Maria Boccignone

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Mateo
STREET ADDRESS  400 City Center
MAILING ADDRESS
CITY AND ZIP CODE  San Mateo, CA
BRANCH NAME

CASE NAME:
Boccignone v. Foster

**ENDORSED FILED**
**SAN MATEO COUNTY**

JAN 1 7 2007

Cl___ ___ ___perior Court
By _____ NG
(DEPUTY CLERK)

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER<br>Civ460718 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: Lisa Maria Boccignone    makes the following substitution:

1. Former legal representative   ☑ Party represented self   ☐ Attorney *(name)*:
2. New legal representative   ☐ Party is representing self*   ☑ Attorney
   a. Name: Robert H. Gold, Esq.      b. State Bar No. *(if applicable)*: 146136
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*:
      235 Montgomery St.. #747
      San Francisco. CA 94104
   d. Telephone No. *(include area code)*: (650)
3. The party making this substitution is a   ☑ plaintiff   ☐ defendant   ☐ petitioner   ☐ respondent   ☐ other *(specify)*:

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian    • Personal Representative    • Guardian ad litem
- Conservator    • Probate fiduciary    • Unincorporated
- Trustee    • Corporation          association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date:
   Lisa Maria Boccignone
   _____
   (TYPE OR PRINT NAME)                 ► _____ (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date:
   Lisa Maria Boccignone
   _____
   (TYPE OR PRINT NAME)                 ► _____ (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date:
   Robert H. Gold, Esq.
   _____
   (TYPE OR PRINT NAME)                 ► _____ (SIGNATURE OF NEW ATTORNEY)

*(See reverse for proof of service by mail)*                 Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court rule 3.1362
www.courtinfo.ca.gov

# ATTACHMENT 8

Case No.:    460718     Date: 07/17/07    Dept.:2
Case Name: LISA MARIE BOCCIGNONE VS BOBBI FOSTER
Case Category:  LIBEL/DEFAMATION/SLANDER
Hearing:  COURT`S ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE IN A TIMELY
          MANNER 07/17/07.
**********************************************************************
Honorable  Beth Labson Freeman, Judge Presiding. Clerk: Sharon Glass,
Court Reporter: Chris Perez

No appearance is made by any parties herein or their counsel of
record.

Court notes that Plaintiff had previously stated that Robert Gold had
been retained.

Court noted that this was the second hearing where plaintiff has
failed to appear and no response has been received. Case dismissed
pursuant to California Casualty Indemnity Insurance Company vs.
Mendoza (1995) 36 Cal.App.4th 678

Copy of Court's ruling to be sent to Plaintiff.

=====================================

At 10:30 a.m., Plaintiff's counsel, Robert Gold, appeared (in Dept.
28).

Counsel was informed of the Court's ruling.

Counsel asked if this matter could be recalled as he had been stuck
in traffic.

Counsel was advised to approach Dept. 3 for that request.

=====================================

Matter was recalled at 11:55 a.m. as Plaintiff's counsel appeared.

Attorney(s): ROBERT GOLD appeared on behalf of Plaintiff

Court vacates its previous order dismissing entire action for lack of
prosecution.

Plaintiff to file an amended complaint by 7/31/07.

Plaintiff to file a substitution of attorney by 7/23/07.

Hearing continued to 09/21/07 at  9:00 in Department 2.

PLAINTIFF shall submit a Case Management statement prior to the next
Case Management Conference.

PLAINTIFF to give notice.

Entered by Sharon on 07/17/07.

-11 -

# ATTACHMENT 9

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Robert H. Gold, SBN 146136<br>Gold & Associates<br>235 Montgomery Street, Suite 747<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 354-5400    FAX NO. (Optional): (415) 354-5405<br>E-MAIL ADDRESS (Optional): Will not accept service by facsimile w/o written per.<br>ATTORNEY FOR (Name): Plaintiff Lisa Maria Boccignone | FOR COURT USE ONLY<br><br>**FILED**<br>SAN MATEO COUNTY<br><br>SEP 1 2 2007<br><br>Clerk of the Superior Court<br>By _____<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063-1655
BRANCH NAME:

PLAINTIFF/PETITIONER:  Lisa Maria Boccignone
DEFENDANT/RESPONDENT:  Bobbi Foster, et al

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):  [✓] UNLIMITED CASE      [ ] LIMITED CASE<br>(Amount demanded              (Amount demanded is $25,000<br>exceeds $25,000)                or less) | ~~CV 055796~~<br>CIV460718 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date:  September 21, 2007    Time:  9:00 A.M.    Dept.: Two    Div.:    Room:

Address of court (if different from the address above):

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** (answer one):
   a. [✓]  This statement is submitted by party (name):  Plaintiff Lisa Maria Boccignone
   b. [ ]  This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a.  The complaint was filed on (date):  February 5, 2007
   b. [ ]  The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. [ ]  All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [✓]  The following parties named in the complaint or cross-complaint
      (1) [✓]  have not been served (specify names and explain why not):
          All Defs, as Plaintiff is waiting for 2nd DFEH Right to Sue letter in order to amend.
      (2) [ ]  have been served but have not appeared and have not been dismissed (specify names):
      (3) [ ]  have had a default entered against them (specify names):
   c. [ ]  The following additional parties may be added (specify names, nature of involvement in case, and the date by which they may be served):

4. **Description of case**
   a.  Type of case in  [✓] complaint    [ ] cross-complaint    (describe, including causes of action):
      Plf. a new R. N. was terminated, & denied health coverage while pregnant/& under Collect. Bargaining Agreement. Def. is a CA empl'or/health insurer/heath care provider tht breached CBA and defamed Plf.

CM-110

| PLAINTIFF/PETITIONER: Lisa Maria Boccignone | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bobbi Foster, et al | CV 055796 |

4. b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Def's state Plf's. Union (CNA) is at fault. Plf. disagrees as she believes her continued efforts to mitigate her damages w/ prospective Employers were damaged by named Def(s). It's believed most prospective emp'r H. R. reps. spoke to Defs. Foster, or Def. H.R. Dir. C. Christenson. Plf. believes named Defs. used defamation, either slander, libel, inclusion into seclusion and/or false light upon Plf. to achieve S-H corp/ fin. goals, (& similarly upon other past MPHS personnel.) It's believed HIPPA and/or CMRPA violations by both non-med. and med. emp'ees, protected under the Calif. Const., are admin'ly common at MPHS. Damages according to proof, and to include, but not limited to, wage loss, emotional distress, Medi-Cal liens, medical costs, atty. fees/costs & exemplary damages due to wanton & reckless pattern of behavior.

☑ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request ☑ a jury trial ☐ a nonjury trial    *(if more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐ The trial has been set for *(date):*
b.  ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☑ days *(specify number):*  7-14
b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  Fax number:
f.  E-mail address:
g.  Party represented:
☐ Additional representation is described in Attachment 8.

9.  **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a.  Counsel ☐ has ☑ has not    provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b.  ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c.  ☐ The case has gone to an ADR process *(indicate status):*

CM-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: Lisa Maria Boccignone | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Bobbi Foster, et al | CV 055796 |

10. d.    The party or parties are willing to participate in (check all that apply):
- (1) ☑ Mediation
- (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
- (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
- (4) ☐ Binding judicial arbitration
- (5) ☐ Binding private arbitration
- (6) ☐ Neutral case evaluation
- (7) ☑ Other (specify):
     JAMS or similar ADR mediation services.

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court (specify exemption):

**11. Settlement conference**
☑ The party or parties are willing to participate in an early settlement conference (specify when):
At Defendant's convenience after service of second amended complaint (filling out HIPPA & CMRPA violations as well as wanton & reckless pattern of behavior at MPHS, a wholly owned subsidiary of S-H.)

**12. Insurance**
a. ☑ Insurance carrier, if any, for party filing this statement (name):  Sutter Health is self-insured w/a risk Mgmt Advs'r

b. Reservation of rights: ☐ Yes ☑ No

c. ☐ Coverage issues will significantly affect resolution of this case (explain):
N. A. now. It's unknown to Plf. how the relationship between Def. Sutter Heathcare/MPHS & its Risk Management personnel is defined.  If R. M. is an independent contractor, is MPHS then indemnified?

**13. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
☐ Bankruptcy ☐ Other (specify):
Status:

**14. Related cases, consolidation, and coordination**
a. ☑ There are companion, underlying, or related cases.
- (1) Name of case:  Boccignone v. Sutter Health (?)
- (2) Name of court:  Department of Labor, D.L.S.E.--for past wages only at this time, Pos.Retailiation cl
- (3) Case number:  not yet filed
- (4) Status:  Filed on 09/07/07.Plf fired in mtg w/Defs on09/08/06when given let. pre-dated 09/07/06.

☐ Additional cases are described in Attachment 14a.

b. ☐ A motion to ☐ consolidate ☐ coordinate    will be filed by (name party):

**15. Bifurcation**
☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons):

**16. Other motions**
☑ The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues):
It is anticipated that other former MPHS employees may have their lawsuits joined to the instant action.

CM-110

| PLAINTIFF/PETITIONER: Lisa Maria Boccignone | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bobbi Foster, et al | CV 055796 |

17. **Discovery**
   a. ☐ The party or parties have completed all discovery.
   b. ☑ The following discovery will be completed by the date specified (describe all anticipated discovery):

| Party | Description | Date |
|---|---|---|
| Plaintiff, all is estimated: | Form Interrogs, Req. for Admissions, Req. for Production of Docs and Medical Records | Winter 2007-2008 |
| Plaintiff | Specially Prepared Interogatorries | Winter 2007-2008 |
| Plaintiff | Request for In Camera Doc Rev. by Ct.of Def admin records & personnel files of named Def | Winter/Spr. 2008 |
| Plaintiff | Depositions of Def. Employees (3 - ?) | Spring-Sum. 2008 |

   c. ☑ The following discovery issues are anticipated (specify):
      Due to HIPPA and CMRPA issues, Court and/or Discovery Referee may need to review, in camera,
      MPHS admin. records & named Def. & past employee files re: issues of "pattern & practice"/intent.

18. **Economic Litigation**
   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed (if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):

19. **Other issues**
   ☐ The party or parties request that the following additional matters be considered or determined at the case management conference (specify):
      It is anticipated that other former MPHS employees may have their lawsuits joined to the instant action.

20. **Meet and confer**
   a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court (if not, explain):
      Plf.'s counsel has met with Defense Counsel, who has firmly & continuously abided by letter of the law. Def. counsel has thoroughly conveyed their client's indignant, flat refusal to consider mediation.
   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following (specify):

21. **Case management orders**
   Previous case management orders in this case are (check one):   ☐ none   ☑ attached as Attachment 21.

22. Total number of pages attached (if any):   NA

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: 09/08/07

Robert H. Gold
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached

The Russ Building          **Gold & Associates**          Phone: (415) 354-5400
235 Montgomery Street                                     Facsimile: (415) 354-5405
Suite 747                                                ROBERT@RHGOLDLAW.COM
San Francisco, CA 94104

September 8, 2007

Superior Court of California
County of San Mateo
Hall of Justice and Records
400 County Center
Redwood City, CA 94063
Attn: Clerk of the Court

RE:    Boccignone v. Foster
       CIV460718

Dear Clerk of the Court:

    Enclosed please find an original and two copies of the Case Management Statement in the above referenced case for filing with the Court.

    Please return a file endorsed copy to this office in the enclosed self-addressed, stamped envelope.

    I thank you in advance for your time and kind attention in this matter. If you have any questions, please don't hesitate to contact this office.

    Very truly yours,

    Robert H. Gold, Esq.

# ATTACHMENT 10

# FILE PREPARATION LOG
## CMC CALENDER  - ası

CASE NAME  Boccignone vs Foster

CASE #  CW 460718    **HEARING DATE**  SEP 21 2007    DEPT. 2

☐ **FIRST CMC IS 120 TO 150 DAYS OUT**

✓ **FILE IN CHRONOLOGICAL ORDER**

✓ **NOTICE OF HEARING ON FILE AND MAILED TO ALL PARTIES** cont'd from 7/17/07

✓ **FILE CHECKED FOR MISFILINGS**

NO **DOCUMENTS MISSING** —

_____

_____

NO **DEFAULT/JUDGMENT**

_____

_____

N/S **NOTICE OF STAY OF ACTION**

_____

_____

NO **DISMISSALS**

_____

_____

_____

**FILE VERIFIED BY:**  T. JUDD    **DATE**  SEP 1 7 2007

# ATTACHMENT 11

Direct any correspondence to:
**LABOR COMMISSIONER, STATE OF CALIFORNIA**
Department of Industrial Relations
Division of Labor Standards Enforcement
100 Paseo de San Antonio, Ste. 120
San Jose, CA 95113
FAX(408) 277-9643

PLAINTIFF:  Lisa Maria Boccignone

DEFENDANT: **Mills-Peninsula Health Services**
**1501 Trousdale Drive**
**Burlingame, CA 94010**

RECEIVED

SEP 2 4 2007

HUMAN RESOURCES

| State Case Number 12-69929   ST | NOTICE OF CLAIM AND CONFERENCE |
|---|---|

ALL PARTIES in the above matter ARE TO APPEAR for a conference to be held in the Office of the State Labor Commissioner as follows:

**PLACE:**   100 Paseo de San Antonio, Ste. 120 San Jose, CA 95113

**DATE:**   Tuesday, October 23, 2007      **TIME:**   11:30 AM

The purpose of this conference is to discuss the validity of and to settle the claim filed with this Division by the Plaintiff shown above alleging non-payment of:

Issue 1:  Wages for 850 hours at $57.00 per hour earned from January 24, 2005 to September 8, 2006, claiming $48,450.00.

Issue 2:  Overtime premium wages pursuant to Section 3 of the Industrial Wage Commission Order No. 224 for hours worked in excess of 12 per day earned from January 24, 2005 to September 8, 2006 as follows:  224 hours at 85.50 per hour (one-half the regular rate of pay) = $19,152.00.

☒ and also alleging additional wages accrued pursuant to Labor Code Section 203 as a penalty at the rate of  $456.00
per day until paid, but not exceed thirty days.

☐ and also alleging additional wages accrued pursuant to Labor Code Section 203.1, as a penalty at the rate of .................................
per day for issuance of an insufficient payroll check for an indeterminate number of days not to exceed thirty days.

In addition, the Defendant may be subject to penalties due to the State of California, pursuant to Labor Code Section 210.
ALL PARTIES please bring any supporting material you
have, including books, payroll records, time records or
other documents that may have bearing on this matter.

Instead of appearing for the above conference you can settle
this claim by mailing immediately to this office a check or
money order made payable to the Plaintiff for the full amount
of the claim, including penalties. If you concede that part of
the claim is valid the conceded amount must be paid
immediately as required by Labor Code Section 206.

**TO THE DEFENDANT:**

Prior to the conference, you may submit to this office a written
reply regarding this claim. However, you should still attend the
conference, unless otherwise notified.

If this matter is not settled at the conference, a hearing may be
scheduled. Any wages awarded as a result of a hearing pursuant
to Labor Code Section 98 will accrue interest from the date they
are found due until they are paid {Labor Code Section [98.1(c)]}.

Any disputed amount will be discussed at the scheduled
conference. Payment must be accompanied by a separate or
detachable itemized statement of any deductions made, as
provided by the Labor Code. Do not make payroll deductions
from amounts paid as penalties.

If this claim is not settled, it will be resolved as provided by Section 98 of the Labor Code.

DATED: September 18, 2007

**Sheila Torres**
408-277-9644

*Deputy Labor Commissioner*

STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT
REPORT OF WORKERS' COMPENSATION INSURANCE

12 - 69929    ST

Date 9/18/2007

Note: Please disregard this form if you are a Federal or State Agency or any part its political subdivision

**Mills-Peninsula Health Services**

**RETURN TO**
Division Labor Standards Enforcement
100 Paseo de San Antonio, Ste. 120
San Jose, CA 95113

State Labor Code Section 3711 requires you to furnish the information requested below. FAILURE TO COMPLETE AND RETURN THIS FORM WITHIN 10 DAYS MAY SUBJECT YOU TO A $500.00 PENALTY.

Employer State ID# _____
                        (complete)
This is to inform you, as an employer, that if you have one or more, full-time or part-time employees, you must be insured for Worker's Compensation.
Please read the requirements of the California law on right side of this form Then complete the information requested herein, and return this form within 10 days to the office of the Labor Commissioner.

Name of Employer                    No. of Employees
_____

Type of Business (Retail, Restaurant, Insurance, etc.)   Telephone No.
                                                          ( include area code)
_____

Address of Business (Give California location if main office is out of state.)
_____

Name of Worker's Compensation Insurance Carrier
_____
Policy No.
_____

Name of Insurance Agent or Broker (If any)
_____
Address of Insurance Agent or Broker (If any)
_____

Name of Insured Employer ( As shown on Policy)
Period covered
From _____ To _____

Entity Status and Agent(s) for Service   [Check one]

[ ] Corporation  [ ] Sole proprietor  [ ] Partnership
[ ] LLC          [ ] LLP              [ ] Association
                 Agent for Service

Name _____ Title _____

Name _____ Title _____

Are there persons working for you who are specifically   [ ] Yes  [ ] No
exempt from coverage?                                     If yes, please fill in below
Note: Spouses and relatives are NOT exempt)
CATEGORIES OF EXEMPTED EMPLOYEES and REASONS FOR EXEMPTIONS

.................................................................
.................................................................
.................................................................
Reasons for Non insurance (Such as no employees, out of business, etc.)

1. Every employer of one or more persons MUST be insured for Worker's Compensation (Labor Code Section 3700).
2. Every employer must furnish within 10 days a written statement showing the name of his or her Workers' Compensation Insurance carrier when requested to do so by a designated agent of the Director of the Department of Industrial Relations. For failure to do so, the employer shall pay a fine of $500.00 (Labor Code Section 3700).
3. The State Labor Commissioner is the Director's designated agent to enforce these laws, pursuant to Labor Code Section 3710).
4. Every employer shall post and keep posted in a conspicuous location frequented by employees and where such notice may be easily read by employees during the course of the workday, a NOTICE which shall state (1) the name of the current compensation insurance carrier of the employer, or (2) when such is the fact, that the employer is self-insured, and (3) who is responsible for claims adjustment. Failure to keep such notice conspicuously posted shall constitute a misdemeanor and shall be prima facie evidence of non insurance (Labor Code Section 3550).
5. If an employee files for a claimed industrial injury and the Worker's Compensation Appeals Board finds that the injury is noncompensable, the uninsured employer shall pay a penalty of $2,000.00 per employee employed at the time of the claimed injury, to a maximum of $100,000.00 (Labor Code Section 3722).
6. If an employee files for a claimed industrial injury and the Worker's Compensation Appeals Board finds that the injury is compensable, the uninsured employer shall pay a penalty of $10,000.00 per employee employed at the time of the claimed injury, to a maximum of $100,000.00 (Labor Code Section 3722).
7. If the Worker's Compensation Board finds an employer to be willfully uninsured, the Appeals Board may increase the amount of compensation by 10%. Failure of the employer to carry Worker's Compensation Insurance is prima facie evidence of willfullness. (Labor Code Section 4554).

In accordance with Labor Code Section 3700, if you have any employees (one or more part-time or full time), and are not insured for Worker's Compensation, YOU ARE HEREBY ORDERED TO OBTAIN SUCH INSURANCE IMMEDIATELY.

Failure to carry Worker's Compensation on your employees shall subject you to (1) the prohibition of the use of your employees under a STOP ORDER until you obtain coverage; (2) the payment of lost wages to your employees affected by the work stoppage; and (3) payment of penalties of $1,000.00 per employee employed at the time of the STOP ORDER issued to a maximum of $100,000.00 (Labor Code Section 3710.1, 3722)

I HEREBY CERTIFY THE ABOVE TO BE CORRECT

Name & Signature of Owner or Partner, or Corporate or Association Officer
_____

Title _____    Date _____

DLSE 601 (Rev. 2/99)        REPORT ON WORKER'S COMPENSATION INSURANCE        L.C. 3711

# ATTACHMENT 12

Superior Court of California
County of San Mateo
Minute Order

Case No.:    460718        Date: 09/21/07      Dept.:2
Case Name: LISA MARIE BOCCIGNONE VS BOBBI FOSTER
Case Category:   LIBEL/DEFAMATION/SLANDER
Hearing:  COURT`S ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE IN A TIMELY
          MANNER 07/17/07.
*******************************************************************
Honorable  Marie S. Weiner, Judge presiding. Clerk: Guy Thompson.
Court Reporter: WENDY WACHHORST.

Attorney(s): ROBERT H. GOLD, APPEARING ON BEHALF OF LISA MARIE
BOCCIGNONE

The Court stated PLAINTIFF NEEDS TO SERVE DEFENDANT IMMEDIATELY.

PLAINTIFF STATED THAT HE NEEDS RIGHT TO SUE LETTER AND OFFER GLOBAL
MEDIATION.

The Court stated PLAINTIFF NEEDS TO SERVE WHAT YOU HAVE.

The Court stated that this matter is continued for STATUS REVIEW.

Hearing continued to 11/06/07 at  9:00 in Department 2.

The Court stated UPDATED CMC STATEMENTS.

Entered by GUY S. THOMPSON on 09/21/07.

=======================================

# ATTACHMENT 13

mem
Rse

FILED
SAN MATEO COUNTY

NOV 0 6 2007

Clerk of the Superior Court
By _____
DEPUTY CLERK

CALENDARED

ROBERT H. GOLD (STATE BAR NO. 146136)
GOLD & ASSOCIATES
235 Montgomery Street, Suite 747
San Francisco, CA 94104
Telephone: (415) 354-5400
Facsimile: (415) 354-5405

Attorney for Plaintiff Lisa M. Boccignone.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| LISA MARIA BOCCIGNONE<br><br>*Plaintiffs,*<br><br>v.<br><br>SUTTER HEALTHCARE, a California corporation, et al and DOES 1-10, INCLUSIVE<br><br>*Defendants.* | Case No. 460718<br><br>[PROPOSED] ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT AND CONTINUNING CASE MANAGEMENT CONFERERNCE DATE<br><br>DATE: November 06, 2007<br>Dept.: Two<br>Judge: Hon. Marie Weiner |

Good cause appearing, IT IS HEREBY ORDERED:

That Plaintiff may file their Second Amended Complaint *no later* than ~~September~~ *November* 14, 2007, or possibly suffer sanctions, and serve said complaint upon Defendants no later than November 16, 2007, unless Defendant Employer will not accept service for Named Employee Defendants. There upon, Plaintiff will have until November 30, 2007 to serve said named Defendants, or *file service* on named Employee Defendants with the Clerk of the Court by November 30, 2007.

The Case Management Conference for this matter is continued until ~~December  , 2007,~~ *January 8, 2008 at 9:00 a.m.* when it is expected all parties will have been served, if not have Answered, by that date.

Dated: November 6, 2007

By: _____
Judge Marie Weiner of the Superior Court

GOLD & ASSOCIATES
235 MONTGOMERY STREET, SUITE 747
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 354-5400
FACSIMILE: (415) 354-5405

- 1 -

# ATTACHMENT 14

# NOTICE OF CASE MANAGEMENT CONFERENCE

_____          Case No. _____

                                         Date: _____
                vs.
                                         Time: 9:00 a.m.

_____          Dept. 2 – on Tuesday & Friday
                                         Dept. 8 – on Wednesday & Thursday

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1. In accordance with applicable California Rules of Court and Local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:

    a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of filing the complaint (CRC 3.110).

    b. Serve a copy of this notice, Case Management Statement and ADR Information Sheet on all named parties in this action.

    c. File and serve a completed Case Management Statement at least 15 days before the Case Management Conference [CRC 3.725]. Failure to do so may result in monetary sanctions.

    d. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 days before the date set for the Case Management Conference.

> 2. If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order To Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.

3. Continuances of case management conferences are highly disfavored unless good cause is shown.

4. Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation To ADR and Proposed Order (see attached form.). If plaintiff files a Stipulation To ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a completed stipulation to another ADR process (e.g., mediation) 10 days prior to the first scheduled case management conference, the case management conference will be continued for 90 days to allow parties time to complete their ADR session. The court will notify parties of their new case management conference date.

5. If you have filed a default or a judgment has been entered, your case is not automatically taken off the Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.

6. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

7. The Case Management judge will issue orders at the conclusion of the conference that may include:

    a. Referring parties to voluntary ADR and setting an ADR completion date;

    b. Dismissing or severing claims or parties;

    c. Setting a trial date.

8. The Case Management judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court website at www.sanmateocourt.org.

* Telephonic appearances at case management conferences are available by contacting CourtCall, LLC, an independent vendor, at least 5 business days prior to the scheduled conference (see attached CourtCall information).

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:    Superior Court of California
MAILING ADDRESS:   County of San Mateo
CITY AND ZIP CODE:   400 County Center
BRANCH NAME:      Redwood City, CA  94063-1655

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** | | CASE NUMBER: |
|---|---|---|
| **(Check one):**   ☐ **UNLIMITED CASE** *(Amount demanded exceeds $25,000)* | ☐ **LIMITED CASE** *(Amount demanded is $25,000 or less)* | |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date:                     Time:              Dept.:            Div.:              . Room:

Address of court *(if different from the address above):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐  This statement is submitted by party *(name):*
   b. ☐  This statement is submitted jointly by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a.   The complaint was filed on *(date):*
   b. ☐  The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐  All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐  The following parties named in the complaint or cross-complaint
      (1) ☐  have not been served *(specify names and explain why not):*
      (2) ☐  have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐  have had a default entered against them *(specify names):*
   c. ☐  The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):*

4. **Description of case**
   a.   Type of case in  ☐ complaint   ☐ cross-complaint   *(describe, including causes of action):*

Page 1 of 4

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. January 1, 2007] | **CASE MANAGEMENT STATEMENT** | Cal. Rules of Court,<br>rules 3.720–3.730<br>www.courtinfo.ca.gov |
|---|---|---|

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10. d.   The party or parties are willing to participate in *(check all that apply):*
    (1) ☐ Mediation
    (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
    (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
    (4) ☐ Binding judicial arbitration
    (5) ☐ Binding private arbitration
    (6) ☐ Neutral case evaluation
    (7) ☐ Other *(specify):*

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

**11. Settlement conference**
☐ The party or parties are willing to participate in an early settlement conference *(specify when):*

**12. Insurance**
a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
b. Reservation of rights: ☐ Yes ☐ No
c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**13. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
☐ Bankruptcy ☐ Other *(specify):*
Status:.

**14. Related cases, consolidation, and coordination**
a. ☐ There are companion, underlying, or related cases.
    (1) Name of case:
    (2) Name of court:
    (3) Case number:
    (4) Status:
    ☐ Additional cases are described in Attachment 14a.
b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**15. Bifurcation**
☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**16. Other motions**
☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

## ADR Stipulation and Evaluation Instructions

In accordance with *Local Rule 2.3(i)(3)*, all parties going to ADR must complete a Stipulation and Order to ADR and file it with the Clerk of the Superior Court. The Office of the Clerk is located at:

> Clerk of the Superior Court, Civil Division
> Attention: Case Management Conference Clerk
> Superior Court of California, County of San Mateo
> 400 County Center
> Redwood City, CA 94063-1655

There is no filing fee for filing the stipulation. An incomplete stipulation will be returned to the parties by the Clerk's Office. All stipulations must include the following:

- ❏ Original signatures for all attorneys (and/or parties in pro per);
- ❏ The name of the neutral;
- ❏ Date of the ADR session; and
- ❏ Service List (Counsel need not serve the stipulation on parties).

Parties mutually agree on a neutral and schedule ADR sessions directly with the neutral. If parties would like a copy of the San Mateo County Superior Court's ADR Panelist List and information sheets on individual panelists, they may go to the court's website (see below) or contact the ADR Coordinator at (650) 363-1962 or (650) 599-1070.

### If Filing the Stipulation Prior to an Initial Case Management Conference

To stipulate to ADR prior to the initial case management conference, parties must file a completed stipulation at least 10 days before the scheduled case management conference. The clerk will send notice of a new case management conference date approximately 90 days from the current date to allow time for the ADR process to be completed.

### If Filing Stipulation Following a Case Management Conference

When parties come to an agreement at a case management conference to utilize ADR, they have 21 days from the date of the case management conference to file a Stipulation and Order to ADR with the court [*Local Rule 2.3(i)(3)*].

### Post-ADR Session Evaluations

*Local Rule 2.3(i)(5)* requires submission of post-ADR session evaluations within 10 days of completion of the ADR process. Evaluations are to be filled out by both attorneys and clients. A copy of the Evaluation By Attorneys and Client Evaluation are attached to the ADR Panelist List or can be found on the court's web site.

### Non-Binding Judicial Arbitration

Names and dates are not needed for stipulations to judicial arbitration. The Judicial Arbitration Administrator will send a list of names to parties once a stipulation has been submitted. The Judicial Arbitration Administrator can be contacted at (650) 363-4896. For further information regarding San Mateo Superior Court's ADR program, contact the ADR offices at (650) 599-1070 or the court's ADR web site at http//www.co.sanmateo.ca.us.sanmateocourts/adr.htm.

SUPERIOR COURT OF CALIFORNIA -- COUNTY OF SAN MATEO

## APPROPRIATE DISPUTE RESOLUTION INFORMATION SHEET

In addition to the court provided voluntary and mandatory settlement conferences, this court has established, in partnership with the community and Bar Association, the Multi-Option ADR Project. Recognizing that many civil disputes can be resolved without the time and expense of traditional civil litigation, the San Mateo County Superior Court encourages the parties in civil cases to explore and pursue the use of Appropriate Dispute Resolution

## WHAT IS APPROPRIATE DISPUTE RESOLUTION?

Appropriate Dispute Resolution (ADR) is the general term applied to a wide variety of dispute resolution processes that are alternatives to lawsuits. Types of ADR processes include arbitration, mediation, neutral evaluation, mini-trials, settlement conferences, private judging, negotiation, and hybrids of these processes. All ADR processes offer a partial or complete alternative to traditional court litigation for resolving disputes.

## WHAT ARE THE ADVANTAGES OF USING ADR?

ADR can have a number of advantages over traditional court litigation.

- **ADR can save time.** Even in a complex case, a dispute can be resolved through ADR in a matter of months or weeks, while a lawsuit can take years.

- **ADR can save money.** By producing earlier settlements, ADR can save parties and courts money that might otherwise be spent on litigation costs (attorney's fees and court expenses).

- **ADR provides more participation.** Parties have more opportunity with ADR to express their own interests and concerns, while litigation focuses exclusively on the parties' legal rights and responsibilities.

- **ADR provides more control and flexibility.** Parties can choose the ADR process most appropriate for their particular situation and that will best serve their particular needs.

- **ADR can reduce stress and provide greater satisfaction.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere found in litigation. Surveys of disputants who have gone through ADR have found that satisfaction with ADR is generally high, especially among those with extensive ADR experience.

### Arbitration, Mediation, and Neutral Evaluation

Although there are many different types of ADR processes, the forms most commonly used to resolve disputes in California State courts are Arbitration, Mediation and Neutral Evaluation. The Multi-Option ADR Project a partnership of the Court, Bar and Community offers pre-screened panelists with specialized experience and training in each of these areas.

**Arbitration:** An arbitrator hears evidence presented by the parties, makes legal rulings, determines facts and makes an arbitration award. Arbitration awards may be entered as judgments in accordance with the agreement of the parties or, where there is no agreement, in accordance with California statutes. Arbitrations can be

| Attorney or Party without Attorney<br>(Name, Address, Telephone, Fax, State Bar membership number): | Court Use Only |
|---|---|
| **Superior Court of California, County of San Mateo**<br>Hall of Justice and Records<br>400 County Center<br>Redwood City, CA 94063-1655   (650) 363-4711 | |
| Plaintiff(s): | Case Number: |
| Defendant(s): | Current CMC Date: |

## STIPULATION AND ORDER TO APPROPRIATE DISPUTE RESOLUTION

Plaintiff will file this stipulation with the Clerk's Office 10 days prior to or 3 weeks following the first Case Management Conference unless directed otherwise by the Court and ADR Director [*Local Rule 2.3(i)(3)*]. Please attach a Service List.

The parties hereby stipulate that all claims in this action shall be submitted to (select one):

☐ Voluntary Mediation               ☐ Binding Arbitration (private)
☐ Neutral Evaluation                  ☐ Settlement Conference (private)
☐ **Non-Binding Judicial Arbitration CCP 1141.12**    ☐ Summary Jury Trial
☐Other: _____

Case Type: _____

Neutral's name and telephone number: _____

Date of session: _____

(Required for continuance of CMC except for non-binding judicial arbitration)

Identify by name the parties to attend ADR session: _____

---

### ORIGINAL SIGNATURES

---

Type or print name of ☐Party without attorney       ☐Attorney for (Signature)

☐Plaintiff/Petitioner ☐Defendant/Respondent/Contestant      Attorney or Party without attorney

---

Type or print name of ☐Party without attorney       ☐Attorney for (Signature)

☐Plaintiff/Petitioner ☐Defendant/Respondent/Contestant      Attorney or Party without attorney

---

## STIPULATION AND ORDER TO APPROPRIATE DISPUTE RESOLUTION

_____

Type or print name of □Party without attorney

□Plaintiff/Petitioner □Defendant/Respondent/Contestant


_____

□Attorney for (Signature)

Attorney or Party without attorney


_____

Type or print name of □Party without attorney

□Plaintiff/Petitioner □Defendant/Respondent/Contestant


_____

□Attorney for (Signature)

Attorney or Party without attorney

**IT IS SO ORDERED:**


DATE:

_____

JUDGE OF THE SUPERIOR COURT OF SAN MATEO COUNTY

# DIVISION II
## COURT MANAGEMENT - SUPERIOR COURT

### CHAPTER 1. FORM AND SERVICE OF PAPERS

Rule 2.0  Transfer of Court-Related Functions of the County Clerk to the Superior Court

Pursuant to the authority contained in Government Code section 69898, the court hereby transfers from the County Clerk to the Superior Court Executive Officer, under the direction of the Presiding Judge, all of the powers, duties, and responsibilities required or permitted to be executed or performed by the County Clerk in connection with judicial actions proceedings, and records.

(Adopted, effective July 1, 1996.)

Rule 2.1  Form of Papers Presented for Filing

Reference, CRC, rule 2.100, et seq.

(Adopted, effective July 1, 1996) (Amended effective January 1, 2000) (Amended, effective January 1, 2007)

Rule 2.1.1 Citations to Non-California Authorities.

(Adopted, effective July 1, 1996)(Repealed, effective January 1, 1999)

Rule 2.1.2  Requests for Judicial Notice

(Adopted, effective July 1, 1996)(Repealed, effective January 1, 1999)

Rule 2.1.3 California Environmental Quality Act (CEQA)

If a petition for writ of mandate includes claims under CEQA (Public Resources Code section 21000 et. seq.), the case will be assigned to a judge designated to hear CEQA actions pursuant to Public Resources Code section 21167.1.  Plaintiff shall identify the petition as being filed pursuant to "CEQA" on the face of the petition.

(Adopted, effective January 1, 1999)(renumbered from 2.1.4 effective January 1,2000)

Rule 2.1.4 Documents Produced Through a Nonparty

If a party proposes to obtain documents in the custody of a nonparty, as by a subpoena duces tecum, and such documents may be produced by certification or otherwise in lieu of personal appearance by a witness custodian, the request for such documents should specify that they be delivered not later than the first day for which the trial is calendared.

(Adopted, effective January 1, 2000)

(c)    Cases filed after July 1, 1992

Upon the filing of a complaint after July 1, 1992, the case shall be subject to all of the civil case management system rules set forth below. Cases filed <u>before</u> July 1, 1992 shall also be subject to these rules except for subsection (d) (Filing and service of pleadings; exceptions).

(d)    Filing and service of pleadings; exceptions.

(1)    Complaint: Except as provided in paragraph 5 below, plaintiff shall within 60 days after filing of the complaint serve the complaint on each defendant along with:

(A)    A blank copy of the Judicial Council Case Management Statement;

(B)    A copy of Local Rule 2.3;

(C)    The Notice of Case Management Conference.

If a matter has been submitted to arbitration pursuant to uninsured motorist insurance, the plaintiff shall file a notice to that effect with the court at the time of filing the complaint, or at the time the matter is submitted. The notice shall include the name, address and telephone number of the insurance company, along with the claim number or other designation under which the matter is being processed.

(2)    Cross-complaint: Except as provided in paragraph 5 below, each defendant shall within 30 days after answering the complaint file any cross-complaint (within 50 days if compliance with a governmental claims statute is a prerequisite to the cross-complaint) not already served with the answer under Code of Civil Procedure section. 428.50 and serve with that cross-complaint:

(A)    A blank copy of the Judicial Council Case Management Statement;

(B)    A copy of Local Rule 2.3;

(C)    The Notice of Case Management Conference.

(3)    Responsive pleadings: Except as provided in paragraph 5 below, each party served with a complaint or cross-complaint shall file and serve a response within 30 days after service. The parties may by written agreement stipulate to one 15-day extension to respond to a complaint or cross-complaint.

If the responsive pleading is a demurrer, motion to strike, motion to quash service of process, motion for a change of venue or a motion to stay or dismiss the case on forum non conveniens grounds, and the demurrer is overruled or the motion denied, a further responsive pleading shall be filed within 10 days following notice of the ruling unless otherwise ordered. If a demurrer is sustained or a motion to strike is granted with leave to amend, an amended complaint shall be filed within 10 days following notice of the ruling unless otherwise ordered. The court may fix a time for filing pleadings responsive to such amended complaint.

(4)    Proofs of service: Proofs of service must be filed at least 10 calendar days before the case management conference.

(5)    Exceptions for longer periods of time to serve or respond: