1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  JEFFREY D. POLSKY (State Bar No. 120975)
   Email: polsky@kmm.com
3  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:   (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendants
   MILLS- PENINSULA HEALTH SERVICES,
8  SUTTER HEALTH AND CLAUDIA CHRISTENSEN

9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11

12
   L.M. BOCCIGNONE,                    CASE NO.
13                                     (San Mateo County Court Case No.
                 Plaintiff,            CIV 460718)
14
   v.                                  DECLARATION OF CLAUDIA
15                                     CHRISTENSEN IN SUPPORT OF
   SUTTER HEALTHCARE (MILLS            DEFENDANTS' NOTICE OF
16 PENINSULA HEALTH SERVICES),         REMOVAL
   BARBARA "BOBBI" FOSTER, CLAUDIA
17 CHRISTENSEN and DOES 1-97,          28 U.S.C. 1441 (b) (Federal Question)

18               Defendants.           SECOND AMENDED
                                       COMPLAINT FILED:  November 14, 2007
19                                     TRIAL DATE:        No date set.

20

21         I, Claudia Christensen, do hereby declare:

22         1.    I have been employed since October 2002 in the Human Resources

23 Department of Mills-Peninsula Health Services ("MPHS").  My current employment title is

24 Director, Human Resources.  Throughout the time of my employment, one of my

25 responsibilities has been labor relations.  In that capacity, I regularly assist MPHS

26 managers in the interpretation and application of the various collective bargaining

27 agreements that MPHS has with union representatives of our employees.  I am also

28 responsible for communicating with the employees' union representatives concerning

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CLAUDIA CHRISTENSEN IN SUPPORT OF          CASE NO.
DEFENDANTS' NOTICE OF REMOVAL          (SAN MATEO COUNTY COURT CASE NO. CIV 460718)

1  grievances. For example, I regularly attend grievance meetings with such union

2  representatives. I also have responsibility for the maintenance of employee personnel

3  and grievance files. I therefore have personal knowledge of the facts set forth in this

4  Declaration.

5      2.  Plaintiff, Lisa Maria Boccignone, was employed as an RN in the

6  Emergency Services Department of MPHS from January 24, 2005 until the date of her

7  termination effective September 7, 2006. MPHS is an affiliate of Sutter Health, a not-for-

8  profit network of hospitals and other health care organizations located primarily in

9  northern California. Ms. Boccignone was not employed by Sutter Health. Throughout

10  her employment with MPHS, Plaintiff was covered by a collective bargaining agreement

11  ("CBA") in effect between MPHS and her union representative, the California Nurses

12  Association ("CNA"). Attached as Exhibit 1 is a true and correct copy of the CBA which

13  was in effect at the time she commenced employment. Attached as Exhibit 2 is a true

14  and correct copy of the CBA which followed Exhibit 1, in effect from July 28, 2005

15  through June 30, 2007. MPHS is currently in negotiations with CNA to conclude a

16  successor agreement to Exhibit 2.

17      3.  One of Plaintiff's claims in the Second Amended Complaint is that

18  Plaintiff was fired "without just cause". (See, Plaintiff's Ninth Cause of Action ¶¶ 75-77.)

19  Plaintiff also claims that MPHS "ignored" the union agreement in terminating her. (¶ 74.)

20  (All paragraph references are to Plaintiff's Second Amended Complaint.) The CBA in

21  effect at the time of Plaintiff's termination (Exhibit 2) contains a provision that the

22  termination of any RN who has been employed longer than a three to six month

23  introductory period is subject to the CBA grievance procedure to determine if just cause

24  existed for the termination. The termination provisions are contained in Article 25 of

25  Exhibit 2. Article 26 of Exhibit 2 sets forth the grievance procedure which culminates in a

26  final and binding arbitration at Step 5 of the procedure.

27      4.  CNA was notified of the decision to terminate Ms. Boccignone on

28  the date of her termination. Both Shawn Bartlett, a CNA labor representative and Linda

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CLAUDIA CHRISTENSEN IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL

CASE NO.
(SAN MATEO COUNTY COURT CASE NO. CIV 460718)

1    Campagna, an RN who then served as an employee representative for CNA, attended

2    the September 7, 2006 meeting during which MPHS representatives advised Ms.

3    Boccignone of the termination decision. While CNA initially submitted a grievance

4    contending that Ms. Boccignone's termination was not for just cause, the Union dropped

5    the grievance by not timely moving it through the steps of the CBA. Attached as Exhibit

6    3 is a true and correct copy of the 9/14/06 grievance signed by CNA representative

7    Shawn Bartlett. Attached as Exhibit 4 is a true and correct copy of my 9/14/06 reply.

8    CNA never responded to my 9/14/06 reply. Additionally, Ms. Boccignone took no steps

9    to present any grievance concerning her termination at MPHS. Any question of whether

10   a termination of an employee who has completed the introductory period was for just

11   cause is subject to arbitration under the CBA. Ms. Boccignone completed her

12   introductory period by early May 2005; therefore, the question of whether her termination

13   was for just cause arose under the CBA and was subject to the grievance-arbitration

14   provision of the CBA.

15         5.     Plaintiff also contends that an alleged contract with her was violated

16   when her application for an award under MPHS's loan forgiveness program was

17   rejected. (See, the First and Second Causes of Action of the Second Amended

18   Complaint, ¶¶ 26-29.) It is the policy of MPHS to reject such applications if the RN

19   applicant has received written disciplinary action within one year of the date of the

20   application. Written disciplinary actions are subject to the grievance procedure of the

21   CNA collective bargaining agreement. CNA has filed grievances seeking to overturn

22   written disciplinary actions; if the grievance is timely and otherwise meets the procedural

23   requirements of the CBA, MPHS recognizes and processes those grievances through

24   the CBA grievance and arbitration provisions. Therefore, Ms. Boccignone's eligibility for

25   the program was dependent upon the validity of discipline that she received, which could

26   have been, but was not, grieved by CNA.

27         6.     Another of Plaintiff's claims is for "lost pay due to an unpaid

28   February through March 2006 suspension" (¶ 25:21-23.) This suspension was imposed,

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 3 -

DECLARATION OF CLAUDIA CHRISTENSEN IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL

CASE NO. _____
(SAN MATEO COUNTY COURT CASE NO. CIV 460718)

1    at the conclusion of an investigatory period, as a disciplinary action, and was subject to

2    being challenged through the grievance procedure of the CBA. At times in the Second

3    Amended Complaint, Plaintiff alleges that discipline of her was "pretextual". (¶¶ 59, 71,

4    72, 73, 76.) All discipline of an RN who has completed the introductory period, as was

5    the case when Plaintiff received the disciplinary write-ups and actions challenged in the

6    complaint, is subject to being grieved under the CBA. Attached as Exhibit 5 is a true and

7    correct copy of a grievance submitted by CNA dated August 3, 2006 which seeks to

8    challenge a performance evaluation provided to Ms. Boccignone in July 2006. This

9    grievance was likewise not further pursued by CNA following Ms. Boccignone's

10   termination.

11          7.      Plaintiff's Second Amended Complaint asserts, at several points,

12   that the Emergency Department was understaffed in August 2005 (¶¶ 22, 27, 29, 96).

13   The Twelfth Cause of Action alleges retaliation because Plaintiff made such a complaint

14   during her employment (¶¶ 94-100). The CBA in effect at the time of the alleged

15   complaint (Exhibit 2) contains several provisions addressing staffing issues in Article 28.

16   Part of the Article 28 provisions is a mechanism for RN's to raise staffing concerns

17   initially to a manager and then to a committee, the Staffing Committee, which is jointly

18   composed of management and union representatives. Staffing issues therefore raise

19   questions regarding the meaning and application of Article 28.

20          I have read this statement, and do hereby declare, under penalty of perjury

21   under the laws of the United States, that it is true and correct.

22          Executed in Burlingame, California on *November 27*, 2007.

23

24                                          *Claudia Christensen*
                                            CLAUDIA CHRISTENSEN

25

26   4826-5298-4322.1

27

28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 4 -

DECLARATION OF CLAUDIA CHRISTENSEN IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL

CASE NO. _____
(SAN MATEO COUNTY COURT CASE NO. CIV 460718)

**EXHIBIT** 1

# AGREEMENT

between



# CALIFORNIA NURSES ASSOCIATION

and

# MILLS-PENINSULA HEALTH SERVICES

## July 12, 2002

## to

## June 30, 2005

California Nurses Association
2000 Franklin Street, Suite 300
Oakland, CA 94612
(510) 273-2200
www.calnurse.org

### TABLE OF CONTENTS

PAGE

ARTICLE I
     RECOGNITION ................................................................................ 1

ARTICLE II
     COVERAGE ..................................................................................... 1

ARTICLE III
     MEMBERSHIP .................................................................................. 1

ARTICLE IV
     ASSOCIATION DUES ....................................................................... 3

ARTICLE V
     NONDISCRIMINATION ..................................................................... 3

ARTICLE VI
     ANNIVERSARY DATE ...................................................................... 4

ARTICLE VII
     EMPLOYMENT CATEGORIES .......................................................... 4

ARTICLE VIII
     CLASSIFICATIONS .......................................................................... 6

ARTICLE IX
     COMPENSATION ............................................................................. 8

ARTICLE X
     HOURS OF WORK -- OVERTIME .................................................... 10

ARTICLE XI
     ON-CALL AND DOUBLE SHIFTS .................................................... 11

ARTICLE XII
     POSITION POSTING AND FILLING OF VACANCIES ....................... 12

ARTICLE XIII
     PAID TIME OFF ............................................................................... 13

ARTICLE XIV
     HOLIDAYS ...................................................................................... 19

ARTICLE XV
     HEALTH AND DENTAL PLANS ......................................................... 20

ARTICLE XVI
     EMPLOYEE DISCOUNTS ................................................................ 21

ARTICLE XVII
     DISABILITY ..................................................................................... 22

i

# TABLE OF CONTENTS
## (CONTINUED)

PAGE

ARTICLE XVIII
    LIFE INSURANCE ............................................................................ 22
ARTICLE XIX
    RETIREMENT ................................................................................ 22
ARTICLE XX
    LEAVES OF ABSENCE ....................................................................... 26
ARTICLE XXI
    TUITION AND TEXTBOOKS ................................................................. 29
ARTICLE XXII
    JURY DUTY AND VOTING PRIVILEGES .................................................... 29
ARTICLE XXIII
    MILITARY DUTY ............................................................................. 30
ARTICLE XXIV
    EVALUATION PROGRAM ..................................................................... 30
ARTICLE XXV
    TERMINATION, DISCIPLINE, AND RESIGNATION ........................................ 30
ARTICLE XXVI
    ASSOCIATION RIGHTS ....................................................................... 31
ARTICLE XXVII
    GRIEVANCE PROCEDURE .................................................................... 32
ARTICLE XXVIII
    PROFESSIONAL PERFORMANCE AND PATIENT CARE COMMITTEES ............ 33
ARTICLE XXIX
    WEEKENDS OFF ............................................................................. 34
ARTICLE XXX
    LAYOFFS AND RECALLS ..................................................................... 34
ARTICLE XXXI
    IN-SERVICE EDUCATION AND MANDATORY CLASSES ................................. 38
ARTICLE XXXII
    MUTUAL RIGHTS AND RESPONSIBILITIES ............................................... 39
ARTICLE XXXIII
    PHYSICAL EXAMINATIONS ................................................................. 40
ARTICLE XXXIV
    SAVINGS CLAUSE ........................................................................... 40

ii

TABLE OF CONTENTS

(CONTINUED)

PAGE

ARTICLE XXXV
  MERGERS......................................................................................................... 40

ARTICLE XXXVI
  TERM OF AGREEMENT......................................................................... 41

APPENDIX A
  WAGE TABLES.................................................................................... A-1

APPENDIX B
  PROFESSIONAL PERFORMANCE, STAFFING, AND PATIENT CARE
  COMMITTEES........................................................................................ B-1

APPENDIX C
  SIDE LETTER PERTAINING TO SURGERY DEPARTMENT NURSES................ C-1

APPENDIX D
  12-HOUR SHIFTS.................................................................................. D-1

APPENDIX E
  RENAL DIALYSIS.................................................................................. E-1

APPENDIX F
  CONSOLIDATION.................................................................................. F-1

APPENDIX G
  FLOAT PLAN........................................................................................ G-1

APPENDIX H
  RAPID DEPLOYMENT NURSES.............................................................. H-1

APPENDIX I
  SIDE LETTER REGARDING NURSE REPRESENTATIVES............................ I-1

APPENDIX J
  PACU SIDE LETTER.............................................................................. J-1

APPENDIX K
  RETIREMENT ELECTIONS FOR NURSES EMPLOYED
  AS OF DECEMBER 31, 2002.................................................................. K-1

THIS AGREEMENT is made and entered into this 12th day of July 2002, by and between MILLS-PENINSULA HEALTH SERVICES, hereinafter referred to as "MPHS" and the CALIFORNIA NURSES ASSOCIATION, hereinafter referred to as "Association."

## WITNESSETH

That the parties hereto have agreed as follows:

## ARTICLE I

## RECOGNITION

MPHS hereby recognizes the Association as the sole bargaining agent representing Registered Nurses for the purpose of this Collective Bargaining Agreement.

## ARTICLE II

## COVERAGE

The Nurses covered by this Agreement are all Registered Nurses employed by MPHS performing patient care services. All other employees and supervisorial positions and personnel are excluded. It is the intention of the parties that all classifications and individuals currently covered by the Agreement at MPHS shall remain covered under the new Agreement; it is not the intention of the parties to expand the coverage of the new Agreement to positions not previously covered by the Agreement. In the event that MPHS commences operation of and operates an entity that employs Registered Nurses providing patient care services, these Nurses shall be covered by this Agreement to the extent required by law. At least 30 days prior to subcontracting of work currently performed by RN's covered by this Agreement, MPHS shall negotiate with the Association over the decision and effects of such subcontracting.

## ARTICLE III

## MEMBERSHIP

A.      All present and future employees covered by this Agreement who are not already members of the Association shall, within thirty (30) days of their employment, become members of the Association or, in the alternative, shall as a continuing condition of employment pay the Association a service fee in an amount equal to the monthly membership dues. The payments hereunder shall be made by authorized payroll deductions or by direct payment to the

1

Association. An Employee in or hired into a job classification represented by CNA shall be provided with an Employee Authorization for Payroll Deduction Form by CNA.

B.     The Association shall have the responsibility of notifying the employee regarding the obligations of this provision. Such notification shall include an initial letter of notification, a reminder letter with a copy to MPHS, and a final warning letter with a copy to MPHS.

C.     If all of the above requirements have been met by the Association, and the Nurse fails to comply with the provisions of this section, the Association may request that MPHS terminate the employment of such Nurse at the end of thirty (30) days from the date of such notification. MPHS, upon receiving such notification from the Association, shall immediately notify said Nurse that his/her services shall be terminated at the end of thirty (30) days from the date of such notification, and shall discharge said Nurse accordingly unless the Nurse complies with the membership or service fee conditions within the thirty (30) day period.

D.     Upon the execution of this Agreement, MPHS will send the Association a master list of all Nurses covered by the Agreement, containing the name, address, social security number and classification of each Nurse. Subsequently, on a monthly basis, MPHS will send the Association a list of all new hires, terminations, and changes in classification. MPHS will include social security numbers on the monthly dues deduction roster at such time as MPHS's payroll system can accommodate such a listing.

E.     On at least a monthly basis, the employer will also provide the union with information about members in the bargaining unit in a mutually acceptable computer-readable form necessary and sufficient for the Union to fulfill its duty of fair representation. This information shall include, but not be limited to, information regarding the demographics, job, and work-related financial information about each bargaining unit member. This language is not intended to reduce the information historically provided to the Union by the employer but to make the process of information sharing more efficient and accurate for both parties. The Union pledges to help to protect the privacy rights of those in the bargaining unit by not releasing sensitive data to third parties.

F.     The Association shall indemnify MPHS and hold it harmless against any and all suits, claims, demands and liabilities that shall arise of, or by reason of, any action that shall be taken by MPHS or its agents for the purpose of complying with this Article. If any provision of this Article is invalid under federal or state law, said provision shall be modified to comply with requirements of said federal or state law.

## ARTICLE IV

## ASSOCIATION DUES

During the term of this Agreement MPHS agrees that on each payday it will deduct from the salary of each Registered Nurse, who in writing authorizes such deductions, an amount

equivalent to one twenty-sixth (1/26th) of the annual dues and Association service charges for membership in the Association. MPHS shall remit said dues and charges so collected to the CNA Headquarters, 2000 Franklin Street, Suite 300, Oakland, CA 94612-2908, within ten (10) days after the deduction has been made. The foregoing, however, is subject to there being sufficient funds due to the Nurse from which deductions may be made after MPHS has paid all other legally required or Nurse authorized deductions. A list shall accompany the deductions which will show the names of the Nurses for whom deductions have been made. The Association shall hold MPHS harmless against any claims or liabilities that might arise by reason of the inability of MPHS to make the authorized deductions and shall hold MPHS harmless against claims or liabilities that might arise or be incurred by MPHS as the result of any action or claim brought by any Nurse against MPHS in connection with MPHS's deduction of dues and/or service charges under this Article.

## ARTICLE V

### NONDISCRIMINATION

MPHS shall not discriminate against any Registered Nurse covered by this Agreement by reason of such Registered Nurse's activity for, or membership in, the Association, providing that such activity does not interfere with the Nurse's regular duties. The Association will not discriminate against any Nurse covered by this Agreement who in accordance with applicable law, refuses to join or participate in the activities of the Association or who exercises the right of individual self-representation with respect to employment relations with MPHS. Neither MPHS nor the Association shall discriminate against any Registered Nurse because of such Nurse's sex, race, religion, creed, color, national origin, or age as defined in the Age Discrimination in Employment Act, sexual preference, or disability as provided by law. It shall be the responsibility of both MPHS and the Association to resolve or eliminate any such discriminatory actions or procedures.

## ARTICLE VI

### ANNIVERSARY DATE

The most recent date of hire, anniversary date of hire, or adjusted anniversary date shall be used in determining salary placement and benefit eligibility. Full and part time nurses shall advance tenure steps each year at the beginning of the first pay period following their anniversary dates. However, dates of hire and anniversary dates of hire shall be adjusted to reflect periods of suspension and unpaid leaves of absence in excess of thirty (30) calendar days and periods of layoff in excess of ninety (90) calendar days. In cases of anniversary dates occurring during periods of disciplinary probation, the applicable tenure step increase will be effective upon successful completion of such period of disciplinary probation with no change in the Nurse's

3

anniversary dates of hire.  No Nurse shall have his/her anniversary date adjusted by being designated a Clinical Nurse. No Nurse shall have his/her anniversary date in any way affected if said Nurse moves from one Hospital to the employ of the other.

## ARTICLE VII

## EMPLOYMENT CATEGORIES

For the purposes of compensation and fringe benefit eligibility and  computation, Registered Nurses shall be categorized as either Full-Time, Part-Time, or Per Diem.  Nurses may be required to work at the alternate facility under circumstances set forth in Article XXX, Section G and only in their same regions and only after orientation.  A change in a Nurse's employment category must first be approved in writing by the appropriate Nurse Manager or Department Director.

A.     **Full-Time Nurses.**  Except as provided in Appendix D, a Full-Time Nurse is a Registered Nurse who is regularly scheduled to work eighty (80) hours in a biweekly pay period.

B.     **Part-Time Nurses.**  Part-Time Registered Nurses are those who work on a regular basis of at least forty (40) hours in a biweekly pay period but less than eighty (80) hours. Part-Time Nurses shall receive salary and benefits prorated in ratio to the number of hours worked as compared to Full-Time.

C.     **Per Diem Nurses.**  Registered Nurses who may be called in on short notice to meet staffing requirements.  At least six (6) weeks in advance, Per Diem Nurses shall provide notice of availability to work four (4) shifts per four (4) week scheduling cycle, including a maximum of two (2) weekend shifts in a four (4) week scheduling cycle or six (6) weekend shifts in three consecutive four (4) week scheduling cycles.  In the event that two (2) or more Per Diem Nurses submit availability for the same shift, the shift shall be granted in order of seniority.

Per Diem Nurses shall be available to be called for work until two (2) hours prior to the start of their shift.  Such nurses shall be guaranteed a minimum of eight (8) hours' work or pay when they report to work.  Per Diem Nurses must notify MPHS of their unavailability for work not to exceed ten (10) calendar weeks per calendar year with the exception of approved medical leave.  The Per Diem Nurse's request to be unavailable shall be made in writing at least six (6) weeks in advance of the week(s) during which he/she desires to be unavailable to work.

Per Diem Nurses must be available to work on one of the two holidays consisting of Christmas or New Year's, as determined by MPHS; if possible, these days will be alternated annually.  Per Diem Nurses must be available to work every other Thanksgiving holiday.  At MPHS's request, based on staffing needs, a Per Diem Nurse could fulfill the holiday commitment by working an alternate shift in the week immediately preceding or following the actual holiday.  Per Diem Nurses shall be provided with orientation, as is determined to be necessary by MPHS, when they change from one facility to the other for the first time.

If a Per Diem is changing availability, twenty-four (24) hours' advance notice of such change is required, except in cases of illness or emergency. If the Per Diem Nurse is unavailable for a scheduling or cancellation call, it is the Nurse's responsibility to call in or notify MPHS prior to the two (2) hour cutoff points referred to above. Failure to provide notices of availability or unavailability as set forth above or failure to give notice prior to the two (2) hour cutoff points on any one occasion and/or giving such notice more than five (5) times in any given calendar year, will subject the Per Diem Nurse to disciplinary action up to and including termination. Per Diem Nurses called off from a previously scheduled shift without two (2) hours' notice shall receive eight (8) hours' straight time compensation or eight (8) hours' work, at MPHS's discretion. During the life of this Agreement, the parties may mutually agree to meet for the purpose of agreeing upon amendments to the terms and conditions of this paragraph.

D.    **Conversion to Part- or Full-Time Status.** Per Diem Nurses with less than one thousand (1,000) hours of work with MPHS who convert to Full- or Part-Time status shall be classified and paid at the Staff Nurse Step 1 rate until they have completed a total of one thousand (1,000) hours of work, less any applicable prior experience credit provided for in Section A of Article VIII. Per Diem Nurses with one thousand (1,000) or more hours of work with MPHS, including the applicable credit for prior experience, if any, who convert to Full- or Part-Time status shall be classified and paid at the appropriate Staff Nurse rate, each additional two thousand (2,000) hours of work with MPHS being equivalent to twelve (12) months' service.

# ARTICLE VIII
# CLASSIFICATIONS

A.    **Staff Nurse Step Placement and Salary Progression.**

1) **Step Placement Upon Hire**: A Registered Nurse licensed by the State of California hired by MPHS shall be placed on the Staff Nurse wage scale based on his or her nursing experience in an acute care hospital or a comparable clinical area, as set forth below:

| Step 1 | Step 2 | Step 3 | Step 4 |
|---|---|---|---|
| 0 up to 18 months of acute care experience within the last 3 years | 18 months up to 5 years acute care experience within the last 5 years | 5 years up to 8 years acute care experience within the last 8 years | 8 years or more acute care experience within the past 10 years |

For purposes of determining the step upon which the new nurse is hired, one year of experience shall require at least one thousand (1000) hours of work during a calendar year.

2) **Step Progression — Steps 1 through 5:**

After being hired by MPHS, Nurses shall advance from their initial step up to and through Step 5 on their applicable anniversary dates of employment. Notwithstanding the foregoing, a Nurse who is hired with a baccalaureate degree in nursing or who obtains such a degree while employed by MPHS will have his or her anniversary date advanced by ninety (90) days. If such a nurse would have received a tenure step increase during such ninety (90) day period, the nurse will receive the increase as of the date the degree is awarded.

> **3) Step Progression — Tenure Steps (Steps 6 through 8):**
>
>> a) A Nurse shall move to the ten (10) year tenure step (Step 6) effective ten (10) years after the Nurse's anniversary date as a Staff Nurse in contractual benefit status.
>>
>> b) A Nurse shall move to the fifteen (15) year tenure step (Step 7) effective fifteen (15) years after the Nurse's anniversary date as a Staff Nurse in contractual benefit status.
>>
>> c) Effective the start of the second payroll period in January 2003, a Nurse shall move to the twenty-one (21) year tenure step (Step 8) effective twenty-one (21) years after the Nurse's anniversary date as a Staff Nurse in contractual benefit status.
>>
>> d) A Nurse who has a break in service and who returns to benefit status position within one (1) year shall have past service counted for purpose of qualifying for such tenure step.

B.    **Clinical Nurse.** Criteria: A Nurse can be classified as a Clinical Nurse if she/he meets the following criteria:

(1)    A Full-Time or a Part-Time Registered Nurse must have: (i) at least two (2) years' practical experience in an acute setting within the past three (3) years; (ii) at least six (6) months' continuous employment at MPHS; (iii) at least six (6) months' employment within his/her area of clinical expertise; and (iv) satisfy the criteria established by the Nurse Recognition Committee on an on-going basis;

(2)    A Per Diem Registered Nurse must meet all the requirements set forth above with regard to Full-Time and Part-Time Registered Nurses and, in addition, must satisfy the following requirements: (i) must have worked at least 1040 hours in the prior calendar year; and (ii) must continue to work at the rate of 1040 hours per year.

When a Clinical Nurse elects to transfer to a different clinical area of practice, the Nurse will be required to meet the qualifications detailed in the Clinical Nurse Manual to maintain Clinical Nurse status.

If a Clinical Nurse moves from one campus to another in the same clinical area of practice, that nurse shall maintain his/her Clinical Nurse status.

6

The parties agree to establish a Nurse Recognition Committee, consisting of three (3) representatives of each party, to evaluate and maintain criteria for Clinical Nurse I and II classifications. If the Nurse Recognition Committee is unable to reach agreement, the matter in dispute will be referred to the Vice President for Acute Services and either one or both of the Co-Presidents of the Clinical Nurse Councils for resolution.

C.    **Past Experience At MPHS**. A Nurse who returns to work at MPHS within one (1) year after termination or who returns to benefit status within one (1) year after having converted to non-benefit status shall be paid at not less than the salary step and PTO benefit level as that at which the Nurse left or converted to non-benefit status. The rehiring salary step, PTO level or benefit waiting period of Nurses rehired or returning to benefit status from non-benefit status more than one (1) year after termination or such change of status shall be at the sole discretion of MPHS, except in the cases of benefit status Nurses who take a per diem position with MPHS, after leaving benefit status. Whenever such Per Diem Nurses resume benefit status, they shall accrue PTO at the rate in effect at the time they left their benefit status.

D.    **Inter-Organizational Transfers**. MPHS shall recognize voluntary transfers to or from other Sutter Health affiliates. A Nurse who transfers to MPHS will be credited, for benefits purposes only, with his/her system-wide length of service. For a reduction in force, recall or bidding, only bargaining unit seniority shall be used. An inter-facility transfer shall not result in the displacement or reduction in hours of any bargaining unit nurse.

## ARTICLE IX

## COMPENSATION

A.    **Minimum Monthly Salaries**. The minimum monthly rates of pay for the classifications in the bargaining unit shall be as shown in Appendix A, as described below:

(1) The base wage rates shall be increased 4.5%, effective on March 17, 2002, as shown in Table 1 in Appendix A;

(2) The base wage rates shall be increased 3.5%, effective on January 5, 2003, as shown in Table 2 in Appendix A;

(3) The base wage rates shall be increased 5%, effective on June 8, 2003, as shown in Table 3 in Appendix A; and

(4) The base wage rates shall be increased 6%, effective on June 6, 2004, as shown in Table 4 in Appendix A.

B.    **Daily Rates For Per Diem Nurses**.  The minimum daily rates of pay for Per Diem Nurses shall be as set forth in Appendix A.  Said daily rates are in lieu of all fringe benefits and premiums other than legally required overtime and time and one-half (1½) the regular hourly rate of pay for all hours actually worked on the holidays specified in the first paragraph of Article XIV, Section A of this Agreement.  A Per Diem Nurse who would otherwise have been hired as a Staff Nurse, Step 1 shall receive One Dollar ($1.00) per hour above the Staff Nurse, Step 1 rate and shall progress to Per Diem Step 2 rate set forth below after completion of 1000 hours of work and to Steps 3, 4, 5 and 6 after completion of an additional 2000 hours of work for each such Step.

C.    **Shift Differentials**.

1.    For all hours worked on shifts commencing at 1500 hours: 10% of Staff Nurse Step 1 base pay (see Table below).  For all hours worked on shifts commencing at 2300 hours: 15% of Staff Nurse Step 1 base pay (see Table below).

### SHIFT DIFFERENTIALS

| Effective Date | Shifts Commencing at 1500 hours | Shifts Commencing at 2300 hours |
|---|---|---|
| July 12, 2002 | $3.13 | $4.70 |
| January 5, 2003 | $3.24 | $4.86 |
| June 8, 2003 | $3.40 | $5.10 |
| June 6, 2004 | $3.61 | $5.41 |

Payment of the applicable shift differential premium is only for the actual hours worked on any shift, once the Nurse has worked at least two (2) hours on such a shift.

2.    Nurses who regularly work the shift commencing at 2300 hours on consecutive Friday and Saturday nights for a schedule of thirteen (13) consecutive weeks shall be paid at double the Nurse's regular hourly rate for all straight-time hours worked.  Nurses who regularly work the shift commencing at 1500 hours on two (2) consecutive weekend evenings for a schedule of thirteen (13) consecutive weeks shall be paid at one and one-half the Nurse's regular hourly rate for all straight-time hours worked.  These premiums shall be in lieu of any other differential or premium (including but not limited to holiday rates), which might otherwise apply.

D.    **Shift Charge Nurse**.  A Staff Nurse who is designated by the appropriate supervisor to be in charge of the unit ("Designated Charge Nurse") shall be compensated at a rate of Two Dollars ($2.00) per hour higher than the Nurse's regular rate of pay for all hours worked as a Designated Charge Nurse upon such shift, in addition to the applicable shift differential.

Relief Charge Nurses shall receive a premium of One Dollar and Twenty-Five Cents ($1.25) per hour, in addition to the applicable shift differential, for all hours so worked. Designated and Relief Charge Nurses shall identify on applicable time records the hours worked in such capacities. It is agreed that, at times when patient census drops, the Designated Charge Nurses will not be required to float by seniority. If temporary reductions in staffing are required, Designated Charge Nurses will be reduced in accordance with Article XXX(G), provided that there is a Nurse qualified and willing to function in the role of Relief Charge Nurse and, if circumstances require, as Designated Charge Nurse. MPHS will notify CNA thirty (30) days in advance of any contemplated changes in the number of Designated Charge nurse positions. Any resulting disagreement over the basis for such a decision may be submitted to the grievance procedure.

When a staffing shortage for a particular shift exists, the Nurse Manager and/or Nursing Shift Supervisor and the Charge Nurse shall immediately meet to assess the patient care needs and the staffing available to provide safe patient care. If there are still not enough staff available according to the acuity system to provide safe patient care, the Nurse Manager and/or Nursing Shift Supervisor will call in extra staff. Allegations of unsafe staffing conditions, including insufficient staff, improperly trained staff, etc., shall be subject to immediate review and adjustment if necessary. When such an allegation is made, the responsible Hospital representative shall meet immediately with the RN(s) making the allegation. A CNA representative, nurse representative or Hospital Human Resources representative may also be present, if available. The parties shall review the staffing conditions and attempt to reach agreement on a resolution.

E. **Preceptor Differential.** Except as provided below, nurses who are designated as Preceptors for Registered Nurses who are new graduates or other Registered Nurses who are in extended training positions shall be paid a premium of One Dollar and Twenty-Five Cents ($1.25) per hour for all hours spent precepting other RNs. A Registered Nurse who has received the Preceptor Differential at any point during a calendar year is ineligible to use his or her preceptor duties for the Clinical Nurse Program.

## ARTICLE X

## HOURS OF WORK – OVERTIME

A. For the purpose of this Article "a day" for any Nurse commences with the start of work by a Nurse at or after 2300 hours and continues for a consecutive period of twenty-four (24) hours.

B. MPHS will pay overtime for hours worked in excess of eight (8) hours in a day or eighty (80) hours in a biweekly pay period which are authorized in advance by the Department Manager or a Supervisor. Daily overtime is at the rate of time and one-half (1½) for the first four (4) hours of overtime and double (2) time for additional hours worked beyond the first

four (4) hours of overtime.  Overtime in excess of eighty (80) hours shall be at time and one-half (1½).

C.    When a Registered Nurse is required by MPHS to remain on MPHS grounds during the Nurse's lunch period, such lunch period shall be considered time worked and the Nurse shall be so compensated.

D.    Any Registered Nurse, other than a Nurse on-call, requested, on short notice, to work extra time shall have the option to refuse to do so.  MPHS shall not penalize a Nurse in any manner because of the Nurse's exercise of this option.  MPHS shall not assign mandatory overtime unless there is a disaster or emergency declared by a Federal, State and/or County Government.

E.    **Rest Between Shifts.**  Each Nurse shall be paid at the rate of two (2) times the straight-time rate of pay for all nonconsecutive hours worked over eight (8) during the Nurse's workday.  In addition, each Nurse shall have an unbroken rest period of at least fifty-five (55) hours between shifts when the Nurse is off on the weekend or two (2) consecutive days off, and of at least thirty-one (31) hours between shifts when the Nurse is off on a holiday or on a single day off.  All hours worked within the above rest periods shall be paid at the rate of double time.  Overtime for which premium pay is given shall count as rest periods for purposes of this Section E.

F.    The provisions of this Article may be waived by agreement between the Nurse and his/her Supervisor as follows:

   1.    If overtime pay would be incurred because of a request from a Registered Nurse, MPHS will provide information to the Registered Nurse regarding his/her waiver rights and may do either of the following:

       a.    Grant the request conditional upon MPHS's receipt of a signed waiver prior to the date that the overtime pay would be incurred; or

       b.    Deny the request.

   2.    If overtime pay would be incurred because of a request by MPHS, the waiver must be based upon the non-solicited written request of the Nurse(s).

G.    Tentative work schedules shall be posted six (6) weeks prior to the beginning of each four (4) week work cycle.  The schedule shall be made final by MPHS no later than ten (10) days prior to the effective date of the schedule.  Prior to any changes being made to the final schedule, the consent of the affected Nurse(s) shall be obtained.

H.    **Penalty Pay for Missed Rest Periods and Meal Breaks.**  California law currently provides that employees who are not provided their legally required rest period(s) are entitled to receive one hour of pay for the missed rest period(s) for each shift and an additional one hour of pay for missed meal period(s) for each shift.  As long as this law remains applicable

to nurses covered by this Agreement, a nurse may grieve the denial of this statutory right pursuant to the terms of Article XXVII (Grievance Procedure).

## ARTICLE XI

## ON-CALL AND DOUBLE SHIFTS

A.    **On-Call.** MPHS will pay Registered Nurses for regular on-call assignments at the rate of one-half (½) the Nurse's regular hourly rate and at three-fourths (3/4) such hourly rate for on-call assignments occurring on the holidays provided for in the first paragraph of Section A of Article XIV of this Agreement.   An additional one and one-half (1½) times the regular hourly rate will be paid for all hours worked in MPHS while on an on-call assignment status, except that the hours worked on a holiday specified in Article XIV shall be paid for at one and three-fourths (1-3/4) times the regular hourly rate.   The cumulative rate for on-call hours actually worked amounts to double time (2X) for such service, except for holidays, when it amounts to two and one-half (2½) times.

B.    **Double Shifts.** MPHS will pay a Registered Nurse eight (8) hours at double the Nurse's straight-time hourly rate of pay (excluding any first shift differential and/or premium) for the last eight (8) hours of a double shift plus any shift differential and/or relief in higher classification pay which may be applicable to the second shift.   A Nurse requested by MPHS to work a double shift and who is called off during that shift shall be paid double time for all hours worked on that shift.

C.    The provisions of this Article may be waived by agreement between the Nurse and his/her Supervisor as follows:

1.    If premium pay would be incurred because of a request from a Registered Nurse, MPHS will provide information to the Registered Nurse regarding his/her waiver rights and may do either of the following:

a.    Grant the request conditional upon MPHS's receipt of a signed waiver prior to the date that the premium pay would be incurred; or

b.    Deny the request.

2.    If premium pay would be incurred because of a request by MPHS, the waiver must be based upon the non-solicited written request of the Nurse(s).

11

## ARTICLE XII

## POSITION POSTING AND FILLING OF VACANCIES

A.    Registered Nurse positions under this Agreement which are permanently vacated or newly created shall be posted at both Hospitals on the position posting bulletin board for a period of at least seven (7) calendar days.

B.    It is the policy of MPHS to fill permanent vacancies from within, whenever possible. When more than one (1) Nurse applies for any such vacancy, before any new Nurses are hired, length of service with MPHS shall be the determining factor when existing qualifications and the present abilities of the Nurse applicants are equal in the judgment of MPHS. Additionally, benefit status Nurses will take precedence over Steps 1 through 5 Per Diem Nurses, regardless of work location of the Nurses, as long as qualifications, as determined by MPHS, are equal. Step 6 Per Diem Nurses will be given equal consideration with benefit status Nurses based on the same criteria and their seniority dates will be determined by dividing such Per Diem Nurses' number of hours of work for MPHS by one thousand (1,000).

C.    Each newly posted position shall be accompanied by a job title, minimal qualifications, brief synopsis of the job description or directions for additional information to be obtained at the personnel office, educational requirements, if any, special requirements and starting pay for the position. When a Nurse is not selected for a position, said Nurse shall be notified in writing of that decision prior to the announcement of the filling of said vacancy. When a senior Nurse(s) is not granted the position for which he/she applied on the grounds of qualifications, MPHS, at the time of appointment of a less senior Nurse, shall verbally advise the senior Nurse(s) of the reasons as to why he/she was not chosen.

D.    Permanent vacancies and newly created positions shall be filled within sixty (60) days from the date of the job offer. However, nothing in this Agreement shall prevent MPHS from filling any permanent vacancy or new position on a temporary basis for a period of up to sixty (60) calendar days.

E.    A Nurse may apply for a transfer at any time. Transfers shall be limited to one every six (6) months, subject to waiver by review and agreement of the managers whose units are affected.

F.    For the purpose of bidding on posted positions all Registered Nurses employed by MPHS may use their length of service with MPHS as the basis for their seniority.

# ARTICLE XIII

## PAID TIME OFF

A.    The Paid Time Off (PTO) plan is a benefit designed to provide the employee with paid personal time away from work.    PTO can be used for vacation, holidays, religious observances, personal or family business, short-term illness, health or dental appointments, or any other reason deemed appropriate by the employee to maintain continuity of pay.    PTO can also be used when either facility is closed or not fully operational due to emergencies or natural disasters, e.g., severe weather conditions, earthquake, power failure, etc., or when sufficient work is not available to warrant scheduled hours for assigned personnel.    This Paid Time Off plan replaces the previous vacation, holiday, and sick leave programs for eligible employees, those who are regular full-time and part-time (who work a schedule of 20 or more hours per week). Eligibility begins with the first day of employment.

B.    **Definitions.**

1.    **Paid Time Off Bank (PTO).**  Individual employee accounts containing accrued hours designated for vacation, holiday time off, the occasional sick day, or other personal needs.

2.    **Extended Illness Bank (EIB).**  Individual employee accounts containing accrued hours designed for the severe or long-term illness.  The Extended Illness Bank may be used when an employee is in one of these circumstances:

(a)    Is admitted to a hospital or has a surgical procedure performed in a hospital or a surgery center;

(b)    Otherwise qualifies for State Disability benefits;

(c)    Is eligible for Workers' Compensation benefits; or

(d)    When PTO has been used consecutively for the equivalent of one (1) week's work (50% of the scheduled hours in a pay period) and a physician's verification of illness is provided.

C.    **Accruals.**  PTO and EIB hours accrue on hours worked up to a maximum of 80 in a pay period.  The accrual rates are set forth in the following table:

**PTO**

| LENGTH OF SERVICE IN MONTHS | HOURS ACCRUED EACH PAY PERIOD (If F/T) | EQUIVALENT RATE/HOUR | EQUIVALENT DAYS/YEAR |
|---|---|---|---|
| 1 - 24 | 8.889 | .1111 | 26 |
| 25 - 60 | 11.228 | .1404 | 32 |
| 61 – 120 | 13.274 | .1659 | 37 |
| 121+ | 15.413 | .1927 | 42 |

PTO time can be carried over from year to year. Nurses who have more than 800 hours as of the date this Agreement is effective, will be cashed out for hours in excess of 800 hours within 30 days of the effective date of the Agreement. Maximum accrual of PTO is 800 hours.

Hours accrued over the 800 hour PTO cap will be accrued at the following rates and will be credited to the Nurse's EIB.

| LENGTH OF SERVICE IN MONTHS | HOURS ACCRUED EACH PAY PERIOD (If F/T) | EQUIVALENT RATE/HOUR | EQUIVALENT DAYS/YEAR |
|---|---|---|---|
| 1 - 24 | 5.600 | .0700 | 17 |
| 25 - 60 | 7.392 | .0924 | 22 |
| 61 - 120 | 9.272 | .1159 | 27 |
| 121+ | 11.228 | .1404 | 32 |

**EIB**
Extended Illness Bank Accrual Rates
(Based on 80 hours worked per pay period)

| LENGTH OF SERVICE IN YEARS | HOURS ACCRUED EACH PAY PERIOD(If F/T) | EQUIVALENT RATE/HOUR | EQUIVALENT DAYS/YEAR |
|---|---|---|---|
| Not a factor | 1.89 | .0236 | 6 |

There is no maximum of the number of EIB hours that may be accrued.

     D.    **Scheduling.**

       1.    **Emergencies.** Employees not able to report to work because of an emergency must advise their supervisor at the earliest possible time of their inability to report to work.

2.    **Requests for Scheduled Paid Time Off**.  Accrued PTO will be granted upon approval by the department manager, in order to assure that the core staffing needs of the department will be met:

a.    MPHS will grant time off for PTO and Educational Leave in accordance with the target numbers for RN's, as set forth below:

### TARGET NUMBERS OF PTO & EDUCATIONAL LEAVE PER UNIT PER SHIFT

**Peninsula Medical Center**

**1st Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| Emergency | 2 | 2 | 1 |
| O.R. | | 2 | X |
| O.R. (eff. 1/1/03) | 2 | 1 | |
| PACU. | | 2 | X |
| PACU. (eff. 1/1/03) | 2 | 1 | |
| Endoscopy | 1 | X | X |
| Nursing Office Floats | 1 | 1 | 1 |

**2nd Floor**

| | | | |
|---|---|---|---|
| Ortho | 1 | 1 | 1 |
| SNF / 6th SNF | 1 | 1 | 1 |
| Peds | | 1 | |

**3rd Floor**

| | | | |
|---|---|---|---|
| Psych with PES (Region) | 1 | 1 | 1 |

**4th Floor**

| | | | |
|---|---|---|---|
| FBC Apr-Oct | 3 | 2 | 3 |
| FBC Nov-Mar | 4 | 3 | 4 |

**5th Floor**

| | | | |
|---|---|---|---|
| I.C.U. | 2 | 2 | 2 |
| I.C.U. (eff. 1/1/03) | 3 | 2 | 2 |
| TCU | 2 | 1 | 1 |

**6th Floor**

| | | | |
|---|---|---|---|
| Surgery Center | 1 | 1 | X |
| Cardiac Rehab | 1 | | X |

**7th Floor**

| | | | |
|---|---|---|---|
| M/S | 2 | 2 | 1 |

**8th Floor**

| | | | |
|---|---|---|---|
| M/S | 1 | 1 | 1 |

**Mills Health Center**

**Ground Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| O.R. | 2 | X | X |
| PACU & Surgery Center | 2 | X | X |
| PACU & Surgery Center (eff. 1/1/03) | 3 | X | X |
| Dialysis | 1 | 1 | X |

**1st Floor**

| | | | |
|---|---|---|---|
| Infusion | 1 | X | X |
| Cardiac Rehab | 1 | X | X |
| Oncology | 1 | X | X |

**2nd Floor**

| | | | |
|---|---|---|---|
| E.R. | 1 | 1 | 1 |

**3rd Floor**

| | | | |
|---|---|---|---|
| R.C.I. | 1 | 1 | 1 |

**5th Floor**

| | | | |
|---|---|---|---|
| A.R.C. | 1 | 1 | 1 |

| | | | |
|---|---|---|---|
| M.P.E.C. | 1 | 1 | 1 |

| | | | |
|---|---|---|---|
| 1720 Dialysis | 1 | 1 | X |

15

# ARTICLE XIV

## HOLIDAYS

A.    The following holidays have been selected as those for which premium pay is due for hours worked:

New Year's Day                                    Labor Day
Martin Luther King, Jr.'s Birthday                Thanksgiving Day
President's Day                                    Christmas Day
Memorial Day
Independence Day

B.    **Pay For Holiday Worked.**  Nurses who work on a recognized holiday shall receive one and one-half (1½) times the Nurse's regular rate of pay for all hours worked on the holiday.  Benefit status nurses will also be credited with the applicable number of PTO hours. Part-time Nurses working on a Holiday will accrue PTO based on the equivalent of eight (8) hours of work.

C.    **Conversion Of Holiday Pay To PTO.**  Nurses may elect to convert premium pay for holidays worked to PTO; otherwise, the Nurse shall be paid for the holiday and any work performed on the holiday.

D.    **Nurse's Election.**  The Nurse shall advise the supervisor before the end of the payroll period in which the holiday occurs of any election other than to receive pay.

E.    **Yearly Holiday Work Requirement.**  All Nurses may be required to work either Christmas or the following New Years Day and shall have the other day off, unless the Nurse elects to work both.  For the purpose of fulfilling the above referenced yearly Holiday Work Requirement:

Christmas shall be defined as:  December 24th, 11pm-7am or December 25th, 7am-3pm or December 25th, 3pm-11pm

New Years Day shall be defined as:  December 31st, 11pm-7am; January 1st, 7am-3pm or January 1st, 3pm-11pm

**Rotating Holiday.**  MPHS will, if possible, insure that a Nurse shall not be required to work the same Holiday in two (2) consecutive years.  Nurses who are scheduled off and work at MPHS's request on December 24th; 3pm-11pm or December 31st; 3pm –11pm shifts shall be deemed to have worked the Christmas or New Years' Holiday for the purpose of rotating Holidays.  A PM Nurse will not be required to work both Christmas Eve and New Years Eve, unless the Nurse so requests, nor shall a Night Nurse be required to work both December 23 and December 30 unless the Nurse so requests.

18

By this Section, it is not the intent of the parties to restrict the manner by which MPHS determines work schedules but rather to define the manner by which they meet the 'Holiday work' requirement.

F.     **Thanksgiving Holiday Work Requirement.** Nurses will be guaranteed every other Thanksgiving off. Thanksgiving shall be defined as the fourth Wednesday in November, 11 p.m.-7 a.m. or the fourth Thursday in November from 7 a.m.-3 p.m. or the fourth Thursday in November from 3 p.m.-11 p.m.


## ARTICLE XV

## HEALTH AND DENTAL PLANS

A.     During the term of this Agreement, MPHS will maintain in effect the existing health and dental benefit plan options, including eligibility requirements and dependent coverage, which shall include Domestic Partners. Nurses will pay the following amounts for medical care on a monthly basis.

|  | Nurse Only | Nurse + 1 | Nurse + More than 1 |
|---|---|---|---|
| Prudent Buyer Plus | $20.00 | $55.00 | $65.00 |
| Prudent Buyer Classic | -0- | $45.00 | $45.00 |
| HMO | $15.00 | $45.00 | $45.00 |

Nurses will pay the following for coverage for dental and vision care on a monthly basis:

|  | Nurse | Nurse + Dependents |
|---|---|---|
| Dental | -0- | $15.00 |
| Vision | $5.00 | $10.00 |

In the event it becomes necessary to substitute a different indemnity plan in place of the current Blue Cross plan, the selection of the new third party administrator will be made by MPHS. In the event there is to be any change in benefit coverage for covered Nurses, such will be subject to negotiations between the parties. Effective upon the open enrollment period commencing January 1, 2001, the maximum Dental Insurance Benefit shall be increased to $1,500 per year.

During the term of this Agreement, MPHS will continue to provide HMO-type plans in accordance with the eligibility requirements and payment formulae as are presently in effect. In the event that carriers are to be changed, notification of such change will be provided at least 90 days prior to implementation. In the event there are to be any changes in benefit levels and/or

plan design either with a new or existing carrier, such will be the subject of negotiations between the parties. Disputes concerning benefit levels and/or plan design not resolved by negotiations shall be subject to interest arbitration.

During the term of this Agreement, MPHS will continue in effect the current Employee Assistance Program.

B.    Per Diem Nurses may, upon the Nurses affirmative written election, be covered by either health plan and/or the dental plan. Newly hired Nurses shall make the election within ten (10) calendar days of the first day of work or the right to elect coverage shall be waived. Full- or Part-Time Nurses who change to a per diem status shall make the election prior to the change in status. Per Diem Nurses who elect health and/or dental plan coverage shall authorize MPHS in writing to deduct the cost of the monthly premium from the paycheck immediately prior to the date due. Should the Nurse's paycheck not be sufficient to cover the deduction, MPHS shall notify the Nurse of the amount due and such amount shall be paid prior to the date due. Failure to pay when due will result in the Nurse being dropped from the Plan. Except during the annual enrollment period, a Per Diem Nurse who waives coverage may not elect coverage at a later date and a Nurse who drops coverage may not re-elect to be covered.

C.    Booklets covering the major details of the health plan, including dental and vision coverage, shall be made available within ninety (90) days of the execution of this Agreement.

D.    For the two office exams covered each year under MPHS's dental plan there shall be no requirement that exams be at least six months apart.

## ARTICLE XVI

## EMPLOYEE DISCOUNTS

A.    Purchasing by the Nurses within MPHS is limited to such pharmacy items as may be prescribed for them by their physician for their own use or that of their spouse or dependent children, in accordance with the following terms:

**Pharmacy:**    1.    Over the counter pharmaceuticals—MPHS retail price less 20%.
2.    Prescriptions—usual and customary price less 20%.

**CPD Items:**    20% discount

B.    A discount of twenty percent (20%) will be allowed on the MPHS portion of all in-patient services rendered to employees or their immediate dependents which are not paid by hospitalization insurance. A twenty percent (20%) discount will also be allowed on the uninsured Hospital portion of all out-patient services.

# ARTICLE XVII

## DISABILITY

A.    **Short-Term Disability.**   MPHS will continue to provide State Disability Insurance per the existing plan.

B.    **Long-Term Disability.**  Effective the first of the month following the Nurse's date of hire, MPHS will provide a long-term disability insurance plan with the monthly benefit maximum of $10,000, the elimination period of 180 days, and the benefit as a percentage of pay of 66-2/3%. This benefit is available to benefit status Nurses who work a minimum of twenty (20) hours per week.

C.    **Integration Of Disability And PTO.**  The full pay of a Nurse on State Disability or Workers' Compensation leave will continue as long as there is accrued CSL or EIB to cover the absence. If the Nurse has no CSL or EIB or elects not to use PTO, MPHS will not be making payments to the Nurse at that time. Disability money turned into Accounting will be deducted from annual gross earnings for the purpose of tax liability reduction.

# ARTICLE XVIII

## LIFE INSURANCE

MPHS shall provide term life insurance of two (2) times the benefit Nurse's regular straight-time annualized salary rounded to the next higher one thousand dollars ($1000), with double indemnity and dismemberment coverage for each Registered Nurse, provided said Nurse is hired to work at least forty (40) hours in a biweekly payroll period. The aforesaid coverage shall be in force the first of the calendar month following the date of employment. In accordance with the current requirements of the California State Insurance Commission, a Nurse who terminates or retires shall have the option to continue the life insurance policy at her own expense.

# ARTICLE XIX

## RETIREMENT

A.    **Benefits Offered Prior to January 1, 2003.**  MPHS will continue to provide retirement options for eligible Nurses, in accordance with the terms of the collective bargaining agreement in place prior to July 12, 2002.

B.    **Benefits Offered Effective January 1, 2003.**  Two retirement options shall be available to eligible Nurses covered by this Agreement.  The two options are the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design (formerly known as the Mills-Peninsula Retirement Plan).  These plans will contain the terms and conditions set forth in this Section B of this Article.

1.    Nurses hired on or after January 1, 2003 will be provided a one-time, irrevocable election between the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design.  This one-time, irrevocable choice shall be effective January 1, 2003, or the date of hire, whichever is later.

2.    Any Nurse failing to make the elections required by the preceding paragraph within ninety (90) calendar days after becoming eligible for this benefit whichever is later, will automatically be enrolled in the Sutter Health Retirement Plan—Cash Balance Design.

3.    Eligible Nurses hired before January 1, 2003 shall have the retirement options set forth in Appendix K.

4.    **Terms and Conditions of the Plan Designs.**

a.    Eligibility for participation in the plan designs is determined in accordance with the terms of the applicable plan document(s).

b.    The Sutter Health Retirement Plan—Defined Benefit Design will be amended to contain the following terms and conditions, effective January 1, 2003:

(i)    The definition of "compensation" will be enhanced to include overtime, differentials (including weekend differentials), and bonus plan, in order to match the definition of "compensation" under the Sutter Health Retirement Plan—Cash Balance Design;

(ii)    The hours required for counting a "year of credited service" will be reduced to 1000 hours in a calendar year for both benefited and per diem nurses, in order to match the definition of "year of credited service" under the Sutter Health Retirement Plan—Cash Balance Design;

(iii)    Per Diem Nurses will be included as an eligible employment classification.

(iv)    A disability benefit will be provided when a participant in the Sutter Health Retirement Plan—Defined Benefit Design, regardless of age, becomes disabled within the meaning of the Federal Social Security Act while employed by MPHS or another Sutter Health affiliate participating in the Sutter Health Retirement Plan—Defined Benefit

22

Design, and has at least five years of covered service under this design prior to the date the participant became disabled. The sole evidence the Sutter Health Retirement Plan—Defined Benefit Design will consider regarding the existence of a disability, and the date the disability began, is a written determination by the Social Security Administration. If a Sutter Health Retirement Plan—Defined Benefit Design participant qualifies for a disability benefit, the benefit will be calculated as if the participant were 65 years of age and retired as of the date of disability. There is no reduction for the early start of benefits, and payments will be retroactive to the later of (1) the date of disability (as determined by Social Security Act), or (2) the date of termination of employment. The disability benefit will be paid only until one of the following dates, whichever occurs first: (1) the date the participant is no longer disabled; (2) the date the participant dies; or (3) the first day of the calendar month in which the participant reaches the age of 65.

(v)    The waiting period to enter and to earn a benefit will provide that a Nurse may enter the plan on date of hire and earn a benefit if the Nurse works at least 1,000 hours in the calendar year of hire.

c.    The Sutter Health Retirement Plan—Cash Balance Design will be amended to contain the following terms and conditions, effective January 1, 2003:

(i)    The contribution schedule will be increased to the following:

| Years of Service | Percentage of Pay Contribution |
|---|---|
| 0-5 | 5% |
| 6-10 | 6% |
| 11-15 | 7% |
| 16-20 | 8% |
| 21-23 | 9% |
| 24-26 | 10% |
| 27-29 | 11% |
| 30+ | 12% |

(ii)    The vesting schedule will be shortened to 100% vesting after three years of service.

23

(iii)    Per Diem Nurses will be included as an eligible employment classification.

(iv)    The waiting period to enter and to earn a benefit will be shortened, so that a Nurse may enter the plan on date of hire, and earn a benefit if the Nurse works at least 1,000 hours in the calendar year of hire.

5.    Except as expressly provided above, eligibility for participation in the plans is determined in accordance with the terms of the applicable plan documents.

6.    There shall be no loss of retirement benefits and/or vesting rights by virtue of the execution of this Agreement.

C.    **Continuation Of Retiree's Health And Welfare Benefits.** Nurses retiring from a benefit-status job, with ten (10) continuous years in benefited status, who are at least fifty-five (55) years of age are eligible for continued health coverage if his/her age plus years of continuous service equals or exceeds seventy-five (75) at termination of employment.   The provisions of such coverage are described below:

1.    Retirees who choose a community-rated HMO style program (currently Aetna) for pre-65 coverage will contribute a minimum of 20% of the cost of the premium and MPHS will contribute 80% of the cost, up to a maximum of $200.00. per month.

2.    For retirees who choose a retiree-group rated indemnity plan for pre-65 coverage, MPHS will contribute the same amount as it would otherwise pay for the alternative HMO style plan, up to a maximum of $200.00 per month.

3.    Retirees who choose a HMO Medicare Risk product for post-65 coverage will contribute a minimum of 20% of the cost of the premium and MPHS will contribute 80% of the cost, up to a maximum of $200.00 per month.

4.    For retirees in the indemnity plan who elect the low or high level Medicare supplement product for post-65 coverage, MPHS will contribute the same amount toward the supplement as it would otherwise pay toward the HMO Medicare Risk product, up to a maximum of $200.00 per month.

5.    If a retiree chooses dependent coverage, the retiree must pay the full cost of the HMO-style plan or, if chosen by the retiree, the full cost of the indemnity plan.

6.    The caps referenced in Sections C.1 and C.2 of this Article will increase to $215.00 per month effective January 1, 2004, and to $225.00 per month effective January 1, 2005.

D.    Depending upon staffing needs and the Nurse's retirement plan, Nurses retiring under this Agreement shall be considered for employment in a per diem capacity.

## ARTICLE XX

## LEAVES OF ABSENCE

A.    **Personal Leaves.**  Subject to the staffing needs of MPHS, personal leaves of absence up to six (6) months may be granted by MPHS following written request by the Nurse to the Department Manager.  No compensation or benefits shall be paid or provided during such leaves.  For leaves in excess of thirty (30) calendar days, the Nurse's anniversary date for tenure step adjustments and the accumulation of benefits will be adjusted.  MPHS will not guarantee reinstatement or reemployment rights to Nurses whose personal leaves are in excess of sixty (60) calendar days.    All insurance premium payments, except for life insurance, shall be the responsibility of the individual Nurse and, if continued, shall be remitted monthly at the group rate to MPHS in advance of the dates due.  MPHS may, for reasonable cause, deny any such application.

B.    **Medical Leaves.**  A Nurse shall be granted a leave of absence up to six (6) months required by ill health or medical disability.  During such period, MPHS will continue to pay a Regular Full- or Part-Time Nurse's insurance benefit premiums.  A medical leave may be extended up to an additional six (6) months upon MPHS approval, which shall not be unreasonably withheld.  During any leave period beyond the first six (6) months, the Full- or Part-Time Nurse will be responsible for paying monthly to MPHS, in advance of the dates due, the benefit insurance premiums at the group rate.  When a Nurse returns as scheduled from a medical leave of absence not exceeding fifty-six (56) days, such Nurse shall be assigned to the same classification, position, unit and shift she held before the leave.  If said leave is in excess of fifty-six (56) days and the Nurse returns in compliance with the approved terms of the leave, MPHS will use reasonable efforts to, and will not unreasonably deny returning the Nurse to the same classification, position, unit or shift occupied at the commencement of the leave, but MPHS does not guarantee immediate re-employment or return to the same classification, position, unit or shift; provided, however, that if the Nurse is not immediately returned to the same classification, position, unit and shift the Nurse shall have the right of first refusal should such a vacancy subsequently arise, unless, in the interim, the Nurse accepts a position other than that to which he or she was originally assigned upon return from leave.  A Nurse may add up to twenty-eight (28) days of paid time off to the fifty-six (56) day period referred to in this paragraph.

C.    **Pregnancy Leaves.**  A Nurse shall be granted disability related pregnancy leave for up to a maximum of six (6) months, and in the case of non-disability related pregnancy leave, including adoption leave, for a maximum of three (3) months.  Any request for extension of such leave, as related to ongoing disability, shall be processed under Section B, Medical Leaves, as appropriate.  Any request for extension of pregnancy leave unrelated to disability or adoption leave shall be processed under Article XIII, *Paid Time Off*, or paragraph A of this Article

25

"Personal Leaves." During any period of disability connected with the pregnancy (not exceeding six (6) months), MPHS will continue to pay a Regular Full- or Part-Time Nurse's insurance benefit premiums. During any pregnancy leave in excess of this period, the Full- or Part-Time Nurse will be responsible for paying monthly to MPHS, in advance of the dates due, the benefit insurance premiums at the group rate. Nurses returning as scheduled from a disability related pregnancy leave of absence not exceeding four (4) months will be assigned to the same classification, position, unit and shift they held before the leave, and, if they return after four (4) months and up to six (6) months, will be guaranteed a position involving the same number of hours, with the right of first refusal should there be a vacancy in their former unit and shift.

The six (6) month leave of absence periods provided for in paragraphs B and C above include any paid time-off and/or voluntary leaves of absence taken in conjunction therewith.

D.    **Family Care Leave.** A leave of absence for the purpose of caring for a Nurse's newborn, newly adopted child or for a child, parent, or spouse who has a serious medical condition will be granted to nurses who request such a leave, in accordance with applicable law. A provider's certification must accompany a request for leave due to a family member's health condition. Family Care Leave may be requested for up to four (4) calendar months in a 24-month period.

A Nurse on pregnancy leave may request an additional month off under Family Care Leave, if in combination with such maternity leave, five (5) months are not exceeded. The additional month under Family Care Leave will not affect the time lines in Section C *Pregnancy Leave* and will not result in loss of any benefits or position for the nurse.

It is the intention of the parties to comply with applicable law or MPHS's policy if the latter is more liberal in its implementation.

E.    **Professional Leaves.** Up to thirty (30) days of leave for professional nursing business (including bona fide Association activities) may be requested. It is the intent of MPHS to grant such leaves except when they would seriously impact staffing. Nurses may elect to be paid accrued PTO or to take the leave on an unpaid basis.

Three paid professional leave days shall be granted Registered Nurses elected as delegates to the Annual State and National Conventions of the Association. Such paid professional leave shall be without loss of benefits, but is subject to the approval of the Administration and Section G of this Article.

F.    **Educational Leaves.**

1.    **Purpose and Scope.** Educational leave may be utilized, when requested and approved in accordance with this Article, for any formally organized and accredited course, seminar, institute, program, workshop, class, or lecture series sponsored by an accredited Hospital, including MPHS, or educational institution, government agency, or professional association and related to nursing practices at MPHS.

26

Educational Leave may also be utilized for up to twenty-four (24) hours of home study courses, provided the nurse uses such home study hours on his or her off-duty time.

2.    **Amount of Leave.** Subject to Appendix D, up to twelve (12) days of paid educational leave may be granted each fiscal year to Full-Time Registered Nurses, nine (9) days of paid educational leave to Four-Fifths Nurses, seven (7) days of paid education leave to Three-Fifths Nurses, and six (6) days of paid education leave to Half-Time Nurses. Full-Time nurses hired after July 31 of any fiscal year may be granted one (1) educational leave day for each full calendar month remaining in the fiscal year at the time of employment. Part-Time Nurses hired after July 31 of any fiscal year earn paid education leave for the balance of the fiscal year as follows: Four-Fifths Nurses, six (6) hours per calendar month; Three-Fifths Nurses, 4.7 hours per calendar month; and Half-Time Nurses, 3.3 hours per calendar month.

3.    **Requests and Approval for Educational Leave.** Requests for education leaves shall be submitted in writing to the manager of the department in which the nurse is employed at least fourteen (14) days before the commencement of the leave, on the current application form. A written answer shall be given to the requesting Nurse within ten (10) days after receipt of the request. Educational Leave shall be granted in accordance with Article XIII.D.2.a. Upon fourteen (14) calendar days' advance notice, MPHS will attempt, upon the Nurse's request, to change a Nurse's scheduled day off when the Nurse plans to attend an educational program on scheduled days off and if such attendance, together with the performance of scheduled work, would result in a period of at least seven (7) consecutive calendar days. Upon request, MPHS will use its best efforts to grant night shift Nurses, when using Education Leave, an optional night off using PTO or Leave Without Pay. Once Educational Leave is granted, it may not be canceled by MPHS more than two (2) times in a calendar year without the consent of the RN involved.

4.    **Method of Payment.** Educational leave may be paid for days on which the Nurse is not scheduled to work, including Saturdays and Sundays, and MPHS is not otherwise able to rearrange that work schedule. If the educational program occurs on a calendar day the Nurse is scheduled to work, the Nurse shall be paid at the applicable straight-time rate for up to eight (8) (or twelve (12)) hours. At the Nurse's option and with the prior approval of the Nurse Manager, the Nurse may also work the full regularly scheduled shift. Educational leave shall not be counted as time worked for the purpose of calculating overtime. Pay for educational leave shall be processed upon presentation by the Nurse of a receipt indicating attendance at the applicable program.

G.    **Bereavement Leave.** When a death occurs in the immediate family of a Nurse, the Nurse shall be entitled to bereavement leave which shall consist of five (5) consecutive calendar days off starting, at the Nurse's choice, within five (5) calendar days of the actual death of the family member. The Nurse shall be paid at the regular straight-time rate for each scheduled workday lost which occurs in that period. Nurses shall be paid for scheduled time lost occurring within said five (5) day period. "Immediate family" is defined as current spouse, son and daughter, brother and sister, mother and father, current mother and father-in-law,

grandchildren and grandparents, sister-in-law and brother-in-law, or significant other who fulfills any of the above roles. Evidence of death and relationship may be required. Bereavement leave shall not be considered as time worked for the purpose of calculating overtime.

H.    **Requests For Leave.**  Requests for personal, maternity, adoption and professional leaves shall be submitted in writing at least thirty (30) calendar days prior to the commencement of the leave. Written response to such requests shall be made at least fifteen (15) calendar days prior to the commencement of such leave. Leaves shall not be deemed approved unless the approval is granted in writing. When applying for a leave the Nurse shall specify the actual or tentative date of return and confirm and update the date of return, as necessary.

## ARTICLE XXI

### TUITION AND TEXTBOOKS

A.    MPHS will refund the cost of educational courses up to a maximum of Nine Hundred Dollars ($900.00) each fiscal year, prorated as follows: Full-Time Nurses, one hundred percent (100%); Four-Fifths Nurses, eighty percent (80%); Three-Fifths Nurses, sixty percent (60), Half-Time Nurses, fifty percent (50%); Per Diem Nurses who have worked at least one thousand and forty (1,040) hours in the prior fiscal year shall be entitled to refunds on the same basis. Such refunds shall be for required tuition, laboratory fees, and books, provided that the educational course is applicable to the Nurse's career in the Health Care Field. Tuition aid shall be processed upon presentation by the Nurse of a receipt for such expenses.

B.    A Nurse may request advance payment of tuition upon presentation of the Department Manager's approval of the education leave. Upon such advance payment, the Nurse will agree in writing that if the course is not taken as scheduled, the tuition advanced will be returned to MPHS either directly or by way of appropriate deduction from the Nurse's paycheck. If MPHS is responsible for the Nurse not taking the course, MPHS will pay any late cancellation fee incurred as a result thereof. The cost of educational courses covered in this section shall be reimbursed to the Nurse within two (2) pay periods following the pay period in which the required documentation of course costs is provided by the Nurse

## ARTICLE XXII

### JURY DUTY AND VOTING PRIVILEGES

Time off with pay will be allowed by Department Managers to a Nurse for the purpose of voting and for rendering jury duty. Jury duty service is not chargeable to PTO. Nurses who serve four (4) or more hours on jury service during a day shall not be required to report without a

minimum rest period of twelve (12) hours.  Night shift Nurses shall be given the shift prior to jury duty off.

## ARTICLE XXIII

## MILITARY DUTY

A.    Compulsory Military Reserve leave for regular scheduled summer training periods will be granted to Registered Nurses in accordance with the laws of the State of California and the Federal Government.  Two weeks' prior written notice should be given.  Compensation during this period of time is based on the difference between the amount of compensation received for the training period and the Nurse employee's regular salary with no loss of tenure and/or benefits.

B.    Registered Nurses called to active duty in a conflict/war zone shall be granted a leave of absence for the duration of such duty and shall be accorded the right to return to their former positions in accordance with applicable law.  In addition, they shall be paid compensation for up to three (3) months of such duty in the amount of the difference between the amount received from the military and the Nurse's regular salary.

## ARTICLE XXIV

## EVALUATION PROGRAM

Each Registered Nurse shall be evaluated in accordance with the specific measurements and procedures as are in effect at each Hospital.

## ARTICLE XXV

## TERMINATION, DISCIPLINE, AND RESIGNATION

A.    **Involuntary Termination** -- The termination of a Nurse during the first three (3) months of employment shall not be subject to the grievance procedure, Article XXVII, of this Agreement; provided, however, that this period may, in appropriate circumstances, be adjusted by up to an additional three (3) months at the discretion of MPHS if written notice of such adjustment is provided the Nurse before the expiration of the initial three (3) month period. MPHS may, for economic or other sound managerial reasons, institute a reduction in force. Such reduction in force shall be consistent with Article XXX, *Layoffs and Recall.*

B.    **Dismissal.** MPHS shall give the Nurse two (2) calendar weeks written notice or two (2) weeks' pay (pro-rated to normally scheduled work) at termination of employment unless such termination is for just cause.    Termination pay involving less than one (1) year of employment shall be pro-rated as the period of employment bears to one (1) year.    Earned pay and accumulated PTO shall be paid separately and in addition to termination pay.

C.    **Resignation.** Except in cases of emergency where it is impossible to provide written or oral notification, Nurses voluntarily resigning their employment at MPHS shall give the Department Director fourteen (14) calendar days' written notice of intention to resign, indicating the last day to be worked. Nurses who furnish the written notice provided for herein shall be paid in full on the last day of work. Nurses who fail to provide such notice shall be mailed their final checks within seventy two (72) hours of their last day of work.

## ARTICLE XXVI

## ASSOCIATION RIGHTS

A.    **Visitation.** The authorized representative of the Association shall be permitted to enter MPHS at any time MPHS is in operation to see that the provisions of this Agreement are being observed, after first having reported to the Administration Office. The representative shall not interfere with the Nurses' duties or the operation of MPHS.

B.    **Nurse Representative.**

1.    The Association may appoint one (1) Nurse Representative on each shift for each one hundred (100) Nurses or fraction thereof assigned to each shift.    The Nurse Representative shall be a full-time or part-time employee of MPHS who has completed at least six (6) months of employment.    MPHS shall be notified in writing of appointments or new appointments.

2.    The function of the Nurse Representative shall be to ascertain that the terms and conditions of the contract are observed, and at the request of an aggrieved Nurse, to handle such grievance.    In handling a grievance the Nurse Representative shall deal only with MPHS representative designated at each Step in Article XXVII.    MPHS's designated representatives are required to meet with only one (1) Nurse Representative at any Step.    The activities of the Nurse Representative shall not interfere with the Nurse Representative's work or the work of any other employee.

3.    Nothing in this Section B shall prevent Registered Nurses from, in accordance with applicable law, representing themselves individually in their employment relations with MPHS.

30

C.    **Nurse Orientation.**

The Association shall be permitted to address nurses immediately after new orientation sessions for a reasonable period of time not to exceed thirty (30) minutes for the purpose of CNA new nurse orientation. The Employer and the Association agree to meet and confer over arrangements to accomplish this goal.

### ARTICLE XXVII

### GRIEVANCE PROCEDURE

A.    Grievances subject to arbitration shall be only such grievances that may arise out of the specific provisions of this Agreement which involve the interpretation, application, or compliance with the specific provisions of this Agreement. The Nurse, or Nurses, may be accompanied by the Nurse Representative at Steps 1, 2, and 3, and represented by the Association at the second and succeeding Steps of the grievance procedure, the day on which the grievance arises shall not be counted.

B.    Procedures to process grievances shall be as follows:

Step 1:    The grievance shall be presented in writing to the Nurse's immediate supervisor within thirty (30) calendar days of the date on which it arises or becomes known to the Nurse. The immediate supervisor shall reply within seven (7) calendar days after presentation of the grievance.

Step 2:    If the grievance is not resolved at Step 1, then within seven (7) calendar days after the presentation of the supervisor's reply, a written grievance may be presented to and discussed with, the director of the Nurse's department. It shall be the responsibility of the Nurse to submit a copy of the grievance to the Association. The director of the department shall reply in writing within seven (7) calendar days of the receipt of the grievance and furnish a copy of the reply to the Association.

Step 3:    If the grievance is not resolved at Step 2, then within seven (7) calendar days after presentation of the director's reply at Step 2, the Nurse may submit the written grievance to the Chief Administrative Officer or his/her designee. The Chief Administrative Officer or his/her designee shall reply in writing to the grievance within ten (10) calendar days of its receipt at Step 3.

Step 4:    If the grievance is unresolved, either party may request arbitration and the parties shall attempt to mutually agree to the arbitrator. In the event the parties are unable to agree within seven (7) calendar days, either party may request a list of nine (9) names from the California Conciliation Service.

31

Each party shall alternately strike one (1) name until an arbitrator is selected. The decision of the arbitrator shall be final and binding upon the parties, however, the arbitrator shall not have the power to add to or alter in any way the terms of this Agreement.

The time limits provided for in this article shall be strictly complied with. They may be waived or extended with respect to a particular grievance only by the signed written Agreement of the Association and Hospital(s). Grievances not submitted or processed by the nurse or the Association in accordance with the time limits provided for in this article shall be deemed denied and not subject to arbitration. Grievances not responded to by MPHS(s) within the time periods provided for herein shall be deemed granted. The Chief Nurse Representative of the applicable facility shall receive a copy of all grievance responses and attachments.

C.     The costs of said arbitrator shall be divided equally between MPHS and the Association. Each party shall be responsible for its own attorneys' fees. The decision of the arbitrator shall be in writing and shall be final and binding on MPHS(s), the Association, and the affected Registered Nurses. However, the arbitrator shall not have the power to add to, subtract from, alter, change, or modify in any way the terms of this Agreement.

D.     In the event of a dispute between the Association and MPHS concerning the interpretation, application, or compliance with the specific provisions of this Agreement, the parties shall attempt to resolve the dispute through discussion. Within sixty (60) calendar days of the day on which the grievance arises or becomes known the aggrieved party shall reduce the complaint to writing and forward it to the other party by certified mail. Thereafter, the parties shall meet at a mutually agreeable time and place, and attempt to resolve the dispute. If the parties are unable to resolve the dispute, either party may refer the matter to arbitration in the manner set forth in Step 4 of Section B of this Article.

E.     The parties agree that during the life of this Agreement, there will be no strikes, lockouts, slowdowns, or work stoppages of any kind for any reason.


## ARTICLE XXVIII

## PROFESSIONAL PERFORMANCE AND PATIENT CARE COMMITTEES

MPHS shall maintain in effect the Professional Performance and Patient Care Committees as set forth in Appendix B.

# ARTICLE XXIX

## WEEKENDS OFF

A.     For purposes of this Article a weekend means Saturday and Sunday, except in the case of a night shift it may mean Friday and Saturday.

B.     No Registered Nurse shall be required to work more than two (2) weekends in any consecutive four (4) week period, it being understood that any Nurse may be required to work a total of twenty-six (26) weekends over a period of fifty-two (52) weekends. Nurses with twenty-five (25) or more years of service with MPHS shall not be required to work more than two (2) weekend shifts in any four (4) week scheduling cycle. For purposes of this Section, "work" means time actually worked by such Nurse. Effective as of January 1, 2003, the twenty-five year requirement of this section shall be reduced to twenty-three or more years of service with MPHS. Effective as of December 1, 2003, this twenty-three year requirement shall be reduced to twenty-one or more years of service.

C.     The weekend off provisions of this Article may be waived by an individual Nurse, but MPHS shall not require a Registered Nurse to work more than the specified number of weekends.

D.     Nurses not covered by the Article IX, Section C.2 option who are required to work on two (2) consecutive weekends, the first of which must be a full weekend, shall be paid a premium of Eight Dollars and Twenty-Five Cents ($8.25) for each hour worked on the second consecutive Saturday and/or Sunday, in addition to the Nurse's regular straight hourly rate of pay and any applicable shift differential, holiday pay or relief premium; however, the premium provided for herein shall not be used in calculating overtime. If MPHS cancels a Nurse's shift on the first of the two consecutive weekends due to overstaffing, the requirement that it have been a full weekend shall not apply.

E.     **Weekend Differential.** All Nurses shall be paid One Dollar and Fifty Cents ($1.50) per hour for all hours worked between 2300 Friday and 2300 Sunday, regardless of classification or step, and in addition to any other premium pay due.

# ARTICLE XXX

## LAYOFFS AND RECALLS

A.     All Nurses shall accrue seniority credit based upon all time worked at either Hospital in any capacity, which seniority may be used by the Nurses once they are performing work covered by the Agreement; provided, however, that Per Diem Nurses shall accrue seniority on the basis of one (1) year for each one thousand (1000) hours worked, not to exceed one (1) year's seniority per year. After the probationary period of ninety (90) days employment,

33

accumulated length of service will be broken by voluntary resignation, dismissal for just cause, or twelve (12) consecutive months of unemployment as a result of reduction in force (eighteen (18) consecutive months in the case of a layoff caused by a consolidation of services as described below). In cases where accumulated length of service is broken, the Nurse shall, upon reemployment, be considered as a new employee.

B.    **Criteria For Implementation Of A Reduction In Force.**

1.    Although it is the intent of MPHS to avoid layoffs as a result of consolidation of services between the Mills and Peninsula facilities, should layoffs be anticipated as a result of consolidation, MPHS will give the Association 30 days advance notice of any anticipated layoffs and will meet with CNA to negotiate regarding the layoff decision and effects of the decision prior to implementation of this article. If, after such negotiations, layoffs will occur, the reduction in force brought about by the consolidation of services between the Mills and Peninsula facilities shall be accomplished as follows: The Nurses in the affected units at both facilities shall be integrated into one list in order of their seniority, as defined above. All positions in the newly consolidated unit shall be offered in order to the Nurses on that seniority list, where the existing qualifications and ability of those Nurses to perform the available work are equal; provided, however, that MPHS shall provide training in accordance with established programs to Nurses within that Region who are affected by a consolidation of units between the Mills and Peninsula facilities in order to ensure that Nurses from the closed unit have appropriate training in the routines, procedures and equipment of their new unit. MPHS retains the right to determine which specific nurse skill sets are required based upon patient mix and acuity level and to determine the number of Nurses per shift who will be required to possess these skills at the time of consolidation and thereafter. In this regard, the Nurse shall be required to accept the same shift and status, if available, when his/her name is next in order on the integrated seniority list so as to eliminate the disruptive effect of changing work assignments within the newly consolidated unit. Any Nurse who transfers to a different facility by virtue of this procedure shall be given full seniority credit (as defined above) for all purposes under this Agreement. In the event there are insufficient positions in the newly consolidated unit to accommodate all Nurses on the integrated seniority list, any remaining Nurse shall be entitled to displace the least senior Nurse at his/her home facility who occupies a position for which the Nurse is qualified, as determined by the home facility. The Nurse thus displaced will have the option of being laid off or becoming part of the Per Diem pool. If a Nurse loses hours as a result of consolidation of a unit, the lost hours shall be considered a partial layoff. The Nurse(s) shall have the option to pick up any available lost hours in the float pool, subject to MPHS's determination as to its scheduling needs. In the event additional hours in the newly consolidated unit become available, they will be offered by seniority to affected Nurses on that shift before being offered to less senior Nurses on layoff. Such hours shall be allocated in a manner which does not adversely affect staffing patterns.

If there are no such positions for which the Nurse from the consolidated unit is qualified, the Nurse will have the option of being laid off or becoming part of the Per Diem pool. In the event a new position or permanent vacancy is subsequently created in the newly consolidated unit, the Nurse(s) who formerly worked in that unit and who possesses the necessary qualifications and ability to perform the available work, shall be given the first right to

fill such a position before it is posted in accordance with the terms of this Agreement. All Nurses who formerly worked in the consolidated unit shall retain such rights for eighteen (18) months from the date of the layoff and shall have up to two (2) weeks to report to work after being so contacted; provided, however, that any such Nurse who accepts a position under the Agreement other than that in which he/she was placed as a result of the consolidation of units shall not thereafter be eligible to exercise such rights.

2.      A reduction in force brought about by reasons other than the consolidation of services between the Mills and Peninsula facilities shall be accomplished on the basis of MPHS seniority (as defined above), where the existing objective/measurable qualifications and ability to perform the available work are equal. Patient care needs and staffing requirements at the affected facility shall also be considered. No layoff made on the basis of seniority may be the subject of a grievance or other claim under this Agreement. A Nurse who would otherwise be laid off by virtue of such a reduction in force may elect to become part of the Per Diem pool or to displace the least senior Nurse in the facility who occupies a position for which he/she possesses the necessary qualifications and ability, as determined by MPHS. The least senior nurse so displaced may then elect to become part of the Per Diem pool or to be laid off.

C.      Recall shall be in the inverse order of layoff. The Nurse shall retain this right to recall for a period of one (1) year after the date of layoff (eighteen (18) months in the event of a layoff brought about by a consolidation of services between the Mills and Peninsula facilities), until the Nurse has accepted another benefited nursing position under this Agreement or until the Nurse has refused to accept such a benefited position within three (3) calendar days after being notified thereof by telephone or by certified mail; provided, however, that such a Nurse shall have up to fourteen (14) calendar days from such acceptance to report to work. For purposes of application of this Article, it shall be the responsibility of the Nurse to keep MPHS informed of the current address and telephone number where he/she may be contacted for such purposes. New Nurses shall not be hired until all qualified Nurses on layoff have been given an opportunity to return to available work.

D.      In the event a grievance is filed over a decision of MPHS(s) pertaining to the existing qualifications and ability of a Nurse as such relates to the subject of a reduction in force, the Association shall have the burden of proving in any arbitration hearing conducted with regard to such a grievance that the decision of MPHS(s) was both arbitrary and capricious.

E.      In the event of a reduction in force, on the request of the Association or MPHS, the parties shall investigate the feasibility of a work-share arrangement among Nurses, and may, by mutual agreement, institute such a work-share arrangement.

F.      MPHS will continue to provide the health (not dental) benefits set forth in Article XV, A.1 and A.2 for one (1) calendar month following the month in which a Nurse who is then receiving such benefits is laid off. Thereafter, such Nurse may elect to self-pay for his/her coverage under the benefits provided for in Article XV in accordance with applicable law.

G.      **Temporary Reductions In Staff/Emergency Staffing Needs.** The parties to this Agreement recognize MPHS may have sudden drops in patient census or emergency staffing

35

needs in certain departments requiring either temporary layoff of Registered Nurses for a day or several days or temporary assignment to the alternate facility. On each nursing unit by shift, if there is a need for additional Nurses at the alternate facility, the least senior qualified Nurses will be so assigned; provided, however, that Nurses may be required to work at the other facility only in their same regions and only after orientation. If staffing needs to be reduced and there is not such a need at the alternate facility, staffing will be reduced within each nursing Region by shift in the following order:

1.    Registry/Agency Nurses;

2.    RN's Working Bonus Shifts;

3.    Volunteers (from "Wants Off" list);

4.    Per Diem Nurses in accordance with their seniority;

5.    Regularly scheduled Nurses working extra shifts.

If there is still a need to reduce staffing further, it will be reduced on each nursing unit remaining overstaffed, by shift, in the following order:

1.    Unit volunteers (voluntary rotation permitted);

2.    Regularly scheduled Nurses with the least seniority.

If a change of census in a specific unit occurs during the shift, resulting in an over-staffing situation, MPHS agrees not to involuntarily cancel/send home a MPHS Per Diem or benefited Nurse while maintaining a Traveler in the same unit.

For the purpose of temporary reduction of staffing according to seniority on a unit by unit basis, the Float Pool Nurses will be assigned to and incorporated into a specific unit's seniority list, according to the region/unit in which they are skilled and are most frequently assigned to work.

The affected Nurses will be notified of a temporary reduction at least two (2) hours prior to the start of their shift. If Nurses are called off from a previously scheduled shift without the two (2) hours' notice referred to above, they shall be guaranteed either eight (8) hours' work or pay at MPHS's discretion. In order to be eligible for this guarantee, the Nurse must be available to be contacted. If a Nurse is called off, s/he will have the right (at the Nurse's request) to make up a shift, if a shift becomes or is available in the same region during that pay period, provided that the Nurse has indicated during the pay period that s/he wished to be considered for such work during that same pay period. Temporary reductions in staff effected prior to the beginning of the shift shall be for the entire length of the scheduled shift unless mutually agreed upon by the affected RN and MPHS. For temporary reductions of nurses on 12-hour shifts, see Appendix D.

Traveling Nurses shall not be counted in the mix when determining the need for cancellation but may work if they are used as extra staff beyond the number required by the staffing matrices or the required ratios.

H.    MPHS will continue its past practices as regards the issue of training Nurses for available openings in the event of a reduction in force prior to the hiring of new Nurses. Nurses laid off for any reason shall have the option of applying and being considered for training for any posted RN position. If such a position has not been previously designated as a training position and such Nurse is deemed eligible in the sole discretion of MPHS, the position shall be reposted for the minimum posting period as a training position in the event that more senior nurses wish to be considered for the position.

I.    Nurses terminated as a result of the closure, in whole or in part, of either facility shall receive severance pay in the following amounts: one (1) week's pay after three (3) months of service; two (2) weeks' pay between twelve (12) and thirty-five (35) months of service, and, thereafter, one (1) week's pay for each year of service, or major portion thereof, up to a maximum of twenty-six (26) weeks. Prior to such terminations, MPHS will meet and confer with CNA.

## ARTICLE XXXI

## IN-SERVICE EDUCATION AND MANDATORY CLASSES

A.    MPHS now provides and shall improve and maintain an in-service education program for Registered Nurses which shall include, but not be limited to: orientation; objectives, policies and procedures of MPHS and Nursing service; skill training; leadership development; and management training. Nurses shall be offered clinical in-service programs.

B.    In-service education is intended to:

1.    Keep the Nursing staff informed of new and expanding nursing care programs and philosophies, new techniques, equipment, facilities, and concepts of care;

2.    Provide training in specialized areas of practice such as emergency room, intensive care unit, coronary care unit, post-anesthesia recovery room, nursery, operating room, OB-GYN, pediatrics, and mental health unit with the objective of maintaining safe, effective and efficient nursing care in such units at all times;

3.    Provide an adequate number of qualified personnel for assignment to specialized areas of practice.

Nurses may attend any in-service education class, conference, or lecture held in MPHS providing such attendance does not interfere with staffing or patient care requirements. Classes will be scheduled from time to time on different shifts and before and after shift changes so as to permit Nurses working on various shifts to conveniently attend as many classes as possible. However, MPHS and the Association recognize the need to maintain standards of care by adequate staffing on all units during the presentation of classes or courses under this program. Any program, as above described that is available to regularly scheduled Nurses will also be available to Per Diem Nurses employed by MPHS.

C.     Nurses completing home study required by MPHS will be paid at the normal straight-time rate for the hours allocated for the home study by MPHS and such hours will not be considered as time worked for the purpose of calculating overtime. Nurses encouraged or required by MPHS to attend an informal unaccredited in-service lecture or seminar given by and conducted within MPHS, shall be paid at the normal straight-time rate for the hours the Nurse is in attendance (such as annual recertification day, nurse/M.D. Critical Care updates, etc.). Attendance shall not be considered as time worked for the purpose of calculating overtime.

D.     For pay purposes, staff meetings are considered to be time worked for purposes of calculating overtime.

E.     A.C.L.S. and N.R.P. Certification Training (mandatory for ongoing employment in certain specialty areas, such as critical care, P.A.C.U. Family Birth Center and emergency) is to be processed and paid under the provisions of Article XX, Section F, Education Leave. Per Diem Nurses who work at least 1040 hours in the prior fiscal/calendar year will be paid at their straight-time rate of pay for obtaining the mandatory certification pertinent to their clinical area. Such payment shall also apply to eligible Per Diem Nurses who regularly work in a unit which requires a majority of its scheduled nurses to possess the applicable certification(s).

F.     Staff Nurses shall continue to have input into any competency validation process used to fulfill JCAHO requirements. The initial one-day competency assessment will not be the basis for disciplinary action against any Nurse; provided, however, that the parties agree that the one-day competency assessment may trigger further evaluation, assessments and/or testing.


## ARTICLE XXXII

## MUTUAL RIGHTS AND RESPONSIBILITIES

A.     MPHS, the Association, and the Nurses covered by this Agreement, as parties to this Agreement, recognize that each has responsibilities to the other and the patients.

B.     The Association and the Nurses recognize that MPHS maintains all of the traditional responsibility and authority to manage MPHS except as limited by the terms of this Agreement or applicable provisions of law.

C.     In the exercise of its rights and responsibilities MPHS recognizes the responsibilities of the Nurses to their licenses and the patients and the right of the Association to represent Nurses covered by this Agreement.

## ARTICLE XXXIII

### PHYSICAL EXAMINATIONS

MPHS will maintain their current respective policies pertaining to physical examinations, subject to the right of the parties to mutually agree to modification thereof.  Only those tests required or occupationally/medically necessary will be provided to Nurses pursuant to MPHS's physical examination policy.

## ARTICLE XXXIV

### SAVINGS CLAUSE

Should any article or provision of this Agreement be declared or adjudicated unlawful or inoperative by a court of competent jurisdiction, the remaining articles and provisions of this Agreement shall remain in full force and effect to the extent permitted by law.

## ARTICLE XXXV

### MERGERS

A.     In the event MPHS contemplates a merger, sale, closure, leasing, assignment, divestiture, or other transfer of ownership and/or management of its operations in whole or in part, the Union shall be notified in writing sixty (60) days prior to such action.  Upon such notice, the Union and MPHS will promptly meet to insure that the following provisions are observed.

B.     In the event of permanent closure, the Union and MPHS will negotiate over the effects.  Such discussion will include, but not be limited to severance pay, employee retraining, rehire rights, continuation of benefits, etc.

C.     MPHS agrees to meet and confer regarding any proposed permanent relocation, transfer or reassignment of any unit or patient care area.

## ARTICLE XXXVI

### TERM OF AGREEMENT

A.    The effective date of this Agreement is July 12, 2002, and this Agreement shall terminate at Midnight June 30, 2005; provided, however, that the Agreement may be reopened upon sixty (60) days written notice for the purpose of discussions on any proposed implementation of point-of-service health insurance coverage, including benefit levels and co-payments, if any, the implementation of which shall be subject to mutual Agreement between the parties as to any changes to Article XV.

B.    Upon written notice delivered by one (1) party to the contract to the other by March 30, 2005, the parties may meet to discuss the negotiation of an Agreement to succeed this Agreement. Best efforts will be made to submit written proposals on or before April 30, 2005, which proposals may, during negotiations, be added to, amended, modified or deleted by both parties hereto. The intent of the parties is to complete negotiations on or before June 30, 2005.

C.    It is the intent of the parties that this Agreement shall remain in force and effect for its full term.  In the event of a sale, merger, consolidation or other transfer of ownership of MPHS, MPHS will notify the Association at least 60 days prior to the effective date of such action. MPHS shall not use any such sale, transfer or other mechanism for the purpose of evading the terms of this Agreement.

WITNESS OUR HAND AND SEAL THIS _12th_ DAY OF _July_ 2002.

CALIFORNIA NURSES ASSOCIATION

By: _____
ROSE ANN DeMORO
Executive Director

By: _____
LESLIE HOLLEY-BROSNAN
Labor Representative

By: _____
LINDA CAMPAGNA, RN
Nurse Negotiator

By: _____
PENNY N. GIER, RN
Nurse Negotiator

By: _____
LUCIANA KINCER, RN
Nurse Negotiator

By: _____
MARY ALICE MARTINES, RN
Nurse Negotiator

By: _____
GENEL MORGAN, RN
Nurse Negotiator

By: _____
MARK WANDRO, RN
Nurse Negotiator

By: _____
NANCY FIERO, RN
Nurse Negotiator

MILLS-PENINSULA HEALTH SERVICES

By: _____
ROBERT W. MERWIN
Chief Executive Officer

By: _____
DEBBIE GOODE, RN
Vice President

By: _____
CHRISTINE DELUCAS
Vice President

By: _____
JUDY DIPAOLO
Director

By: _____
PAM FRITZSCHING
Director

41

## APPENDIX A

### SALARY CONVERSION TABLES FOR STAFF NURSES, PER DIEM NURSES AND CLINICAL NURSES EFFECTIVE JULY 12, 2002 THROUGH JUNE 30, 2005

The following schedule sets forth the wage increases and differentials which have been agreed-upon between the parties and which are reflected in the attached tables.

1.   **Staff Nurse Increases:**

Effective March 17, 2002  -  4.5%

Effective January 5, 2003  -  3.5%

Effective  June 8, 2003  -  5.0%

Effective  June 6, 2004  -  6.0%

2.   **Clinical Nurse I:**

$160/month above applicable Staff Nurse step.

**Clinical Nurse II:**

$160/month above applicable Clinical Nurse I rate.

3.   **Tenure Steps:**

*Effective July 12, 2002:*

Step 6 (10 years)  - $75/month above Staff Nurse Step 5

Step 7 (15 years)  - $75/month above Staff Nurse Step 6

*Effective January 5, 2003:*

Step 6 (10 years)  - $100/month above Staff Nurse Step 5

Step 7 (15 years)  - $100/month above Staff Nurse Step 6

Step 8 (21 years)  - $100/month above Staff Nurse Step 7

4.   **Per Diem Nurses:**

Step 1 - $1.00/hour above new Step 1 Staff Nurse

Steps 2-6 – 20% above new Staff Nurse Steps 1-5 rates

## Table 1 — Effective March 17, 2002

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| **Staff Nurse** | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2148 | Hourly | 31.301 | 33.676 | 34.670 | 36.148 | 38.610 | 39.043 | 39.476 |
| Hourly + 2.60 | (PM) | 33.901 | 36.276 | 37.270 | 38.748 | 41.210 | 41.643 | 42.076 |
| Hourly + 4.05 | (Night) | 35.351 | 37.726 | 38.720 | 40.198 | 42.660 | 43.093 | 43.526 |
| Hourly x 2080 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 80 | (Biweekly) | 2504.067 | 2694.067 | 2773.604 | 2891.879 | 3088.823 | 3123.439 | 3158.055 |
| Hourly x 8 | (Daily) | 250.407 | 269.407 | 277.360 | 289.188 | 308.882 | 312.344 | 315.805 |
| | | | | | | | | |
| **Clinical Nurse I** | Monthly | 5585 | 5997 | 6169 | 6426 | 6852 | 6927 | 7002 |
| 2138 | Hourly | 32.224 | 34.599 | 35.593 | 37.072 | 39.533 | 39.966 | 40.399 |
| Hourly + 2.60 | (PM) | 34.824 | 37.199 | 38.193 | 39.672 | 42.133 | 42.566 | 42.999 |
| Hourly + 4.05 | (Night) | 36.274 | 38.649 | 39.643 | 41.122 | 43.583 | 44.016 | 44.449 |
| Hourly x 2080 | (Annual) | 67026 | 71966 | 74034 | 77109 | 82229 | 83129 | 84029 |
| Hourly x 80 | (Biweekly) | 2577.914 | 2767.913 | 2847.451 | 2965.726 | 3162.670 | 3197.285 | 3231.901 |
| Hourly x 8 | (Daily) | 257.791 | 276.791 | 284.745 | 296.573 | 316.267 | 319.729 | 323.190 |
| | | | | | | | | |
| **Clinical Nurse II** | Monthly | 5745 | 6157 | 6329 | 6586 | 7012 | 7087 | 7162 |
| 2139 | Hourly | 33.147 | 35.522 | 36.516 | 37.995 | 40.456 | 40.889 | 41.322 |
| Hourly + 2.60 | (PM) | 35.747 | 38.122 | 39.116 | 40.595 | 43.056 | 43.489 | 43.922 |
| Hourly + 4.05 | (Night) | 37.197 | 39.572 | 40.566 | 42.045 | 44.506 | 44.939 | 45.372 |
| Hourly x 2080 | (Annual) | 68946 | 73886 | 75954 | 79029 | 84149 | 85049 | 85949 |
| Hourly x 80 | (Biweekly) | 2651.760 | 2841.760 | 2921.297 | 3039.572 | 3236.516 | 3271.132 | 3305.747 |
| Hourly x 8 | (Daily) | 265.176 | 284.176 | 292.130 | 303.957 | 323.652 | 327.113 | 330.575 |
| | | | | | | | | |
| **Per Diem 2146** | (Daily) | 258.407 | 300.488 | 323.288 | 332.832 | 347.025 | 370.659 | |
| Daily/8 | Hourly | 32.301 | 37.561 | 40.411 | 41.604 | 43.378 | 46.332 | |
| Hourly + 2.60 | (PM) | 34.901 | 40.161 | 43.011 | 44.204 | 45.978 | 48.932 | |
| Hourly + 4.05 | (Night) | 36.351 | 41.611 | 44.461 | 45.654 | 47.428 | 50.382 | |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| Staff Nurse 12 Hr | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2150 | Hourly | 34.779 | 37.418 | 38.522 | 40.165 | 42.900 | 43.381 | 43.862 |
| Hourly + 2.60 | (PM) | 37.379 | 40.018 | 41.122 | 42.765 | 45.500 | 45.981 | 46.462 |
| Hourly + 4.05 | (Night) | 38.829 | 41.468 | 42.572 | 44.215 | 46.950 | 47.431 | 47.912 |
| Hourly x 1872 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 72 | (Biweekly) | 2504.065 | 2694.064 | 2773.601 | 2891.876 | 3088.820 | 3123.436 | 3158.051 |
| Hourly x 12 | (Daily) | 417.344 | 449.011 | 462.267 | 481.979 | 514.803 | 520.573 | 526.342 |
| | | | | | | | | |
| Clinical Nurse I 12 Hr | Monthly | 5585 | 5997 | 6169 | 6426 | 6852 | 6927 | 7002 |
| 2151 | Hourly | 35.804 | 38.443 | 39.548 | 41.191 | 43.926 | 44.407 | 44.887 |
| Hourly + 2.60 | (PM) | 38.404 | 41.043 | 42.148 | 43.791 | 46.526 | 47.007 | 47.487 |
| Hourly + 4.05 | (Night) | 39.854 | 42.493 | 43.598 | 45.241 | 47.976 | 48.457 | 48.937 |
| Hourly x 1872 | (Annual) | 67026 | 71966 | 74034 | 77109 | 82229 | 83129 | 84029 |
| Hourly x 72 | (Biweekly) | 2577.911 | 2767.911 | 2847.448 | 2965.723 | 3162.667 | 3197.282 | 3231.898 |
| Hourly x 12 | (Daily) | 429.652 | 461.318 | 474.575 | 494.287 | 527.111 | 532.880 | 538.650 |
| | | | | | | | | |
| Clinical Nurse II 12Hr | Monthly | 5745 | 6157 | 6329 | 6586 | 7012 | 7087 | 7162 |
| 2152 | Hourly | 36.830 | 39.469 | 40.574 | 42.216 | 44.952 | 45.432 | 45.913 |
| Hourly + 2.60 | (PM) | 39.430 | 42.069 | 43.174 | 44.816 | 47.552 | 48.032 | 48.513 |
| Hourly + 4.05 | (Night) | 40.880 | 43.519 | 44.624 | 46.266 | 49.002 | 49.482 | 49.963 |
| Hourly x 1872 | (Annual) | 68946 | 73886 | 75954 | 79029 | 84149 | 85049 | 85949 |
| Hourly x 72 | (Biweekly) | 2651.757 | 2841.757 | 2921.294 | 3039.569 | 3236.513 | 3271.128 | 3305.744 |
| Hourly x 12 | (Daily) | 441.960 | 473.626 | 486.882 | 506.595 | 539.419 | 545.188 | 550.957 |
| | | | | | | | | |
| Acute Coord/RDC | Monthly | 5918 | 6342 | 6519 | 6783 | 7223 | 7298 | 7373 |
| 2550 | Hourly | 34.141 | 36.588 | 37.612 | 39.134 | 41.670 | 42.103 | 42.536 |
| Hourly + 2.60 | (PM) | 36.741 | 39.188 | 40.212 | 41.734 | 44.270 | 44.703 | 45.136 |
| Hourly + 4.05 | (Night) | 38.191 | 40.638 | 41.662 | 43.184 | 45.720 | 46.153 | 46.586 |
| Hourly x 2080 | (Annual) | 71014 | 76102 | 78232 | 81400 | 86674 | 87574 | 88474 |
| Hourly x 80 | (Biweekly) | 2731.313 | 2927.012 | 3008.936 | 3130.759 | 3333.612 | 3368.228 | 3402.843 |
| Hourly x 8 | (Daily) | 273.131 | 292.701 | 300.894 | 313.076 | 333.361 | 336.823 | 340.284 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| **Perinatal Coordinator** | Monthly | 5918 | 6342 | 6519 | 6783 | 7223 | 7298 | 7373 |
| 2551 | Hourly | 34.141 | 36.588 | 37.612 | 39.134 | 41.670 | 42.103 | 42.536 |
| Hourly + 2.60 | (PM) | 36.741 | 39.188 | 40.212 | 41.734 | 44.270 | 44.703 | 45.136 |
| Hourly + 4.05 | (Night) | 38.191 | 40.638 | 41.662 | 43.184 | 45.720 | 46.153 | 46.586 |
| Hourly x 2080 | (Annual) | 71014 | 76102 | 78232 | 81400 | 86674 | 87574 | 88474 |
| Hourly x 80 | (Biweekly) | 2731.313 | 2927.012 | 3008.936 | 3130.759 | 3333.612 | 3368.228 | 3402.843 |
| Hourly x 8 | (Daily) | 273.131 | 292.701 | 300.894 | 313.076 | 333.361 | 336.823 | 340.284 |
| | | | | | | | | |
| **Utilization Reviewer** | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2350 | Hourly | 31.301 | 33.676 | 34.670 | 36.148 | 38.610 | 39.043 | 39.476 |
| Hourly + 2.60 | (PM) | 33.901 | 36.276 | 37.270 | 38.748 | 41.210 | 41.643 | 42.076 |
| Hourly + 4.05 | (Night) | 35.351 | 37.726 | 38.720 | 40.198 | 42.660 | 43.093 | 43.526 |
| Hourly x 2080 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 80 | (Biweekly) | 2504.067 | 2694.067 | 2773.604 | 2891.879 | 3088.823 | 3123.439 | 3158.055 |
| Hourly x 8 | (Daily) | 250.407 | 269.407 | 277.360 | 289.188 | 308.882 | 312.344 | 315.806 |

## Table 1A – Effective July 12, 2002  (Note:  Shift Differential Changes Only)

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| **Staff Nurse** | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2148 | Hourly | 31.301 | 33.676 | 34.67 | 36.148 | 38.61 | 39.043 | 39.476 |
| Hourly + 3.13 | (PM) | 34.431 | 36.806 | 37.8 | 39.278 | 41.74 | 42.173 | 42.606 |
| Hourly + 4.70 | (Night) | 36.001 | 38.376 | 39.37 | 40.848 | 43.31 | 43.743 | 44.176 |
| Hourly x 2080 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 80 | (Biweekly) | 2504.067 | 2694.067 | 2773.604 | 2891.879 | 3088.823 | 3123.439 | 3158.055 |
| Hourly x 8 | (Daily) | 250.407 | 269.407 | 277.36 | 289.188 | 308.882 | 312.344 | 315.805 |
| **Clinical Nurse I** | Monthly | 5585 | 5997 | 6169 | 6426 | 6852 | 6927 | 7002 |
| 2138 | Hourly | 32.224 | 34.599 | 35.593 | 37.072 | 39.533 | 39.966 | 40.399 |
| Hourly + 3.13 | (PM) | 35.354 | 37.729 | 38.723 | 40.202 | 42.663 | 43.096 | 43.529 |
| Hourly + 4.70 | (Night) | 36.924 | 39.299 | 40.293 | 41.772 | 44.233 | 44.666 | 45.099 |
| Hourly x 2080 | (Annual) | 67026 | 71966 | 74034 | 77109 | 82229 | 83129 | 84029 |
| Hourly x 80 | (Biweekly) | 2577.914 | 2767.913 | 2847.451 | 2965.726 | 3162.67 | 3197.285 | 3231.901 |
| Hourly x 8 | (Daily) | 257.791 | 276.791 | 284.745 | 296.573 | 316.267 | 319.729 | 323.19 |
| **Clinical Nurse II** | Monthly | 5745 | 6157 | 6329 | 6586 | 7012 | 7087 | 7162 |
| 2139 | Hourly | 33.147 | 35.522 | 36.516 | 37.995 | 40.456 | 40.889 | 41.322 |
| Hourly + 3.13 | (PM) | 36.277 | 38.652 | 39.646 | 41.125 | 43.586 | 44.019 | 44.452 |
| Hourly + 4.70 | (Night) | 37.847 | 40.222 | 41.216 | 42.695 | 45.156 | 45.589 | 46.022 |
| Hourly x 2080 | (Annual) | 68946 | 73886 | 75954 | 79029 | 84149 | 85049 | 85949 |
| Hourly x 80 | (Biweekly) | 2651.76 | 2841.76 | 2921.297 | 3039.572 | 3236.516 | 3271.132 | 3305.747 |
| Hourly x 8 | (Daily) | 265.176 | 284.176 | 292.13 | 303.957 | 323.652 | 327.113 | 330.575 |
| **Per Diem  2146** | (Daily) | 258.407 | 300.488 | 323.288 | 332.832 | 347.025 | 370.659 | |
| Daily/8 | Hourly | 32.301 | 37.561 | 40.411 | 41.604 | 43.378 | 46.332 | |
| Hourly + 3.13 | (PM) | 35.431 | 40.691 | 43.541 | 44.734 | 46.508 | 49.462 | |
| Hourly + 4.70 | (Night) | 37.001 | 42.261 | 45.111 | 46.304 | 48.078 | 51.032 | |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| Staff Nurse 12 Hr | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2150 | Hourly | 34.779 | 37.418 | 38.522 | 40.165 | 42.9 | 43.381 | 43.862 |
| Hourly + 3.13 | (PM) | 37.909 | 40.548 | 41.652 | 43.295 | 46.03 | 46.511 | 46.992 |
| Hourly + 4.70 | (Night) | 39.479 | 42.118 | 43.222 | 44.865 | 47.6 | 48.081 | 48.562 |
| Hourly x 1872 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 72 | (Biweekly) | 2504.065 | 2694.064 | 2773.601 | 2891.876 | 3088.82 | 3123.436 | 3158.051 |
| Hourly x 12 | (Daily) | 417.344 | 449.011 | 462.267 | 481.979 | 514.803 | 520.573 | 526.342 |
| | | | | | | | | |
| Clinical Nurse I 12 Hr | Monthly | 5585 | 5997 | 6169 | 6426 | 6852 | 6927 | 7002 |
| 2151 | Hourly | 35.804 | 38.443 | 39.548 | 41.191 | 43.926 | 44.407 | 44.887 |
| Hourly + 3.13 | (PM) | 38.934 | 41.573 | 42.678 | 44.321 | 47.056 | 47.537 | 48.017 |
| Hourly + 4.70 | (Night) | 40.504 | 43.143 | 44.248 | 45.891 | 48.626 | 49.107 | 49.587 |
| Hourly x 1872 | (Annual) | 67026 | 71966 | 74034 | 77109 | 82229 | 83129 | 84029 |
| Hourly x 72 | (Biweekly) | 2577.911 | 2767.911 | 2847.448 | 2965.723 | 3162.667 | 3197.282 | 3231.898 |
| Hourly x 12 | (Daily) | 429.652 | 461.318 | 474.575 | 494.287 | 527.111 | 532.88 | 538.65 |
| | | | | | | | | |
| Clinical Nurse II 12Hr | Monthly | 5745 | 6157 | 6329 | 6586 | 7012 | 7087 | 7162 |
| 2152 | Hourly | 36.83 | 39.469 | 40.574 | 42.216 | 44.952 | 45.432 | 45.913 |
| Hourly + 3.13 | (PM) | 39.96 | 42.599 | 43.704 | 45.346 | 48.082 | 48.562 | 49.043 |
| Hourly + 4.70 | (Night) | 41.53 | 44.169 | 45.274 | 46.916 | 49.652 | 50.132 | 50.613 |
| Hourly x 1872 | (Annual) | 68946 | 73886 | 75954 | 79029 | 84149 | 85049 | 85949 |
| Hourly x 72 | (Biweekly) | 2651.757 | 2841.757 | 2921.294 | 3039.569 | 3236.513 | 3271.128 | 3305.744 |
| Hourly x 12 | (Daily) | 441.96 | 473.626 | 486.882 | 506.595 | 539.419 | 545.188 | 550.957 |
| | | | | | | | | |
| Acute Coord/RDC | Monthly | 5918 | 6342 | 6519 | 6783 | 7223 | 7298 | 7373 |
| 2550 | Hourly | 34.141 | 36.588 | 37.612 | 39.134 | 41.67 | 42.103 | 42.536 |
| Hourly + 3.13 | (PM) | 37.271 | 39.718 | 40.742 | 42.264 | 44.8 | 45.233 | 45.666 |
| Hourly + 4.70 | (Night) | 38.841 | 41.288 | 42.312 | 43.834 | 46.37 | 46.803 | 47.236 |
| Hourly x 2080 | (Annual) | 71014.13 | 76102.321 | 78232.329 | 81399.735 | 86673.902 | 87573.919 | 88473.919 |
| Hourly x 80 | (Biweekly) | 2731.313 | 2927.012 | 3008.936 | 3130.759 | 3333.612 | 3368.228 | 3402.843 |
| Hourly x 8 | (Daily) | 273.131 | 292.701 | 300.894 | 313.076 | 333.361 | 336.823 | 340.284 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| **Perinatal Coordinator** | Monthly | 5918 | 6342 | 6519 | 6783 | 7223 | 7298 | 7373 |
| 2551 | Hourly | 34.141 | 36.588 | 37.612 | 39.134 | 41.67 | 42.103 | 42.536 |
| Hourly + 3.13 | (PM) | 37.271 | 39.718 | 40.742 | 42.264 | 44.8 | 45.233 | 45.666 |
| Hourly + 4.70 | (Night) | 38.841 | 41.288 | 42.312 | 43.834 | 46.37 | 46.803 | 47.236 |
| Hourly x 2080 | (Annual) | 71014.13 | 76102.321 | 78232.329 | 81399.735 | 86673.902 | 87573.919 | 88473.919 |
| Hourly x 80 | (Biweekly) | 2731.313 | 2927.012 | 3008.936 | 3130.759 | 3333.612 | 3368.228 | 3402.843 |
| Hourly x 8 | (Daily) | 273.131 | 292.701 | 300.894 | 313.076 | 333.361 | 336.823 | 340.284 |
| | | | | | | | | |
| **Utilization Reviewer** | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2350 | Hourly | 31.301 | 33.676 | 34.67 | 36.148 | 38.61 | 39.043 | 39.476 |
| Hourly + 3.13 | (PM) | 34.431 | 36.806 | 37.8 | 39.278 | 43.31 | 43.743 | 44.176 |
| Hourly + 4.70 | (Night) | 36.001 | 38.376 | 39.37 | 40.848 | 43.31 | 43.743 | 44.176 |
| Hourly x 2080 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 80 | (Biweekly) | 2504.067 | 2694.067 | 2773.604 | 2891.879 | 3088.823 | 3123.439 | 3158.055 |
| Hourly x 8 | (Daily) | 250.407 | 269.407 | 277.36 | 289.188 | 308.882 | 312.344 | 315.806 |

## Table 2 – Effective January 5, 2003

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse | Monthly | 5615 | 6041 | 6220 | 6485 | 6927 | 7027 | 7127 | 7227 |
| 2148 | Hourly | 32.396 | 34.854 | 35.884 | 37.414 | 39.962 | 40.539 | 41.116 | 41.692 |
| Hourly + 3.24 | (PM) | 35.636 | 38.094 | 39.124 | 40.654 | 43.202 | 43.779 | 44.356 | 44.932 |
| Hourly + 4.86 | (Night) | 37.256 | 39.714 | 40.744 | 42.274 | 44.822 | 45.399 | 45.976 | 46.552 |
| Hourly x 2080 | (Annual) | 67384 | 72497 | 74638 | 77820 | 83120 | 84320 | 85520 | 86720 |
| Hourly x 80 | (Biweekly) | 2591.709 | 2788.359 | 2870.680 | 2993.095 | 3196.932 | 3243.087 | 3289.240 | 3335.394 |
| Hourly x 8 | (Daily) | 259.171 | 278.836 | 287.068 | 299.309 | 319.693 | 324.309 | 328.924 | 333.539 |
| Clinical Nurse I | Monthly | 5775 | 6201 | 6380 | 6645 | 7087 | 7187 | 7287 | 7387 |
| 2138 | Hourly | 33.319 | 35.778 | 36.807 | 38.337 | 40.885 | 41.462 | 42.039 | 42.616 |
| Hourly + 3.24 | (PM) | 36.559 | 39.018 | 40.047 | 41.577 | 44.125 | 44.702 | 45.279 | 45.856 |
| Hourly + 4.86 | (Night) | 38.179 | 40.638 | 41.667 | 43.197 | 45.745 | 46.322 | 46.899 | 47.476 |
| Hourly x 2080 | (Annual) | 69304 | 74417 | 76558 | 79740 | 85040 | 86240 | 87440 | 88640 |
| Hourly x 80 | (Biweekly) | 2665.556 | 2862.206 | 2944.527 | 3066.942 | 3270.779 | 3316.933 | 3363.087 | 3409.240 |
| Hourly x 8 | (Daily) | 266.556 | 286.221 | 294.453 | 306.694 | 327.078 | 331.693 | 336.309 | 340.924 |
| Clinical Nurse II | Monthly | 5935 | 6361 | 6540 | 6805 | 7247 | 7347 | 7447 | 7547 |
| 2139 | Hourly | 34.243 | 36.701 | 37.730 | 39.260 | 41.808 | 42.385 | 42.962 | 43.539 |
| Hourly + 3.24 | (PM) | 37.483 | 39.941 | 40.970 | 42.500 | 45.048 | 45.625 | 46.202 | 46.779 |
| Hourly + 4.86 | (Night) | 39.103 | 41.561 | 42.590 | 44.120 | 46.668 | 47.245 | 47.822 | 48.399 |
| Hourly x 2080 | (Annual) | 71224 | 76337 | 78478 | 81660 | 86960 | 88160 | 89360 | 90560 |
| Hourly x 80 | (Biweekly) | 2739.402 | 2936.052 | 3018.373 | 3140.788 | 3344.625 | 3390.779 | 3436.933 | 3483.087 |
| Hourly x 8 | (Daily) | 273.940 | 293.605 | 301.837 | 314.079 | 334.462 | 339.078 | 343.693 | 348.309 |
| Per Diem  2146 | (Daily) | 267.171 | 311.005 | 334.603 | 344.482 | 359.171 | 383.632 | | |
| Daily/8 | (Hourly) | 33.396 | 38.876 | 41.825 | 43.060 | 44.896 | 47.954 | | |
| Hourly + 3.24 | (PM) | 36.636 | 42.116 | 45.065 | 46.300 | 48.136 | 51.194 | | |
| Hourly + 4.86 | (Night) | 38.256 | 43.736 | 46.685 | 47.920 | 49.756 | 52.814 | | |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse 12 Hr | Monthly | 5615 | 6041 | 6220 | 6485 | 6927 | 7027 | 7127 | 7227 |
| 2150 | Hourly | 35.996 | 38.727 | 39.871 | 41.571 | 44.402 | 45.043 | 45.684 | 46.325 |
| Hourly + 3.24 | (PM) | 39.236 | 41.967 | 43.111 | 44.811 | 47.642 | 48.283 | 48.924 | 49.565 |
| Hourly + 4.86 | (Night) | 40.856 | 43.587 | 44.731 | 46.431 | 49.262 | 49.903 | 50.544 | 51.185 |
| Hourly x 2080 | (Annual) | 67384 | 72497 | 74638 | 77820 | 83120 | 84320 | 85520 | 86720 |
| Hourly x 80 | (Biweekly) | 2591.707 | 2788.356 | 2870.677 | 2993.092 | 3196.929 | 3243.083 | 3289.237 | 3335.391 |
| Hourly x 8 | (Daily) | 431.951 | 464.726 | 478.446 | 498.849 | 532.821 | 540.514 | 548.206 | 555.898 |
| Clinical Nurse I 12 Hr | Monthly | 5775 | 6201 | 6380 | 6645 | 7087 | 7187 | 7287 | 7387 |
| 2151 | Hourly | 37.022 | 39.753 | 40.896 | 42.596 | 45.427 | 46.068 | 46.709 | 47.351 |
| Hourly + 3.24 | (PM) | 40.262 | 42.993 | 44.136 | 45.836 | 48.667 | 49.308 | 49.949 | 50.591 |
| Hourly + 4.86 | (Night) | 41.882 | 44.613 | 45.756 | 47.456 | 50.287 | 50.928 | 51.569 | 52.211 |
| Hourly x 2080 | (Annual) | 69304 | 74417 | 76558 | 79740 | 85040 | 86240 | 87440 | 88640 |
| Hourly x 80 | (Biweekly) | 2665.553 | 2862.203 | 2944.524 | 3066.938 | 3270.776 | 3316.929 | 3363.083 | 3409.237 |
| Hourly x 8 | (Daily) | 444.259 | 477.034 | 490.754 | 511.156 | 545.129 | 552.822 | 560.514 | 568.206 |
| Clinical Nurse II 12Hr | Monthly | 5935 | 6361 | 6540 | 6805 | 7247 | 7347 | 7447 | 7547 |
| 2152 | Hourly | 38.047 | 40.778 | 41.922 | 43.622 | 46.453 | 47.094 | 47.735 | 48.376 |
| Hourly + 3.24 | (PM) | 41.287 | 44.018 | 45.162 | 46.862 | 49.693 | 50.334 | 50.975 | 51.616 |
| Hourly + 4.86 | (Night) | 42.907 | 45.638 | 46.782 | 48.482 | 51.313 | 51.954 | 52.595 | 53.236 |
| Hourly x 2080 | (Annual) | 71224 | 76337 | 78478 | 81660 | 86960 | 88160 | 89360 | 90560 |
| Hourly x 80 | (Biweekly) | 2739.400 | 2936.049 | 3018.370 | 3140.785 | 3344.622 | 3390.775 | 3436.929 | 3483.083 |
| Hourly x 8 | (Daily) | 456.567 | 489.341 | 503.062 | 523.464 | 557.437 | 565.129 | 572.822 | 580.514 |
| Acute Coord/RDC | Monthly | 6113 | 6552 | 6736 | 7009 | 7464 | 7564 | 7664 | 7764 |
| 2550 | Hourly | 35.270 | 37.802 | 38.862 | 40.438 | 43.062 | 43.639 | 44.216 | 44.793 |
| Hourly + 3.24 | (PM) | 38.510 | 41.042 | 42.102 | 43.678 | 46.302 | 46.879 | 47.456 | 48.033 |
| Hourly + 4.86 | (Night) | 40.130 | 42.662 | 43.722 | 45.298 | 47.922 | 48.499 | 49.076 | 49.653 |
| Hourly x 2080 | (Annual) | 73361 | 78627 | 80832 | 84110 | 89569 | 90769 | 91969 | 93169 |

A–9

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Perinatal Coordinator | Monthly | 6113 | 6552 | 6736 | 7009 | 7464 | 7564 | 7664 | 7764 |
| 2551 | Hourly | 35.270 | 37.802 | 38.862 | 40.438 | 43.062 | 43.639 | 44.216 | 44.793 |
| Hourly + 3.24 | (PM) | 38.510 | 41.042 | 42.102 | 43.678 | 46.302 | 46.879 | 47.456 | 48.033 |
| Hourly + 4.86 | (Night) | 40.130 | 42.662 | 43.722 | 45.298 | 47.922 | 48.499 | 49.076 | 49.653 |
| Hourly x 2080 | (Annual) | 73361 | 78627 | 80832 | 84110 | 89569 | 90769 | 91969 | 93169 |
| Hourly x 80 | (Biweekly) | 2821.584 | 3024.133 | 3108.924 | 3235.011 | 3444.964 | 3491.118 | 3537.272 | 3583.426 |
| Hourly x 8 | (Daily) | 282.158 | 302.413 | 310.892 | 323.501 | 344.496 | 349.112 | 353.727 | 358.343 |
| | | | | | | | | | |
| Utilization Reviewer | Monthly | 5615 | 6041 | 6220 | 6485 | 6927 | 7027 | 7127 | 7227 |
| 2350 | Hourly | 32.396 | 34.854 | 35.884 | 37.414 | 39.962 | 40.539 | 41.116 | 41.692 |
| Hourly + 3.24 | (PM) | 35.636 | 38.094 | 39.124 | 40.654 | 43.202 | 43.779 | 44.356 | 44.932 |
| Hourly + 4.86 | (Night) | 37.256 | 39.714 | 40.744 | 42.274 | 44.822 | 45.399 | 45.976 | 46.552 |
| Hourly x 2080 | (Annual) | 67384 | 72497 | 74638 | 77820 | 83120 | 84320 | 85520 | 86720 |

## Table 3 — Effective June 8, 2003

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse | Monthly | 5896 | 6344 | 6531 | 6809 | 7273 | 7373 | 7473 | 7573 |
| 2148 | Hourly | 34.016 | 36.597 | 37.678 | 39.284 | 41.960 | 42.537 | 43.114 | 43.691 |
| Hourly + 3.40 | (PM) | 37.416 | 39.997 | 41.078 | 42.684 | 45.360 | 45.937 | 46.514 | 47.091 |
| Hourly + 5.10 | (Night) | 39.116 | 41.697 | 42.778 | 44.384 | 47.060 | 47.637 | 48.214 | 48.791 |
| Hourly x 2080 | (Annual) | 70754 | 76122 | 78370 | 81711 | 87276 | 88476 | 89676 | 90876 |
| Hourly x 80 | (Biweekly) | 2721.295 | 2927.777 | 3014.214 | 3142.750 | 3356.779 | 3402.933 | 3449.087 | 3495.241 |
| Hourly x 8 | (Daily) | 272.129 | 292.778 | 301.421 | 314.275 | 335.678 | 340.293 | 344.909 | 349.524 |
| | | | | | | | | | |
| Clinical Nurse I | Monthly | 6056 | 6504 | 6691 | 6969 | 7433 | 7533 | 7633 | 7733 |
| 2138 | Hourly | 34.939 | 37.520 | 38.601 | 40.207 | 42.883 | 43.460 | 44.037 | 44.614 |
| Hourly + 3.40 | (PM) | 38.339 | 40.920 | 42.001 | 43.607 | 46.283 | 46.860 | 47.437 | 48.014 |
| Hourly + 5.10 | (Night) | 40.039 | 42.620 | 43.701 | 45.307 | 47.983 | 48.560 | 49.137 | 49.714 |
| Hourly x 2080 | (Annual) | 72674 | 78042 | 80290 | 83632 | 89196 | 90396 | 91596 | 92796 |
| Hourly x 80 | (Biweekly) | 2795.142 | 3001.624 | 3088.061 | 3216.596 | 3430.625 | 3476.779 | 3522.933 | 3569.087 |
| Hourly x 8 | (Daily) | 279.514 | 300.162 | 308.806 | 321.660 | 343.063 | 347.678 | 352.293 | 356.909 |
| | | | | | | | | | |
| Clinical Nurse II | Monthly | 6216 | 6664 | 6851 | 7129 | 7593 | 7693 | 7793 | 7893 |
| 2139 | Hourly | 35.862 | 38.443 | 39.524 | 41.131 | 43.806 | 44.383 | 44.960 | 45.537 |
| Hourly + 3.40 | (PM) | 39.262 | 41.843 | 42.924 | 44.531 | 47.206 | 47.783 | 48.360 | 48.937 |
| Hourly + 5.10 | (Night) | 40.962 | 43.543 | 44.624 | 46.231 | 48.906 | 49.483 | 50.060 | 50.637 |
| Hourly x 2080 | (Annual) | 74594 | 79962 | 82210 | 85552 | 91116 | 92316 | 93516 | 94716 |
| Hourly x 80 | (Biweekly) | 2868.988 | 3075.470 | 3161.907 | 3290.442 | 3504.472 | 3550.625 | 3596.779 | 3642.933 |
| Hourly x 8 | (Daily) | 286.899 | 307.547 | 316.191 | 329.044 | 350.447 | 355.063 | 359.678 | 364.293 |
| | | | | | | | | | |
| Per Diem 2146 | (Daily) | 280.129 | 326.555 | 351.333 | 361.706 | 377.130 | 402.813 | | |
| Daily/8 | (Hourly) | 35.016 | 40.819 | 43.917 | 45.213 | 47.141 | 50.352 | | |
| Hourly + 3.40 | (PM) | 38.416 | 44.219 | 47.317 | 48.613 | 50.541 | 53.752 | | |
| Hourly + 5.10 | (Night) | 40.116 | 45.919 | 49.017 | 50.313 | 52.241 | 55.452 | | |

A–11

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse 12 Hr | Monthly | 5896 | 6344 | 6531 | 6809 | 7273 | 7373 | 7473 | 7573 |
| 2150 | Hourly | 37.796 | 40.664 | 41.864 | 43.649 | 46.622 | 47.263 | 47.904 | 48.545 |
| Hourly + 3.40 | (PM) | 41.196 | 44.064 | 45.264 | 47.049 | 50.022 | 50.663 | 51.304 | 51.945 |
| Hourly + 5.10 | (Night) | 42.896 | 45.764 | 46.964 | 48.749 | 51.722 | 52.363 | 53.004 | 53.645 |
| Hourly x 2080 | (Annual) | 70754 | 76122 | 78369 | 81711 | 87276 | 88476 | 89676 | 90876 |
| Hourly x 80 | (Biweekly) | 2721.292 | 2927.774 | 3014.211 | 3142.746 | 3356.775 | 3402.930 | 3449.084 | 3495.237 |
| Hourly x 8 | (Daily) | 453.549 | 487.962 | 502.369 | 523.791 | 559.463 | 567.155 | 574.847 | 582.540 |
| | | | | | | | | | |
| Clinical Nurse I 12 Hr | Monthly | 6056 | 6504 | 6691 | 6969 | 7433 | 7533 | 7633 | 7733 |
| 2151 | Hourly | 38.821 | 41.689 | 42.890 | 44.675 | 47.648 | 48.289 | 48.930 | 49.571 |
| Hourly + 3.40 | (PM) | 42.221 | 45.089 | 46.290 | 48.075 | 51.048 | 51.689 | 52.330 | 52.971 |
| Hourly + 5.10 | (Night) | 43.921 | 46.789 | 47.990 | 49.775 | 52.748 | 53.389 | 54.030 | 54.671 |
| Hourly x 2080 | (Annual) | 72674 | 78042 | 80290 | 83631 | 89196 | 90396 | 91596 | 92796 |
| Hourly x 80 | (Biweekly) | 2795.139 | 3001.621 | 3088.058 | 3216.593 | 3430.622 | 3476.776 | 3522.930 | 3569.083 |
| Hourly x 8 | (Daily) | 465.856 | 500.270 | 514.676 | 536.099 | 571.770 | 579.463 | 587.155 | 594.847 |
| | | | | | | | | | |
| Clinical Nurse II 12Hr | Monthly | 6216 | 6664 | 6851 | 7129 | 7593 | 7693 | 7793 | 7893 |
| 2152 | Hourly | 39.847 | 42.715 | 43.915 | 45.701 | 48.673 | 49.314 | 49.955 | 50.596 |
| Hourly + 3.40 | (PM) | 43.247 | 46.115 | 47.315 | 49.101 | 52.073 | 52.714 | 53.355 | 53.996 |
| Hourly + 5.10 | (Night) | 44.947 | 47.815 | 49.015 | 50.801 | 53.773 | 54.414 | 55.055 | 55.696 |
| Hourly x 2080 | (Annual) | 74594 | 79962 | 82210 | 85551 | 91116 | 92316 | 93516 | 94716 |
| Hourly x 80 | (Biweekly) | 2868.985 | 3075.467 | 3161.904 | 3290.439 | 3504.468 | 3550.622 | 3596.776 | 3642.930 |
| Hourly x 8 | (Daily) | 478.164 | 512.578 | 526.984 | 548.407 | 584.078 | 591.770 | 599.463 | 607.155 |
| | | | | | | | | | |
| Acute Coord/RDC | Monthly | 6403 | 6863 | 7056 | 7343 | 7821 | 7921 | 8021 | 8121 |
| 2550 | Hourly | 36.938 | 39.597 | 40.710 | 42.364 | 45.120 | 45.697 | 46.274 | 46.851 |
| Hourly + 3.40 | (PM) | 40.338 | 42.997 | 44.110 | 45.764 | 48.520 | 49.097 | 49.674 | 50.251 |
| Hourly + 5.10 | (Night) | 42.038 | 44.697 | 45.810 | 47.464 | 50.220 | 50.797 | 51.374 | 51.951 |
| Hourly x 2080 | (Annual) | 76831 | 82361 | 84676 | 88118 | 93850 | 95050 | 96250 | 97450 |
| Hourly x 80 | (Biweekly) | 2955.057 | 3167.734 | 3256.764 | 3389.156 | 3609.606 | 3655.760 | 3701.914 | 3748.068 |
| Hourly x 8 | (Daily) | 295.506 | 316.773 | 325.676 | 338.916 | 360.961 | 365.576 | 370.191 | 374.807 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Perinatal Coordinator | Monthly | 6403 | 6863 | 7056 | 7343 | 7821 | 7921 | 8021 | 8121 |
| 2551 | Hourly | 36.938 | 39.597 | 40.710 | 42.364 | 45.120 | 45.697 | 46.274 | 46.851 |
| Hourly + 3.40 | (PM) | 40.338 | 42.997 | 44.110 | 45.764 | 48.520 | 49.097 | 49.674 | 50.251 |
| Hourly + 5.10 | (Night) | 42.038 | 44.697 | 45.810 | 47.464 | 50.220 | 50.797 | 51.374 | 51.951 |
| Hourly x 2080 | (Annual) | 76831 | 82361 | 84676 | 88118 | 93850 | 95050 | 96250 | 97450 |
| Hourly x 80 | (Biweekly) | 2955.057 | 3167.734 | 3256.764 | 3389.156 | 3609.606 | 3655.760 | 3701.914 | 3748.068 |
| Hourly x 8 | (Daily) | 295.506 | 316.773 | 325.676 | 338.916 | 360.961 | 365.576 | 370.191 | 374.807 |
| | | | | | | | | | |
| Utilization Reviewer | Monthly | 5896 | 6344 | 6531 | 6809 | 7273 | 7373 | 7473 | 7573 |
| 2350 | Hourly | 34.016 | 36.597 | 37.678 | 39.284 | 41.960 | 42.537 | 43.114 | 43.691 |
| Hourly + 3.40 | (PM) | 37.416 | 39.997 | 41.078 | 42.684 | 45.360 | 45.937 | 46.514 | 47.091 |
| Hourly + 5.10 | (Night) | 39.116 | 41.697 | 42.778 | 44.384 | 47.060 | 47.637 | 48.214 | 48.791 |
| Hourly x 8 | (Daily) | 272.129 | 292.778 | 301.421 | 314.275 | 335.678 | 340.293 | 344.909 | 349.524 |

## Table 4 - Effective June 6, 2004

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse | Monthly | 6250 | 6724 | 6923 | 7218 | 7709 | 7809 | 7909 | 8009 |
| 2148 | Hourly | 36.057 | 38.793 | 39.938 | 41.641 | 44.477 | 45.054 | 45.631 | 46.208 |
| Hourly + 3.61 | (PM) | 39.667 | 42.403 | 43.548 | 45.251 | 48.087 | 48.664 | 49.241 | 49.818 |
| Hourly + 5.41 | (Night) | 41.467 | 44.203 | 45.348 | 47.051 | 49.887 | 50.464 | 51.041 | 51.618 |
| Hourly x 2080 | (Annual) | 74999 | 80690 | 83072 | 86614 | 92513 | 93713 | 94913 | 96113 |
| Hourly x 80 | (Biweekly) | 2884.573 | 3103.444 | 3195.067 | 3331.314 | 3558.185 | 3604.340 | 3650.494 | 3696.648 |
| Hourly x 8 | (Daily) | 288.457 | 310.344 | 319.507 | 333.131 | 355.819 | 360.434 | 365.049 | 369.665 |
| Clinical Nurse I | Monthly | 6410 | 6884 | 7083 | 7378 | 7869 | 7969 | 8069 | 8169 |
| 2138 | Hourly | 36.980 | 39.716 | 40.861 | 42.565 | 45.400 | 45.977 | 46.554 | 47.131 |
| Hourly + 3.61 | (PM) | 40.590 | 43.326 | 44.471 | 46.175 | 49.010 | 49.587 | 50.164 | 50.741 |
| Hourly + 5.41 | (Night) | 42.390 | 45.126 | 46.271 | 47.975 | 50.810 | 51.387 | 51.964 | 52.541 |
| Hourly x 2080 | (Annual) | 76919 | 82610 | 84992 | 88534 | 94433 | 95633 | 96833 | 98033 |
| Hourly x 80 | (Biweekly) | 2958.419 | 3177.290 | 3268.914 | 3405.161 | 3632.032 | 3678.186 | 3724.340 | 3770.494 |
| Hourly x 8 | (Daily) | 295.842 | 317.729 | 326.891 | 340.516 | 363.203 | 367.819 | 372.434 | 377.049 |
| Clinical Nurse II | Monthly | 6570 | 7044 | 7243 | 7538 | 8029 | 8129 | 8229 | 8329 |
| 2139 | Hourly | 37.903 | 40.639 | 41.784 | 43.488 | 46.323 | 46.900 | 47.477 | 48.054 |
| Hourly + 3.61 | (PM) | 41.513 | 44.249 | 45.394 | 47.098 | 49.933 | 50.510 | 51.087 | 51.664 |
| Hourly + 5.41 | (Night) | 43.313 | 46.049 | 47.194 | 48.898 | 51.733 | 52.310 | 52.887 | 53.464 |
| Hourly x 2080 | (Annual) | 78839 | 84530 | 86912 | 90454 | 96353 | 97553 | 98753 | 99953 |
| Hourly x 80 | (Biweekly) | 3032.265 | 3251.137 | 3342.760 | 3479.007 | 3705.878 | 3752.032 | 3798.186 | 3844.340 |
| Hourly x 8 | (Daily) | 303.227 | 325.114 | 334.276 | 347.901 | 370.588 | 375.203 | 379.819 | 384.434 |
| Per Diem  2146 | (Daily) | 296.457 | 346.149 | 372.413 | 383.408 | 399.758 | 426.982 | | |
| Daily/8 | (Hourly) | 37.057 | 43.269 | 46.552 | 47.926 | 49.970 | 53.373 | | |
| Hourly + 3.61 | (PM) | 40.667 | 46.879 | 50.162 | 51.536 | 53.580 | 56.983 | | |
| Hourly + 5.41 | (Night) | 42.467 | 48.679 | 51.962 | 53.336 | 55.380 | 58.783 | | |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| **Staff Nurse 12 Hr** | Monthly | 6250 | 6724 | 6923 | 7218 | 7709 | 7809 | 7909 | 8009 |
| 2150 | Hourly | 40.063 | 43.103 | 44.376 | 46.268 | 49.419 | 50.060 | 50.701 | 51.342 |
| Hourly + 3.61 | (PM) | 43.673 | 46.713 | 47.986 | 49.878 | 53.029 | 53.670 | 54.311 | 54.952 |
| Hourly + 5.41 | (Night) | 45.473 | 48.513 | 49.786 | 51.678 | 54.829 | 55.470 | 56.111 | 56.752 |
| Hourly x 2080 | (Annual) | 74999 | 80689 | 83072 | 86614 | 92513 | 93713 | 94913 | 96113 |
| Hourly x 80 | (Biweekly) | 2884.570 | 3103.441 | 3195.064 | 3331.311 | 3558.182 | 3604.336 | 3650.490 | 3696.644 |
| Hourly x 8 | (Daily) | 480.762 | 517.240 | 532.511 | 555.219 | 593.030 | 600.723 | 608.415 | 616.107 |
| | | | | | | | | | |
| **Clinical Nurse I 12 Hr** | Monthly | 6410 | 6884 | 7083 | 7378 | 7869 | 7969 | 8069 | 8169 |
| 2151 | Hourly | 41.089 | 44.129 | 45.402 | 47.294 | 50.445 | 51.086 | 51.727 | 52.368 |
| Hourly + 3.61 | (PM) | 44.699 | 47.739 | 49.012 | 50.904 | 54.055 | 54.696 | 55.337 | 55.978 |
| Hourly + 5.41 | (Night) | 46.499 | 49.539 | 50.812 | 52.704 | 55.855 | 56.496 | 57.137 | 57.778 |
| Hourly x 2080 | (Annual) | 76919 | 82609 | 84992 | 88534 | 94433 | 95633 | 96833 | 98033 |
| Hourly x 80 | (Biweekly) | 2958.416 | 3177.287 | 3268.910 | 3405.158 | 3632.029 | 3678.182 | 3724.336 | 3770.490 |
| Hourly x 8 | (Daily) | 493.069 | 529.548 | 544.818 | 567.526 | 605.338 | 613.030 | 620.723 | 628.415 |
| | | | | | | | | | |
| **Clinical Nurse II 12Hr** | Monthly | 6570 | 7044 | 7243 | 7538 | 8029 | 8129 | 8229 | 8329 |
| 2152 | Hourly | 42.115 | 45.155 | 46.427 | 48.319 | 51.470 | 52.112 | 52.753 | 53.394 |
| Hourly + 3.61 | (PM) | 45.725 | 48.765 | 50.037 | 51.929 | 55.080 | 55.722 | 56.363 | 57.004 |
| Hourly + 5.41 | (Night) | 47.525 | 50.565 | 51.837 | 53.729 | 56.880 | 57.522 | 58.163 | 58.804 |
| Hourly x 2080 | (Annual) | 78839 | 84529 | 86912 | 90454 | 96353 | 97553 | 98753 | 99953 |
| Hourly x 80 | (Biweekly) | 3032.262 | 3251.133 | 3342.757 | 3479.004 | 3705.875 | 3752.028 | 3798.182 | 3844.336 |
| Hourly x 8 | (Daily) | 505.377 | 541.856 | 557.126 | 579.834 | 617.646 | 625.338 | 633.030 | 640.723 |
| | | | | | | | | | |
| **Acute Coord/RDC** | Monthly | 6767 | 7255 | 7460 | 7764 | 8270 | 8370 | 8470 | 8570 |
| 2550 | Hourly | 39.040 | 41.858 | 43.038 | 44.792 | 47.713 | 48.290 | 48.867 | 49.444 |
| Hourly + 3.61 | (PM) | 42.650 | 45.468 | 46.648 | 48.402 | 51.323 | 51.900 | 52.477 | 53.054 |
| Hourly + 5.41 | (Night) | 44.450 | 47.268 | 48.448 | 50.202 | 53.123 | 53.700 | 54.277 | 54.854 |
| Hourly x 2080 | (Annual) | 81204 | 87065 | 89519 | 93168 | 99243 | 100443 | 101643 | 102843 |
| Hourly x 80 | (Biweekly) | 3123.233 | 3348.671 | 3443.043 | 3583.378 | 3817.055 | 3863.209 | 3909.363 | 3955.517 |
| Hourly x 8 | (Daily) | 312.323 | 334.867 | 344.304 | 358.338 | 381.705 | 386.321 | 390.936 | 395.552 |

A–15

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Perinatal Coordinator | Monthly | 6767 | 7255 | 7460 | 7764 | 8270 | 8370 | 8470 | 8570 |
| 2551 | Hourly | 39.040 | 41.858 | 43.038 | 44.792 | 47.713 | 48.290 | 48.867 | 49.444 |
| Hourly + 3.61 | (PM) | 42.650 | 45.468 | 46.648 | 48.402 | 51.323 | 51.900 | 52.477 | 53.054 |
| Hourly + 5.41 | (Night) | 44.450 | 47.268 | 48.448 | 50.202 | 53.123 | 53.700 | 54.277 | 54.854 |
| Hourly x 2080 | (Annual) | 81204 | 87065 | 89519 | 93168 | 99243 | 100443 | 101643 | 102843 |
| Hourly x 80 | (Biweekly) | 3123.233 | 3348.671 | 3443.043 | 3583.378 | 3817.055 | 3863.209 | 3909.363 | 3955.517 |
| Hourly x 8 | (Daily) | 312.323 | 334.867 | 344.304 | 358.338 | 381.705 | 386.321 | 390.936 | 395.552 |
| | | | | | | | | | |
| Utilization Reviewer | Monthly | 6250 | 6724 | 6923 | 7218 | 7709 | 7809 | 7909 | 8009 |
| 2350 | Hourly | 36.057 | 38.793 | 39.938 | 41.641 | 44.477 | 45.054 | 45.631 | 46.208 |
| Hourly + 3.61 | (PM) | 39.667 | 42.403 | 43.548 | 45.251 | 48.087 | 48.664 | 49.241 | 49.818 |
| Hourly + 5.41 | (Night) | 41.467 | 44.203 | 45.348 | 47.051 | 49.887 | 50.464 | 51.041 | 51.618 |
| Hourly x 2080 | (Annual) | 74999 | 80690 | 83072 | 86614 | 92513 | 93713 | 94913 | 96113 |
| Hourly x 80 | (Biweekly) | 2884.573 | 3103.444 | 3195.067 | 3331.314 | 3558.185 | 3604.340 | 3650.494 | 3696.648 |
| Hourly x 8 | (Daily) | 288.457 | 310.344 | 319.507 | 333.131 | 355.819 | 360.434 | 365.049 | 369.665 |
| Staff Nurse | Monthly | 6250 | 6724 | 6923 | 7218 | 7709 | 7809 | 7909 | 8009 |
| 2148 | Hourly | 36.057 | 38.793 | 39.938 | 41.641 | 44.477 | 45.054 | 45.631 | 46.208 |

## APPENDIX B

## PROFESSIONAL PERFORMANCE, STAFFING, AND PATIENT CARE COMMITTEES

I.    **Professional Performance Committee**

A Professional Performance Committee, hereafter referred to as PPC, shall be established at MPHS.

A.    **Intent**

MPHS recognizes the responsibility of the PPC to recommend measures objectively to improve patient care. MPHS shall duly consider such recommendations and shall advise the PPC of action taken in writing in a timely fashion not to exceed 30 days.

B.    **Composition**

The PPC shall be composed of twelve representatives who are employed at MPHS and covered by this Agreement. The PPC members shall be elected by the Nurses at MPHS and shall be representative of all regions and shifts if at all possible.

C.    **Regular Meetings and Minutes**

The PPC shall schedule regular meetings. The PPC shall prepare an agenda and keep minutes, provide a roster of attendance and length of meeting, copies of which shall be provided to the Vice President Nursing Services. MPHS shall pay each member of the PPC a maximum of two hours per month at straight time for attendance at such meetings. Payment to Nurses who attend such meetings shall not constitute time worked for any purpose under this Agreement.

D.    **Informational Meetings**

The PPC may request meetings with the head of any department for the purpose of obtaining information relating to nursing and patient care. Such meetings shall be arranged through the Vice President Nursing Services who may also attend. Such parties agree to meet with the PPC within a reasonable time convenient to all parties.

E.    **Special Meetings**

MPHS may request meetings with the PPC and the PPC may request special meetings with MPHS, but such meetings shall not take the place of regularly scheduled meetings, unless mutually agreed to by the parties. At the request of the PPC, the Association Staff representative who is assigned to MPHS on a regular basis may attend meetings.

F.    **Objectives**

The objectives of the PPC shall be:

1.    To consider constructively the professional practice of Registered Nurses.

2.    To work constructively for the improvement of patient care and nursing practice.

3.    To recommend to MPHS ways and means to improve patient care.

4.    To provide a forum for recommendations to MPHS on matters relating to staffing.

5.    To consider constructively the improvement of safety and health conditions which may be hazardous.

6.    To provide a forum to discuss educational needs and identify and recommend alternative solutions.

G.    **Limitations**

1.    The PPC shall not discuss economic issues or matters subject to the negotiation process.

2.    The PPC activities are advisory and are not subject to MPHS grievance procedure.

H.    **Meeting Facilities**

The PPC shall be permitted to use the employer's premises and equipment for meetings of the PPC, provided sufficient advance request for meeting facilities is made to MPHS and space is available.

I.    **Bulletin Boards and Mailboxes.**

MPHS shall provide a bulletin board and mailbox in a convenient location at each campus. It is agreed that no controversial material shall be posted.

II.    **Staffing Committee**

A.    **Implementation of Safe Staffing Law.**

MPHS recognizes that the California Department of Health Services (DHS) has conducted a two year process to evaluate safe standards for staffing in acute care hospitals and acknowledges that the proposed ratios will be implemented. To that end, MPHS agrees to implement patient ratios on or before the legally required implementation date. Within the framework of AB 394 (and regulations issued under that law) as well as Title 22 and Title 16, the Staffing Committee may address implementation issues, including optimal RN to patient ratios and other recommendations regarding implementation of staffing ratios. The Hospital and CNA agree to work cooperatively to ensure the highest quality of patient care and optimal outcomes.

B.    **Patient Classification System.**

The Staffing Committee shall review annually the reliability of the Patient Classification System. The Staffing Committee shall review a proposed change in nursing master staffing matrices prior to implementation of the change; the Hospital shall have the right to implement the proposed change following the first regularly scheduled meeting of the Staffing Committee after the proposed change is presented to the Staffing Committee.

The Patient Classification System shall include but not be limited to the following elements:

1.    Individual patient care requirements.

2.    The patient care delivery systems.

3.    Generally accepted standards of nursing practice as well as elements reflective of the unique nature of MPHS's patient population.

If the annual review reveals that adjustments are necessary in the Patient Classification System in order to assure accuracy in measuring patient care needs, such adjustments must be implemented within thirty (30) days of that determination.

C.    **Planning and Delivery of Patient Care.**

The planning and delivery of patient care shall reflect all elements of the nursing process; assessment, nursing diagnosis, planning intervention, evaluation and, as circumstances require, patient advocacy.

A Registered Nurse shall directly provide:

1.    Ongoing patient assessments, which shall be performed and documented in the patient's medical record for each shift and upon receipt of the patient when s/he is transferred to another patient care area.

2.  The planning, supervision, implementation and evaluation of the nursing care provided to each patient. The implementation of nursing care may be delegated by the registered nurse responsible for the patient to other licensed nursing staff, or may be assigned to unlicensed staff, subject to any limitation of their licensure, certification, level of validated competency and/or regulation.

3.  The assessment, planning, implementation and evaluation of patient education, including ongoing discharge teaching of each patient. Any assignment or delegation of specific patient education tasks to patient care personnel shall be made by the registered nurse responsible for the patient.

D.  **Composition of Staffing Committee.**

The Committee shall be comprised of four (4) representatives of management and four (4) representatives selected by the PPC, one of whom represents the Patient Classification System Committee. This Committee shall meet monthly, subject to cancellation by mutual agreement, and shall establish the manner of operation of its meetings.

E.  **Staffing Concerns.**

An RN who has a concern about staffing should raise that concern with his or her manager. The RN's manager or designee shall respond to the RN within ten (10) days about the concern. If the RN is not satisfied with the manager's or designee's response, the RN may submit the concern to the Staffing Committee, which shall discuss the issue at the Staffing Committee's next regularly scheduled meeting.

F.  **Special Review Panel.**

In the event at least 50% of the Staffing Committee identifies a pattern that indicates staffing does not address patient needs, either party may appeal the issue to the Special Review Panel for resolution, provided such submission is presented in writing to the Hospital within thirty (30) days of the failure of the Staffing Committee to resolve the subject.

1.  The Special Review Panel shall consist of three (3) members, one (1) selected by CNA, one (1) selected by the Vice President of Acute Care Services or his or her designee and a third selected by the other two (2) panel members to serve as a neutral chairperson. The parties will make a good faith effort to select a Chairperson who is experienced in the healthcare industry and with expertise in staffing in acute care hospitals. If they are unable to find such a person within thirty (30) days after the appeal is filed, the parties shall select an arbitrator from the panel referenced in Article XXVII to serve as chairperson.

2.    In reaching a resolution, the review panel must take into consideration area standards regarding staffing, applicable state and federal laws, and any other relevant information presented by the parties.

3.    If the Special Review Panel is unable to agree on a resolution within sixty (60) days of the selection of the Chairperson, the neutral third party may resolve the difference and such a decision shall be final and binding on the parties.

    a.    Any resolution of the Special Review Panel, including any decision by the neutral third party, must be consistent with applicable state and federal legislation prescribing staffing levels and ratios.

    b.    The Special Review Panel, including the neutral third party, shall not have jurisdiction to fashion any remedy that imposes an obligation on the Hospital which exceeds, and/or is inconsistent with requirements of Title 22 of the California Code of Regulations, as amended, or any other applicable state or federal law.

4.    Either party may seek to overturn (or vacate) the decision of the Special Review Panel or of the neutral third party under any basis permitted by law regulating private labor arbitration. Either party may seek to overturn (or vacate) a decision due to a mistake of law.

5.    To the extent permitted by law, the Hospital and CNA agree that the process contained herein shall be the exclusive means of resolving all disputed issues arising under Appendix B, Section II and specifically, except to the extent either party seeks to vacate a decision under paragraph 4, above, the parties agree to waive their rights to initiate litigation or to seek administrative remedies, including unfair labor practices under the National Labor Relations Act, arising out of such disputes, except for information requests and Section 8(a)(3) or Section 8(b)(1) charges.

6.    By mutual agreement, the parties may extend the time frames set forth in this section.

## III.    Mills-Peninsula Health Services Patient Care Committee

The Patient Care Committee is a Committee of MPHS reporting directly to Administration. Copies of the minutes of all meetings are forwarded to the Administrator's Office, to the Professional Staff Executive Committee, and to the Professional Performance Committee.

The purpose of the Committee is quality assurance in patient care. The charge to the Committee is threefold; first, to develop an approach for on-going evaluation of the quality of both direct and indirect patient care and to make recommendations regarding same; second, to

review any changes in policies, procedures, and standards in patient care and make appropriate recommendations; and, thirdly, to discuss and make recommendations concerning any problems in the quality of patient care referred to it.

The Committee will consist of nine (9) permanent members with voting privileges including three (3) members appointed by Administration, three (3) members appointed by the Executive Committee of the Professional Staff, and three (3) members appointed by the Professional Performance Committee. Three (3) additional members will be invited to attend meetings appearing as representatives from other departments and support services within MPHS as appropriate. Since these members will be invited on an irregular basis, dependent upon the agenda, they will not be voting members of the Committee. The Chairperson of the Committee will be one (1) of the Professional Staff members and his/her selection will be approved by the Committee. The Chairperson will have a vote on an on-going basis rather than on a tie breaking basis.

# APPENDIX C

## SIDE LETTER PERTAINING TO SURGERY DEPARTMENT NURSES

A.    Upon agreement between the affected Surgery Department Nurse(s) and MPHS, in circumstances where it is anticipated that all regularly scheduled Surgery Department Nurses will not be needed on a scheduled Saturday shift commencing at 6:00 a.m. at the Peninsula facility, the affected Nurse(s) will remain "on call" for such regularly scheduled Saturday shift and will not have his/her "on call" status canceled after 9:00 p.m. on the preceding Friday, or two (2) hours cancellation notice prior to the beginning of the shift for Per Diem Nurses.

B.    Subject to their non-solicited written requests, Surgery Department Nurses may be asked to voluntarily sign a waiver of overtime premium payments, which would otherwise be due them under the Agreement due to a change in the starting time of their consecutive shifts.  The affected shifts are those commencing between 5:30 a.m. and 12:00 p.m. at Peninsula Hospital and at 6:50 a.m. and 9:50 a.m. at Mills Hospital.

C.    Surgery Department Nurses called back to work on a non-prescheduled basis for emergency cases shall be paid at the rate of double the Nurse's straight-time rate for all hours so worked.

MILLS-PENINSULA HEALTH SERVICES        CALIFORNIA NURSES ASSOCIATION

By: /s/ Robert W. Merwin        By: /s/ Ed Lieberman

Date: April 5, 1989        Date: April 7, 1989

# APPENDIX D

## 12-HOUR SHIFTS

A.    The parties agree to the implementation of 12-hour shifts for Registered Nurses in a specific department or clinical area (hereinafter referred to as the "unit"). Prior to the initial implementation, CNA and MPHS will jointly conduct a secret ballot vote regarding 12-hour shifts in the affected units. A simple majority of those voting will be required before a 12-hour shift schedule is implemented. Eligible voters will be all Registered Nurses in the unit who are members of the bargaining unit represented by the California Nurses Association. MPHS will provide a place for the vote to be conducted in MPHS. This Appendix shall be available to all Nurses in the unit at least one week prior to the vote.

Upon implementation of 12-hour shift staffing schedules, such schedules will continue in the unit indefinitely, subject to the discontinuation provision below. If the decision is made to discontinue the 12-hour shift schedule within six months of implementation, or if individual Nurses wish to return to an eight-hour shift, the Nurses involved will revert to their preexisting schedule and contract provisions. If the decision is made to discontinue the staffing schedule after the first six months, Registered Nurses in 12-hour shift positions may apply for eight-hour shift positions for which they are qualified and as available. Following implementation of 12-hour shift schedules in the unit, Registered Nurses with 12-hour shift positions who desire eight-hour shift positions may apply for available eight-hour shift positions for which they are qualified.

MPHS may discontinue 12-hour shift schedules at any time upon 60 days advance notice to the Nurses in the unit and to CNA and agrees to discuss the decision with CNA and the affected Nurses. CNA may discontinue the staffing schedule upon 60 days notice at any time a simple majority of the nurses of the unit vote to do so. Such a vote will be called when CNA is presented with a petition signed by 30 percent of the eligible voters in the unit as described above and will be conducted in the manner specified above. The terms of the current collective bargaining agreement between the California Nurses Association and Mills-Peninsula Health Services will apply to the Staff Nurse positions in the unit except insofar as such terms may be inconsistent with the terms of this Appendix, in which case this Appendix shall prevail.

B.    **Posting And Scheduling.** Implementation of 12-hour shift schedules will not displace any Nurse with an existing eight-hour shift schedule nor will it require an eight-hour Nurse to change to a 12-hour shift schedule. In the event that, at implementation, more 12-hour shift positions are needed in the unit than there are interested nurses already employed by MPHS, MPHS may utilize outside resources to fill the needed positions, provided that there is no adverse effect on the present staff.

When MPHS has determined that it is necessary to "pair" two 12-hour positions to cover a 24-hour period and one employee chooses to discontinue the 12-hour schedule, the practice may be suspended by MPHS, constituting a return to an eight-hour schedule, unless another partner is hired in order to achieve 24-hour coverage.

The usual full-time 12-hour shift staffing pattern will be three 12-hour shifts in a seven-day work period. Nurses who are regularly scheduled for three complete 12-hour shifts (36 hours) will be recognized as full-time employees. Unless requested by the Nurse, at least two of the three days shall be consecutive.

MPHS will schedule Nurses to work no more than three 12-hour shifts in a row, with at least a two-day break, unless the Nurse submits an unsolicited written request for such a schedule.

MPHS reserves the right to develop a staffing schedule consisting of two 12-hour shifts or two 12-hour shifts and one eight-hour shift in a seven-day work week. Nurses assigned to such schedule will be considered part-time.

C.    **Pay**. Nurses working a 12-hour shift position will be paid on the basis of a "formula rate". For the purpose of this Appendix, the term "formula rate" is defined to mean the amount resulting from multiplying the Nurse's straight-time hourly rate as provided in the Agreement by the quotient 1.11111 (derived by dividing 40 by 36). Hours worked in excess of 12 hours in a shift (excluding the meal period) will be paid at the rate of twice the Nurse's formula hourly rate. Nurses scheduled to work more than 36 hours in a week, shall be paid at the straight-time formula rate for hours up to 40, then time and one-half of the formula rate thereafter (except that hours beyond 12 in a day will be paid at double time).

Formula rates shall also apply to part-time Nurses working fewer than six 12-hour shifts in a 14-day period. In the event MPHS establishes in the unit a regular schedule which is a combination of eight-hour and 12-hour shifts, the formula rate shall be applied only to the 12-hour shifts (two timecards would be necessitated).

D.    **Benefits**. Full-time Nurses working three 12-hour shifts in a seven-day work week shall be entitled to benefits, such as time off, pensions, health insurance, education leave, etc. on the same basis as full-time Nurses working a normal 40-hour week. At no time will benefit accruals earned by Nurses in 12-hour shift positions exceed that earned by other full-time Nurses. Part-time Nurses working 12-hour shifts will accrue benefits on the basis of hours worked, although such Nurses will be paid benefits on the basis of the formula rate.

All Nurses working on a holiday recognized in the collective bargaining agreement between the parties will receive one and one-half times their formula rate for each hour worked on the holiday. Hours worked in excess of 12 hours on a holiday will be paid for at double the Nurse's formula hourly rate.

Education leave may be taken in 12-hour segments, regardless of the duration of the instruction. Full-time 12-hour shift Nurses are eligible for 96 hours of education leave per year. If the Nurse is normally scheduled to work a 12-hour shift and takes education leave, the Nurse may, if needed in the unit, choose to report to work following the completion of the course, workshop, or seminar; in such an event, the Nurse would utilize only that amount of education leave necessary to cover the time involved for the course and would be paid at the formula rate for the remainder of the shift.

Bereavement and jury duty leaves are available to Nurses in 12-hour shift positions on the same basis as Nurses in eight-hour shift positions.

If accrual rates of any paid leave time necessitate different formulas for 12-hour and eight-hour positions, the Nurse's accrual rate will be adjusted any time there is a change to or from a 12-hour shift position.

E.    **Meal Period And Breaks.**    Nurses covered by this Memorandum of Understanding will be provided with an unpaid one-half hour meal period and three paid 15-minute breaks during the 12-hour shift. Any two breaks may be combined if staffing allows.

F.    **Weekends.** If the 12-hour shift schedule creates a surplus of Nurses scheduled to work weekends, any reduction of scheduled weekends in the unit will be shared equally between Nurses in eight-hour and 12-hour shift positions.

G.    **Temporary Reductions.** Nurses on 12-hour shifts may be subject to temporary reductions subject to the provisions of Article XXX(G), except as follows: After the Hospital has notified the 12-hour nurse of the cancellation of her shift, such nurse shall be eligible, at her option, to be scheduled for an 8-hour shift on the next regularly scheduled shift starting at or after the time of the nurse's previously scheduled 12-hour shift. If an 8-hour shift is not available for the cancelled 12-hour nurse, the Hospital shall apply the temporary reduction procedures to all of the scheduled nurses on that 8-hour shift, including the nurse with the cancelled 12-hour shift.

## APPENDIX E

## RENAL DIALYSIS

By memorandum dated October 26, 1988, Mills-Peninsula Health Services agreed that the then-newly created Renal Dialysis Coordinator positions would continue to be covered by the terms of the collective bargaining agreement, given the amount of direct patient care required of the occupants of those positions. This will reconfirm MPHS's agreement, on a nonprecedential basis, to continue that arrangement, as well as the remainder of the October 26, 1988, Memorandum with respect to the terms and conditions of employment of the individuals occupying those coordinator positions.

In addition, this will confirm the nonprecedential arrangement as regards all Renal Dialysis Nurses, with particular reference to the subjects of "on-call" pay and payment of Per Diem Renal Dialysis Nurses for each "run" (treatment). Specifically, Per Diem Renal Dialysis Nurses are paid "by the run" and shall continue to be paid in that manner. Each "run" is paid a flat fee rate of $175.00 for week days, $200.00 for weekend days and $225.00 for Holidays (as defined in Article XIV of the Agreement).

The Acute Services Nurses, both benefit status and Per Diem, will also be paid a flat rate for being "on-call" in the following amounts:

| | |
|---|---|
| Week-Nights (Monday-Friday 5:00 p.m.-8:00 a.m.) | $150.00 |
| 24-hour on-call (8:00 a.m.-8:00 a.m.): | $240.00 |
| Holidays, as defined in Article XIV (8:00 a.m.-8:00 a.m.) | $275.00 |

These Nurses may arrange to share 24-hour call and subsequent compensation subject to approval of their Manager or Director.

Except as so revised, all remaining terms and conditions of the Agreement remain unchanged as to these Nurses.

## APPENDIX F

### CONSOLIDATION

Since MPHS plans to consolidate services between the Health Center (Mills) and the Medical Center (Peninsula) facilities, it is hereby agreed that MPHS shall notify the affected Nurses no later than thirty (30) days prior to implementing a consolidation in a unit and/or Region. The affected Nurses may form a committee of no more than four (4) Nurses (two from each campus) to discuss the implementation of the consolidation with MPHS. If the Hospitals and the affected nurses committee reach a resolution regarding the consolidation prior to the expiration of the thirty (30) day period, and subject to the approval by the Association and the majority of the affected RNs, MPHS will implement the consolidation pursuant to that resolution. However, if MPHS and the affected nurses committee cannot achieve a resolution, the consolidation shall be accomplished by integrating the seniority lists and offering the positions and training as set forth in Article XXX.B.1.

Any change in the operation, title, or status of a unit in the context of MPHS' consolidation, shall be covered by the provisions of this Appendix.

## APPENDIX G

### FLOAT PLAN

Consistent with Mills-Peninsula Health Services' practice, the parties agree to the following stipulations regarding the floating of RNs:

a.  Nurses shall be required to float only within their own region.

b.  Floating will be rotated among qualified RNs.

c.  Cross region floating can be accomplished only if the RN involved agrees.

d.  All RNs will be properly oriented prior to being floated.

e.  All RNs will have validated competencies prior to being floated.

## APPENDIX II

### RAPID DEPLOYMENT NURSES

#### A.    SCHEDULED RAPID DEPLOYMENT NURSES

MPHS shall establish the following Rapid Deployment Nurse positions to provide assistance where needed in the following units: Critical Care, Med/Surge, ED and Mom/Baby. Rapid Deployment Nurses will not routinely be given a patient care assignment and shall not be counted in the acuity staffing matrices. If a Rapid Deployment Nurse is given a patient care assignment, MPHS will continue to attempt to bring in other Nurses to staff those patients in order to release the Rapid Deployment Nurse to her regular duties. Nurses will be oriented to each of the unit to which they are expected to float. These positions shall be benefited year-around. As such, these Nurses shall be required to pay dues to CNA on a year-around basis. The parties agree that MPHS shall initially post enough positions to fill the following needs:

> 1 RN
> 3:00 p.m.   11:00 p.m.
> Seven Days a Week
> For Six months out of the year (months to be designated)

> 1 RN
> 11:00 p.m. – 7:00 a.m.
> Seven Days a Week
> For six months out of the year (months to be designated)

#### B.    ON-CALL RAPID DEPLOYMENT ISSUES

For six (6) months out of the year ( the six months opposite those in which the Scheduled Rapid Deployment Nurses will be utilized) MPHS shall post enough extra shifts to equal the following number of stand-by Rapid Deployment Nurse positions. These shifts shall provide assistance where needed in the following units: Critical Care, Med/Surge, ED and Mom/Baby. Rapid Deployment Nurses will not routinely be given a patient care assignment and shall not be counted in the acuity staffing matrices. If a Rapid Deployment Nurse is given a patient care assignment, MPHS will continue to attempt to bring in other Nurses to staff those patients in order to release the Rapid Deployment Nurse to other duties. These positions shall be in addition to the regular core staffing for each unit. Nurses will be oriented to each of the units to which they are expected to float.

> 1 RN
> 3:00 p.m. – 11:00 p.m.
> Seven Days a Week
> For six months out of the year (months to be designated)

1 RN
11:00 p.m. – 7:00 a.m.
Seven Days a Week
For six months out of the year (months to be designated)


- All hours worked as "stand-by" on these Rapid Deployment On Call Shifts shall be paid at one half (½) the Nurses' regular hourly rate.

- All hours worked in the Hospital when on a Rapid Deployment On Call Shift shall be compensated at the Nurses' regular hourly rate including overtime, if applicable.

H-2

## APPENDIX I

## SIDE LETTER REGARDING NURSE REPRESENTATIVES

For the term of the 2002-2005 contract, the parties agree that a designated Nurse Representative from the Health Center (Mills) and a designated Nurse Representative from the Medical Center (Peninsula) will be compensated for up to eight (8) hours per month for time spent resolving and working to resolve grievances as referenced in Article XXVII.B.2. Hours may be combined and shall be distributed in accordance with instructions of the Chief Nurse Representative. MPHS shall grant one day per pay period of release time to one Nurse Representative as designated by CNA for the purpose of resolving issues at MPHS."

LESLIE HOLLEY-BROSNAN

Date:

DEBBIE GOODIN

Date: