# INDEX

|  | Page |
|---|---|
| Holidays | 6, 9, 12, 14, 19, 20 |
| Holiday, Yearly Work Requirement | 20, 21 |
| In-service Education | 46, 47 |
| Inter-affiliate Employment | 4, 8, 9 |
| Involuntary Termination | 32 |
| Jury Duty | 31, C-3 |
| Layoffs | 4, 42, 43 |
| Leaves of Absence | 27, 28, 29, 30 |
| Life Insurance | 24, 27 |
| Mandatory Classes | 46 |
| Medical Leaves | 27, 28 |
| Membership | 1 |
| Mergers (see Successors) | 49, 50 |
| Military Duty | 31 |
| Missed Rest Periods and Meal Breaks (see Penalty Pay) | 12 |
| Mutual Rights and Responsibilities | 48, 49 |
| Nondiscrimination | 3 |
| Nurse Representatives | 33, F-1 |
| Nurse Orientation | 33 |
| On-Call Shifts | 12 |
| Overtime | 9, 11, 12, 24, 30, 41, 47 |
| PACU Sideletter | G-1 |
| Paid Time Off (PTO) | 14, 15, 16, 17, 18, 28 |
| Paid Time Off (PTO) Accrual Rates | 15 |
| Part Time Nurses | 5, 6, 8, 14, 19, 22, 27, 28, 29 |
| Patient Care Committee | 36, 40 |
| Patient Classification System | 37, 38 |
| Payment of PTO and ESL | 18, 19 |
| Penalty Pay | 12 |
| Per Diem Nurses | 5, 6, 9, 13, 22, 24, 25, 26, 30, 42, 44, 47 |
| Personal Leave | 27 |
| Physical Examinations | 49 |
| Position Posting | 13 |
| Position Seniority Date | 4, 9, 13, 14, 26, 27, 41 |
| Preceptor Differential | 10 |
| Pregnancy Disability Leave | 28 |
| Probationary Period | 42 |
| Professional Performance Committee | 36, 37, 40 |
| Professional Leave | 28, 29, 30 |
| Recall | 9, 42, 43 |
| Recognition | 1 |
| Reduction in Force, Implementation of | 42, 43 |
| Reemployment | 8, 27, 42 |

# INDEX

| | Page |
|---|---|
| Regions | 5, 45, 46 |
| Relief Charge Nurse | 9, 10 |
| Requests for Paid Time Off (PTO) | 16, 17, 18 |
| Requests for Leave | 30 |
| Resignation | 32, 42 |
| Rest Between Shifts | 11 |
| Rotating Holiday | 20, 21 |
| Retiree Health and Welfare Benefits, Continuation of | 26, 27 |
| Retirement | 19, 24, 25, 26, 27 |
| Salary Review Date | 4, 5, 6, 7, 8, 27, 32 |
| Savings Clause | 49 |
| Scheduling | 16, 17, 18, 38, 41 |
| Severance Pay | 46 |
| Shift Differentials | 9, 18 |
| Shift Charge Nurse | 9, 10 |
| Staff Nurse | 6, 7, 8, 9, 47, 48 |
| Staffing Committee | 14, 17, 37, 38, 39 |
| Successor Language | 49, 50 |
| Surgery Department Side Letter | B-1 |
| Tax-Deferred Retirement Plan | 26 |
| Technology | 48 |
| Temporary Reduction in Staff (daily cancellations) | 10, 44, 45, C-3 |
| Tenure Steps | 6, 7, 8 |
| Term of Agreement | 50 |
| Tuition Aid and Textbooks | 30, 31 |
| Twelve-Hour Shifts | 18, 45, C-1 |
| Voting Privileges | 31 |
| Wage Table | A-1 |
| Weekends | 41, C-3 |
| Written Warning, Removal of | 32 |

# EXHIBIT 3



*A Voice for Nurses — A Vision for Healthcare*

September 14, 2006                                            Sent Via Fax: 650-696-5698

Claudia Christensen
Assistant Director of Employee Services
Mills-Peninsula Health Services
1783 El Camino Real
Burlingame, CA
94010

RE:  Grievance on behalf of Lisa Maria Boccignone

The California Nurses Association is hereby filing a grievance on behalf of Lisa Maria Boccignone for her termination.

The remedy that we seek is that she be returned to her position and be made financially whole for any and all losses.

Please contact me as soon as possible to schedule the next meeting.

Sincerely,

Shawn Bartlett
California Nurses Association Labor Representative

**EXHIBIT 4**

Mills-Peninsula
Health Services

A Sutter Health Affiliate

1783 El Camino Real
Burlingame, CA 94010
650.696.5400

September 14, 2006

Shawn Bartlett
California Nurses Association
2000 Franklin Street
Oakland, CA 94612

Re: Grievance on behalf of Lisa Maria Boccignone

Mills-Peninsula Health Services is in receipt of the letter stating your intention to grieve the termination of Lisa Maria Boccignone. Mills-Peninsula Health Services requests that Ms. Boccignone state, with some detail, the facts and evidence that support her claim of unjustified termination.

Ms. Bobbi Foster, Director Emergency Services, will then respond in accordance with Grievance Procedure guidelines.

Sincerely,

*Claudia Christensen*

Claudia Christensen
Director, Human Resources

Cc: Bobbi Foster

**EXHIBIT 5**



**CALIFORNIA NURSES ASSOCIATION**

*A Voice for Nurses – A Vision for Healthcare*

August 3, 2006                    Sent Via Fax: 650-696-5698

Claudia Christensen
Assistant Director of Employee Services
Mills-Peninsula Health Services
1783 El Camino Real
Burlingame, CA
94010

**RE:  Grievance on behalf of Lisa Maria Boccignone**

The California Nurses Association is hereby filing a grievance on behalf of Lisa Maria Boccignone due to the incomplete, inconsistent and illegitimately harsh evaluation that Ms. Boccignone received from her supervisor Bobbi Foster.

The remedy that we seek is that the evaluation is reviewed in the presence of CNA representative and Mills-Peninsula Nurse Rep. Further, the threats of termination be stricken from her evaluation and the entire evaluation be redone in a fair and unbiased manner.

Please contact me as soon as possible to schedule the next meeting.

Sincerely,

Shawn Bartlett
California Nurses Association Labor Representative