Dennis D. Strazulo, Esq. (SBN 124695)
Email: dstrazulo@strazlaw.com
Nancy McCoy, Esq. (SBN 184983)
Email: nmccoy@strazlaw.com
STRAZULO FITZGERALD, LLP
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 394-9500
Facsimile: (415) 934-9501

Attorneys for Defendant
BARBARA FOSTER

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>Defendants. | CASE NO.:<br>(San Mateo County Court Case No. CIV 460718)<br><br>**JOINDER IN NOTICE OF REMOVAL OF ACTION**<br><br>Second Amended<br>Complaint Filed: November 14, 2007<br>Trial Date:       No date set |

Defendant BARBARA FOSTER hereby joins in Defendants MILLS PENINSULA HEALTHCARE SERVICES, SUTTER HEALTH, and CLAUDIA CHRISTENSEN's Notice of Removal to this Court of the state court action described in the said Notice of Removal.

Date: December 11, 2007                    STRAZULO FITZGERALD, LLP

                                           By_____
                                           Dennis D. Strazulo
                                           Nancy L. McCoy
                                           Attorneys for Defendant BARBARA FOSTER

4698

-1-

JOINDER IN NOTICE OF REMOVAL ACTION