MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendants
MILLS-PENINSULA HEALTH SERVICES,
SUTTER HEALTH, BARBARA FOSTER, AND
CLAUDIA CHRISTENSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>　　　　Defendants. | CASE NO. _____<br>(San Mateo County Court Case No. CIV 460718)<br><br>**PROOF OF SERVICE RE DEFENDANTS' NOTICE OF REMOVAL**<br><br>SECOND AMENDED<br>COMPLAINT FILED:　November 14, 2007<br>TRIAL DATE:　　　　No date set. |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

PROOF OF SERVICE RE DEFENDANTS' NOTICE OF REMOVAL　　　(SAN MATEO COUNTY COURT CASE NO. CIV 460718)

**PROOF OF SERVICE BY HAND DELIVERY**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. On **December 11, 2007**, I served a true and correct copy of the within documents:

1. DEFENDANTS' NOTICE OF REMOVAL AND CERTIFICATION OF INTERESTED PATIES

2. DECLARTION OF CLAUDIA CHRISTENSEN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

3. CIVIL COVER SHEET

3. JOINDER IN NOTICE OF REMOVAL OF ACTION

on the interested parties in said action by placing true and correct copies in a sealed envelope and giving it into the care of **Freewheelin' Attorney Services** for same-day hand delivery to the parties as follows:

Robert H. Gold
Gold & Associates
235 Montgomery Street, Suite 747
San Francisco, CA  94104

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **December 11, 2007**, at San Francisco, California.

_____
KIMBERLEY BYARS

4814-7714-1762.1

PROOF OF SERVICE RE DEFENDANTS' NOTICE OF REMOVAL    (SAN MATEO COUNTY COURT CASE NO. CIV 460718)

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111