1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  JEFFREY D. POLSKY (State Bar No. 120975)
   Email: polsky@kmm.com
3  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:  (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendants
   MILLS-PENINSULA HEALTH SERVICES,
8  SUTTER HEALTH AND CLAUDIA CHRISTENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>            Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>            Defendants. | CASE NO. CV 07-06243 CRB<br>(San Mateo County Court Case No. CIV 460718)<br><br>**NOTICE TO PLAINTIFF OF REMOVAL OF ACTION**<br><br>SECOND AMENDED<br>COMPLAINT FILED:  November 14, 2007<br>TRIAL DATE:            No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION

CASE NO. CV 07-06243 CRB
(SAN MATEO COUNTY COURT CASE NO. CIV 460718)

TO PLAINTIFF L.M. BOCCIGNONE AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal and Certification of Interested Parties was filed in the United States District Court for the Northern District of California on December 11, 2007 by Defendants Mills-Peninsula Health Services, Sutter Health[1] and Claudia Christensen. A copy of the Notice of Removal is attached hereto as **Exhibit 1**. A copy of Defendants' Notice to State Court of Removal of Action is attached hereto as **Exhibit 2**. Copies of the documents provided by the Clerk of the United States District Court for the Northern District of California at the time of filing the Notice of Removal and Certification of Interested Parties are attached hereto as **Exhibit 3**.

DATED: December 12, 2007

Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP

By: *[signature]*
ROSSANA S. ELTANAL

Attorneys for Defendants
MILLS-PENINSULA HEALTH SERVICES, SUTTER HEALTH AND CLAUDIA CHRISTENSEN

4829-1362-4322.1

---

[1] Erroneously named as Sutter Healthcare (Mills Peninsula Health Services).

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION

CASE NO. CV 07-06243 CRB
(SAN MATEO COUNTY COURT CASE NO. CIV 460718)