The federal anti-discrimination statutes provide employers with adequate notice. Title VII prohibits employment discrimination based on race and sex. Under 42 United States Code section 2000e-1(a), while religious-entity employers may base their employment decisions on religious preferences, they are not exempt from liability for discrimination based on other impermissible grounds including race and sex.[81] Because California religious-entity employers must comply with federal anti-discrimination laws, they have adequate notice that employment discrimination based on race and sex may subject them to possible liability under those laws.

Moreover, in this case, plaintiff's first charge with DFEH noted that he had filed a claim with both DFEH and the EEOC. Plaintiff's charge also listed his EEOC claim number. Plaintiff's second charge with DFEH provided the same information. Therefore, in this particular case, defendants had adequate notice of plaintiff's possible reliance on the provisions of both state and federal law.

For the foregoing reasons, we conclude that, although the public policies under FEHA and Title VII are in direct conflict in regards to the scope of the religious-entity exemption, a plaintiff may rely on Title VII as a source of public policy for his state common law cause of action for wrongful termination. This conclusion, albeit problematic by allowing a plaintiff to extract public policy from various statutes without

---

*[footnote continued from previous page]*

81  See *E.E.O.C. v. Fremont Christian School* (9th Cir. 1986) 781 F.2d 1362, 1366.

27

complying with certain statutory requirements,[82] is nonetheless consistent with the purpose of both state and federal anti-discrimination laws. In enacting California's anti-discrimination laws, "the Legislature has manifested an intent to amplify, not abrogate, an employee's common law remedies for injuries relating to employment discrimination."[83] The same can be said of Congress's intent in enacting Title VII.[84] Policies against race and sex discrimination are among the state and nation's most fundamental and substantial public policies,[85] and therefore, multiple remedies, while at times overlapping or even conflicting, serve the purpose of maximizing plaintiff's opportunity to seek relief from discrimination based on such impermissible classifications.[86]

Accordingly, the trial court erred in sustaining defendant's demurrer on the ground that plaintiff could not apply Title VII as a public policy source for his wrongful termination claim.

### 8. Disposition

---

[82] See *Stevenson v. Superior Court, supra,* 16 Cal.4th at page 905 (exhaustion of administrative remedies does not apply); *Jie v. Liang Tai Knitwear Co., supra,* 89 Cal.App.4th at page 665 (statutory limitation on damages does not apply); see generally *Stevenson v. Superior Court, supra,* 16 Cal.4th 880, 911-925 (dis. opn. of Brown, J.).

[83] *Rojo v. Kliger, supra,* 52 Cal.3d at page 75.

[84] *Johnson v. Railway Express Agency, supra,* 421 U.S. at page 459.

[85] See *Gantt v. Sentry Insurance, supra,* 1 Cal.4th at page 1101.

[86] *Rojo v. Kliger, supra,* 52 Cal.3d at pages 74-75.

*[footnote continued on next page]*

28

We reverse the trial court's judgment of dismissal.  Plaintiff shall recover his costs on appeal.

## CERTIFIED FOR PUBLICATION

s/Gaut _____

J.

We concur:

s/Hollenhorst _____

Acting P. J.

s/Richli _____

J.

*[footnote continued from previous page]*

29

Exhibit R

# STATEMENT OF EARNINGS AND DEDUCTIONS

ınsula Health Services
Camino Real
me, CA 94010

| | | |
|---|---|---|
| SOCIAL SECURITY NUMBER | XXX-XX-1001 | |
| EMPLOYEE NUMBER | 36013681 | |

| EMPLOYEE NAME | | | | CHECK NUMBER |
|---|---|---|---|---|
| Maria Boccignone | | | | 92430 |

| PAY PERIOD ENDING | FED WH | ST WH | PAY DATE |
|---|---|---|---|
| 09/09/2006 | S-03 | S-03 | 09/07/2006 |

| ERIOD BEGINNING | | | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|---|
| 08/27/2006 | | | 2,159.27 | 75,712.40 |

## EARNINGS

| CRIPTION | HOURS | RATE | CURRENT AMOUNT | Y · T · D AMOUNT |
|---|---|---|---|---|
| | 24.00 | 46.520 | 1,116.48 | 4,929.87 |
| Scheduled | | | | 14.00 |
| ef Charge | | | | 20.00 |
| ec Time | | | | 35.00 |
| eptor Diff | | | | 68.00 |
| L-Imputed | | | | 75.00 |
| ic Reimb Ntxbl | | | | 131.67 |
| ervice Pay | | | | 165.00 |
| ekend Diff | 16.00 | 51.338 | 821.40 | 53,711.33 |
| te Pay | 4.63 | 46.521 | 215.39 | 646.54 |
| O Pay Off | 4.00 | 1.500 | 6.00 | 5,732.41 |
| ekend Diff | | | | 3,524.08 |
| ertime | | | | 2,233.54 |
| oubletime | | | | 1,738.02 |
| oliday Worked | | | | 528.87 |
| lissedBK | | | | |

| | TOTAL EARNINGS | $2,159.27 | $75,712.40 |
|---|---|---|---|

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y · T · D AMT |
|---|---|---|
| | | 3,836.56 |
| Ca State Inc Tax | 101.01 | 602.83 |
| Ca State Dis Tax | 15.55 | 10,924.26 |
| Federal Inc Tax | 291.20 | 4,689.52 |
| Soc Sec (OASDI) | 133.88 | 1,096.74 |
| Medicare (HI) | 31.31 | 15,000.00 |
| Lincoln TDA | | 711.52 |
| CNA Dues | 41.32 | |

| | TOTAL DEDUCTIONS | $614.27 | $38,861.43 |
|---|---|---|---|
| | TOTAL NET PAY | $1,545.00 | $38,782.97 |

### DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|

| 0.00 | TOTAL DIRECT DEPOSITS |
|---|---|
| $1,545.00 | CHECK AMOUNT |
| $1,545.00 | TOTAL NET PAY |



# STATEMENT OF EARNINGS AND DEDUCTIONS

1720 El Camino Real
Burlingame, CA 94010

| EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|---|
| Lisa Maria Boccignone | | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | | CHECK NUMBER |
|---|---|---|---|---|
| 02/26/2006 | 03/11/2006 | S-03 | | 92130 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 48.25 | 48.716 | 2,350.55 | 13,550.25 |
| GTL-Imputed | | | 17.00 | |
| Educ Reimb-Ntxbl | | | | 75.00 |
| GTL-Grossed | | | | 526.68 |
| Weekend Diff | 24.00 | 43.850 | 1,053.36 | 1,182.11 |
| Overtime | 4.25 | 87.779 | 373.06 | 157.15 |
| Holiday Wrkd | 24.50 | 1.500 | 36.75 | 1,075.57 |
| Educ-Summary | | | | 825.24 |
| Perdssble | | | | 351.12 |
| | | | | 87.78 |

**TOTAL EARNINGS** — $3,813.72 — $21,641.62

("CSL?" ) ("HLG?" )

*2 Double checks 1 missed break — GML + Pay*

| | ST WH | | PAY DATE | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|---|---|
| | S-03 | | 02/28/2006 | 3,813.72 | 21,641.62 |

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 148.47 | 1,037.97 |
| Ca State Dis Tax | 30.51 | 172.40 |
| Federal Inc Tax | 418.78 | 2,942.41 |
| Soc Sec (OASDI) | 236.45 | 1,332.13 |
| Medicare (HI) | 55.30 | 312.72 |
| Lincoln TDA | 1,144.12 | 5,023.05 |
| CNA Dues | 38.84 | 194.20 |

**TOTAL DEDUCTIONS** — $2,072.47 — $11,019.88

**TOTAL NET PAY** — $1,741.25 — $10,604.74

## DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|

| TOTAL DIRECT DEPOSITS | 0.00 |
|---|---|
| CHECK AMOUNT | $1,741.25 |
| TOTAL NET PAY | $1,741.25 |

Report

**edules**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Employee Name:** | | | **Employee ID:** | **Home Account** | | | **Today's Date:** |
| Boccignone, Lisa Maria | | | 36013681 | 227010/36122150/NONE/NONE | | | 3/26/2006 |
| **Date Range:** | | | **Start Date:** | **End Date:** | | | |
| Previous Pay Period | | | 3/12/2006 | 3/25/2006 | | | |

| In | Out | Pay Code | Total Adj. | Account | Work Rule | Shift Total | |
|---|---|---|---|---|---|---|---|
| | | | | | | 4:00 | |
| 3:00 PM | 7:00 PM | Con Secutive | | 227010////// | | 12:00 | 80hs |
| 7:00 PM | 7:00 AM | Weekends | | 227010////// | | 8:00 | total |
| 3:00 PM | 11:00 PM | Double back | | 227010////// | | 4:00 | |
| 7:00 PM | 11:00 PM | | | 227010////// | | 12:00 | |
| 7:00 PM | 7:00 AM | | | 117010////// | | 8:00 | |
| 7:00 PM | 11:00 PM | Double back | | 117010////// | | 8:00 | |
| 11:00 PM | 7:00 AM | | | 117010////// | | 12:00 | |
| 7:00 PM | 7:00 AM | Consecutive | | 227010////// | | 12:00 | |
| 7:00 PM | 7:00 AM | Weekends | | 227010////// | | | |

**Employee Name:**   **ID:**

Boccignone, Lisa   36013681   227010/36122150/NONE/NONE
Maria

**Date Range:**   **Start Date:**   **End Date:**   Today's Date:
Previous Pay Period   3/12/2006   3/25/2006   3/26/2006

*rs*

*ımary*

| | Pay Code | Hours | Amount | Wages |
|---|---|---|---|---|
| ıt | | | | |
| 6122150/NONE/NONE/// | 130-Base Pay 100-2 | 7:45 | | |
| | 140-Base Pay 100-3 | 16:00 | | |
| | 239-Dbltime 220-1 | 3:30 | | |
| 36122150/NONE/NONE/// | 110-Base Pay 100-1 | 0:30 | | |
| | 130-Base Pay 100-2 | 16:30 | | |
| | 139-Weekend 301-1 | 20:45 | | |
| | 140-Base Pay 100-3 | 15:45 | | |
| | 219-Overtime 210-1 | 7:45 | | |
| | 239-Dbltime 220-1 | 0:45 | | |

74.575

## *urs* Detail

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee Name:** Boccignone, Lisa Maria | | **Employee ID:** 36013681 | | **Home Account** 227010/3... .2150/NONE/NONE | | | **Today's Date:** 3/26/2006 | | |
| **Date Range:** Previous Pay Period | | **Start Date:** 3/12/2006 | | **End Date:** 3/25/2006 | | | | | |

| Account/Work Rule | Start Time | Start Exc | Stop Time | Stop Exc | Entered Amount | Totaled Amount | Money Amount | 110- Bas Pay 1 |
|---|---|---|---|---|---|---|---|---|
| | | | | | 0:00 | 4:45 | | 0:15 |
| | 2:47 PM | E | 7:30 PM | L | 0:00 | 11:45 | | |
| | 6:51 PM | E | 7:23 AM | L | 0:00 | 1:00 | | 0:15 |
| 8 | 2:57 PM | | 3:54 PM | E | 0:00 | 11:45 | | |
| 9 | 7:01 PM | | 7:13 AM | L | 0:00 | 11:45 | | |
| 1 | 7:01 PM | | 7:14 AM | L | 0:00 | 15:30 | | |
| 22 | 3:10 PM | L | 7:41 AM | LL | 0:00 | 12:00 | | |
| 23 | 6:56 PM | | 7:23 AM | L | 0:00 | 0:00 | | 0:00 |
| 4 | 6:54 PM | E | | M | 0:00 | | | |
| 25 | | | | | | | | |

*80.5 hrs total*

*$3461.50 before taxes & deductions*

Mills-Peninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

# STATEMENT OF EARNINGS AND DEDUCTIONS

| EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|---|
| Lisa Maria Boccignone | | XXX-XX-1001 | 3601368J |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 03/12/2006 | 03/25/2006 | S-03 | S-03 | 03/31/2006 | 173067 |

| ESL | PTO | | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|---|
| 46.41 | 23.46 | | 5,444.17 | 27,085.79 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 40.25 | 51.000 | 2,052.75 | 19,507.36 |
| Base Reimb Ntabl | | | | 75.00 |
| Educ-Voluntary | | | | 351.12 |
| Holiday Worked | | | 4.25 | 825.24 |
| PTO Scheduled | | | 10.97 | 1,580.04 |
| GTL-Imputed | | | | 21.25 |
| Base Pay | | 43.880 | 23.54 | |
| Doubletime | | 94.160 | 49.88 | 243.78 |
| Weekend Diff | | 1.500 | | |
| Base Pay | | 47.840 | 1,542.84 | 2,149.03 |
| Overtime | | 69.255 | 1,073.46 | 1,994.51 |
| Doubletime | | 94.625 | 425.80 | 165.00 |
| Weekend Diff | | 8.250 | 165.00 | 165.00 |
| MissedBK | | 47.840 | 95.68 | 183.46 |
| | | 20.00 | | |
| | | 2.00 | | |
| TOTAL EARNINGS | | | $5,444.17 | $27,085.79 |

### DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Amount Number |
|---|---|---|
| $2,332.30 | Checking | *****4,14846 |
| $2,332.30 | TOTAL DIRECT DEPOSITS | |

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 254.22 | 1,292.19 |
| Ca State Dis Tax | 43.52 | 215.92 |
| Federal Inc Tax | 721.31 | 3,653.72 |
| Soc Sec (OASDI) | 337.54 | 1,674.67 |
| Medicare (HI) | 78.94 | 391.66 |
| Lincoln TDA | 1,633.25 | 6,656.30 |
| CNA Dues | 38.84 | 233.04 |
| TOTAL DEDUCTIONS | $3,107.62 | $14,127.50 |
| TOTAL NET PAY | $2,332.30 | $12,937.04 |

HIGH SIERRA (?) ...
1720 El Camino Real
Burlingame, CA 94010

# STATEMENT OF EARNINGS AND DEDUCTIONS

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|
| Lisa Maria Boccigrone | XXX-XX-1001 | 3001368I |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 04/09/2006 | 04/22/2006 | S-03 | S-03 | 04/28/2006 | 177179 |

| ESL | PTO | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|
| 49.81 | 8.55 | 3,189.47 | 34,891.25 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 24.00 | 51.000 | 1,224.00 | 25,191.30 |
| Educ Reimb Ntxbl | | | | 75.00 |
| Weekend Diff | | | | 165.00 |
| Educ-Voluntary | | | | 351.12 |
| Holiday Worked | | | | 825.24 |
| Doubletime | | | | 2,099.81 |
| Overtime | | | 4.25 | 2,719.60 |
| GTL-Imputed | 20.00 | 1.500 | 30.00 | 21.75 |
| Weekend Diff | 20.00 | 1.750 | 35.00 | 321.79 |
| Doubletime-Diff | 27.80 | 43.850 | 1,220.14 | 35.00 |
| Base Pay-Scheduled | 12.00 | 47.840 | 574.08 | 2,800.18 |
| Base Pay | 2.00 | 51.000 | 102.00 | |
| MiscodBK | | | | 285.46 |

| TOTAL EARNINGS | | | $3,189.47 | $34,891.25 |
|---|---|---|---|---|

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 107.44 | 1,599.94 |
| Ca State Dis Tax | 25.48 | 278.29 |
| Federal Inc Tax | 308.48 | 4,531.19 |
| Soc Sec (OASDI) | 197.75 | 2,158.61 |
| Medicare (HI) | 46.25 | 504.84 |
| Lincoln TDA | 956.84 | 8,997.94 |
| CNA Dues | 38.84 | 310.72 |

| | CURRENT | Y-T-D |
|---|---|---|
| TOTAL DEDUCTIONS | $1,681.08 | $18,381.53 |
| TOTAL NET PAY | $1,504.14 | $16,479.97 |

## DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $1,504.14 | Checking | ****4-14846 |

| $1,504.14 | TOTAL DIRECT DEPOSITS |
|---|---|

Mills-Peninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

## STATEMENT OF EARNINGS AND DEDUCTIONS

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|
| Lisa Maria Boccignone | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|
| 05/07/2006 | 05/20/2006 | S-03 | 05/26/2006 | 181279 |

| ESL | PTO | ST WH | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|---|
| 53.42 | 12.22 | S-03 | 3,787.03 | 45,213.94 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 40.00 | 51.000 | 2,040.00 | 32,028.64 |
| Preceptor Diff | | | | 75.00 |
| Educ Reimb Ncbl | | | | 131.67 |
| Inservice Pay | | | | 155.00 |
| Educ-Voluntary | | | 4.25 | 351.12 |
| Holiday Worked | | | 24.89 | 825.24 |
| Overtime | 16.00 | 1.950 | 43.89 | 38.25 |
| GTL-Imputed | 1.00 | 43.890 | 956.80 | 405.79 |
| Weekend Diff | 20.00 | 43.840 | 526.68 | 5,132.69 |
| Base Pay | 12.00 | 43.890 | 140.41 | 3,326.86 |
| B&G Pay | 1.50 | 93.607 | 51.00 | 2,440.22 |
| PTO Scheduled | 1.00 | 51.000 | | 438.46 |
| Doubletime | | | | |
| MissdBK | | | | |

| | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| TOTAL EARNINGS | $3,787.03 | $45,213.94 |

### DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 146.34 | 2,071.56 |
| Ca State Dis Tax | 30.27 | 360.81 |
| Federal Inc Tax | 413.05 | 5,879.48 |
| Soc Sec (OASDI) | 234.79 | 2,798.61 |
| Medicare (HI) | 54.91 | 654.51 |
| Lincoln TDA | 1,136.11 | 12,094.75 |
| CNA Dues | 38.84 | 388.40 |

| | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| TOTAL DEDUCTIONS | $2,054.31 | $24,248.12 |
| TOTAL NET PAY | $1,728.47 | $20,927.57 |

### DIRECT DEPOSIT DISTRIBUTION

| Description | Account Number | Deposit Amount |
|---|---|---|
| Checking | *****4-14846 | $1,728.47 |

| | |
|---|---|
| TOTAL DIRECT DEPOSITS | $1,728.47 |

# STATEMENT OF EARNINGS AND DEDUCTIONS

MMSI-Peninsula Medical Center
1720 El Camino Real
Burlingame, CA 94010

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|
| Lisa Maria Boccignone | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 05/21/2006 | 06/03/2006 | S-03 | S-03 | 06/09/2006 | 183315 |

| ESL | PTO | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|
| 55.12 | 6.88 | 3,551.73 | 48,765.67 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 40.00 | 51.000 | 2,040.00 | 35,025.44 |
| Precept Diff | | | | 35.00 |
| Educ Reimb Nrbk | | | | 75.00 |
| Inservice Pay | | | | 131.67 |
| Weekend Diff | | | | 165.00 |
| Educ-Voluntary | | | | 351.12 |
| Base-Primary | | | | |
| PTO Scheduled | 20.00 | 47.840 | 956.80 | 3,853.54 |
| Weekend Diff | 12.00 | 43.890 | 526.66 | 423.79 |
| GTL-Imputed | 16.00 | 1.500 | 24.00 | 42.50 |
| Overtime | | | 4.25 | 5,152.69 |
| Doubletime | | | | 2,240.22 |
| Holiday Worked | | | | 825.24 |
| MiscedBK | | | | 438.46 |

| | | TOTAL EARNINGS | $3,551.73 | $48,765.67 |
|---|---|---|---|---|

## DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Destination | Account Number |
|---|---|---|
| $1,640.14 | Checking | ****-14846 |

| $1,640.14 | TOTAL DIRECT DEPOSITS |
|---|---|

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 131.02 | 2,202.58 |
| Ca State Dis Tax | 28.38 | 389.19 |
| Federal Inc Tax | 371.87 | 6,251.35 |
| Soc Sec (OASDI) | 220.21 | 3,018.82 |
| Medicare (HI) | 51.50 | 706.01 |
| Lincoln TDA | 1,065.52 | 13,160.27 |
| CNA Dues | 38.84 | 427.24 |

| TOTAL DEDUCTIONS | $1,907.34 | $26,155.46 |
|---|---|---|
| TOTAL NET PAY | $1,640.14 | $22,557.71 |

# STATEMENT OF EARNINGS AND DEDUCTIONS

MMS-Peninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|
| Lisa Maria Boccignone | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED. WH | ST WH | CURRENT GROSS AMOUNT | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|
| 06/04/2006 | 06/17/2006 | S-03 | S-03 | 3,106.58 | 06/23/2006 | 185337 |

| ESL | PTO |  |  | YTD GROSS AMOUNT |
|---|---|---|---|---|
| 56.61 | 6.69 |  |  | 51,872.25 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y - T - D AMOUNT |
|---|---|---|---|---|
| Base Pay | 28.00 | 51.000 | 1,428.00 | 37,778.48 |
| Precept Diff |  |  | 25.00 | 25.00 |
| Educ-Reimb Nursi |  |  |  | 75.00 |
| Weekend Diff |  |  |  | 131.67 |
| Inservice Pay |  |  | 165.00 | 165.00 |
| Educ-Voluntary |  |  |  | 351.12 |
| Base Pay | 16.00 | 47.840 | 765.44 | 4,138.83 |
| Base Pay | 12.75 | 43.890 | 559.60 | 459.79 |
| PTO Scheduled | 6.50 | 43.891 | 285.29 | 20.00 |
| Weekend Diff | 8.00 | 2.500 | 20.00 | 14.00 |
| Charg Time | 8.00 | 1.500 | 20.00 | 46.75 |
| Relief Charge | 8.00 | 1.750 | 14.00 | 5,182.69 |
| GTL-Imputed |  |  | 4.25 | 2,240.27 |
| Overtime |  |  |  | 825.24 |
| Double-time |  |  |  | 438.46 |
| Holiday Worked |  |  |  |  |
| MissdBK |  |  |  |  |

| | CURRENT | Y - T - D |
|---|---|---|
| **TOTAL EARNINGS** | **$3,106.58** | **$51,872.25** |

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y - T - D AMT |
|---|---|---|
| Ca State Inc Tax | 102.04 | 2,304.62 |
| Ca State Dis Tax | 24.81 | 414.00 |
| Federal Inc Tax | 293.97 | 6,545.32 |
| Soc Sec (OASDI) | 192.61 | 3,211.43 |
| Medicare (HI) | 45.05 | 751.06 |
| Lincoln TDA | 931.97 | 14,092.24 |
| CNA Dues | 38.84 | 466.08 |

| | CURRENT | Y - T - D |
|---|---|---|
| **TOTAL DEDUCTIONS** | **$1,629.29** | **$27,784.75** |
| **TOTAL NET PAY** | **$1,473.04** | **$24,040.75** |

## DIRECT DEPOSIT DISTRIBUTION

| Description | Deposit Amount | Account Number |
|---|---|---|
| Checking | $1,473.04 | *****4-14846 |

| | |
|---|---|
| **TOTAL DIRECT DEPOSITS** | **$1,473.04** |



Time Detail

Use the browser's Print command to print this page.

Printed: 7/05/2006

**Time Period:** Previous Pay Period
**Dates:** 6/18/2006 - 7/01/2006

**Name:** Boccignone, Lisa Maria    **ID:** 36013681    **Pay Rule:** MPH CNA 12-40
**Primary Account(s):** 4/23/2006 - forever    360/36022/1/360227010/0/36036130265/2

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|------|----------|----------|--------|-----------|---------|------|----------------|----------------|------------------|---------|
| Sun 6/18 | | 14:55 | | 7:28 | LE | | | 15.5 | 15.5 | *Should be 16 hrs Only one 1/2 hr break* |
| Mon 6/19 | | | | | | | | | 15.5 | |
| Tue 6/20 | | | | | | | | | 15.5 | |
| Wed 6/21 | | 18:56 | | 7:01 | | | | 11.5 | | |
| | | ///360117010/// | | | | | | | | |
| Wed 6/21 | 814-BREAK PENALTY-SH 1 | | | | | | 1.0 | | 28.0 | |
| Thu 6/22 | | 18:56 | | 7:50 | LV | | | 12.25 | | |
| Thu 6/22 | MISSED MEAL | | | | | | 1.0 | | 41.25 | |
| Fri 6/23 | | | | | | | | | 41.25 | |
| Sat 6/24 | | | | | | | | | 41.25 | |
| Sun 6/25 | 732-EDUCATION NP-SH 1 | | | | | | 12.0 | | 53.25 | |
| Mon 6/26 | 732-EDUCATION NP-SH 1 | | | | | | 12.0 | | 65.25 | |
| Tue 6/27 | 732-EDUCATION NP-SH 1 | | | | | | 12.0 | | 77.25 | |
| Wed 6/28 | | | | | | | | | 77.25 | |
| Thu 6/29 | | | | | | | | | 77.25 | |
| Fri 6/30 | | 18:56 | | 7:23 | LV | | | 12.0 | | |
| | | ///360117010/// | | | | | | | | |
| Fri 6/30 | MISSED BREAK | | | | | | 1.0 | | 90.25 | |
| Sat 7/01 | | 18:58 | | 7:23 | LV | | | 12.0 | 102.25 | |
| **Totals** | | | | | | 0.00 | 39.0 | 63.25 | 102.25 | |

**Account Summary**

| Account | Pay Code | Money | Hours |
|---------|----------|-------|-------|
| (x)360/36022/1/360117010/0/36036130265/2 | | | |
| | 100-BASE-SH 2 | | 8.0 |
| | 100-BASE-SH 3 | | 15.5 |
| | 301-WEEKEND DIFF-1 | | 8.0 |
| 360/36022/1/360227010/0/36036130265/2 | | | |
| | 100-BASE-SH 2 | | 15.5 |
| | 100-BASE-SH 3 | | 20.5 |

Time Detail

|  |  |
|---|---|
|  | 3.75 |
|  | 19.5 |
| 220-DOUBLETIME-SH 1 | 36.0 |
| 301-WEEKEND DIFF-1 | 1.0 |
| 732-EDUCATION NP-SH 1 | 1.0 |
| 814-BREAK PENALTY-SH 1 | 1.0 |
| MISSED BREAK |  |
| MISSED MEAL |  |

## Pay Code Summary

| Pay Code | Money | Hours |
|---|---|---|
|  |  | 23.5 |
|  |  | 36.0 |
| 100-BASE-SH 2 |  | 27.5 |
| 100-BASE-SH 3 |  | 3.75 |
| 301-WEEKEND DIFF-1 |  | 36.0 |
| 220-DOUBLETIME-SH 1 |  | 1.0 |
| 732-EDUCATION NP-SH 1 |  | 1.0 |
| 814-BREAK PENALTY-SH 1 |  | 1.0 |
| MISSED BREAK |  |  |
| MISSED MEAL |  |  |
| **Totals** | 0.00 | 129.75 |

*$5,579.25 before taxes* (handwritten)



Mills-Peninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

## STATEMENT OF EARNINGS AND DEDUCTIONS

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|
| Lisa Maria Boccagnone | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY PERIOD ENDING | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 06/18/2006 | 07/01/2006 | S-03 | S-03 | 07/07/2006 | 187360 |

| ESL | PTO | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|
| 58.50 | 15.58 | 4,979.36 | 56,851.61 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 36.00 | 51.000 | 1,836.00 | 40,734.72 |
| Relief Charge | | | | 140.00 |
| Charge Time | | | | 36.00 |
| Preceptor Diff | | | | 35.00 |
| Educ Reimb Nxbl | | | | 75.00 |
| Inservce Pay | | | | 131.67 |
| Weekend Diff | | 1.500 | 4.25 | 165.00 |
| PTO Scheduled | 27.50 | 48.500 | 41.25 | 826.24 |
| Holiday Worked | 36.00 | 24.000 | 1,580.04 | 4,138.84 |
| Overtime | 23.50 | 93.251 | 1,724.24 | 5,152.69 |
| GTL Imputed | | | | 51.00 |
| Weekend Diff | 3.75 | 349.69 | | 501.04 |
| Educ Voluntary | 1.00 | 43.69 | | 1,501.16 |
| Base Pay | | | | 2,589.91 |
| Doubletime | | | | 482.35 |
| MiscdblK | | | | |

| | TOTAL EARNINGS | | $4,979.36 | $56,851.61 |

### DIRECT DEPOSIT DISTRIBUTION

| Description | Account Number | Deposit Amount |
|---|---|---|
| Checking | ****4-14846 | $2,535.03 |

| | TOTAL DIRECT DEPOSITS | $2,535.03 |

### DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 278.46 | 2,583.03 |
| Ca State Dis Tax | 39.80 | 453.80 |
| Federal Inc Tax | 794.30 | 7,339.62 |
| Soc Sec (OASDI) | 308.72 | 3,520.15 |
| Medicare (HI) | 72.20 | 823.26 |
| Lincoln TDA | 907.76 | 15,000.00 |
| CNA Dues | 38.84 | 504.92 |

| TOTAL DEDUCTIONS | $2,440.08 | $30,224.83 |
| TOTAL NET PAY | $2,535.03 | $26,575.78 |



Mills-Peninsula Health Services
1720 El Camino Real
Burlingame, CA 94010

# STATEMENT OF EARNINGS AND DEDUCTIONS

| EMPLOYEE NAME | | | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|---|---|
| Lisa Maria Boccigrone | | | XXX-XX-1001 | 36013681 |

| PAY PERIOD BEGINNING | PAY/PERIOD ENDING | FED W/H | ST W/H | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| 07/16/2006 | 07/29/2006 | S-03 | S-03 | 08/04/2006 | 191441 |

| EST. | PTO | | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|---|
| 61.81 | 21.74 | | 3,864.69 | 65,322.32 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| Base Pay | 35.00 | 50.710 | 1,774.86 | 47,638.46 |
| Relief Charge | | | | 20.00 |
| Charge Time | | | | 35.00 |
| Preceptor Diff | | | | 75.00 |
| Educ Reimb Nonbl | | | | 131.67 |
| Inservice Pay | | | | 165.00 |
| Weekend Diff | 24.00 | | 1,297.44 | 3,131.96 |
| Base Pay | 4.00 | | 392.56 | 4,534.25 |
| Doubletime | 4.50 | | 209.34 | 5,406.68 |
| PTO Scheduled | 72.360 | | 108.57 | |
| Overtime | 46.520 | | 46.52 | 567.79 |
| Base Pay | 1.00 | | 30.75 | 591.50 |
| Weekend Diff | 20.50 | | 4.25 | 1,931.16 |
| GTL-Imputed | | | | 1,123.50 |
| Educ-Voluntary | | | | 482.35 |
| Holiday worked | | | | |
| MissdBK | | | | |

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 259.22 | 3,170.47 |
| Ca State Dis Tax | 30.88 | 521.50 |
| Federal Inc Tax | 736.37 | 9,019.93 |
| Soc Sec (OASDI) | 239.61 | 4,045.33 |
| Medicare (HI) | 56.04 | 946.09 |
| Lincoln TDA | | 15,000.00 |
| CNA Dues | 41.32 | 587.56 |

| TOTAL EARNINGS | $3,864.69 | $65,322.32 |
|---|---|---|

| TOTAL DEDUCTIONS | $1,363.44 | $33,290.88 |
|---|---|---|
| TOTAL NET PAY | $2,497.00 | $31,971.94 |

## DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $2,497.00 | Checking | ****4-14846 |

| TOTAL DIRECT DEPOSITS | $2,497.00 |
|---|---|

Peninsula Health Services
Camino Real
...me, CA 94010

| EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | | EMPLOYEE NUMBER |
|---|---|---|---|---|
| Maria Boccignone | | XXX-XX-1001 | | 36013681 |

| | | FED WH | ST WH | PAY DATE | ADVICE NUMBER |
|---|---|---|---|---|---|
| | | S-03 | S-03 | 09/01/2006 | 195516 |

| PERIOD BEGINNING | YTD | | CURRENT GROSS AMOUNT | YTD GROSS AMOUNT |
|---|---|---|---|---|
| 8/13/2006 | 26.85 | | 3,920.81 | 73,553.13 |
| 64.91 | | | | |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| ...ay | 32.00 | 54.060 | 1,729.92 | 53,711.33 |
| ...Charge | | | | 14.00 |
| ...Time | | | | 20.00 |
| ...tor Diff | | | | 35.00 |
| ...Reimb Ntxbl | | | | 75.00 |
| ...ce Pay | | | | 131.67 |
| ...nd Diff | | | | 165.00 |
| ...y Worked | | | | 1,738.02 |
| ...Voluntary | | | | 2,233.54 |
| ...me | | | | 5,732.41 |
| ...mputed | | | 4.25 | 68.00 |
| ...nd Diff | 24.00 | 1.500 | 36.00 | 646.54 |
| ...ay | 20.00 | 50.710 | 1,014.20 | |
| ...cheduled | 15.00 | 46.520 | 697.80 | 4,929.67 |
| ...rtime | 4.00 | 98.030 | 392.12 | 3,524.08 |
| ...iffx | 1.00 | 46.520 | 46.52 | 528.87 |

| | | | TOTAL EARNINGS | $3,920.81 | $73,553.13 |
|---|---|---|---|---|---|

## DIRECT DEPOSIT DISTRIBUTION

| Deposit Amount | Description | Account Number |
|---|---|---|
| $2,527.45 | Checking | ****4-14846 |

| $2,527.45 | TOTAL DIRECT DEPOSITS |
|---|---|

## DEDUCTIONS

| DESCRIPTION | CURRENT AMT | Y-T-D AMT |
|---|---|---|
| Ca State Inc Tax | 264.44 | 3,735.55 |
| Ca State Dis Tax | 31.33 | 587.28 |
| Federal Inc Tax | 752.08 | 10,633.06 |
| Soc Sec (OASDI) | 243.09 | 4,555.64 |
| Medicare (HI) | 56.85 | 1,065.43 |
| Lincoln TDA | | 15,000.00 |
| CNA Dues | 41.32 | 670.20 |

| TOTAL DEDUCTIONS | $1,389.11 | $36,247.16 |
|---|---|---|
| TOTAL NET PAY | $2,527.45 | $37,237.97 |

# KRONOS – TIME AND ATTENDANCE EXCEPTIONS

| Date and Day | Problem Forgot to swipe IN @ Time | Forgot to swipe OUT @ Time | PTO/EL BL/JD | Missed Meal Day | PM | Noc | DCH/ RCH | COMMENTS | Charge Nurse Initial for missed meal |
|---|---|---|---|---|---|---|---|---|---|
| SUN 2 | | | | | | | | | |
| MON 13 | | | | | | | | | |
| TUE 14 | | | | | | | | | |
| WED 15 | | | | | | | | | |
| THUR 16 | | | | | | | | | |
| FRI 7 | 15-19 | 4½ hrs | | @lunch | | | 4½ ½break | | |
| SAT 18 | 19-0730 | 12 hrs | | ½lunch | | | 12° | | |
| SUN 19 | 15-16 | Over Staffed | | double time | | | Volunteered to leave early | | |
| MON 20 | 1900-6730 | Pen | 12° | ½lunch | | | 12° | | |
| TUES 21 | 1900-6 | | | | | | | | |
| WE 22 | 1900-0730 | Pen | 120 | ½lunch | | | 120 | | |
| THUR 23 | 1500-0730 | Miss/In Double | | Double Break | | | 16 ½lunch | | |
| FRI 24 | 1900-0730 | Pen | | consecutive weekends | | | 120 ½lunch | | |
| SAT 25 | 1900-0730 | Pen | | consecutive weekends | | | 120 ½lunch | | |

Please read: Complete above if you forgot to swipe IN and OUT, or if you forgot to change cost center when you FLOATED. Following guidelines, document any missed lunch breaks or rest periods.

Employee Signature _(signatures)_

**BOCCIGNONE, LISA MARIA**
117010

# KRONOS – TIME AND ATTENDANCE EXCEPTIONS

**BOCCIGNONE, LISA MARIA**
117010

| Date and Day | Problem Forgot to swipe IN @ Time | Forgot to swipe OUT @ Time | PTO/EL BL/JD | Missed Meal Day | PM | Noc | DCH/RCH | COMMENTS | Charge Nurse Initial for missed meal |
|---|---|---|---|---|---|---|---|---|---|
| SUN 2 | 1900 — | 0730 | 12° | | | | | | |
| MON 3 | | | | | | | | | |
| TUE 4 | Holiday Pay 1900 | 0730 | Holiday Day 12° | | | | | | |
| WED 5 | 1900 | 0730 | 12° | | | | | | |
| THUR 6 off | | | | | | | | | |
| FRI 7 off | | | | | | | | | |
| SAT 8 off | | | | | | | | | |
| SUN 9 off | | | | | | | | | |
| MON 10 off | | | | | | | | | |
| TUES 11 off | 0900 | 1530 | extra shift 12hrs 2 calls | | | | | | |
| WE 12 a — | 0730 | 12° | | | | | no meal no chart | | |
| THUR 13 off | | | | | | | | | |
| FRI 14 a oo — | 0730 | 12° | | | | | | | |
| SAT 15 you — | 0730 | 12° | | | | | | | RLM |

Employee Signature *Lisa Maria Boccignone RN*

Please read: Complete above if you forgot to swipe IN and OUT; or if you forgot to change cost center when you FLOATED. Following guideline, document any missed lunch breaks or rest periods.

Accrual Balances and Projections

Use the browser's Print command to print this page.

Date Selected: 7/01/2006
Name: Boccignone, Lisa Maria

Printed: 7/01/2006
ID: 36013681

| Accrual Code | Accrual Type | Period Ending Balance | Furthest Projected Taking Date | Projected Takings | Projected Credits | Projected Balance | Balance w/o Proj. Credits |
|---|---|---|---|---|---|---|---|
| EDL | Hour | 78.5 | 7/01/2006 | 0.0 | 0.0 | 78.5 | 78.5 |
| ESL | Hour | 56.62 | 7/01/2006 | 0.0 | 0.0 | 56.62 | 56.62 |
| PTO | Hour | 6.68 | 7/01/2006 | 0.0 | 0.0 | 6.68 | 6.68 |

Time Detail

Time Detail

Use the browser's Print command to print this page.

Printed: 7/01/2006

**Time Period:** Current Pay Period
**Dates:** 6/18/2006 - 7/01/2006

**Name:** Boccignone, Lisa Maria    **ID:** 36013681    **Pay Rule:** MPH CNA 12-40

**Primary Account(s):**    4/23/2006 - forever   360/36022/1/360227010/0/36036130265/2

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|------|----------|----------|--------|-----------|---------|------|----------------|----------------|------------------|---------|
| | | | | | | | | 15.5 | 15.5 | |
| Sun 6/18 | | 14:55 | | 7:28 | LE | | | | 15.5 | |
| Mon 6/19 | | | | | | | | | 15.5 | |
| Tue 6/20 | | | | | | | | 11.5 | 27.0 | |
| Wed 6/21 | | 18:56 ///360117010/// | | 7:01 | | | | 12.25 | | |
| Thu 6/22 | | 18:56 | | 7:50 | LV | | | | | |
| Thu 6/22 | MISSED MEAL | | | | | | 1.0 | | 40.25 | |
| Fri 6/23 | | | | | | | | | 40.25 | |
| Sat 6/24 | | | | | | | | | 40.25 | |
| Sun 6/25 | | | | | | | | | 40.25 | |
| Mon 6/26 | | | | | | | | | 40.25 | |
| Tue 6/27 | | | | | | | | | 40.25 | |
| Wed 6/28 | | | | | | | | | 40.25 | |
| Thu 6/29 | | | | | | | | 0.0 | | |
| Fri 6/30 | | 18:56 ///360117010/// | | | | | | | | |
| Fri 6/30 | MISSED BREAK | | | | | | 1.0 | | 41.25 | |
| Sat 7/01 | | | | | | | | | 41.25 | |
| | | | | | | 0.00 | 2.0 | 39.25 | 41.25 | |

**Totals**

## Account Summary

| Account | Pay Code | Money | Hours |
|---------|----------|-------|-------|
| (x)360/36022/1/360117010/0/36036130265/2 | | | 4.0 |
| | 100-BASE-SH 2 | | 7.5 |
| | 100-BASE-SH 3 | | |
| 360/36022/1/360227010/0/36036130265/2 | | | 11.5 |
| | 100-BASE-SH 2 | | 12.5 |
| | 100-BASE-SH 3 | | 3.75 |
| | 220-DOUBLETIME-SH 1 | | 7.5 |
| | 301-WEEKEND DIFF-1 | | 1.0 |
| | MISSED BREAK | | 1.0 |
| | MISSED MEAL | | |

## Pay Code Summary

| Pay Code | Money | Hours |
|----------|-------|-------|
| | | 15.5 |
| 100-BASE-SH 2 | | |

Time Detail

|  |  |  |
|---|---|---|
|  |  | 20.0 |
| 100-BASE-SH 3 |  | 3.75 |
| 220-DOUBLETIME-SH 1 |  | 7.5 |
| 301-WEEKEND DIFF-1 |  | 1.0 |
| MISSED BREAK |  | 1.0 |
| MISSED MEAL |  |  |
| Totals | 0.00 | 48.75 |

Time Detail

Time Detail

Use the browser's Print command to print this page

Printed: 6/22/2006

**Time Period:** Previous Pay Period
**Dates:** 6/04/2006 - 6/17/2006

**Name:** Boccignone, Lisa Maria       **ID:** 36013681       **Pay Rule:** MPH CNA 12-40
**Primary Account(s):** 4/23/2006 - forever   360/36022/1/360227010/0/36036130265/2

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|------|----------|----------|--------|-----------|---------|------|----------------|----------------|------------------|---------|
| Sun 6/04 | | 18:54 | | 7:23 | LV | | | 12.0 | 12.0 | |
| Mon 6/05 | 600-PTO SCHD-SH 1 | | | | | | (6.5) | | 18.5 | |
| Tue 6/06 | | 7:48 | | 15:14 | | | | 7.0 | 25.5 | |
| Wed 6/07 | | 8:00 | | 14:21 | | | | 5.75 | 31.25 | |
| Thu 6/08 | | | | | | | | | 31.25 | |
| Fri 6/09 | | | | | | | | | 31.25 | |
| Sat 6/10 | | | | | | | | | 31.25 | |
| Sun 6/11 | | | | | | | | | 31.25 | |
| Mon 6/12 | | | | | | | | | 31.25 | |
| Tue 6/13 | | | | | | | | | 31.25 | |
| Wed 6/14 | | 18:58 | | 7:23 | LV | | | 12.0 | 43.25 | |
| | | ///360117010/// | | | | | | | 43.25 | |
| Thu 6/15 | | | | | | | | | | |
| Fri 6/16 | | 18:56 | | [23:00] | | | | | | |
| Fri 6/16 | | [23:00] | | 23:28 | | | | | | |
| | | ///360117010/// | | | | | | | | |
| Fri 6/16 | | 23:28 | | 7:25 | LV | | | 12.0 | | |
| | | MPH CNA 12-40 DESIGNATED CHARGE | | | | | | | | |
| Fri 6/16 | 308-RELIEF CHARGE | | | | | 8.0 | | | | |
| Fri 6/16 | MISSED BREAK | | | | | 1.0 | | | 64.25 | |
| Sat 6/17 | | 18:55 | | 3:23 | EV | | | 8.0 | 72.25 | |
| | | | | | | 0.00 | 15.5 | 56.75 | 72.25 | |

**Totals**

## Account Summary

| Account | Pay Code | Money | Hours |
|---------|----------|-------|-------|
| (x)360/36022/1/360117010/0/36036130265/2 | | | 4.0 |
| | 100-BASE-SH 2 | | 16.0 |
| | 100-BASE-SH 3 | | 8.0 |
| | 301-WEEKEND DIFF-1 | | 8.0 |
| | 310-CHARGE TIME | | |
| 360/36022/1/360227010/0/36036130265/2 | | | 12.75 |
| | 100-BASE-SH 1 | | 12.0 |
| | 100-BASE-SH 2 | | 12.0 |
| | 100-BASE-SH 3 | | 12.0 |
| | 301-WEEKEND DIFF-1 | | 8.0 |
| | 308-RELIEF CHARGE | | 6.5 |
| | 600-PTO SCHD-SH 1 | | |

Time Detail

MISSED BREAK                                                          1.0

## Pay Code Summary

| Pay Code | Money | Hours |
|---|---|---|
| | | 16.0 |
| 100-BASE-SH 2 | | 28.0 |
| 100-BASE-SH 3 | | 20.0 |
| 301-WEEKEND DIFF-1 | | 8.0 |
| 310-CHARGE TIME | | 12.75 |
| 100-BASE-SH 1 | | 8.0 |
| 308-RELIEF CHARGE | | 6.5 |
| 600-PTO SCHD-SH 1 | | 1.0 |
| MISSED BREAK | | |
| **Totals** | 0.00 | 100.25 |

# KRONOS – TIME AND ATTENDANCE EXCEPTIONS

| Date and Day | Problem Forgot to swipe IN @ Time | Forgot to swipe OUT @ Time | PTO/EL BL/JD | Missed Meal Day | PM | Noc | DCH/ RCH | COMMENTS | Charge Nurse Initial for missed meal |
|---|---|---|---|---|---|---|---|---|---|
| SUN 4 | 1900 – | 0700 | Ten | 120 | | | | | |
| MON 5 | 12 hrs | ED Leave | 120 | | | | | | |
| TUE 6 | 12 hrs | ED Leave | 120 | | | | | | |
| WED 7 | 12 hrs | ED Leave | 120 | | | | | | |
| THUR 8 | off | | | | | | | | |
| FRI 9 | off | | | | | | | | |
| SAT 10 | off | | | | | | | | |
| SUN 11 | off | | | | | | | | |
| MON 12 | off | | | | | | | | |
| TUES 13 | off | | | 120 | No DCG | | | | |
| WE 14 | 1900 – | 0730 | mills | 120 | No DCG | | no dinner mr | | |
| THUR 15 | off | | | | | | | | |
| FRI 16 | 1900 – 23 | 23, 0730 | mills | No break | | | no break relief change | | |
| SAT 17 | 1900 – 0330 | Ten | 80 | | | | | | |

**Employee Signature** _Ava Mi[signature] RN_

Please read: Complete above if you forgot to swipe IN and OUT, of if you forgot to change cost center when you FLOATED. Following guideline, document any missed lunch breaks or rest periods.

LiSAMaria Boccigrone RN
`360|360|`

Accrual Balances and Projections

Use the browser's Print command to print this page

Date Selected: 8/06/2006
Name: Boccignone, Lisa Maria

Printed: 8/06/2006
ID: 36013681

| Accrual Code | Accrual Type | Period Ending Balance | Furthest Projected Taking Date | Projected Takings | Projected Credits | Projected Balance | Balance w/o Proj. Credits |
|---|---|---|---|---|---|---|---|
| EDL | Hour | 42.5 | 8/06/2006 | 0.0 | 0.0 | 42.5 | 42.5 |
| ESL | Hour | 61.82 | 8/06/2006 | 0.0 | 0.0 | 61.82 | 61.82 |
| PTO | Hour | 21.73 | 8/06/2006 | 0.0 | 0.0 | 21.73 | 21.73 |

$7 \times 8 =$

55.30 hrs pto
−34.50 hrs pto    20.8

27.30 hrs

Accrual Balances and Projections

Use the browser's Print command to print this page

Date Selected: 5/01/2006
Name: Boccignone, Lisa Maria

Printed: 8/06/2006
ID: 36013681

| Accrual Code | Accrual Type | Period Ending Balance | Furthest Projected Taking Date | Projected Takings | Projected Credits | Projected Balance | Balance w/o Proj. Credits |
|---|---|---|---|---|---|---|---|
| EDL | Hour | 0.0 | 6/27/2006 | 36.0 | 0.0 | 42.5 | -36.0 |
| ESL | Hour | 49.82 | 5/01/2006 | 0.0 | 0.0 | 49.82 | 49.82 |
| PTO | Hour | 8.55 | 7/04/2006 | 34.5 | 0.0 | 11.58 | -25.95 |

Time Detail

Time Detail

Use the browser's Print command to print this page

Printed: 8/06/2006

**Time Period:** Range of Dates
**Dates:** 5/01/2006 - 8/06/2006

**Name:** Boccignone, Lisa Maria    **ID:** 36013681    **Pay Rule:** MPH CNA 12-40

**Primary Account(s):** 4/23/2006 - forever  360/36022/1/360227010/0/36036130265/2

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0.0 | |
| Mon 5/01 | | | | | | | | | 0.0 | |
| Tue 5/02 | | | | | | | | | 0.0 | |
| Wed 5/03 | | | | | | | | | 0.0 | |
| Thu 5/04 | | | | | | | | | 0.0 | |
| Fri 5/05 | | | | | | | | | 0.0 | |
| Sat 5/06 | | | | | | | | 12.0 | 12.0 | |
| Sun 5/07 | | 18:58 | | 7:23 | LV | | | | 12.0 | |
| Mon 5/08 | | | | | | | | 12.75 | 24.75 | |
| Tue 5/09 | | 18:58 | | 8:22 | LV | | | 12.75 | 37.5 | |
| Wed 5/10 | | 18:59 | | 8:17 | LV | | | | 37.5 | |
| Thu 5/11 | | | | | | | | 1.0 | 38.5 | |
| Fri 5/12 | | 13:00 | | 14:00 | | | | | 38.5 | |
| Sat 5/13 | | | | | | | | | 38.5 | |
| Sun 5/14 | | | | | | | | | 38.5 | |
| Mon 5/15 | | | | | | | | | 38.5 | |
| Tue 5/16 | | | | | | | | 12.0 | | |
| Wed 5/17 | | 18:54 | | 7:25 | LV | | | | 51.5 | |
| Wed 5/17 | 814-MEAL PENALTY-SH 3 | | | | | | 1.0 | | 51.5 | |
| Thu 5/18 | | | | | | | 12.0 | | 63.5 | |
| Fri 5/19 | 600-PTO SCHD-SH 1 | | | | | | | 12.0 | 75.5 | |
| Sat 5/20 | | 18:59 | | 7:23 | LV | | | 12.0 | 87.5 | |
| Sun 5/21 | | 18:55 | | 7:23 | LV | | | | 87.5 | |
| Mon 5/22 | | | | | | | | | 87.5 | |
| Tue 5/23 | | 19:01 | | 7:23 | LV | | | 12.0 | 99.5 | |
| Wed 5/24 | | ///360117010/// | | | | | | 12.0 | 111.5 | |
| Thu 5/25 | | 18:58 | | 7:23 | LV | | | | 111.5 | |
| Fri 5/26 | | | | | | | | | 111.5 | |
| Sat 5/27 | | | | | | | | | 111.5 | |
| Sun 5/28 | | | | | | | | | 111.5 | |
| Mon 5/29 | | 18:54 | | 7:23 | LV | | | 12.0 | 123.5 | |
| Tue 5/30 | | | | | | | | | 123.5 | |
| Wed 5/31 | | | | | | | | | 123.5 | |
| Thu 6/01 | | | | | | | 12.0 | | 135.5 | |
| Fri 6/02 | 600-PTO SCHD-SH 1 | | | | | | | 12.0 | 147.5 | |
| Sat 6/03 | | 18:53 | | 7:23 | LV | | | 12.0 | 159.5 | |
| Sun 6/04 | | 18:54 | | 7:23 | LV | | | | 166.0 | |
| Mon 6/05 | 600-PTO SCHD-SH 1 | | | | | | 6.5 | | | |

Time Detail

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 7.0 | 173.0 |
| Tue 6/06 |  | 7:48 | 15:14 |  | 5.75 | 178.75 |
| Wed 6/07 |  | 8:00 | 14:21 |  |  | 178.75 |
| Thu 6/08 |  |  |  |  |  | 178.75 |
| Fri 6/09 |  |  |  |  |  | 178.75 |
| Sat 6/10 |  |  |  |  |  | 178.75 |
| Sun 6/11 |  |  |  |  |  | 178.75 |
| Mon 6/12 |  |  |  |  | 12.0 | 190.75 |
| Tue 6/13 |  | 18:58 | 7:23 | LV |  |  |
| Wed 6/14 |  | ///360117010/// |  |  |  | 190.75 |
| Thu 6/15 |  |  |  |  |  |  |
| Fri 6/16 |  | 18:56 | [23:00] |  |  |  |
| Fri 6/16 |  | [23:00] | 23:28 |  |  |  |
| Fri 6/16 |  | ///360117010/// |  |  | 12.0 |  |
| Fri 6/16 |  | 23:28 | 7:25 | LV |  |  |
|  | MPH CNA 12-40 DESIGNATED CHARGE |  |  |  | 8.0 |  |
| Fri 6/16 | 308-RELIEF CHARGE |  |  |  | 1.0 | 211.75 |
| Fri 6/16 | MISSED BREAK |  |  |  | ·8.0 | 219.75 |
| Sat 6/17 |  | 18:55 | 3:23 | EV | 15.5 | 235.25 |
| Sun 6/18 |  | 14:55 | 7:28 | LE |  | 235.25 |
| Mon 6/19 |  |  |  |  |  | 235.25 |
| Tue 6/20 |  |  |  |  | 11.5 |  |
| Wed 6/21 |  | 18:56 | 7:01 |  |  |  |
|  |  | ///360117010/// |  |  |  |  |
| Wed 6/21 | 814-BREAK PENALTY-SH 1 |  |  |  | 1.0 | 247.75 |
| Thu 6/22 |  | 18:56 | 7:50 | ·LV | 12.25 |  |
| Thu 6/22 | MISSED MEAL |  |  |  | 1.0 | 261.0 |
| Fri 6/23 |  |  |  |  |  | 261.0 |
| Sat 6/24 |  |  |  |  |  | 261.0 |
| Sun 6/25 | 732-EDUCATION NP-SH 1 |  |  |  | 12.0 | 273.0 |
| Mon 6/26 | 732-EDUCATION NP-SH 1 |  |  |  | 12.0 | 285.0 |
| Tue 6/27 | 732-EDUCATION NP-SH 1 |  |  |  | 12.0 | 297.0 |
| Wed 6/28 |  |  |  |  |  | 297.0 |
| Thu 6/29 |  |  |  |  |  | 297.0 |
| Fri 6/30 |  | 18:56 | 7:23 | LV | 12.0 |  |
|  |  | ///360117010/// |  |  |  |  |
| Fri 6/30 | MISSED BREAK |  |  |  | 1.0 | 310.0 |
| Sat 7/01 |  | 18:58 | 7:23 | LV | 12.0 | 322.0 |
| Sun 7/02 |  | 18:53 | 8:45 | LV | 13.25 | 335.25 |
| Mon 7/03 |  |  |  |  |  | 335.25 |
| Tue 7/04 |  | 18:53 | 7:23 | LV | 12.0 | 347.25 |
|  | MPH CNA 12-40 MAX PTO PAY |  |  |  | 12.25 | 359.5 |
| Wed 7/05 |  | 18:52 | EV  7:23 | LV |  | 359.5 |
| Thu 7/06 |  |  |  |  |  | 359.5 |
| Fri 7/07 |  |  |  |  |  | 359.5 |
| Sat 7/08 |  |  |  |  |  | 359.5 |
| Sun 7/09 |  |  |  |  |  | 359.5 |
| Mon 7/10 |  |  |  |  | 6.0 | 365.5 |
| Tue 7/11 |  | 8:53 | 15:29 | LV |  |  |

Time Detail

| Date | Note | In | Out | LV | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 12.0 | | 377.5 |
| | | | | | | | | 377.5 |
| Wed 7/12 | | 18:58 | 7:26 | LV | | | | |
| Thu 7/13 | | | | | | 12.0 | | 389.5 |
| Fri 7/14 | | 18:55 | 7:23 | LV | | 12.0 | | |
| Sat 7/15 | | 18:59 | 7:26 | LV | 1.0 | | | |
| Sat 7/15 | MISSED BREAK | | | | 1.0 | | | 403.5 |
| Sat 7/15 | MISSED MEAL | | | | | 5.0 | | |
| Sun 7/16 | | 18:53 | 23:53 | LV | 1.0 | | | |
| Sun 7/16 | MISSED BREAK | | | | 1.0 | | | 410.5 |
| Sun 7/16 | MISSED MEAL | | | | | | | 410.5 |
| | | | | | | | | 410.5 |
| Mon 7/17 | | | | | | 12.0 | | 422.5 |
| Tue 7/18 | | 19:01 | 7:34 | LV | | | | |
| Wed 7/19 | ///360117010/// | | | | | 12.0 | | 434.5 |
| Thu 7/20 | | 18:59 | 7:23 | LV | | | | |
| Fri 7/21 | | 14:56 | 19:00 | | | | | |
| | MPH CNA 08-80 REST BETWEEN SHIFT | | | LV | | 8.5 | | 443.0 |
| Fri 7/21 | | 19:00 | 0:03 | LV | | 8.0 | | |
| | MPH CNA 12-40 | | | LV | | | | |
| Sat 7/22 | | 14:54 | 23:24 | | | | | |
| | ///360117010/// | | | | 1.0 | | | 452.0 |
| Sat 7/22 | MISSED BREAK | | | | | 8.0 | | 460.0 |
| Sun 7/23 | | 14:59 | 23:28 | LV | | | | |
| | ///360117010/// | | | | | | | 460.0 |
| Mon 7/24 | | | | | | 12.0 | | 472.0 |
| Tue 7/25 | | 18:56 | 7:23 | LV | | | | 472.0 |
| Wed 7/26 | | | | | | | | 472.0 |
| Thu 7/27 | | | | | | | | 472.0 |
| Fri 7/28 | | | | | | | | 472.0 |
| Sat 7/29 | | | | | | | | 472.0 |
| Sun 7/30 | | | | | | | | 472.0 |
| Mon 7/31 | | 18:54 | 7:23 | LV | | 12.0 | | 484.0 |
| Tue 8/01 | | 18:53 | 7:23 | LV | | 12.0 | | 496.0 |
| Wed 8/02 | | | | | | | | 496.0 |
| Thu 8/03 | | | | | | | | 496.0 |
| Fri 8/04 | | | | | | | | 496.0 |
| Sat 8/05 | | | | | | | 0.0 | 496.0 |
| Sun 8/06 | | 6:54 | | | | | | 496.0 |
| **Totals** | | | | | 0.00 | 84.5 | 411.5 | 496.0 |

| Account Summary | | Money | Hours |
|---|---|---|---|
| Account | Pay Code | | |
| (x)360/36022/1/360117010/0/36036130265/2 | | | 34.5 |
| | 100-BASE-SH 2 | | 47.5 |
| | 100-BASE-SH 3 | | 1.5 |
| | 210-OVERTIME-SH 1 | | 31.5 |
| | 301-WEEKEND DIFF-1 | | 8.0 |
| | 310-CHARGE TIME | | |
| 360/36022/1/360227010/0/36036130265/2 | | | 20.75 |
| | 100-BASE-SH 1 | | 107.75 |
| | 100-BASE-SH 2 | | 182.75 |
| | 100-BASE-SH 3 | | 2.0 |
| | 210-OVERTIME-SH 1 | | 10.75 |
| | 220-DOUBLETIME-SH 1 | | |

Time Detail

|  | Hours |
|---|---|
|  | 92.5 |
| 301-WEEKEND DIFF-1 | 8.0 |
| 308-RELIEF CHARGE | 4.0 |
| 510-HOLIDAY WRKD-SH 2 | 34.5 |
| 600-PTO SCHD-SH 1 | 36.0 |
| 732-EDUCATION NP-SH 1 | 1.0 |
| 814-BREAK PENALTY-SH 1 | 1.0 |
| 814-MEAL PENALTY-SH 3 | 5.0 |
| MISSED BREAK | 3.0 |
| MISSED MEAL |  |

## Pay Code Summary

| Pay Code | Money | Hours |
|---|---|---|
|  |  | 142.25 |
| 100-BASE-SH 2 |  | 230.25 |
| 100-BASE-SH 3 |  | 3.5 |
| 210-OVERTIME-SH 1 |  | 124.0 |
| 301-WEEKEND DIFF-1 |  | 8.0 |
| 310-CHARGE TIME |  | 20.75 |
| 100-BASE-SH 1 |  | 10.75 |
| 220-DOUBLETIME-SH 1 |  | 8.0 |
| 308-RELIEF CHARGE |  | 4.0 |
| 510-HOLIDAY WRKD-SH 2 |  | 34.5 |
| 600-PTO SCHD-SH 1 |  | 36.0 |
| 732-EDUCATION NP-SH 1 |  | 1.0 |
| 814-BREAK PENALTY-SH 1 |  | 1.0 |
| 814-MEAL PENALTY-SH 3 |  | 5.0 |
| MISSED BREAK |  | 3.0 |
| MISSED MEAL |  |  |
| Totals | 0.00 | 632.0 |

Exhibit S

# Response to the Disciplinary investigation of Lisa Marie Boccignone

In response to the document that was presented on our February 28 meeting I believe that the case that has been brought against me is not adequate for termination. In looking at my case there are several incidents that are discussed and this document will address each of those parts.

I recognized that I had been using my phone inappropriately and after redirection I complied with Ms. Foster's order to halt the text messaging while on duty. This is also confirmed by Ms. Foster therefore I feel that no corrective action can be taken in regards to this allegation as I have not been text messaging since that time.

In the night in question of me sleeping on the job, I had admitted to doing so only after I had received permission from my charge nurse. Patient care was not jeopardized and because a person with authority had granted me that time per my request we do not think that it is fair to punish me for this action as well. Additionally, I had been late from a break on another occasion to which I was advised by Paula Lungi that this was not acceptable. I took responsibility and stated that it would not happen again. Further, no disciplinary warning was given as a result of these actions from that time.

The patient care issues that have been brought forth seem to have been put into a context that makes me seem to not care about the patient's interest yet this is not true. For instance, the February 15th incident when I was being assaulted by a demented patient when I had been accused of misconduct. I recognize that my choice of words ("Don't hit me, I am trying to help you but I can hit you back") would not be the proper way in handling this type of situation. Yet the fact remains that I was scared and that I panicked. I contend that this was a mistake and that this incident should be used as a learning tool rather than a point of which I am punished.

As to the incident of the diaper being pulled off of a patient to the point that the patient was left in excruciating pain, I contend that this was simply not true. I always try to care for the patient in the tenderest and most effective way possible.

The lewd act that has been referred to in the document from Ms. Foster only references rumors and innuendos therefore I feel that until there is hard evidence of my involvement in any lewd act then there are no grounds for punishment. Furthermore, I vehemently deny that any of the rumors that have been spread are even remotely true.

Although I have been given redirection from my supervisor in the past, I have made efforts to correct the action. Throughout the document, Ms. Foster writes that when given a directive that I do comply showing that I can take direction.

Please consider that I am concerned with my practice as a Registered Nurse and I do strive to get better. Part of this is learning from my mistakes. I would like to hold another meeting so that I can come up with ways so that my Union representative and I can meet and confer with your office in order to find ways so that I can succeed at Mills Peninsula.

## Christensen, Claudia

| | |
|---|---|
| **From:** | Christensen, Claudia |
| **Sent:** | Monday, February 27, 2006 1:06 PM |
| **To:** | 'sbartlett@calnurses.org' |
| **Subject:** | FW: RN disciplinary action |

-----Original Message-----
From: Christensen, Claudia
Sent: Friday, February 24, 2006 3:17 PM
To: 'Shawn Bartlett'
Cc: Morgan, Genel; Campagna, Linda
Subject: RE: RN disciplinary action


Shawn,
I have a room (Foundation conference room) and the necessary people for Tuesday, February
28.
3pm Paula Lunghi
4pm Lisa Maria Boccignone
Thank you for being available on short notice.
Have a good weekend.
Claudia

-----Original Message-----
From: Shawn Bartlett [mailto:sbartlett@calnurses.org]
Sent: Friday, February 24, 2006 1:20 PM
To: Christensen, Claudia
Subject: RE: RN disciplinary action


Claudia

I am available anytime after 12 on Tuesday. Wednesday is not possible.


Please advise.

Shawn
This message (including any attachments) contains confidential information
intended for a specific individual and purpose, and is protected by law. If
you are not the intended recipient, you should delete this message. If you
are not the intended recipient, any disclosure, copying, or distribution of
this message, or the taking of any action based on it, is strictly
prohibited.

-----Original Message-----
From: Christensen, Claudia [mailto:ChristC4@sutterhealth.org]
Sent: Friday, February 24, 2006 10:02 AM
To: Shawn Bartlett
Cc: Morgan, Genel; Campagna, Linda; Foster, Bobbi
Subject: RN disciplinary action

Good morning Shawn....Linda and Genel too.

I would like to schedule a meeting on Monday, Tuesday or Wednesday for the
following issues:

Paula Lunghi (ER RN) - harassment complaint made by a fellow employee (also
CNA member)
and

Lisa Maria Boccignone (ER RN) - unprofessional and inappropriate behavior

Available times
Monday morning before 11am
Tuesday after 10 am
Wednesday anytime

Please let me know what works for you by later today.
We will be placing Lisa Marie on administrative leave so I do not want to put
this off past Wednesday.
Genel has told me that she will represent Paula and Linda has represented
Lisa Maria in the past.

Thank you,
Claudia

2

**EXHIBIT** 

## EXHIBIT D INDEX

| No. | DOCUMENT | DATE |
|---|---|---|
| 1. | NOTICE OF CASE MANAGEMENT CONFERENCE | F 2/5/07 |
| 2. | AFFIDAVIT OF PERSONAL DELIVERY | F 2/5/07 |
| 3. | CASE MANAGEMENT STATEMENT | F 5/29/07 |
| 4. | FILE PREPARATION LOG – CMC CALENDAR | D 6/6/07 |
| 5. | MINUTE ORDER | D 6/12/07 |
| 6. | ORDER TO SHOW CASE RE: DISMISSAL | F 6/15/07 |
| 7. | SUBSTITUTION OF ATTORNEY – CIVIL (Without Court Order) | F 7/17/07 |
| 8. | MINUTE ORDER | D 7/17/07 |
| 9. | CASE MANAGEMENT STATEMENT | F 9/12/07 |
| 10. | FILE PREPARATION LOG – CMC CALENDAR | D 9/17/07 |
| 11. | NOTICE OF CLAIM AND CONFERENCE | S 9/18/07 R 9/24/07 |
| 12. | MINUTE ORDER | 9/21/07 |
| 13. | ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE DATE | F 11/6/07 |
| 14. | MISCELLANEOUS BLANK COURT FORMS | N/A |

# ATTACHMENT 1

# NOTICE OF CASE MANAGEMENT CONFERENCE

LISA BOCCIGNONE

**FILED**
SAN MATEO COUNTY

FEB 5 2007

Clerk of the Superior Court
BY _____
DEPUTY CLERK

vs.

BOBBI FOSTER

CIV 460718

Case No. _____

Date: JUN 1 2 2007

Time: 9:00 a.m.

Dept. 2 – on Tuesday & Friday
Dept. 8 – on Wednesday & Thursday

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1. In accordance with applicable California Rules of Court and Local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:
   a. Serve all named defendants and file proofs of service on those defendants with the court within **60 days** of filing the complaint (CRC 201.7).
   b. Serve a copy of this notice, Case Management Statement and ADR Information Sheet on all named parties in this action.
   c. File and serve a completed Case Management Statement at least 15 days before the Case Management Conference [CRC 212(g)]. Failure to do so may result in monetary sanctions.
   d. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 212(f) no later than 30 days before the date set for the Case Management Conference.

2. If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order To Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.

3. Continuances of case management conferences are highly disfavored unless good cause is shown.

4. Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation To ADR and Proposed Order (see attached form.). If plaintiff files a Stipulation To ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a **completed** stipulation to another ADR process (e.g., mediation) 10 days prior to the first scheduled case management conference, the case management conference will be continued for 90 days to allow parties time to complete their ADR session. The court will notify parties of their new case management conference date.

5. If you have filed a default or a judgment has been entered, your case is not automatically taken off the Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.

6. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

7. The Case Management judge will issue orders at the conclusion of the conference that may include:
   a. Referring parties to voluntary ADR and setting an ADR completion date;
   b. Dismissing or severing claims or parties;
   c. Setting a trial date.

8. The Case Management judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court website at www.sanmateocourt.org.

* Telephonic appearances at case management conferences are available by contacting CourtCall, LLC, an independent vendor, at least 5 business days prior to the scheduled conference (see attached CourtCall information).

# ATTACHMENT 2

# AFFIDAVIT OF PERSONAL DELIVERY

**FILED**
SAN MATEO COUNTY

FEB 5 2007

Clerk of the Superior Court
BY _____
DEPUTY CLERK

BOCCIGNONE

VS

FOSTER

CASE # CIV 4 6 0 7 1 8

**DOCUMENTS:**

ENDORSED FILED COPIES OF COMPLAINT, SUMMONS, NOTICE OF CASE
MANAGEMENT CONFERENCE AND ADR PACKET INFORMATION.

I declare under penalty of perjury that I delivered back to the customer; a true
copy of the foregoing documents. Executed on the above file date at the Hall of
Justice and Records in Redwood City, CA 94063.

BY: _____ E. BOFFI _____
    Deputy Court Clerk

# ATTACHMENT 3

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
LISA MARIA BOCCIGNONE, In Pro Per
853 Commodore Drive, #274
San Bruno, CA 94066-2437

TELEPHONE NO.: (650) 872-0639    FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: LISA MARIA BOCCIGNONE

FILED
SAN MATEO COUNTY

MAY 2 9 2007

Clerk of the Superior Court
By _Cindy Louis_
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: Hall of Justice and Records
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Southern Branch: Hall of Justice and Records

PLAINTIFF/PETITIONER: LISA MARIA BOCCIGNONE

DEFENDANT/RESPONDENT: BOBBI FOSTER

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):  ☑ UNLIMITED CASE            ☐ LIMITED CASE | CIV460718 |
| (Amount demanded exceeds $25,000)     (Amount demanded is $25,000 or less) | |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date: 6/12/2007      Time: 9:00 AM      Dept.: DEPT.2      Div.:      Room:
Address of court *(if different from the address above)*:

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** *(answer one)*:
   a. ☑ This statement is submitted by party *(name)*: LISA MARIA BOCCIGNONE
   b. ☐ This statement is submitted jointly by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: 02/05/2007
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☑ have not been served *(specify names and explain why not)*:
         all defendants. Plaintiff plans to amend the Complaint, and retain an attorney.
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) ☐ have had a default entered against them *(specify names)*:
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in  ☑ complaint     ☐ cross-complaint     *(describe, including causes of action)*:
      Slander and Libel - to be amended.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]

CASE MANAGEMENT STATEMENT

ORIGINAL

Cal. Rules of Court,
rules 3.720–3.730
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CM-110

| PLAINTIFF/PETITIONER: LISA MARIA BOCCIGNONE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BOBBI FOSTER | CIV460718 |

4. b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Ms. Foster fostered a rumor that Plaintiff engaged in sexual intercourse in a pickup truck in the hospital parking lot. Plaintiff had to suffer the spreading of the story throughout the hospital where she then worked. She was also suspended without paid for a period of time before the matter was dropped, and the paperwork of the alleged "incident" finally removed from her record/personnel file.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request  ☑ a jury trial  ☐ a nonjury trial  *(if more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
   Robert H. Gold, Plaintiff's likely attorney, is unavailable from January 2008 through April 15, 2008 due to prior business and family commitments.

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. ☑ days *(specify number):* 5-7
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial  ☐ by the attorney or party listed in the caption  ☐ by the following:
   a. Attorney:  Not certain at this time. Most likely Robert H. Gold, Esq. Will know by August 2007
   b. Firm:  Gold and Associates
   c. Address:  235 Montgomery Street, Su 747, San Francisco, CA 94104
   d. Telephone number: (415) 354-5400
   e. Fax number: (415) 354-5405
   f. E-mail address:  rhgold2@gmail.com
   g. Party represented:  (possibly) Lisa Maria Boccignone
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
   a. Counsel  ☐ has  ☑ has not  provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
   b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
   c. ☐ The case has gone to an ADR process *(indicate status):*

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: LISA MARIA BOCCIGNONE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BOBBI FOSTER | CIV460718 |

10. d.    The party or parties are willing to participate in *(check all that apply):*

    (1)  ☑  Mediation

    (2)  ☐  Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

    (3)  ☐  Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

    (4)  ☐  Binding judicial arbitration

    (5)  ☐  Binding private arbitration

    (6)  ☐  Neutral case evaluation

    (7)  ☑  Other *(specify):*
        Plaintiff has other legal claims with Defendant employer, and discussions have begun regarding possibly stipulating to mediating all claims/issues together in one mediation session.

    e.  ☐  This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

    f.  ☐  Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

    g.  ☐  This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

**11. Settlement conference**

    ☑  The party or parties are willing to participate in an early settlement conference *(specify when):*
        Thirty-two calendar days after exchange of written discovery and depositions.

**12. Insurance**

    a.  ☐  Insurance carrier, if any, for party filing this statement *(name):*

    b.  Reservation of rights:  ☐ Yes  ☑ No

    c.  ☐  Coverage issues will significantly affect resolution of this case *(explain):*

**13. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

    ☐  Bankruptcy  ☐  Other *(specify):*

Status:

**14. Related cases, consolidation, and coordination**

    a.  ☐  There are companion, underlying, or related cases.

        (1) Name of case:

        (2) Name of court:

        (3) Case number:

        (4) Status:

    ☐  Additional cases are described in Attachment 14a.

    b.  ☐  A motion to  ☐  consolidate  ☐  coordinate  will be filed by *(name party):*

**15. Bifurcation**

    ☐  The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**16. Other motions**

    ☑  The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
        Undecided at this time.

CM-110

| PLAINTIFF/PETITIONER: LISA MARIA BOCCIGNONE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BOBBI FOSTER | CIV460718 |

**17. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| To be determined after the Complaint is served and/or consolidated with another action in Federal Court. | | |

c. ☐ The following discovery issues are anticipated *(specify)*:

**18. Economic Litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**

a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

On May 21, 2007, Robert H. Gold as likely future counsel for Plaintiff met and conferred with counsel for Defendant Foster's employer Mills-Peninsula Medical Center.

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

**21. Case management orders**

Previous case management orders in this case are *(check one)*:    ☑ none    ☐ attached as Attachment 21.

**22. Total number of pages attached *(if any)*:** _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: May 24, 2007

LISA MARIA BOCCIGNONE
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached

# ATTACHMENT 4

# FILE PREPARATION LOG
## CMC CALENDER

CASE NAME  Boccignone v Foster

CASE # CIV 460718    HEARING DATE  JUN 1 2 2007    DEPT. 2

✓ FIRST CMC IS 120 TO 150 DAYS OUT

✓ FILE IN CHRONOLOGICAL ORDER

✓ NOTICE OF HEARING ON FILE AND MAILED TO ALL PARTIES

✓ FILE CHECKED FOR MISFILINGS

NO DOCUMENTS MISSING

_____

_____

_____

N DEFAULT/JUDGMENT

_____

_____

NO NOTICE OF STAY OF ACTION

_____

_____

NO DISMISSALS

_____

_____

_____

_____

FILE VERIFIED BY:  T. JUDD    DATE  JUN - 6 2007

# ATTACHMENT 5

Superior Court of California
County of San Mateo
Minute Order

Case No.:    460718         Date: 06/12/07      Dept.:2
Case Name: LISA MARIE BOCCIGNONE VS BOBBI FOSTER
Case Category:  LIBEL/DEFAMATION/SLANDER
Hearing:  CASE MANAGEMENT CONFERENCE

*********************************************************************
Honorable  Marie S. Weiner, Judge Presiding. Clerk: Sharon Glass,
Court Reporter: Karen Anderson

No appearance is made by any parties herein or their counsel of
record.

Clerk advised the Court that Mr. Robert Gold had called the Court
stating he was ill.

Court notes that no substitution of attorney has yet been filed in
this matter.

The court sets an OSC re: Dismissal for failure to PROSECUTE IN A
TIMELY MANNER on 07/17/07 at  9:00 in Courtroom 2.

Entered by Sharon on 06/12/10.

-7 -

# ATTACHMENT 6



SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN MATEO
CIVIL Division
**400 COUNTY CENTER**
REDWOOD CITY, CA 94063-1655



FILED
SAN MATEO COUNTY

JUN 15 2007

Clerk of the Superior Court
By _____
DEPUTY CLERK

Lisa Marie Boccignone,

         Plaintiff(s)

        v.

Bobbi Foster,

         Defendant(s)

_____/

Case No. 460718

## ORDER TO SHOW CAUSE RE: DISMISSAL

To:  **ALL PARTIES AND OR ATTORNEYS OF RECORD**

    YOU ARE HEREBY ORDERED to appear and show cause on **July 17, 2007 at 9:00**, or as soon thereafter as the matter can be heard, in **DEPARTMENT 2** of the above-entitled court, 400 County Center, Redwood City, California, why this matter should not be dismissed for lack of prosecution.

Dated:    JUN 1 4 2007

                       _____
                       MARIE S. WEINER
                 Judge of the Superior Court



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN MATEO
### CIVIL Division
### 400 COUNTY CENTER
### REDWOOD CITY, CA 94063-1655

AFFIDAVIT OF MAILING    CASE NUMBER: **460718**

DOCUMENT (S):    **ORDER TO SHOW CAUSE RE: DISMISSAL**

I declare, under penalty of perjury, that on the following date I deposited in the United States Post Office mail box at 400 County Center, Redwood City, California a true copy of the foregoing document, enclosed in an envelope, with the proper and necessary postage pre-paid thereon, and addressed to the following:

Lisa Marie Boccignone
853 Commodore Dr., #274
San Bruno, CA 94066-2437

Robert Gold, Esq.
235 Montgomery St., #747
San Francisco, CA 94104

Executed on    JUN 1 5 2007    at Redwood City, California

CLERK OF THE SUPERIOR COURT OF CALIFORNIA

JOHN C. FITTON
Court Executive Officer

By: _____
Sharon Glass, Deputy Clerk

# ATTACHMENT 7

ATTORNEY OR PARTY WITHOUT ATTORNEY *State Bar number, and address):*
Lisa Maria Boccignone
853 Commodore Dr.. #274
San Bruno. CA 94066

TELEPHONE NO.: (650) 515-6949    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiff Lisa Maria Boccignone

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS 400 City Center
MAILING ADDRESS
CITY AND ZIP CODE San Mateo, CA
BRANCH NAME

CASE NAME:
Boccignone v. Foster

FOR COURT USE ONLY

ENDORSED FILED
SAN MATEO COUNTY

JUL 1 7 2007

Clerk of the Superior Court
By _____ NG
DEPUTY CLERK

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER<br>Civ460718 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Lisa Maria Boccignone    makes the following substitution:

1. Former legal representative [✔] Party represented self [ ] Attorney *(name):*
2. New legal representative [ ] Party is representing self* [✔] Attorney
   a. Name: Robert H. Gold, Esq.    b. State Bar No. *(if applicable):* 146136
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      235 Montgomery St.. #747
      San Francisco. CA 94104
   d. Telephone No. *(include area code):* (650)
3. The party making this substitution is a [✔] plaintiff [ ] defendant [ ] petitioner [ ] respondent [ ] other *(specify):*

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. *I* consent to this substitution.
   Date:
   Lisa Maria Boccignone
   _____
   (TYPE OR PRINT NAME)    ► _____ (SIGNATURE OF PARTY)

5. [✔] I consent to this substitution.
   Date:
   Lisa Maria Boccignone
   _____
   (TYPE OR PRINT NAME)    ► _____ (SIGNATURE OF FORMER ATTORNEY)

6. [✔] I consent to this substitution.
   Date:
   Robert H. Gold, Esq.
   _____
   (TYPE OR PRINT NAME)    ► _____ (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1. 2007]

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

Code of Civil Procedure, §§ 284(1), 285;
Cal Rules of Court. rule 3.1362
www.courtinfo.ca.gov

Page 1 of 2

American LegalNet, Inc
www.FormsWorkflow.com

# ATTACHMENT 8

Superior Court of California
County of San Mateo
Minute Order

```
Case No.:    460718      Date: 07/17/07     Dept.:2
Case Name: LISA MARIE BOCCIGNONE VS BOBBI FOSTER
Case Category:  LIBEL/DEFAMATION/SLANDER
Hearing:  COURT`S ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE IN A TIMELY
          MANNER 07/17/07.
```
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Honorable  Beth Labson Freeman, Judge Presiding. Clerk: Sharon Glass,
Court Reporter: Chris Perez

No appearance is made by any parties herein or their counsel of
record.

Court notes that Plaintiff had previously stated that Robert Gold had
been retained.

Court noted that this was the second hearing where plaintiff has
failed to appear and no response has been received.  Case dismissed
pursuant to California Casualty Indemnity Insurance Company vs.
Mendoza (1995) 36 Cal.App.4th 678

Copy of Court's ruling to be sent to Plaintiff.

========================================

At 10:30 a.m., Plaintiff's counsel, Robert Gold, appeared (in Dept.
28).

Counsel was informed of the Court's ruling.

Counsel asked if this matter could be recalled as he had been stuck
in traffic.

Counsel was advised to approach Dept. 3 for that request.

========================================

Matter was recalled at 11:55 a.m. as Plaintiff's counsel appeared.

Attorney(s): ROBERT GOLD appeared on behalf of Plaintiff

Court vacates its previous order dismissing entire action for lack of
prosecution.

Plaintiff to file an amended complaint by 7/31/07.

Plaintiff to file a substitution of attorney by 7/23/07.

Hearing continued to 09/21/07 at  9:00 in Department 2.

PLAINTIFF shall submit a Case Management statement prior to the next
Case Management Conference.

PLAINTIFF to give notice.

Entered by Sharon on 07/17/07.

-11 -

# ATTACHMENT 9

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Robert H. Gold, SBN 146136
Gold & Associates
235 Montgomery Street, Suite 747
San Francisco, CA 94104
TELEPHONE NO.: (415) 354-5400    FAX NO. *(Optional)*   (415) 354-5405
E-MAIL ADDRESS *(Optional)*: Will not accept service by facsimile w/o written per.
ATTORNEY FOR *(Name)*: Plaintiff Lisa Maria Boccignone

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063-1655
BRANCH NAME:

**FILED**
SAN MATEO COUNTY

SEP 1 2 2007

Clerk of the Superior Court
By _____
DEPUTY CLERK

PLAINTIFF/PETITIONER: Lisa Maria Boccignone
DEFENDANT/RESPONDENT: Bobbi Foster, et al

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):  [✓] UNLIMITED CASE          [ ] LIMITED CASE<br>(Amount demanded              (Amount demanded is $25,000<br>exceeds $25,000)             or less) | ~~CV 055796~~<br>CIV460718 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: September 21, 2007    Time: 9:00 A.M.    Dept.: Two    Div.:    Room:

Address of court *(if different from the address above):*

---

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. [✓] This statement is submitted by party *(name):* Plaintiff Lisa Maria Boccignone
   b. [ ] This statement is submitted jointly by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* February 5, 2007
   b. [ ] The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [ ] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [✓] The following parties named in the complaint or cross-complaint
      (1) [✓] have not been served *(specify names and explain why not):*
         All Defs, as Plaintiff is waiting for 2nd DFEH Right to Sue letter in order to amend.
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names):*
      (3) [ ] have had a default entered against them *(specify names):*
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):*

4. **Description of case**
   a. Type of case in [✓] complaint    [ ] cross-complaint    *(describe, including causes of action):*
      Plf. a new R. N. was terminated, & denied health coverage while pregnant/& under Collect. Bargaining Agreement. Def. is a CA empl'or/health insurer/heath care provider tht breached CBA and defamed Plf.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]                **CASE MANAGEMENT STATEMENT**                Page 1 of 4
Cal. Rules of Court,
rules 3.720–3.730
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CM-110

| PLAINTIFF/PETITIONER:  Lisa Maria Boccignone | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT:  Bobbi Foster, et al | CV 055796 |

4.  b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Def's state Plf's. Union (CNA) is at fault.  Plf. disagrees as she believes her continued efforts to mitigate her damages w/ prospective Employers were damaged by named Def(s). It's believed most prospective emp'r H. R. reps. spoke to Defs. Foster, or Def. H.R. Dir. C. Christenson. Plf. believes named Defs. used defamation, either slander, libel, inclusion into seclusion and/or false light upon Plf. to achieve S-H corp/ fin. goals, (& similarly upon other past MPHS personnel.) It's believed HIPPA and/or CMRPA violations by both non-med. and med. emp'ees, protected under the Calif. Const., are admin'ly common at MPHS. Damages according to proof, and to include, but not limited to, wage loss, emotional distress, Medi-Cal liens, medical costs, atty. fees/costs & exemplary damages due to wanton & reckless pattern of behavior.

☑  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.   **Jury or nonjury trial**
The party or parties request  ☑ a jury trial  ☐ a nonjury trial   *(if more than one party, provide the name of each party requesting a jury trial):*

6.   **Trial date**
a.  ☐  The trial has been set for *(date):*
b.  ☑  No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.   **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☑ days *(specify number):*  7-14
b.  ☐ hours (short causes) *(specify):*

8.   **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial  ☐  by the attorney or party listed in the caption  ☐  by the following:
a.   Attorney:
b.   Firm:
c.   Address:
d.   Telephone number:
e.   Fax number:
f.   E-mail address:
g.   Party represented:
☐   Additional representation is described in Attachment 8.

9.   **Preference**
☐   This case is entitled to preference *(specify code section):*

10.  **Alternative Dispute Resolution (ADR)**
a.   Counsel  ☐ has  ☑ has not   provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b.  ☐  All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c.  ☐  The case has gone to an ADR process *(indicate status):*

CM-110

| PLAINTIFF/PETITIONER:  Lisa Maria Boccignone | CASE NUMBER: CV 055796 |
|---|---|
| DEFENDANT/RESPONDENT:  Bobbi Foster, et al | |

10. d.   The party or parties are willing to participate in (check all that apply):

    (1) ☑ Mediation

    (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

    (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

    (4) ☐ Binding judicial arbitration

    (5) ☐ Binding private arbitration

    (6) ☐ Neutral case evaluation

    (7) ☑ Other (specify):
        JAMS or similar ADR mediation services.

  e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

  f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

  g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court (specify exemption):

**11. Settlement conference**

☑ The party or parties are willing to participate in an early settlement conference (specify when):

At Defendant's convenience after service of second amended complaint (filling out HIPPA & CMRPA violations as well as wanton & reckless pattern of behavior at MPHS, a wholly owned subsidiary of S-H.)

**12. Insurance**

  a. ☑ Insurance carrier, if any, for party filing this statement (name):  Sutter Health is self-insured w/a risk Mgmt Advs'r

  b. Reservation of rights:  ☐ Yes  ☑ No

  c. ☐ Coverage issues will significantly affect resolution of this case (explain):

N. A. now. It's unknown to Plf. how the relationship between Def. Sutter Heathcare/MPHS & its Risk Management personnel is defined.  If R. M. is an independent contractor, is MPHS then indemnified?

**13. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

☐ Bankruptcy  ☐ Other (specify):

Status:

**14. Related cases, consolidation, and coordination**

  a. ☑ There are companion, underlying, or related cases.

    (1) Name of case:  Boccignone v. Sutter Health (?)

    (2) Name of court:  Department of Labor, D.L.S.E.--for past wages only at this time, Pos.Retailiation cl

    (3) Case number:  not yet filed

    (4) Status:  Filed on 09/07/07.Plf fired in mtg w/Defs on09/08/06when given let. pre-dated 09/07/06.

    ☐ Additional cases are described in Attachment 14a.

  b. ☐ A motion to  ☐ consolidate  ☐ coordinate  will be filed by (name party):

**15. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons):

**16. Other motions**

☑ The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues):

It is anticipated that other former MPHS employees may have their lawsuits joined to the instant action.

CM-110

| PLAINTIFF/PETITIONER: Lisa Maria Boccignone | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bobbi Foster, et al | CV 055796 |

**17. Discovery**
a. ☐ The party or parties have completed all discovery.
b. ☑ The following discovery will be completed by the date specified (describe all anticipated discovery):

| Party | Description | Date |
|---|---|---|
| Plaintiff, all is estimated: | Form Interrogs, Req. for Admissions, Req. for Production of Docs and Medical Records | Winter 2007-2008 |
| Plaintiff | Specially Prepared Interogatorries | Winter 2007-2008 |
| Plaintiff | Request for In Camera Doc Rev. by Ct.of Def admin records & personnel files of named Def | Winter/Spr. 2008 |
| Plaintiff | Depositions of Def. Employees (3 - ?) | Spring-Sum. 2008 |

c. ☑ The following discovery issues are anticipated (specify):
Due to HIPPA and CMRPA issues, Court and/or Discovery Referee may need to review, in camera, MPHS admin. records & named Def. & past employee files re: issues of "pattern & practice"/intent.

**18. Economic Litigation**
a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed (if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):

**19. Other issues**
☐ The party or parties request that the following additional matters be considered or determined at the case management conference (specify):
It is anticipated that other former MPHS employees may have their lawsuits joined to the instant action.

**20. Meet and confer**
a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court (if not, explain):
Plf.'s counsel has met with Defense Counsel, who has firmly & continuously abided by letter of the law. Def. counsel has thoroughly conveyed their client's indignant, flat refusal to consider mediation.
b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following (specify):

**21. Case management orders**
Previous case management orders in this case are (check one):  ☐ none  ☑ attached as Attachment 21.

**22. Total number of pages attached (if any):**  NA

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: 09/08/07

Robert H. Gold
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)
☐ Additional signatures are attached

The Russ Building
235 Montgomery Street
Suite 747
San Francisco, CA  94104

**Gold & Associates**

Phone: (415) 354-5400
Facsimile:  (415) 354-5405
ROBERT@RHGOLDLAW.COM

September 8, 2007

Superior Court of California
County of San Mateo
Hall of Justice and Records
400 County Center
Redwood City, CA 94063
Attn: Clerk of the Court

RE:    Boccignone v. Foster
       CIV460718

Dear Clerk of the Court:

Enclosed please find an original and two copies of the Case Management Statement in the above referenced case for filing with the Court.

Please return a file endorsed copy to this office in the enclosed self-addressed, stamped envelope.

I thank you in advance for your time and kind attention in this matter.  If you have any questions, please don't hesitate to contact this office.

Very truly yours,

Robert H. Gold, Esq.

# ATTACHMENT 10

## FILE PREPARATION LOG
### CMC CALENDER  - asc

CASE NAME   Boccignone vs Foster

CASE #  CW 460718   HEARING DATE   SEP 21 2007   DEPT.  2

____  FIRST CMC IS 120 TO 150 DAYS OUT

✓  FILE IN CHRONOLOGICAL ORDER

✓  NOTICE OF HEARING ON FILE ~~AND MAILED TO ALL PARTIES~~ cont'd from 7/1/07

✓  FILE CHECKED FOR MISFILINGS

NO  DOCUMENTS MISSING  —

_____

_____

_____

NO  DEFAULT/JUDGMENT

_____

_____

NB  NOTICE OF STAY OF ACTION

_____

_____

_____

NO  DISMISSALS

_____

_____

_____

_____

FILE VERIFIED BY:   T. JUDD   DATE   SEP 1 7 2007

# ATTACHMENT 11

*Direct any correspondence to:*

LABOR COMMISSIONER, STATE OF CALIFORNIA

Department of Industrial Relations
Division of Labor Standards Enforcement

100 Paseo de San Antonio, Ste. 120
San Jose, CA 95113
   FAX(408) 277-9643

**PLAINTIFF:**  Lisa Maria  Boccignone

**DEFENDANT:**  **Mills-Peninsula Health Services**
**1501 Trousdale Drive**
**Burlingame, CA 94010**

RECEIVED

SEP 2 4 2007

HUMAN RESOURCES

| State Case Number | |
|---|---|
| **12-69929    ST** | **NOTICE OF CLAIM AND CONFERENCE** |

ALL PARTIES in the above matter ARE TO APPEAR for a conference to be held in the Office of the State Labor Commissioner as follows:

**PLACE:**   100 Paseo de San Antonio, Ste. 120 San Jose, CA 95113

**DATE:**   Tuesday, October 23, 2007          **TIME:**   11:30 AM

The purpose of this conference is to discuss the validity of and to settle the claim filed with this Division by the Plaintiff shown above alleging non-payment of:

Issue 1:  Wages for 850 hours at $57.00 per hour earned from January 24, 2005 to
         September 8, 2006, claiming $48,450.00.

Issue 2:  Overtime premium wages pursuant to Section 3 of the Industrial Wage Commission
         Order No. 224 for hours worked in excess of 12 per day earned from January 24,
         2005 to September 8, 2006 as follows:  224 hours at 85.50 per hour (one-half the
         regular rate of pay) = $19,152.00.

☒ and also alleging additional wages accrued pursuant to Labor Code Section 203 as a penalty at the rate of  $456.00
    per day until paid, but not exceed thirty days.

☐ and also alleging additional wages accrued pursuant to Labor Code Section 203.1, as a penalty at the rate of .........................................
    per day for issuance of an insufficient payroll check for an indeterminate number of days not to exceed thirty days.

In addition, the Defendant may be subject to penalties due to the State of California, pursuant to Labor Code Section 210.

ALL PARTIES please bring any supporting material you
have, including books, payroll records, time records or
other documents that may have bearing on this matter.

**TO THE DEFENDANT:**

Prior to the conference, you may submit to this office a written
reply regarding this claim. However, you should still attend the
conference, unless otherwise notified.

If this matter is not settled at the conference, a hearing may be
scheduled. Any wages awarded as a result of a hearing pursuant
to Labor Code Section 98 will accrue interest from the date they
are found due until they are paid {Labor Code Section [98.1(c)].

Instead of appearing for the above conference you can settle
this claim by mailing **immediately** to this office a check or
money order made payable to the **Plaintiff** for the full amount
of the claim, **including penalties.** If you concede that part of
the claim is valid the conceded amount must be paid
immediately as required by Labor Code Section 206.

Any disputed amount will be discussed at the scheduled
conference. Payment must be accompanied by a separate or
detachable itemized statement of any deductions made, as
provided by the Labor Code. Do not make payroll deductions
from amounts paid as penalties.

If this claim is not settled, it will be resolved as provided by Section 98 of the Labor Code.

DATED: September 18, 2007

**Sheila Torres**
408-277-9644

*Deputy Labor Commissioner*

DLSE 563/DEF.  (REV9/96)          NOTICE OF CLAIM AND CONFERENCE          L.C. 98

STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT
REPORT OF WORKERS' COMPENSATION INSURANCE

12 - 69929   ST

Date 9/18/2007

Note: Please disregard this form if you are a Federal or State Agency or any part its political subdivision

*Mills-Peninsula Health Services*

**RETURN TO**
Division Labor Standards Enforcement
100 Paseo de San Antonio, Ste. 120
San Jose, CA  95113

State Labor Code Section 3711 requires you to furnish the information requested below. FAILURE TO COMPLETE AND RETURN THIS FORM WITHIN 10 DAYS MAY SUBJECT YOU TO A $500.00 PENALTY.

Employer State ID# _____
(complete)
This is to inform you, as an employer, that if you have one or more, full-time or part-time employees, you must be insured for Worker's Compensation.
Please read the requirements of the California law on right side of this form Then complete the information requested herein, and return this form within 10 days to the office of the Labor Commissioner.

Name of Employer _____  No. of Employees _____

Type of Business (Retail, Restaurant, Insurance, etc.)  Telephone No. ( Include area code)

Address of Business (Give California location if main office is out of state.)

Name of Worker's Compensation Insurance Carrier

Policy No.

Name of Insurance Agent or Broker (if any)

Address of Insurance Agent or Broker (if any)

Name of Insured Employer ( As shown on Policy)
Period covered
From _____ To _____

**Entity Status and Agent(s) for Service   [Check one]**
☐ Corporation  ☐ Sole proprietor ☐ Partnership
☐ LLC   ☐ LLP   ☐ Association
**Agent for Service**

Name _____  Title _____

Name _____  Title _____

Are there persons working for you who are specifically exempt from coverage?   ☐ Yes  ☐ No
Note: Spouses and relatives are NOT exempt)   If yes, please fill in below

CATEGORIES OF EXEMPTED EMPLOYEES and REASONS FOR EXEMPTIONS

Reasons for Non insurance (Such as no employees, out of business, etc.)

1. Every employer of one or more persons MUST be insured for Worker's Compensation (Labor Code Section 3700).
2. Every employer must furnish within 10 days a written statement showing the name of his or her Workers' Compensation Insurance carrier when requested to do so by a designated agent of the Director of the Department of Industrial Relations. For failure to do so, the employer shall pay a fine of $500.00 (Labor Code Section 3700).
3. The State Labor Commissioner is the Director's designated agent to enforce these laws, pursuant to Labor Code Section 3710).
4. Every employer shall post and keep posted in a conspicuous location frequented by employees and where such notice may be easily read by employees during the course of the workday, a NOTICE which shall state (1) the name of the current compensation insurance carrier of the employer, or (2) when such is the fact, that the employer is self-insured, and (3) who is responsible for claims adjustment.  Failure to keep such notice conspicuously posted shall constitute a misdemeanor and shall be prima facie evidence of non insurance (Labor Code Section 3550).
5. If an employee files for a claimed industrial injury and the Worker's Compensation Appeals Board finds that the injury is noncompensable, the uninsured employer shall pay a penalty of $2,000.00 per employee employed at the time of the claimed injury, to a maximum of $100,000.00 (Labor Code Section 3722).
6. If an employee files for a claimed industrial injury and the Worker's Compensation Appeals Board finds that the injury is compensable, the uninsured employer shall pay a penalty of $10,000.00 per employee employed at the time of the claimed injury, to a maximum of $100,000.00 (Labor Code Section 3722).
7. If the Worker's Compensation Board finds an employer to be willfully uninsured, the Appeals Board may increase the amount of compensation by 10%. Failure of the employer to carry Worker's Compensation Insurance is prima facie evidence of willfullness. (Labor Code Section 4554).

In accordance with Labor Code Section 3700, if you have any employees (one or more part-time or full time), and are not insured for Worker's Compensation, YOU ARE HEREBY ORDERED TO OBTAIN SUCH INSURANCE IMMEDIATELY.

Failure to carry Worker's Compensation on your employees shall subject you to (1) the prohibition of the use of your employees under a STOP ORDER until you obtain coverage; (2) the payment of lost wages to your employees affected by the work stoppage; and (3) payment of penalties of $1,000.00 per employee employed at the time of the STOP ORDER issued to a maximum of $100,000.00 (Labor Code Section 3710.1, 3722)

**I HEREBY CERTIFY THE ABOVE TO BE CORRECT**

Name & Signature of Owner or Partner, or Corporate or Association Officer

Title _____  Date _____

DLSE 601 (Rev. 2/99)   REPORT ON WORKER'S COMPENSATION INSURANCE   L.C. 3711

# ATTACHMENT 12

Superior Court of California
County of San Mateo
Minute Order

Case No.:     460718        Date: 09/21/07      Dept.:2
Case Name: LISA MARIE BOCCIGNONE VS BOBBI FOSTER
Case Category:   LIBEL/DEFAMATION/SLANDER
Hearing:   COURT`S ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE IN A TIMELY
            MANNER 07/17/07.
*********************************************************************
Honorable  Marie S. Weiner, Judge presiding. Clerk: Guy Thompson.
Court Reporter: WENDY WACHHORST.

Attorney(s): ROBERT H. GOLD, APPEARING ON BEHALF OF LISA MARIE
BOCCIGNONE

The Court stated PLAINTIFF NEEDS TO SERVE DEFENDANT IMMEDIATELY.

PLAINTIFF STATED THAT HE NEEDS RIGHT TO SUE LETTER AND OFFER GLOBAL
MEDIATION.

The Court stated PLAINTIFF NEEDS TO SERVE WHAT YOU HAVE.

The Court stated that this matter is continued for STATUS REVIEW.

Hearing continued to 11/06/07 at  9:00 in Department 2.

The Court stated UPDATED CMC STATEMENTS.

Entered by GUY S. THOMPSON on 09/21/07.

======================================

# ATTACHMENT 13

ROBERT H. GOLD (STATE BAR NO. 146136)
GOLD & ASSOCIATES
235 Montgomery Street, Suite 747
San Francisco, CA 94104
Telephone: (415) 354-5400
Facsimile: (415) 354-5405

Attorney for Plaintiff Lisa M. Boccignone.

**FILED**
SAN MATEO COUNTY

NOV 0 6 2007

Clerk of the Superior Court
By _____
DEPUTY CLERK

CALENDARED

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN MATEO

LISA MARIA BOCCIGNONE

*Plaintiffs,*

v.

SUTTER HEALTHCARE, a California
corporation, et al and DOES 1-10,
INCLUSIVE

*Defendants.*

Case No. 460718

[PROPOSED] ORDER ALLOWING FILING OF
SECOND AMENDED COMPLAINT AND
CONTINUNING CASE MANAGEMENT
CONFERERNCE DATE

DATE: November 06, 2007
Dept.:   Two
Judge:   Hon. Marie Weiner

Good cause appearing, IT IS HEREBY ORDERED:

That Plaintiff may file their Second Amended Complaint *no later* than ~~September~~ November 14, 2007,

or possibly suffer sanctions, and serve said complaint upon Defendants no later than November

16, 2007, unless Defendant Employer will not accept service for Named Employee Defendants.

There upon, Plaintiff will have until November 30, 2007 to serve said named Defendants, or *file*

*service* on named Employee Defendants with the Clerk of the Court by November 30, 2007.

The Case Management Conference for this matter is continued until ~~December 1, 2007~~ January 8, 2008 at

9:00 a.m.

when it is expected all parties will have been served, if not have Answered, by that date.

Dated: November 6, 2007                    By: _____
                                           Judge Marie Weiner of the Superior Court

GOLD & ASSOCIATES
235 MONTGOMERY STREET, SUITE 747
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 354-5400
FACSIMILE: (415) 354-5405

- 1 -

# ATTACHMENT 14

# NOTICE OF CASE MANAGEMENT CONFERENCE

Case No. _____

Date: _____

vs.

Time: 9:00 a.m.

Dept. 2 – on Tuesday & Friday
Dept. 8 – on Wednesday & Thursday

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1. In accordance with applicable California Rules of Court and Local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:

    a.  Serve all named defendants and file proofs of service on those defendants with the court within 60 days of filing the complaint (CRC 3.110).

    b.  Serve a copy of this notice, Case Management Statement and ADR Information Sheet on all named parties in this action.

    c.  File and serve a completed Case Management Statement at least 15 days before the Case Management Conference [CRC 3.725]. Failure to do so may result in monetary sanctions.

    d.  Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 days before the date set for the Case Management Conference.

2. **If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order To Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.**

3. Continuances of case management conferences are highly disfavored unless good cause is shown.

4. Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation To ADR and Proposed Order (see attached form.). If plaintiff files a Stipulation To ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a completed stipulation to another ADR process (e.g., mediation) 10 days prior to the first scheduled case management conference, the case management conference will be continued for 90 days to allow parties time to complete their ADR session. The court will notify parties of their new case management conference date.

5. If you have filed a default or a judgment has been entered, your case is not automatically taken off the Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.

6. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

7. The Case Management judge will issue orders at the conclusion of the conference that may include:

    a.  Referring parties to voluntary ADR and setting an ADR completion date;

    b.  Dismissing or severing claims or parties;

    c.  Setting a trial date.

8. The Case Management judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court website at www.sanmateocourt.org.

* Telephonic appearances at case management conferences are available by contacting CourtCall, LLC, an independent vendor, at least 5 business days prior to the scheduled conference (see attached CourtCall information).

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br><br><br>TELEPHONE NO.:                    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | *FOR COURT USE ONLY* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:    **Superior Court of California**
MAILING ADDRESS:   **County of San Mateo**
CITY AND ZIP CODE:  **400 County Center**
BRANCH NAME:       **Redwood City, CA 94063-1655**

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one): ☐ **UNLIMITED CASE**<br>(Amount demanded<br>exceeds $25,000) ☐ **LIMITED CASE**<br>(Amount demanded is $25,000<br>or less) | |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date:                 Time:          Dept.:          Div.:          , Room:

Address of court *(if different from the address above)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. ☐   This statement is submitted by party *(name)*:
   b. ☐   This statement is submitted jointly by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐   All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐   The following parties named in the complaint or cross-complaint
      (1) ☐   have not been served *(specify names and explain why not)*:

      (2) ☐   have been served but have not appeared and have not been dismissed *(specify names)*:

      (3) ☐   have had a default entered against them *(specify names)*:

   c. ☐   The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a.   Type of case in ☐ complaint ☐ cross-complaint    *(describe, including causes of action)*:

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courtinfo.ca.gov

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10. d.   The party or parties are willing to participate in *(check all that apply):*

    (1) ☐ Mediation

    (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

    (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

    (4) ☐ Binding judicial arbitration

    (5) ☐ Binding private arbitration

    (6) ☐ Neutral case evaluation

    (7) ☐ Other *(specify):*

  e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

  f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

  g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

**11. Settlement conference**

  ☐ The party or parties are willing to participate in an early settlement conference *(specify when):*

**12. Insurance**

  a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

  b. Reservation of rights: ☐ Yes   ☐ No

  c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**13. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

  ☐ Bankruptcy   ☐ Other *(specify):*

Status:.

**14. Related cases, consolidation, and coordination**

  a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

  ☐ Additional cases are described in Attachment 14a.

  b. ☐ A motion to ☐ consolidate ☐ coordinate   will be filed by *(name party):*

**15. Bifurcation**

  ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**16. Other motions**

  ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*