## ADR Stipulation and Evaluation Instructions

In accordance with *Local Rule 2.3(i)(3)*, all parties going to ADR must complete a Stipulation and Order to ADR and file it with the Clerk of the Superior Court. The Office of the Clerk is located at:

>Clerk of the Superior Court, Civil Division
>Attention: Case Management Conference Clerk
>Superior Court of California, County of San Mateo
>400 County Center
>Redwood City, CA 94063-1655

There is no filing fee for filing the stipulation. An incomplete stipulation will be returned to the parties by the Clerk's Office. All stipulations must include the following:

- ❑ Original signatures for all attorneys (and/or parties in pro per);
- ❑ The name of the neutral;
- ❑ Date of the ADR session; and
- ❑ Service List (Counsel need not serve the stipulation on parties).

Parties mutually agree on a neutral and schedule ADR sessions directly with the neutral. If parties would like a copy of the San Mateo County Superior Court's ADR Panelist List and information sheets on individual panelists, they may go to the court's website (see below) or contact the ADR Coordinator at (650) 363-1962 or (650) 599-1070.

### If Filing the Stipulation Prior to an Initial Case Management Conference

To stipulate to ADR prior to the initial case management conference, parties must file a completed stipulation at least 10 days before the scheduled case management conference. The clerk will send notice of a new case management conference date approximately 90 days from the current date to allow time for the ADR process to be completed.

### If Filing Stipulation Following a Case Management Conference

When parties come to an agreement at a case management conference to utilize ADR, they have 21 days from the date of the case management conference to file a Stipulation and Order to ADR with the court [*Local Rule 2.3(i)(3)*].

### Post-ADR Session Evaluations

*Local Rule 2.3(i)(5)* requires submission of post-ADR session evaluations within 10 days of completion of the ADR process. Evaluations are to be filled out by both attorneys and clients. A copy of the Evaluation By Attorneys and Client Evaluation are attached to the ADR Panelist List or can be found on the court's web site.

### Non-Binding Judicial Arbitration

Names and dates are not needed for stipulations to judicial arbitration. The Judicial Arbitration Administrator will send a list of names to parties once a stipulation has been submitted. The Judicial Arbitration Administrator can be contacted at (650) 363-4896. For further information regarding San Mateo Superior Court's ADR program, contact the ADR offices at (650) 599-1070 or the court's ADR web site at **http//www.co.sanmateo.ca.us.sanmateocourts/adr.htm**.

SUPERIOR COURT OF CALIFORNIA -- COUNTY OF SAN MATEO

## APPROPRIATE DISPUTE RESOLUTION INFORMATION SHEET

In addition to the court provided voluntary and mandatory settlement conferences, this court has established, in partnership with the community and Bar Association, the Multi-Option ADR Project. Recognizing that many civil disputes can be resolved without the time and expense of traditional civil litigation, the San Mateo County Superior Court encourages the parties in civil cases to explore and pursue the use of Appropriate Dispute Resolution

## WHAT IS APPROPRIATE DISPUTE RESOLUTION?

Appropriate Dispute Resolution (ADR) is the general term applied to a wide variety of dispute resolution processes that are alternatives to lawsuits. Types of ADR processes include arbitration, mediation, neutral evaluation, mini-trials, settlement conferences, private judging, negotiation, and hybrids of these processes. All ADR processes offer a partial or complete alternative to traditional court litigation for resolving disputes.

## WHAT ARE THE ADVANTAGES OF USING ADR?

ADR can have a number of advantages over traditional court litigation.

- **ADR can save time.** Even in a complex case, a dispute can be resolved through ADR in a matter of months or weeks, while a lawsuit can take years.

- **ADR can save money.** By producing earlier settlements, ADR can save parties and courts money that might otherwise be spent on litigation costs (attorney's fees and court expenses).

- **ADR provides more participation.** Parties have more opportunity with ADR to express their own interests and concerns, while litigation focuses exclusively on the parties' legal rights and responsibilities.

- **ADR provides more control and flexibility.** Parties can choose the ADR process most appropriate for their particular situation and that will best serve their particular needs.

- **ADR can reduce stress and provide greater satisfaction.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere found in litigation. Surveys of disputants who have gone through ADR have found that satisfaction with ADR is generally high, especially among those with extensive ADR experience.

### Arbitration, Mediation, and Neutral Evaluation

Although there are many different types of ADR processes, the forms most commonly used to resolve disputes in California State courts are Arbitration, Mediation and Neutral Evaluation. The Multi-Option ADR Project a partnership of the Court, Bar and Community offers pre-screened panelists with specialized experience and training in each of these areas.

**Arbitration:** An arbitrator hears evidence presented by the parties, makes legal rulings, determines facts and makes an arbitration award. Arbitration awards may be entered as judgments in accordance with the agreement of the parties or, where there is no agreement, in accordance with California statutes. Arbitrations can be

| Attorney or Party without Attorney (Name, Address, Telephone, Fax, State Bar membership number): | Court Use Only |
|---|---|
| **Superior Court of California, County of San Mateo**<br>Hall of Justice and Records<br>400 County Center<br>Redwood City, CA 94063-1655   (650) 363-4711 | |
| Plaintiff(s): | Case Number: |
| Defendant(s): | Current CMC Date: |

## STIPULATION AND ORDER TO APPROPRIATE DISPUTE RESOLUTION

Plaintiff will file this stipulation with the Clerk's Office 10 days prior to or 3 weeks following the first Case Management Conference unless directed otherwise by the Court and ADR Director [*Local Rule 2.3(i)(3)*]. Please attach a Service List.

The parties hereby stipulate that all claims in this action shall be submitted to (select one):

☐ Voluntary Mediation           ☐ Binding Arbitration (private)
☐ Neutral Evaluation             ☐ Settlement Conference (private)
☐ **Non-Binding Judicial Arbitration CCP 1141.12**    ☐ Summary Jury Trial
☐Other: _____

Case Type: _____
Neutral's name and telephone number: _____
Date of session: _____
(Required for continuance of CMC except for non-binding judicial arbitration)
Identify by name the parties to attend ADR session: _____

ORIGINAL SIGNATURES

_____      _____
Type or print name of ☐Party without attorney      ☐Attorney for (Signature)

☐Plaintiff/Petitioner ☐Defendant/Respondent/Contestant      Attorney or Party without attorney


_____      _____
Type or print name of ☐Party without attorney      ☐Attorney for (Signature)

☐Plaintiff/Petitioner ☐Defendant/Respondent/Contestant      Attorney or Party without attorney

## STIPULATION AND ORDER TO APPROPRIATE DISPUTE RESOLUTION

---

Type or print name of ☐Party without attorney

☐Plaintiff/Petitioner ☐Defendant/Respondent/Contestant

---

☐Attorney for (Signature)

Attorney or Party without attorney

---

Type or print name of ☐Party without attorney

☐Plaintiff/Petitioner ☐Defendant/Respondent/Contestant

---

☐Attorney for (Signature)

Attorney or Party without attorney

**IT IS SO ORDERED:**

DATE:

---

JUDGE OF THE SUPERIOR COURT OF SAN MATEO COUNTY

## DIVISION II
## COURT MANAGEMENT - SUPERIOR COURT

### CHAPTER 1. FORM AND SERVICE OF PAPERS

Rule 2.0  Transfer of Court-Related Functions of the County Clerk to the Superior Court

Pursuant to the authority contained in Government Code section 69898, the court hereby transfers from the County Clerk to the Superior Court Executive Officer, under the direction of the Presiding Judge, all of the powers, duties, and responsibilities required or permitted to be executed or performed by the County Clerk in connection with judicial actions proceedings, and records.

(Adopted, effective July 1, 1996.)

Rule 2.1  Form of Papers Presented for Filing

Reference, CRC, rule 2.100, et seq.

(Adopted, effective July 1, 1996) (Amended effective January 1, 2000) (Amended, effective January 1, 2007)

Rule 2.1.1 Citations to Non-California Authorities.

(Adopted, effective July 1, 1996)(Repealed, effective January 1, 1999)

Rule 2.1.2  Requests for Judicial Notice

(Adopted, effective July 1, 1996)(Repealed, effective January 1, 1999)

Rule 2.1.3 California Environmental Quality Act (CEQA)

If a petition for writ of mandate includes claims under CEQA (Public Resources Code section 21000 et. seq.), the case will be assigned to a judge designated to hear CEQA actions pursuant to Public Resources Code section 21167.1.  Plaintiff shall identify the petition as being filed pursuant to "CEQA" on the face of the petition.

(Adopted, effective January 1, 1999)(renumbered from 2.1.4 effective January 1,2000)

Rule 2.1.4 Documents Produced Through a Nonparty

If a party proposes to obtain documents in the custody of a nonparty, as by a subpoena duces tecum, and such documents may be produced by certification or otherwise in lieu of personal appearance by a witness custodian, the request for such documents should specify that they be delivered not later than the first day for which the trial is calendared.

(Adopted, effective January 1, 2000)

(c)    Cases filed after July 1, 1992

Upon the filing of a complaint after July 1, 1992, the case shall be subject to all of the civil case management system rules set forth below. Cases filed before July 1, 1992 shall also be subject to these rules except for subsection (d) (Filing and service of pleadings; exceptions).

(d)    Filing and service of pleadings; exceptions.

(1)    Complaint: Except as provided in paragraph 5 below, plaintiff shall within 60 days after filing of the complaint serve the complaint on each defendant along with:

(A)    A blank copy of the Judicial Council Case Management Statement;

(B)    A copy of Local Rule 2.3;

(C)    The Notice of Case Management Conference.

If a matter has been submitted to arbitration pursuant to uninsured motorist insurance, the plaintiff shall file a notice to that effect with the court at the time of filing the complaint, or at the time the matter is submitted. The notice shall include the name, address and telephone number of the insurance company, along with the claim number or other designation under which the matter is being processed.

(2)    Cross-complaint: Except as provided in paragraph 5 below, each defendant shall within 30 days after answering the complaint file any cross-complaint (within 50 days if compliance with a governmental claims statute is a prerequisite to the cross-complaint) not already served with the answer under Code of Civil Procedure section 428.50 and serve with that cross-complaint:

(A)    A blank copy of the Judicial Council Case Management Statement;

(B)    A copy of Local Rule 2.3;

(C)    The Notice of Case Management Conference.

(3)    Responsive pleadings: Except as provided in paragraph 5 below, each party served with a complaint or cross-complaint shall file and serve a response within 30 days after service. The parties may by written agreement stipulate to one 15-day extension to respond to a complaint or cross-complaint.

If the responsive pleading is a demurrer, motion to strike, motion to quash service of process, motion for a change of venue or a motion to stay or dismiss the case on forum non conveniens grounds, and the demurrer is overruled or the motion denied, a further responsive pleading shall be filed within 10 days following notice of the ruling unless otherwise ordered. If a demurrer is sustained or a motion to strike is granted with leave to amend, an amended complaint shall be filed within 10 days following notice of the ruling unless otherwise ordered. The court may fix a time for filing pleadings responsive to such amended complaint.

(4)    Proofs of service: Proofs of service must be filed at least 10 calendar days before the case management conference.

(5)    Exceptions for longer periods of time to serve or respond:

specified, relief from the scheduled trial date may not be obtained based upon the ground that counsel is engaged elsewhere.

(7)        Conference orders: At the initial conference, the program judge will make appropriate pre-trial orders that may include the following:

(A)    An order referring the case to arbitration, mediation or other dispute resolution process;

(B)    An order transferring the case to the limited jurisdiction of the superior court;

(C)    An order assigning a trial date;

(D)    An order identifying the case as one which may be protracted and determining what special administrative and judicial attention may be appropriate, including special assignment;

(E)    An order identifying the case as one which may be amenable to early settlement or other alternative disposition technique;

(F)    An order of discovery; including but not limited to establishing a discovery schedule, assignment to a discovery referee, and/or establishing a discovery cut-off date;

(G)    An order scheduling the exchange of expert witness information;

(H)    An order assigning a mandatory settlement conference date pursuant to Local Rule 2.3(k) and 2.4; and

(I)     Other orders to achieve the interests of justice and the timely disposition of the case.

(8)    CourtCall Telephonic Appearances

(A)    Reference CRC, Rule 3.670

(B)    Procedure. Telephonic appearances through the use of CourtCall, an independent vendor, are permitted at case management conference hearings. A party wishing to make a telephone appearance must serve and file a Request for Telephone Appearance Form with CourtCall not less than five court days prior to the case management conference hearing. Copies of the Request for CourtCall Appearance form and accompanying information sheet are available in the Clerk's office. There is a fee to parties for each CourtCall appearance and fees are paid directly to CourtCall. CourtCall will fax confirmation of the request to parties.

(C)    On the day of the case management conference hearing, counsel and parties appearing by CourtCall must check-in five minutes prior to the hearing. Check-in is accomplished by dialing the courtroom's dedicated toll-free teleconference number and access code that will be provided by CourtCall in the confirmation. Any attorney or party calling after the check-in period shall be considered late for the hearing and shall be treated in the same manner as if the person had personally appeared late for the hearing.

state that parties have: (i) notified both the judicial arbitration and ADR coordinators; (ii) cancelled the judicial arbitration hearing: (iii) scheduled the ADR session within five months of the previously scheduled judicial arbitration hearing; and (iv) stipulated to a trial date, which is not more than six months from the previously scheduled judicial arbitration hearing.

(i)    Stipulations to Private ADR

(1)    If a case is at issue and all counsel and each party appearing in propria persona stipulate in writing to ADR and file a completed Stipulation and Order to ADR with the clerk of the court at least ten (10) calendar days before the first scheduled case management conference, that conference shall be continued 90 days. The court shall notify all parties of the continued case management conference.

(2)    If counsel and each party appearing in propria persona are unable to agree upon an appropriate ADR process, they shall appear at the case management conference.

(3)    Following an appearance at a case management conference hearing, parties shall, within 21 calendar days , file a completed Stipulation to ADR and Proposed Order identifying the name of the ADR provider, date of ADR session and the names of those who will be in attendance at the ADR session. The completed Stipulation to ADR and Proposed Order shall be filed with the court by plaintiff's counsel. The parties, through counsel, if represented, shall confer with the court's Multi-Option ADR Project (M.A.P.) staff if they cannot agree on a provider. Plaintiff's counsel, shall additionally, send a copy of the completed Stipulation to the court's M.A.P. offices within the same 21-day period.

(4)    All parties and counsel shall participate in the ADR process in good faith.

(5)    To maintain the quality of ADR services the court requires cooperation from all parties, counsel and ADR providers in completing ADR evaluation forms, and returning these forms to the M.A.P. offices within 10 calendar days of the completion of the ADR process.

(6)    In accordance with the Code of Civil Procedure, section 1033.5(c)(4), the court, in its discretion, may allow the prevailing party at trial the fees and expenses of the ADR provider, unless there is a contrary agreement by the parties.

(j)    Setting Short Cause Matters

If the parties agree that the time estimated for trial is 5 hours or less prior to the conference, a written stipulation shall be filed at least 10 calendar days before the case management conference in order to avoid the need to appear at that conference and a copy immediately sent to the Master Calendar Coordinator. In the absence of a stipulation, either party may file a motion to have the matter designated a "short cause" and set the case accordingly. All such matters shall be presumed short cause unless the contrary is established at the hearing on the motion.

(k)    Law and Motion

All law and motion matters shall be heard by the regularly assigned Law and Motion judge.

(l)    Settlement Conferences

All cases not assigned to arbitration or some other dispute resolution mechanism will be assigned two settlement conference dates, the first of which will be at the earliest practicable date under the circumstances presented by the case, and the second within approximately two

(2)     Any persons whose consent is required to authorize settlement shall personally attend; those parties that are corporations shall have in attendance an officer or other employee with authority to bind the corporation. Powers of attorney, oral or written, granting counsel settlement authority are unacceptable as a substitute for personal attendance at this conference. Defendant and cross-defendant shall personally attend if there is no insurance coverage, if there is an unsatisfied deductible, or if the insurance carrier is demanding that the insured contribute to settlement.

(3)     With respect to any insured party, a representative of the insurance carrier with authority to settle which is meaningful considering the exposure to loss presented shall personally attend. If the claims representative in personal attendance has any limitation on his or her settlement authority, a representative of the carrier who has no such limitations shall be available to the court by telephone and shall remain available until released by the judge conducting the conference, regardless of the time of day at the location of that representative.

(4)     Upon arrival at the department to which the conference has been assigned, counsel shall check in with the clerk and shall verify the attendance of those persons whose presence is required.

(5)     Notwithstanding the provisions of CRC 3.1380(c), no later than five(5) court days before the date set for the settlement conference each party shall lodge with the office of the court administrator and serve on all other parties a written statement setting forth the following:

    (A)     A statement of facts.

    (B)     The contentions of each party to the action regarding liability and damages.

    (C)     An itemized list of special damages.

    (D)     In any case in which personal injury is claimed:

        (i)     A description of the nature and extent of any injury claimed, including residuals.

        (ii)     A description of the basis for and method of calculation of any claimed wage loss.

    (E)     The most recent demand and offer or a description of any other proposed settlement between or among the parties.

(6)     All parties shall be prepared to make a bona fide offer of settlement.

(b).     The personal attendance of any person who is required by these rules to be present may be excused only by the presiding judge upon application made prior to the day on which the conference is scheduled. Any such person whose attendance is excused must remain available by telephone until he or she has been excused by the judge conducting the conference regardless of the time of day at the location of that person.

(c)     No conference may be continued without the consent of the presiding judge or, if known, the judge to whom the case has been assigned for conference.

# CHAPTER 4.  JURY RULES

Rule 2.7 Length of Jury Service

In compliance with CRC 2.1002, a person has fulfilled his or her jury service obligation when he or she has:

(a)    Served on one trial until discharged.

(b)    Been assigned on one day for jury selection until excused by the jury commissioner.

(c)    Attended court but was not assigned to a trial department for selection of a jury before the end of that day.

(d)    Been assigned to a trial department for selection of a jury and has been excused by the trial judge.

(e)    Served one day on call.

(f)    Served no more than 5 court days on telephone standby.   -

(Adopted, effective January 1, 2000) (Amended, effective January 1, 2007)


## Rule 2.7.1  Proposed Jury Instructions

(a)    Reference California Rules of Court, Rules 2.1055 and 2.1050.

(b)    The Trial Department shall determine in its discretion the timing of submission of proposed jury instructions.

(Amended, effective January 1, 2002) (Amended, effective January 1, 2006) (Amended, effective January 1, 2007)


## Rule 2.7.2 Duty Of Counsel with Respect to Jury Instructions

Before delivery of proposed jury instructions to the trial judge and opposing counsel, counsel shall fill in all blanks, make all strikeouts, insertions and modifications therein which are appropriate to the case.  Submission of a form, which requires additions or modifications to constitute a complete and intelligible instruction, shall not be deemed a request for such instruction.

In addition to a hard copy of the proposed jury instructions, counsel shall provide the modified instructions on a computer diskette, and a clean copy of the instructions to be given to the jury.

(Adopted, effective January 1, 2000) (Amended, effective January 1, 2006)

## Rule 2.7.3  Form of Proposed Jury Instructions (CCP §§ 607a, 609,)

All proposed jury instructions shall conform to the requirements of California Rules of Court, Rule 2.1055.  Any jury instructions requested after the conclusion of taking evidence shall be in writing. The court, in its discretion, may permit instructions to be sent into the jury room in "Booklet Form". In

Rule 2.7.6  Refund of Jury Fees:  Duty to Notify Court

Jury fees shall be refunded pursuant to CCP Section 631.3 only if the party depositing the fees has given the master calendar coordinator written notice, at least two court days before the trial date, that the case settled, dropped or that the party's motion for continuance has been granted.

(Adopted, effective July 1, 2004 [former Rule 2.6])

## CHAPTER 5.  GENERAL RULES

Rule 2.8  Family Law Rules

The local rules of San Mateo Superior Court relating to Family Law are contained in Division V of these rules, infra.

(Adopted, effective July 1, 1996)

Rule 2.9  Required Action

Action shall be taken on all calendared cases and a future date for action shall always be set.  No case shall go "off calendar" without a future action being set.

(Adopted, effective July 1, 1996.)

Rule 2.10  Interpreters and Translators

a)      Notice.  When a party desires an interpreter, it shall be the responsibility of that party to give notice to the Court and all other parties of record.  That party shall make arrangements for the presence and the payment of the interpreter.

b)      Qualifications.  Unless the interpreter is an official court interpreter, the interpreter's name and qualifications shall be provided to the court and opposing counsel five (5) court days prior to the date of the interpreter's appearance .  If the interpreter is an official court interpreter, no prior disclosure is required.

c)      Relations or friends.  Without the consent of all parties, a relation or a friend may not be used as an interpreter or translator in a contested proceeding.

(Adopted, effective January 1, 2000)

**Rules 2.11 thru 2.19 (Reserved)**

## CHAPTER 6.  CIVIL TRIAL RULES

Rule 2.20  Trial Motions, Briefs, Statements, and Witness Lists

Upon assignment to a trial department for trial by a jury, each party shall file with that department the following:
(1)      Any in limine motions and response thereto;
(2)      Any trial briefs;

C.   Application to Designate or Counter-Designate an Action as a Complex Case.

Any party who files either a Civil Case Cover Sheet (pursuant to California Rules of Court, Rule 3.401) or a counter or joinder Civil Case Cover Sheet (pursuant to California Rules of Court, Rule 3.402, subdivision (b) or (c)), designating an action as a complex case in Items 1, 2 and/or 5, must also file an accompanying Certificate Re: Complex Case Designation in the form prescribed by the Court. The certificate must include supporting information showing a reasonable basis for the complex case designation being sought.   Such supporting information may include, without limitation, a brief description of the following factors as they pertain to the particular action:

    (1)   Management of a large number of separately represented parties;

    (2)   Complexity of anticipated factual and/or legal issues;

    (3)   Numerous pretrial motions that will be time-consuming to resolve;

    (4)   Management of a large number of witnesses or a substantial amount of documentary evidence;

    (5)   Coordination with related actions pending in one or more courts in other counties, states or countries or in a federal court;

    (6)   Whether or not certification of a putative class action will in fact be pursued; and

    (7)   Substantial post-judgment judicial supervision.

A copy of the Certificate Re: Complex Case Designation must be served on all opposing parties. Any certificate filed by a plaintiff shall be served along with the initial service of copies of the Civil Case Cover Sheet (pursuant to California Rules of Court, Rule 3.401), summons, and complaint in the action. Any certificate filed by a defendant shall be served together with the service of copies of the counter or joinder Civil Case Cover Sheet (pursuant to California Rules of Court, Rule 3.402, subdivision (b) or (c)) and the initial first appearance pleading(s).

D.   Noncomplex Counter-Designation.

If a Civil Case Cover Sheet designating an action as a complex case and the accompanying Certificate Re: Complex Case Designation has been filed and served and the Court has not previously declared the action to be a complex case, a defendant may file and serve no later than its first appearance a counter Civil Case Cover Sheet designating the action as not a complex case. Any defendant who files such a noncomplex counter-designation must also file and serve an accompanying Certificate Re: Complex Case Designation in the form prescribed by this Court and setting forth supporting information showing a reasonable basis for the noncomplex counter-designation being sought.

Once the Court has declared the action to be a complex case, any party seeking the Presiding Judge's decision that the action is not a complex case must file a noticed motion pursuant to Section H below.

E.   Decision by Presiding Judge on Complex Case Designation; Early Status Conference.

If a Civil Case Cover Sheet designating an action as a complex case and the accompanying Certificate Re: Complex Case Designation have been filed and served, the Presiding Judge shall decide as soon as reasonably practicable, with or without a hearing, whether the action is a complex case and should be assigned to a single judge for all purposes.

Upon the filing of a Civil Case Cover Sheet designating an action as a complex case and the accompanying Certificate Re: Complex Case Designation, the Clerk of the Court shall set a status conference at which the Presiding Judge shall decide whether or not the action is a complex case. This status conference shall be held no later than (a) 60 days after the filing of a Civil Case Cover Sheet by a plaintiff (pursuant to California Rules of Court, Rule 3.401) or (b) 30 days after the filing of a counter

# SAN MATEO SUPERIOR COURT

## COURTCALL TELEPHONIC APPEARANCES

### JANUARY, 2004

Until further notice, voluntary telephonic appearances ("CourtCall Appearances") may continue to be made for Case Management Conferences in Departments 6 (Judge Kopp) and 21 (Judge Foiles), and for Civil Law and Motion matters in Department 1 (Judge Mittlesteadt) from 1/1/04 to 6/30/04 or Department 3 (Judge Freeman) from 7/1/04 to 12/31/04.

Counsel may make a CourtCall Appearance as follows:

1. NOT LESS THAN FIVE (5) COURT DAYS BEFORE THE HEARING DATE IN DEPARTMENTS 6 AND 21 AND NOT LATER THAN 4:30 P.M. ON THE COURT DAY PRIOR TO HEARING IN DEPARTMENT 1 (1/1-6/30) or DEPARTMENT 3 (7/1-12/31) serve and file with CourtCall (not the Court!) a Request for CourtCall Telephonic Appearance (included in this package);

2. Pay a fee of $55.00 to CourtCall, LLC.

Required filing and payment procedures are detailed within the instruction sheet "How to Use CourtCall," (see reverse). A confirmation from CourtCall, LLC, will be faxed to your office upon the filing and payment outlined above.

A CourtCall Appearance is made as part of a participating Department's usual calendar. Unless notified to the contrary, all counsel who have timely filed their Request and have paid the fee may appear by dialing the toll-free teleconference number provided by CourtCall, LLC. A pre-hearing check-in will occur five minutes before the scheduled hearing time. CourtCall Appearances will generally be afforded a calendar preference.

A CourtCall Appearance is voluntary and may be made without consent of the other party or advance consent of the Court. The Court, however, reserves the discretion to require personal appearance. In matters where only one party elects to make a CourtCall Appearance, the matter will be heard on the Court's speakerphone.

See reverse side for "How to Use CourtCall"

# COURTCALL, LLC

*Telephonic Court Appearances*
6365 ARIZONA CIRCLE
LOS ANGELES, CALIFORNIA 90045
(TEL) (310) 342-0888 (888) 88-COURT
(FAX) (310) 743-1850 (888) 88-FAXIN

## How To Use CourtCall! - SAN MATEO

### Filling Out The Form

**1. Serve:** Not less than 5 Court Days before the hearing (or 4:30 PM the Court day prior to hearing for Dept. 1 through 6/30/04 or Dept. 3 from 7/1/04 through 12/31/04) COMPLETELY fill out the original of the Request for CourtCall Appearance (the "Request Form"). Retain the original Request Form in your file. DO NOT FILE IT WITH THE COURT. Check the box indicating the method of payment of the fee. **INCOMPLETE REQUEST FORMS MAY RESULT IN A DELAY IN PROCESSING!!**

**2. Fax to CourtCall:** Fax a copy of the Form to CourtCall not less than 5 Court days prior to the hearing (of 4:30 pm the Court day prior to hearing for Dept. 1 or Dept. 3 as noted above). Do not fail to do so, as the CourtCall Calendar is set through these faxes!! LATE FILINGS, IF ACCEPTED, ARE SUBJECT TO A LATE FEE!!

**3. Payment by Credit Card:** Fill out credit card information *only* on the copy faxed to CourtCall and have that copy SIGNED by the PERSON WHOSE NAME IS ON THE CREDIT CARD.

**4. Payment by Check:** Fax a copy of check - write case # on check-payable to Telephonic Hearing Account to CourtCall with your Form and mail your check and a copy of your Form to CourtCall.

**5. Proof of Payment/CalendarConfirmation:**
Under normal circumstances you should receive a Confirmation from CourtCall, by fax, within 24 hours of submission of a completed Request Form. The Confirmation will contain your teleconference number and access code (if any**).

**IF YOU DO NOT RECEIVE YOUR FAXED CONFIRMATION FROM COURTCALL WITHIN 24 HOURS OF SUBMISSION, CALL COURTCALL IMMEDIATELY TO VERIFY YOUR STATUS - WITHOUT A WRITTEN CONFIRMATION YOU ARE NOT ON THE COURTCALL CALENDAR!**

FOR INFORMATION AND QUESTIONS ABOUT A COURTCALL APPEARANCE, CALL COURTCALL, NOT THE CLERK/COURT!

### When You Make The Call

* YOU MUST CALL THE TOLL FREE NUMBER ON YOUR CONFIRMATION 5 MINUTES BEFORE YOUR SCHEDULED HEARING TIME. NEVER USE A CELLULAR OR PAY PHONE. If prompted, dial your Access Code.** You will be advised whether you are joining the call in progress or if you are the first to call or you may be placed on "music-on-hold."

* If Court has commenced, DO NOT INTERRUPT! You will have an opportunity to speak. If the call is in progress and you hear voices, wait until an opportunity to speak arises without interrupting others. The Clerk may be performing a check-in and will get to you.

* After check-in wait until your case is called. Use your speakerphone while waiting if you are able to mute the microphone to eliminate ambient noise. When your case is called you MUST USE THE HANDSET. Identify yourself each time you speak and use common courtesy.

* If you are the first person on the call be patient, even if you experience silence or are placed on "music-on-hold," as the Clerk will join the call in due course. As others join you will hear a mild beep-beep" indicating others are on the line. Until your case is called do not speak other than with the Clerk. ** If the Clerk does not join the call within 15 minutes after your scheduled hearing time, have a staff member call CourtCall on our toll free Help Line – (888) 882-6878 and we will be happy to assist you. **DO NOT LEAVE THE LINE!**

*If the Confirmation from CourtCall does not list an access code with your assigned teleconference number, your matter will be heard privately, not in open court. The 5 minute check-in period will be conducted by a Teleconference Specialist who will conduct the conference in accordance with the Court's instructions. You will be placed on "music-on-hold" while you wait for the Judge to call your matter. The rules regarding cell phones and use of handsets apply. IF YOUR HEARING IS CONTINUED YOU MUST NOTIFY COURTCALL OF THE CONTINUANCE , IN WRITING, PRIOR TO YOUR COURTCALL APPEARANCE TO HAVE YOUR FEE APPLY TO THE CONTINUED HEARING. MATTERS CONTINUED AT THE TIME OF THE HEARING REQUIRE A NEW FORM AND A NEW FEE FOR THE CONTINUED DATE.

| ATTORNEY OF RECORD (Name /Address/Phone/Fax): | DO NOT FILE WITH COURT |
|---|---|
| | COMPLETELY FILL OUT/CORRECT FORM BEFORE SUBMITTING TO COURTCALL!! |
| State Bar No._____ | |
| ATTORNEY FOR (Name): | |
| San Mateo Superior Court | |

| | CASE NUMBER: |
|---|---|
| | JUDGE/DEPARTMENT: |
| | DATE AND TIME: |
| | NATURE OF HEARING: |
| **REQUEST FOR COURTCALL TELEPHONIC APPEARANCE** | |

1.  _____ (Name of specific attorney appearing telephonically) requests a CourtCall telephonic calendar appearance at the above referenced proceeding and agrees to provisions of the Rule/Order/Procedure Re: CourtCall Telephonic Appearances. **I UNDERSTAND THAT _I DIAL_ INTO THE CALL FIVE MINUTES BEFORE ITS SCHEDULED START TIME.**

2.  Not less than five Court days prior to hearing (or 4:40 pm the Court day prior for Dept. 28), a copy of this document was served on all other parties and faxed to CourtCall, Telephonic Appearance Program Administrator at (310) 572-4679 OR (888) 88-FAXIN.

3.  The non-refundable CourtCall Appearance Fee in the sum of $55.00 (plus additional fee of $35.00 **if late filing is accepted**) is paid as follows:

    ☐   Check (copy faxed-write case # on check) payable to CourtCall. <u>DO NOT MAIL ORIGINAL</u>. Signature below authorizes an ACH (electronic) debit in the amount and from the account listed on the check.

    ☐   Charged to CourtCall Debit Account No.:_____

    ☐   Charged to VISA, MasterCard or American Express:

    > **TO BE COMPLETED <u>ONLY</u> ON THE COPY SUBMITTED TO CourtCall, LLC:**
    >
    > Credit Card:     O VISA    O MasterCard    O American Express
    >
    > Credit Card Number:_____     Expiration Date:_____
    >
    > To pay by credit card, the copy of this form submitted to CourtCall, LLC, must be signed by the person whose card is to be charged and must be **faxed** to CourtCall at (310) 572-4670 or (888) 88-FAXIN with the above credit card information completed. The signature below constitutes authorization to charge the above referenced credit card.
    >
    > Date: _____  Name on Card:_____
    > |                    Type Name                    Signature |

4.  Request Forms are processed within 24 hours. Call CourtCall if you do not receive a faxed Confirmation from CourtCall within 24 hours. **WITHOUT A WRITTEN CONFIRMATION YOU ARE NOT ON THE COURTCALL CALENDAR AND MAY BE PRECLUDED FROM APPEARING TELEPHONICALLY! COURTCALL'S LIABILITY CONCERNING THIS TELEPHONIC APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL.**

Dated:_____          _____
                                              Signature

4.25.02                    **REQUEST FOR COURTCALL TELEPHONIC APPEARANCE**

1 | MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
2 | JEFFREY D. POLSKY (State Bar No. 120975)
Email: polsky@kmm.com
3 | ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
4 | KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
5 | San Francisco, California 94104
Telephone: (415) 421-3111
6 | Facsimile: (415) 421-0938

E-filing

7 | Attorneys for Defendants
MILLS-PENINSULA HEALTH SERVICES,
8 | SUTTER HEALTH AND CLAUDIA CHRISTENSEN

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12 | **CV 07 6243**

L.M. BOCCIGNONE,                    CASE NO.
13 |                                   (San Mateo County Court Case No.
                  Plaintiff,          CIV 460718)
14 |
        v.                            **DECLARATION OF CLAUDIA**
15 |                                   **CHRISTENSEN IN SUPPORT OF**
SUTTER HEALTHCARE (MILLS             **DEFENDANTS' NOTICE OF**
16 | PENINSULA HEALTH SERVICES),       **REMOVAL**
BARBARA "BOBBI" FOSTER, CLAUDIA
17 | CHRISTENSEN and DOES 1-97,        **28 U.S.C. 1441 (b)** (Federal Question)

18 |              Defendants.          SECOND AMENDED
                                      COMPLAINT FILED: November 14, 2007
19 |                                   TRIAL DATE:      No date set.

20

21 |      I, Claudia Christensen, do hereby declare:

22 |          1.    I have been employed since October 2002 in the Human Resources

23 | Department of Mills-Peninsula Health Services ("MPHS"). My current employment title is

24 | Director, Human Resources. Throughout the time of my employment, one of my

25 | responsibilities has been labor relations. In that capacity, I regularly assist MPHS

26 | managers in the interpretation and application of the various collective bargaining

27 | agreements that MPHS has with union representatives of our employees. I am also

28 | responsible for communicating with the employees' union representatives concerning

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CLAUDIA CHRISTENSEN IN SUPPORT OF                  CASE NO.
DEFENDANTS' NOTICE OF REMOVAL                    (SAN MATEO COUNTY COURT CASE NO. CIV 460718)

1   grievances. For example, I regularly attend grievance meetings with such union

2   representatives. I also have responsibility for the maintenance of employee personnel

3   and grievance files. I therefore have personal knowledge of the facts set forth in this

4   Declaration.

5          2.     Plaintiff, Lisa Maria Boccignone, was employed as an RN in the

6   Emergency Services Department of MPHS from January 24, 2005 until the date of her

7   termination effective September 7, 2006. MPHS is an affiliate of Sutter Health, a not-for-

8   profit network of hospitals and other health care organizations located primarily in

9   northern California. Ms. Boccignone was not employed by Sutter Health. Throughout

10  her employment with MPHS, Plaintiff was covered by a collective bargaining agreement

11  ("CBA") in effect between MPHS and her union representative, the California Nurses

12  Association ("CNA"). Attached as Exhibit 1 is a true and correct copy of the CBA which

13  was in effect at the time she commenced employment. Attached as Exhibit 2 is a true

14  and correct copy of the CBA which followed Exhibit 1, in effect from July 28, 2005

15  through June 30, 2007. MPHS is currently in negotiations with CNA to conclude a

16  successor agreement to Exhibit 2.

17         3.     One of Plaintiff's claims in the Second Amended Complaint is that

18  Plaintiff was fired "without just cause". (See, Plaintiff's Ninth Cause of Action ¶¶ 75-77.)

19  Plaintiff also claims that MPHS "ignored" the union agreement in terminating her. (¶ 74.)

20  (All paragraph references are to Plaintiff's Second Amended Complaint.) The CBA in

21  effect at the time of Plaintiff's termination (Exhibit 2) contains a provision that the

22  termination of any RN who has been employed longer than a three to six month

23  introductory period is subject to the CBA grievance procedure to determine if just cause

24  existed for the termination. The termination provisions are contained in Article 25 of

25  Exhibit 2. Article 26 of Exhibit 2 sets forth the grievance procedure which culminates in a

26  final and binding arbitration at Step 5 of the procedure.

27         4.     CNA was notified of the decision to terminate Ms. Boccignone on

28  the date of her termination. Both Shawn Bartlett, a CNA labor representative and Linda

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

1  Campagna, an RN who then served as an employee representative for CNA, attended

2  the September 7, 2006 meeting during which MPHS representatives advised Ms.

3  Boccignone of the termination decision. While CNA initially submitted a grievance

4  contending that Ms. Boccignone's termination was not for just cause, the Union dropped

5  the grievance by not timely moving it through the steps of the CBA. Attached as Exhibit

6  3 is a true and correct copy of the 9/14/06 grievance signed by CNA representative

7  Shawn Bartlett. Attached as Exhibit 4 is a true and correct copy of my 9/14/06 reply.

8  CNA never responded to my 9/14/06 reply. Additionally, Ms. Boccignone took no steps

9  to present any grievance concerning her termination at MPHS. Any question of whether

10  a termination of an employee who has completed the introductory period was for just

11  cause is subject to arbitration under the CBA. Ms. Boccignone completed her

12  introductory period by early May 2005; therefore, the question of whether her termination

13  was for just cause arose under the CBA and was subject to the grievance-arbitration

14  provision of the CBA.

15      5.    Plaintiff also contends that an alleged contract with her was violated

16  when her application for an award under MPHS's loan forgiveness program was

17  rejected. (See, the First and Second Causes of Action of the Second Amended

18  Complaint, ¶¶ 26-29.) It is the policy of MPHS to reject such applications if the RN

19  applicant has received written disciplinary action within one year of the date of the

20  application. Written disciplinary actions are subject to the grievance procedure of the

21  CNA collective bargaining agreement. CNA has filed grievances seeking to overturn

22  written disciplinary actions; if the grievance is timely and otherwise meets the procedural

23  requirements of the CBA, MPHS recognizes and processes those grievances through

24  the CBA grievance and arbitration provisions. Therefore, Ms. Boccignone's eligibility for

25  the program was dependent upon the validity of discipline that she received, which could

26  have been, but was not, grieved by CNA.

27      6.    Another of Plaintiff's claims is for "lost pay due to an unpaid

28  February through March 2006 suspension" (¶ 25:21-23.) This suspension was imposed,

- 3 -

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CLAUDIA CHRISTENSEN IN SUPPORT OF          CASE NO. _____
DEFENDANTS' NOTICE OF REMOVAL          (SAN MATEO COUNTY COURT CASE NO. CIV 460718)

1   at the conclusion of an investigatory period, as a disciplinary action, and was subject to

2   being challenged through the grievance procedure of the CBA. At times in the Second

3   Amended Complaint, Plaintiff alleges that discipline of her was "pretextual". (¶¶ 59, 71,

4   72, 73, 76.) All discipline of an RN who has completed the introductory period, as was

5   the case when Plaintiff received the disciplinary write-ups and actions challenged in the

6   complaint, is subject to being grieved under the CBA. Attached as Exhibit 5 is a true and

7   correct copy of a grievance submitted by CNA dated August 3, 2006 which seeks to

8   challenge a performance evaluation provided to Ms. Boccignone in July 2006. This

9   grievance was likewise not further pursued by CNA following Ms. Boccignone's

10  termination.

11          7.    Plaintiff's Second Amended Complaint asserts, at several points,

12  that the Emergency Department was understaffed in August 2005 (¶¶ 22, 27, 29, 96).

13  The Twelfth Cause of Action alleges retaliation because Plaintiff made such a complaint

14  during her employment (¶¶ 94-100). The CBA in effect at the time of the alleged

15  complaint (Exhibit 2) contains several provisions addressing staffing issues in Article 28.

16  Part of the Article 28 provisions is a mechanism for RN's to raise staffing concerns

17  initially to a manager and then to a committee, the Staffing Committee, which is jointly

18  composed of management and union representatives. Staffing issues therefore raise

19  questions regarding the meaning and application of Article 28.

20          I have read this statement, and do hereby declare, under penalty of perjury

21  under the laws of the United States, that it is true and correct.

22  Executed in Burlingame, California on _November 27_, 2007.

23

24  _Claudia Christensen_
    CLAUDIA CHRISTENSEN

25

26  4826-5298-4322.1

27

28

KAUFF McCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-4-

# EXHIBIT 1

# AGREEMENT

## between



# CALIFORNIA NURSES ASSOCIATION

## and

# MILLS-PENINSULA HEALTH SERVICES

## July 12, 2002

## to

## June 30, 2005

California Nurses Association
2000 Franklin Street, Suite 300
Oakland, CA  94612
(510) 273-2200
www.calnurse.org

# TABLE OF CONTENTS

PAGE

ARTICLE I
    RECOGNITION ......................................................................................................... 1

ARTICLE II
    COVERAGE............................................................................................................... 1

ARTICLE III
    MEMBERSHIP........................................................................................................... 1

ARTICLE IV
    ASSOCIATION DUES................................................................................................ 3

ARTICLE V
    NONDISCRIMINATION ........................................................................................... 3

ARTICLE VI
    ANNIVERSARY DATE .............................................................................................. 4

ARTICLE VII
    EMPLOYMENT CATEGORIES ................................................................................ 4

ARTICLE VIII
    CLASSIFICATIONS ................................................................................................... 6

ARTICLE IX
    COMPENSATION ...................................................................................................... 8

ARTICLE X
    HOURS OF WORK -- OVERTIME .......................................................................... 10

ARTICLE XI
    ON-CALL AND DOUBLE SHIFTS .......................................................................... 11

ARTICLE XII
    POSITION POSTING AND FILLING OF VACANCIES ........................................... 12

ARTICLE XIII
    PAID TIME OFF ........................................................................................................ 13

ARTICLE XIV
    HOLIDAYS ................................................................................................................ 19

ARTICLE XV
    HEALTH AND DENTAL PLANS............................................................................... 20

ARTICLE XVI
    EMPLOYEE DISCOUNTS ........................................................................................ 21

ARTICLE XVII
    DISABILITY .............................................................................................................. 22

i

TABLE OF CONTENTS

(CONTINUED)

PAGE

ARTICLE XVIII
   LIFE INSURANCE ................................................................................ 22
ARTICLE XIX
   RETIREMENT ...................................................................................... 22
ARTICLE XX
   LEAVES OF ABSENCE ......................................................................... 26
ARTICLE XXI
   TUITION AND TEXTBOOKS ................................................................ 29
ARTICLE XXII
   JURY DUTY AND VOTING PRIVILEGES ............................................. 29
ARTICLE XXIII
   MILITARY DUTY ................................................................................ 30
ARTICLE XXIV
   EVALUATION PROGRAM .................................................................... 30
ARTICLE XXV
   TERMINATION, DISCIPLINE, AND RESIGNATION ............................ 30
ARTICLE XXVI
   ASSOCIATION RIGHTS........................................................................ 31
ARTICLE XXVII
   GRIEVANCE PROCEDURE.................................................................... 32
ARTICLE XXVIII
   PROFESSIONAL PERFORMANCE AND PATIENT CARE COMMITTEES ............ 33
ARTICLE XXIX
   WEEKENDS OFF .................................................................................. 34
ARTICLE XXX
   LAYOFFS AND RECALLS...................................................................... 34
ARTICLE XXXI
   IN-SERVICE EDUCATION AND MANDATORY CLASSES....................... 38
ARTICLE XXXII
   MUTUAL RIGHTS AND RESPONSIBILITIES ....................................... 39
ARTICLE XXXIII
   PHYSICAL EXAMINATIONS................................................................. 40
ARTICLE XXXIV
   SAVINGS CLAUSE................................................................................ 40

TABLE OF CONTENTS

(CONTINUED)

PAGE

ARTICLE XXXV
      MERGERS.................................................................................................. 40
ARTICLE XXXVI
      TERM OF AGREEMENT.............................................................................. 41

APPENDIX A
      WAGE TABLES..................................................................................... A-1
APPENDIX B
      PROFESSIONAL PERFORMANCE, STAFFING, AND PATIENT CARE
      COMMITTEES........................................................................................ B-1
APPENDIX C
      SIDE LETTER PERTAINING TO SURGERY DEPARTMENT NURSES............... C-1
APPENDIX D
      12-HOUR SHIFTS..................................................................................... D-1
APPENDIX E
      RENAL DIALYSIS.................................................................................... E-1
APPENDIX F
      CONSOLIDATION.................................................................................... F-1
APPENDIX G
      FLOAT PLAN.......................................................................................... G-1
APPENDIX H
      RAPID DEPLOYMENT NURSES................................................................ H-1
APPENDIX I
      SIDE LETTER REGARDING NURSE REPRESENTATIVES.............................. I-1
APPENDIX J
      PACU SIDE LETTER................................................................................ J-1
APPENDIX K
      RETIREMENT ELECTIONS FOR NURSES EMPLOYED
      AS OF DECEMBER 31, 2002.................................................................... K-1

THIS AGREEMENT is made and entered into this 12th day of July 2002, by and between MILLS-PENINSULA HEALTH SERVICES, hereinafter referred to as "MPHS" and the CALIFORNIA NURSES ASSOCIATION, hereinafter referred to as "Association."

## W I T N E S S E T H

That the parties hereto have agreed as follows:

## ARTICLE I

## RECOGNITION

MPHS hereby recognizes the Association as the sole bargaining agent representing Registered Nurses for the purpose of this Collective Bargaining Agreement.

## ARTICLE II

## COVERAGE

The Nurses covered by this Agreement are all Registered Nurses employed by MPHS performing patient care services. All other employees and supervisorial positions and personnel are excluded. It is the intention of the parties that all classifications and individuals currently covered by the Agreement at MPHS shall remain covered under the new Agreement; it is not the intention of the parties to expand the coverage of the new Agreement to positions not previously covered by the Agreement. In the event that MPHS commences operation of and operates an entity that employs Registered Nurses providing patient care services, these Nurses shall be covered by this Agreement to the extent required by law. At least 30 days prior to subcontracting of work currently performed by RN's covered by this Agreement, MPHS shall negotiate with the Association over the decision and effects of such subcontracting.

## ARTICLE III

## MEMBERSHIP

A.      All present and future employees covered by this Agreement who are not already members of the Association shall, within thirty (30) days of their employment, become members of the Association or, in the alternative, shall as a continuing condition of employment pay the Association a service fee in an amount equal to the monthly membership dues. The payments hereunder shall be made by authorized payroll deductions or by direct payment to the

1

Association.  An Employee in or hired into a job classification represented by CNA shall be provided with an Employee Authorization for Payroll Deduction Form by CNA.

B.    The Association shall have the responsibility of notifying the employee regarding the obligations of this provision.  Such notification shall include an initial letter of notification, a reminder letter with a copy to MPHS, and a final warning letter with a copy to MPHS.

C.    If all of the above requirements have been met by the Association, and the Nurse fails to comply with the provisions of this section, the Association may request that MPHS terminate the employment of such Nurse at the end of thirty (30) days from the date of such notification.  MPHS, upon receiving such notification from the Association, shall immediately notify said Nurse that his/her services shall be terminated at the end of thirty (30) days from the date of such notification, and shall discharge said Nurse accordingly unless the Nurse complies with the membership or service fee conditions within the thirty (30) day period.

D.    Upon the execution of this Agreement, MPHS will send the Association a master list of all Nurses covered by the Agreement, containing the name, address, social security number and classification of each Nurse.  Subsequently, on a monthly basis, MPHS will send the Association a list of all new hires, terminations, and changes in classification.  MPHS will include social security numbers on the monthly dues deduction roster at such time as MPHS's payroll system can accommodate such a listing.

E.    On at least a monthly basis, the employer will also provide the union with information about members in the bargaining unit in a mutually acceptable computer-readable form necessary and sufficient for the Union to fulfill its duty of fair representation.  This information shall include, but not be limited to, information regarding the demographics, job, and work-related financial information about each bargaining unit member.  This language is not intended to reduce the information historically provided to the Union by the employer but to make the process of information sharing more efficient and accurate for both parties. The Union pledges to help to protect the privacy rights of those in the bargaining unit by not releasing sensitive data to third parties.

F.    The Association shall indemnify MPHS and hold it harmless against any and all suits, claims, demands and liabilities that shall arise of, or by reason of, any action that shall be taken by MPHS or its agents for the purpose of complying with this Article.  If any provision of this Article is invalid under federal or state law, said provision shall be modified to comply with requirements of said federal or state law.


# ARTICLE IV

## ASSOCIATION DUES


During the term of this Agreement MPHS agrees that on each payday it will deduct from the salary of each Registered Nurse, who in writing authorizes such deductions, an amount

2

equivalent to one twenty-sixth (1/26th) of the annual dues and Association service charges for membership in the Association. MPHS shall remit said dues and charges so collected to the CNA Headquarters, 2000 Franklin Street, Suite 300, Oakland, CA 94612-2908, within ten (10) days after the deduction has been made. The foregoing, however, is subject to there being sufficient funds due to the Nurse from which deductions may be made after MPHS has paid all other legally required or Nurse authorized deductions. A list shall accompany the deductions which will show the names of the Nurses for whom deductions have been made. The Association shall hold MPHS harmless against any claims or liabilities that might arise by reason of the inability of MPHS to make the authorized deductions and shall hold MPHS harmless against claims or liabilities that might arise or be incurred by MPHS as the result of any action or claim brought by any Nurse against MPHS in connection with MPHS's deduction of dues and/or service charges under this Article.

## ARTICLE V

### NONDISCRIMINATION

MPHS shall not discriminate against any Registered Nurse covered by this Agreement by reason of such Registered Nurse's activity for, or membership in, the Association, providing that such activity does not interfere with the Nurse's regular duties. The Association will not discriminate against any Nurse covered by this Agreement who in accordance with applicable law, refuses to join or participate in the activities of the Association or who exercises the right of individual self-representation with respect to employment relations with MPHS. Neither MPHS nor the Association shall discriminate against any Registered Nurse because of such Nurse's sex, race, religion, creed, color, national origin, or age as defined in the Age Discrimination in Employment Act, sexual preference, or disability as provided by law. It shall be the responsibility of both MPHS and the Association to resolve or eliminate any such discriminatory actions or procedures.

## ARTICLE VI

### ANNIVERSARY DATE

The most recent date of hire, anniversary date of hire, or adjusted anniversary date shall be used in determining salary placement and benefit eligibility. Full and part time nurses shall advance tenure steps each year at the beginning of the first pay period following their anniversary dates. However, dates of hire and anniversary dates of hire shall be adjusted to reflect periods of suspension and unpaid leaves of absence in excess of thirty (30) calendar days and periods of layoff in excess of ninety (90) calendar days. In cases of anniversary dates occurring during periods of disciplinary probation, the applicable tenure step increase will be effective upon successful completion of such period of disciplinary probation with no change in the Nurse's

3

anniversary dates of hire. No Nurse shall have his/her anniversary date adjusted by being designated a Clinical Nurse. No Nurse shall have his/her anniversary date in any way affected if said Nurse moves from one Hospital to the employ of the other.

# ARTICLE VII

## EMPLOYMENT CATEGORIES

For the purposes of compensation and fringe benefit eligibility and computation, Registered Nurses shall be categorized as either Full-Time, Part-Time, or Per Diem. Nurses may be required to work at the alternate facility under circumstances set forth in Article XXX, Section G and only in their same regions and only after orientation. A change in a Nurse's employment category must first be approved in writing by the appropriate Nurse Manager or Department Director.

A.    **Full-Time Nurses.** Except as provided in Appendix D, a Full-Time Nurse is a Registered Nurse who is regularly scheduled to work eighty (80) hours in a biweekly pay period.

B.    **Part-Time Nurses.** Part-Time Registered Nurses are those who work on a regular basis of at least forty (40) hours in a biweekly pay period but less than eighty (80) hours. Part-Time Nurses shall receive salary and benefits prorated in ratio to the number of hours worked as compared to Full-Time.

C.    **Per Diem Nurses.** Registered Nurses who may be called in on short notice to meet staffing requirements. At least six (6) weeks in advance, Per Diem Nurses shall provide notice of availability to work four (4) shifts per four (4) week scheduling cycle, including a maximum of two (2) weekend shifts in a four (4) week scheduling cycle or six (6) weekend shifts in three consecutive four (4) week scheduling cycles. In the event that two (2) or more Per Diem Nurses submit availability for the same shift, the shift shall be granted in order of seniority.

Per Diem Nurses shall be available to be called for work until two (2) hours prior to the start of their shift. Such nurses shall be guaranteed a minimum of eight (8) hours' work or pay when they report to work. Per Diem Nurses must notify MPHS of their unavailability for work not to exceed ten (10) calendar weeks per calendar year with the exception of approved medical leave. The Per Diem Nurse's request to be unavailable shall be made in writing at least six (6) weeks in advance of the week(s) during which he/she desires to be unavailable to work.

Per Diem Nurses must be available to work on one of the two holidays consisting of Christmas or New Year's, as determined by MPHS; if possible, these days will be alternated annually. Per Diem Nurses must be available to work every other Thanksgiving holiday. At MPHS's request, based on staffing needs, a Per Diem Nurse could fulfill the holiday commitment by working an alternate shift in the week immediately preceding or following the actual holiday. Per Diem Nurses shall be provided with orientation, as is determined to be necessary by MPHS, when they change from one facility to the other for the first time.

4

If a Per Diem is changing availability, twenty-four (24) hours' advance notice of such change is required, except in cases of illness or emergency. If the Per Diem Nurse is unavailable for a scheduling or cancellation call, it is the Nurse's responsibility to call in or notify MPHS prior to the two (2) hour cutoff points referred to above. Failure to provide notices of availability or unavailability as set forth above or failure to give notice prior to the two (2) hour cutoff points on any one occasion and/or giving such notice more than five (5) times in any given calendar year, will subject the Per Diem Nurse to disciplinary action up to and including termination. Per Diem Nurses called off from a previously scheduled shift without two (2) hours' notice shall receive eight (8) hours' straight time compensation or eight (8) hours' work, at MPHS's discretion. During the life of this Agreement, the parties may mutually agree to meet for the purpose of agreeing upon amendments to the terms and conditions of this paragraph.

D.    **Conversion to Part- or Full-Time Status.** Per Diem Nurses with less than one thousand (1,000) hours of work with MPHS who convert to Full- or Part-Time status shall be classified and paid at the Staff Nurse Step 1 rate until they have completed a total of one thousand (1,000) hours of work, less any applicable prior experience credit provided for in Section A of Article VIII. Per Diem Nurses with one thousand (1,000) or more hours of work with MPHS, including the applicable credit for prior experience, if any, who convert to Full- or Part-Time status shall be classified and paid at the appropriate Staff Nurse rate, each additional two thousand (2,000) hours of work with MPHS being equivalent to twelve (12) months' service.

**ARTICLE VIII**
**CLASSIFICATIONS**

A.    **Staff Nurse Step Placement and Salary Progression.**

1) **Step Placement Upon Hire**: A Registered Nurse licensed by the State of California hired by MPHS shall be placed on the Staff Nurse wage scale based on his or her nursing experience in an acute care hospital or a comparable clinical area, as set forth below:

| Step 1 | Step 2 | Step 3 | Step 4 |
|---|---|---|---|
| 0 up to 18 months of acute care experience within the last 3 years | 18 months up to 5 years acute care experience within the last 5 years | 5 years up to 8 years acute care experience within the last 8 years | 8 years or more acute care experience within the past 10 years |

For purposes of determining the step upon which the new nurse is hired, one year of experience shall require at least one thousand (1000) hours of work during a calendar year.

2) **Step Progression -- Steps 1 through 5:**

After being hired by MPHS, Nurses shall advance from their initial step up to and through Step 5 on their applicable anniversary dates of employment. Notwithstanding the foregoing, a Nurse who is hired with a baccalaureate degree in nursing or who obtains such a degree while employed by MPHS will have his or her anniversary date advanced by ninety (90) days. If such a nurse would have received a tenure step increase during such ninety (90) day period, the nurse will receive the increase as of the date the degree is awarded.

### 3) Step Progression — Tenure Steps (Steps 6 through 8):

a) A Nurse shall move to the ten (10) year tenure step (Step 6) effective ten (10) years after the Nurse's anniversary date as a Staff Nurse in contractual benefit status.

b) A Nurse shall move to the fifteen (15) year tenure step (Step 7) effective fifteen (15) years after the Nurse's anniversary date as a Staff Nurse in contractual benefit status.

c) Effective the start of the second payroll period in January 2003, a Nurse shall move to the twenty-one (21) year tenure step (Step 8) effective twenty-one (21) years after the Nurse's anniversary date as a Staff Nurse in contractual benefit status.

d) A Nurse who has a break in service and who returns to benefit status position within one (1) year shall have past service counted for purpose of qualifying for such tenure step.

B.    **Clinical Nurse.** Criteria: A Nurse can be classified as a Clinical Nurse if she/he meets the following criteria:

(1)    A Full-Time or a Part-Time Registered Nurse must have: (i) at least two (2) years' practical experience in an acute setting within the past three (3) years; (ii) at least six (6) months' continuous employment at MPHS; (iii) at least six (6) months' employment within his/her area of clinical expertise; and (iv) satisfy the criteria established by the Nurse Recognition Committee on an on-going basis;

(2)    A Per Diem Registered Nurse must meet all the requirements set forth above with regard to Full-Time and Part-Time Registered Nurses and, in addition, must satisfy the following requirements: (i) must have worked at least 1040 hours in the prior calendar year; and (ii) must continue to work at the rate of 1040 hours per year.

When a Clinical Nurse elects to transfer to a different clinical area of practice, the Nurse will be required to meet the qualifications detailed in the Clinical Nurse Manual to maintain Clinical Nurse status.

If a Clinical Nurse moves from one campus to another in the same clinical area of practice, that nurse shall maintain his/her Clinical Nurse status.

The parties agree to establish a Nurse Recognition Committee, consisting of three (3) representatives of each party, to evaluate and maintain criteria for Clinical Nurse I and II classifications. If the Nurse Recognition Committee is unable to reach agreement, the matter in dispute will be referred to the Vice President for Acute Services and either one or both of the Co-Presidents of the Clinical Nurse Councils for resolution.

C.    **Past Experience At MPHS.**  A Nurse who returns to work at MPHS within one (1) year after termination or who returns to benefit status within one (1) year after having converted to non-benefit status shall be paid at not less than the salary step and PTO benefit level as that at which the Nurse left or converted to non-benefit status. The rehiring salary step, PTO level or benefit waiting period of Nurses rehired or returning to benefit status from non-benefit status more than one (1) year after termination or such change of status shall be at the sole discretion of MPHS, except in the cases of benefit status Nurses who take a per diem position with MPHS, after leaving benefit status. Whenever such Per Diem Nurses resume benefit status, they shall accrue PTO at the rate in effect at the time they left their benefit status.

D.    **Inter-Organizational Transfers.**  MPHS shall recognize voluntary transfers to or from other Sutter Health affiliates. A Nurse who transfers to MPHS will be credited, for benefits purposes only, with his/her system-wide length of service. For a reduction in force, recall or bidding, only bargaining unit seniority shall be used. An inter-facility transfer shall not result in the displacement or reduction in hours of any bargaining unit nurse.

## ARTICLE IX

## COMPENSATION

A.    **Minimum Monthly Salaries.**  The minimum monthly rates of pay for the classifications in the bargaining unit shall be as shown in Appendix A, as described below:

(1)  The base wage rates shall be increased 4.5%, effective on March 17, 2002, as shown in Table 1 in Appendix A;

(2)  The base wage rates shall be increased 3.5%, effective on January 5, 2003, as shown in Table 2 in Appendix A;

(3)  The base wage rates shall be increased 5%, effective on June 8, 2003, as shown in Table 3 in Appendix A; and

(4)  The base wage rates shall be increased 6%, effective on June 6, 2004, as shown in Table 4 in Appendix A.

B.    **Daily Rates For Per Diem Nurses.** The minimum daily rates of pay for Per Diem Nurses shall be as set forth in Appendix A. Said daily rates are in lieu of all fringe benefits and premiums other than legally required overtime and time and one-half (1 ½) the regular hourly rate of pay for all hours actually worked on the holidays specified in the first paragraph of Article XIV, Section A of this Agreement. A Per Diem Nurse who would otherwise have been hired as a Staff Nurse, Step 1 shall receive One Dollar ($1.00) per hour above the Staff Nurse, Step 1 rate and shall progress to Per Diem Step 2 rate set forth below after completion of 1000 hours of work and to Steps 3, 4, 5 and 6 after completion of an additional 2000 hours of work for each such Step.

C.    **Shift Differentials.**

1.    For all hours worked on shifts commencing at 1500 hours: 10% of Staff Nurse Step 1 base pay (see Table below). For all hours worked on shifts commencing at 2300 hours: 15% of Staff Nurse Step 1 base pay (see Table below).

### SHIFT DIFFERENTIALS

| Effective Date | Shifts Commencing at 1500 hours | Shifts Commencing at 2300 hours |
|---|---|---|
| July 12, 2002 | $3.13 | $4.70 |
| January 5, 2003 | $3.24 | $4.86 |
| June 8, 2003 | $3.40 | $5.10 |
| June 6, 2004 | $3.61 | $5.41 |

Payment of the applicable shift differential premium is only for the actual hours worked on any shift, once the Nurse has worked at least two (2) hours on such a shift.

2.    Nurses who regularly work the shift commencing at 2300 hours on consecutive Friday and Saturday nights for a schedule of thirteen (13) consecutive weeks shall be paid at double the Nurse's regular hourly rate for all straight-time hours worked. Nurses who regularly work the shift commencing at 1500 hours on two (2) consecutive weekend evenings for a schedule of thirteen (13) consecutive weeks shall be paid at one and one-half the Nurse's regular hourly rate for all straight-time hours worked. These premiums shall be in lieu of any other differential or premium (including but not limited to holiday rates), which might otherwise apply.

D.    **Shift Charge Nurse.** A Staff Nurse who is designated by the appropriate supervisor to be in charge of the unit ("Designated Charge Nurse") shall be compensated at a rate of Two Dollars ($2.00) per hour higher than the Nurse's regular rate of pay for all hours worked as a Designated Charge Nurse upon such shift, in addition to the applicable shift differential.

Relief Charge Nurses shall receive a premium of One Dollar and Twenty-Five Cents ($1.25) per hour, in addition to the applicable shift differential, for all hours so worked. Designated and Relief Charge Nurses shall identify on applicable time records the hours worked in such capacities. It is agreed that, at times when patient census drops, the Designated Charge Nurses will not be required to float by seniority. If temporary reductions in staffing are required, Designated Charge Nurses will be reduced in accordance with Article XXX(G), provided that there is a Nurse qualified and willing to function in the role of Relief Charge Nurse and, if circumstances require, as Designated Charge Nurse. MPHS will notify CNA thirty (30) days in advance of any contemplated changes in the number of Designated Charge nurse positions. Any resulting disagreement over the basis for such a decision may be submitted to the grievance procedure.

When a staffing shortage for a particular shift exists, the Nurse Manager and/or Nursing Shift Supervisor and the Charge Nurse shall immediately meet to assess the patient care needs and the staffing available to provide safe patient care. If there are still not enough staff available according to the acuity system to provide safe patient care, the Nurse Manager and/or Nursing Shift Supervisor will call in extra staff. Allegations of unsafe staffing conditions, including insufficient staff, improperly trained staff, etc., shall be subject to immediate review and adjustment if necessary. When such an allegation is made, the responsible Hospital representative shall meet immediately with the RN(s) making the allegation. A CNA representative, nurse representative or Hospital Human Resources representative may also be present, if available. The parties shall review the staffing conditions and attempt to reach agreement on a resolution.

E.      **Preceptor Differential**. Except as provided below, nurses who are designated as Preceptors for Registered Nurses who are new graduates or other Registered Nurses who are in extended training positions shall be paid a premium of One Dollar and Twenty-Five Cents ($1.25) per hour for all hours spent precepting other RNs. A Registered Nurse who has received the Preceptor Differential at any point during a calendar year is ineligible to use his or her preceptor duties for the Clinical Nurse Program.

## ARTICLE X

## HOURS OF WORK – OVERTIME

A.      For the purpose of this Article "a day" for any Nurse commences with the start of work by a Nurse at or after 2300 hours and continues for a consecutive period of twenty-four (24) hours.

B.      MPHS will pay overtime for hours worked in excess of eight (8) hours in a day or eighty (80) hours in a biweekly pay period which are authorized in advance by the Department Manager or a Supervisor. Daily overtime is at the rate of time and one-half (1½) for the first four (4) hours of overtime and double (2) time for additional hours worked beyond the first

four (4) hours of overtime. Overtime in excess of eighty (80) hours shall be at time and one-half (1½).

C.     When a Registered Nurse is required by MPHS to remain on MPHS grounds during the Nurse's lunch period, such lunch period shall be considered time worked and the Nurse shall be so compensated.

D.     Any Registered Nurse, other than a Nurse on-call, requested, on short notice, to work extra time shall have the option to refuse to do so. MPHS shall not penalize a Nurse in any manner because of the Nurse's exercise of this option. MPHS shall not assign mandatory overtime unless there is a disaster or emergency declared by a Federal, State and/or County Government.

E.     **Rest Between Shifts.** Each Nurse shall be paid at the rate of two (2) times the straight-time rate of pay for all nonconsecutive hours worked over eight (8) during the Nurse's workday. In addition, each Nurse shall have an unbroken rest period of at least fifty-five (55) hours between shifts when the Nurse is off on the weekend or two (2) consecutive days off, and of at least thirty-one (31) hours between shifts when the Nurse is off on a holiday or on a single day off. All hours worked within the above rest periods shall be paid at the rate of double time. Overtime for which premium pay is given shall count as rest periods for purposes of this Section E.

F.     The provisions of this Article may be waived by agreement between the Nurse and his/her Supervisor as follows:

1.     If overtime pay would be incurred because of a request from a Registered Nurse, MPHS will provide information to the Registered Nurse regarding his/her waiver rights and may do either of the following:

a.     Grant the request conditional upon MPHS's receipt of a signed waiver prior to the date that the overtime pay would be incurred; or

b.     Deny the request.

2.     If overtime pay would be incurred because of a request by MPHS, the waiver must be based upon the non-solicited written request of the Nurse(s).

G.     Tentative work schedules shall be posted six (6) weeks prior to the beginning of each four (4) week work cycle. The schedule shall be made final by MPHS no later than ten (10) days prior to the effective date of the schedule. Prior to any changes being made to the final schedule, the consent of the affected Nurse(s) shall be obtained.

H.     **Penalty Pay for Missed Rest Periods and Meal Breaks.** California law currently provides that employees who are not provided their legally required rest period(s) are entitled to receive one hour of pay for the missed rest period(s) for each shift and an additional one hour of pay for missed meal period(s) for each shift. As long as this law remains applicable

to nurses covered by this Agreement, a nurse may grieve the denial of this statutory right pursuant to the terms of Article XXVII (Grievance Procedure).

## ARTICLE XI

## ON-CALL AND DOUBLE SHIFTS

A.    **On-Call.** MPHS will pay Registered Nurses for regular on-call assignments at the rate of one-half (½) the Nurse's regular hourly rate and at three-fourths (3/4) such hourly rate for on-call assignments occurring on the holidays provided for in the first paragraph of Section A of Article XIV of this Agreement.  An additional one and one-half (1½) times the regular hourly rate will be paid for all hours worked in MPHS while on an on-call assignment status, except that the hours worked on a holiday specified in Article XIV shall be paid for at one and three-fourths (1-3/4) times the regular hourly rate.  The cumulative rate for on-call hours actually worked amounts to double time (2X) for such service, except for holidays, when it amounts to two and one-half (2½) times.

B.    **Double Shifts.** MPHS will pay a Registered Nurse eight (8) hours at double the Nurse's straight-time hourly rate of pay (excluding any first shift differential and/or premium) for the last eight (8) hours of a double shift plus any shift differential and/or relief in higher classification pay which may be applicable to the second shift.  A Nurse requested by MPHS to work a double shift and who is called off during that shift shall be paid double time for all hours worked on that shift.

C.    The provisions of this Article may be waived by agreement between the Nurse and his/her Supervisor as follows:

1.    If premium pay would be incurred because of a request from a Registered Nurse, MPHS will provide information to the Registered Nurse regarding his/her waiver rights and may do either of the following:

a.    Grant the request conditional upon MPHS's receipt of a signed waiver prior to the date that the premium pay would be incurred; or

b.    Deny the request.

2.    If premium pay would be incurred because of a request by MPHS, the waiver must be based upon the non-solicited written request of the Nurse(s).

## ARTICLE XII

## POSITION POSTING AND FILLING OF VACANCIES

A.    Registered Nurse positions under this Agreement which are permanently vacated or newly created shall be posted at both Hospitals on the position posting bulletin board for a period of at least seven (7) calendar days.

B.    It is the policy of MPHS to fill permanent vacancies from within, whenever possible. When more than one (1) Nurse applies for any such vacancy, before any new Nurses are hired, length of service with MPHS shall be the determining factor when existing qualifications and the present abilities of the Nurse applicants are equal in the judgment of MPHS. Additionally, benefit status Nurses will take precedence over Steps 1 through 5 Per Diem Nurses, regardless of work location of the Nurses, as long as qualifications, as determined by MPHS, are equal. Step 6 Per Diem Nurses will be given equal consideration with benefit status Nurses based on the same criteria and their seniority dates will be determined by dividing such Per Diem Nurses' number of hours of work for MPHS by one thousand (1,000).

C.    Each newly posted position shall be accompanied by a job title, minimal qualifications, brief synopsis of the job description or directions for additional information to be obtained at the personnel office, educational requirements, if any, special requirements and starting pay for the position. When a Nurse is not selected for a position, said Nurse shall be notified in writing of that decision prior to the announcement of the filling of said vacancy. When a senior Nurse(s) is not granted the position for which he/she applied on the grounds of qualifications, MPHS, at the time of appointment of a less senior Nurse, shall verbally advise the senior Nurse(s) of the reasons as to why he/she was not chosen.

D.    Permanent vacancies and newly created positions shall be filled within sixty (60) days from the date of the job offer. However, nothing in this Agreement shall prevent MPHS from filling any permanent vacancy or new position on a temporary basis for a period of up to sixty (60) calendar days.

E.    A Nurse may apply for a transfer at any time. Transfers shall be limited to one every six (6) months, subject to waiver by review and agreement of the managers whose units are affected.

F.    For the purpose of bidding on posted positions all Registered Nurses employed by MPHS may use their length of service with MPHS as the basis for their seniority.

# ARTICLE XIII

# PAID TIME OFF

A.      The Paid Time Off (PTO) plan is a benefit designed to provide the employee with paid personal time away from work.   PTO can be used for vacation, holidays, religious observances, personal or family business, short-term illness, health or dental appointments, or any other reason deemed appropriate by the employee to maintain continuity of pay.  PTO can also be used when either facility is closed or not fully operational due to emergencies or natural disasters, e.g., severe weather conditions, earthquake, power failure, etc., or when sufficient work is not available to warrant scheduled hours for assigned personnel.  This Paid Time Off plan replaces the previous vacation, holiday, and sick leave programs for eligible employees, those who are regular full-time and part-time (who work a schedule of 20 or more hours per week). Eligibility begins with the first day of employment.

B.      **Definitions.**

1.      **Paid Time Off Bank (PTO).**  Individual employee accounts containing accrued hours designated for vacation, holiday time off, the occasional sick day, or other personal needs.

2.      **Extended Illness Bank (EIB).**  Individual employee accounts containing accrued hours designed for the severe or long-term illness.  The Extended Illness Bank may be used when an employee is in one of these circumstances:

(a)      Is admitted to a hospital or has a surgical procedure performed in a hospital or a surgery center;

(b)      Otherwise qualifies for State Disability benefits;

(c)      Is eligible for Workers' Compensation benefits; or

(d)      When PTO has been used consecutively for the equivalent of one (1) week's work (50% of the scheduled hours in a pay period) and a physician's verification of illness is provided.

C.      **Accruals.**  PTO and EIB hours accrue on hours worked up to a maximum of 80 in a pay period.  The accrual rates are set forth in the following table:

## PTO

| LENGTH OF SERVICE IN MONTHS | HOURS ACCRUED EACH PAY PERIOD (If F/T) | EQUIVALENT RATE/HOUR | EQUIVALENT DAYS/YEAR |
|---|---|---|---|
| 1 - 24 | 8.889 | .1111 | 26 |
| 25 - 60 | 11.228 | .1404 | 32 |
| 61 – 120 | 13.274 | .1659 | 37 |
| 121+ | 15.413 | .1927 | 42 |

PTO time can be carried over from year to year. Nurses who have more than 800 hours as of the date this Agreement is effective, will be cashed out for hours in excess of 800 hours within 30 days of the effective date of the Agreement. Maximum accrual of PTO is 800 hours.

Hours accrued over the 800 hour PTO cap will be accrued at the following rates and will be credited to the Nurse's EIB.

| LENGTH OF SERVICE IN MONTHS | HOURS ACCRUED EACH PAY PERIOD (If F/T) | EQUIVALENT RATE/HOUR | EQUIVALENT DAYS/YEAR |
|---|---|---|---|
| 1 - 24 | 5.600 | .0700 | 17 |
| 25 - 60 | 7.392 | .0924 | 22 |
| 61 - 120 | 9.272 | .1159 | 27 |
| 121+ | 11.228 | .1404 | 32 |

## EIB
### Extended Illness Bank Accrual Rates
### (Based on 80 hours worked per pay period)

| LENGTH OF SERVICE IN YEARS | HOURS ACCRUED EACH PAY PERIOD(If F/T) | EQUIVALENT RATE/HOUR | EQUIVALENT DAYS/YEAR |
|---|---|---|---|
| Not a factor | 1.89 | .0236 | 6 |

There is no maximum of the number of EIB hours that may be accrued.

    D.    **Scheduling.**

        1.    **Emergencies.** Employees not able to report to work because of an emergency must advise their supervisor at the earliest possible time of their inability to report to work.

2. **Requests for Scheduled Paid Time Off.** Accrued PTO will be granted upon approval by the department manager, in order to assure that the core staffing needs of the department will be met:

a. MPHS will grant time off for PTO and Educational Leave in accordance with the target numbers for RN's, as set forth below:

## TARGET NUMBERS OF PTO & EDUCATIONAL LEAVE PER UNIT PER SHIFT

**Peninsula Medical Center**

**1st Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| Emergency | 2 | 2 | 1 |
| O.R. | | 2 | X |
| O.R. (eff. 1/1/03) | 2 | 1 | |
| PACU. | | 2 | X |
| PACU. (eff. 1/1/03) | 2 | 1 | |
| Endoscopy | 1 | X | X |
| Nursing Office Floats | 1 | 1 | 1 |

**2nd Floor**

| | | | |
|---|---|---|---|
| Ortho | 1 | 1 | 1 |
| SNF / 6th SNF | 1 | 1 | 1 |
| Peds | | 1 | |

**3rd Floor**

| | | | |
|---|---|---|---|
| Psych with PES (Region) | 1 | 1 | 1 |

**4th Floor**

| | | | |
|---|---|---|---|
| FBC Apr-Oct | 3 | 2 | 3 |
| FBC Nov-Mar | 4 | 3 | 4 |

**5th Floor**

| | | | |
|---|---|---|---|
| I.C.U. | 2 | 2 | 2 |
| I.C.U. (eff. 1/1/03) | 3 | 2 | 2 |
| TCU | 2 | 1 | 1 |

**6th Floor**

| | | | |
|---|---|---|---|
| Surgery Center | 1 | 1 | X |
| Cardiac Rehab | 1 | | X |

**7th Floor**

| | | | |
|---|---|---|---|
| M/S | 2 | 2 | 1 |

**8th Floor**

| | | | |
|---|---|---|---|
| M/S | 1 | 1 | 1 |

**Mills Health Center**

**Ground Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| O.R. | 2 | X | X |
| PACU & Surgery Center | 2 | X | X |
| PACU & Surgery Center (eff. 1/1/03) | 3 | X | X |
| Dialysis | 1 | 1 | X |

**1st Floor**

| | | | |
|---|---|---|---|
| Infusion | 1 | X | X |
| Cardiac Rehab | 1 | X | X |
| Oncology | 1 | X | X |

**2nd Floor**

| | | | |
|---|---|---|---|
| E.R. | 1 | 1 | 1 |

**3rd Floor**

| | | | |
|---|---|---|---|
| R.C.I. | 1 | 1 | 1 |

**5th Floor**

| | | | |
|---|---|---|---|
| A.R.C. | 1 | 1 | 1 |

| | | | |
|---|---|---|---|
| M.P.E.C. | 1 | 1 | 1 |

| | | | |
|---|---|---|---|
| 1720 Dialysis | 1 | 1 | X |

# ARTICLE XIV

## HOLIDAYS

A.    The following holidays have been selected as those for which premium pay is due for hours worked:

New Year's Day                          Labor Day
Martin Luther King, Jr.'s Birthday      Thanksgiving Day
President's Day                         Christmas Day
Memorial Day
Independence Day

B.    **Pay For Holiday Worked.** Nurses who work on a recognized holiday shall receive one and one-half (1½) times the Nurse's regular rate of pay for all hours worked on the holiday. Benefit status nurses will also be credited with the applicable number of PTO hours. Part-time Nurses working on a Holiday will accrue PTO based on the equivalent of eight (8) hours of work.

C.    **Conversion Of Holiday Pay To PTO.** Nurses may elect to convert premium pay for holidays worked to PTO; otherwise, the Nurse shall be paid for the holiday and any work performed on the holiday.

D.    **Nurse's Election.** The Nurse shall advise the supervisor before the end of the payroll period in which the holiday occurs of any election other than to receive pay.

E.    **Yearly Holiday Work Requirement.** All Nurses may be required to work either Christmas or the following New Years Day and shall have the other day off, unless the Nurse elects to work both. For the purpose of fulfilling the above referenced yearly Holiday Work Requirement:

Christmas shall be defined as: December 24th, 11pm-7am or December 25th, 7am-3pm or December 25th, 3pm-11pm

New Years Day shall be defined as: December 31st, 11pm-7am; January 1st, 7am-3pm or January 1st, 3pm-11pm

**Rotating Holiday.** MPHS will, if possible, insure that a Nurse shall not be required to work the same Holiday in two (2) consecutive years. Nurses who are scheduled off and work at MPHS's request on December 24th; 3pm–11pm or December 31st; 3pm –11pm shifts shall be deemed to have worked the Christmas or New Years' Holiday for the purpose of rotating Holidays. A PM Nurse will not be required to work both Christmas Eve and New Years Eve, unless the Nurse so requests, nor shall a Night Nurse be required to work both December 23 and December 30 unless the Nurse so requests.

By this Section, it is not the intent of the parties to restrict the manner by which MPHS determines work schedules but rather to define the manner by which they meet the 'Holiday work' requirement.

F. **Thanksgiving Holiday Work Requirement.** Nurses will be guaranteed every other Thanksgiving off. Thanksgiving shall be defined as the fourth Wednesday in November, 11 p.m.-7 a.m. or the fourth Thursday in November from 7 a.m.-3 p.m. or the fourth Thursday in November from 3 p.m.-11 p.m.

## ARTICLE XV

## HEALTH AND DENTAL PLANS

A. During the term of this Agreement, MPHS will maintain in effect the existing health and dental benefit plan options, including eligibility requirements and dependent coverage, which shall include Domestic Partners. Nurses will pay the following amounts for medical care on a monthly basis.

|  | Nurse Only | Nurse + 1 | Nurse + More than 1 |
|---|---|---|---|
| Prudent Buyer Plus | $20.00 | $55.00 | $65.00 |
| Prudent Buyer Classic | -0- | $45.00 | $45.00 |
| HMO | $15.00 | $45.00 | $45.00 |

Nurses will pay the following for coverage for dental and vision care on a monthly basis:

|  | Nurse | Nurse + Dependents |
|---|---|---|
| Dental | -0- | $15.00 |
| Vision | $5.00 | $10.00 |

In the event it becomes necessary to substitute a different indemnity plan in place of the current Blue Cross plan, the selection of the new third party administrator will be made by MPHS. In the event there is to be any change in benefit coverage for covered Nurses, such will be subject to negotiations between the parties. Effective upon the open enrollment period commencing January 1, 2001, the maximum Dental Insurance Benefit shall be increased to $1,500 per year.

During the term of this Agreement, MPHS will continue to provide HMO-type plans in accordance with the eligibility requirements and payment formulae as are presently in effect. In the event that carriers are to be changed, notification of such change will be provided at least 90 days prior to implementation. In the event there are to be any changes in benefit levels and/or

19

plan design either with a new or existing carrier, such will be the subject of negotiations between the parties. Disputes concerning benefit levels and/or plan design not resolved by negotiations shall be subject to interest arbitration.

During the term of this Agreement, MPHS will continue in effect the current Employee Assistance Program.

B.    Per Diem Nurses may, upon the Nurses affirmative written election, be covered by either health plan and/or the dental plan. Newly hired Nurses shall make the election within ten (10) calendar days of the first day of work or the right to elect coverage shall be waived. Full- or Part-Time Nurses who change to a per diem status shall make the election prior to the change in status. Per Diem Nurses who elect health and/or dental plan coverage shall authorize MPHS in writing to deduct the cost of the monthly premium from the paycheck immediately prior to the date due. Should the Nurse's paycheck not be sufficient to cover the deduction, MPHS shall notify the Nurse of the amount due and such amount shall be paid prior to the date due. Failure to pay when due will result in the Nurse being dropped from the Plan. Except during the annual enrollment period, a Per Diem Nurse who waives coverage may not elect coverage at a later date and a Nurse who drops coverage may not re-elect to be covered.

C.    Booklets covering the major details of the health plan, including dental and vision coverage, shall be made available within ninety (90) days of the execution of this Agreement.

D.    For the two office exams covered each year under MPHS's dental plan there shall be no requirement that exams be at least six months apart.

## ARTICLE XVI

## EMPLOYEE DISCOUNTS

A.    Purchasing by the Nurses within MPHS is limited to such pharmacy items as may be prescribed for them by their physician for their own use or that of their spouse or dependent children, in accordance with the following terms:

**Pharmacy:**    1.    Over the counter pharmaceuticals—MPHS retail price less 20%.
2.    Prescriptions—usual and customary price less 20%.

**CPD Items:**    20% discount

B.    A discount of twenty percent (20%) will be allowed on the MPHS portion of all in-patient services rendered to employees or their immediate dependents which are not paid by hospitalization insurance. A twenty percent (20%) discount will also be allowed on the uninsured Hospital portion of all out-patient services.

## ARTICLE XVII

## DISABILITY

A.    **Short-Term Disability.**    MPHS will continue to provide State Disability Insurance per the existing plan.

B.    **Long-Term Disability.** Effective the first of the month following the Nurse's date of hire, MPHS will provide a long-term disability insurance plan with the monthly benefit maximum of $10,000, the elimination period of 180 days, and the benefit as a percentage of pay of 66-2/3%. This benefit is available to benefit status Nurses who work a minimum of twenty (20) hours per week.

C.    **Integration Of Disability And PTO.** The full pay of a Nurse on State Disability or Workers' Compensation leave will continue as long as there is accrued CSL or EIB to cover the absence. If the Nurse has no CSL or EIB or elects not to use PTO, MPHS will not be making payments to the Nurse at that time. Disability money turned into Accounting will be deducted from annual gross earnings for the purpose of tax liability reduction.

## ARTICLE XVIII

## LIFE INSURANCE

MPHS shall provide term life insurance of two (2) times the benefit Nurse's regular straight-time annualized salary rounded to the next higher one thousand dollars ($1000), with double indemnity and dismemberment coverage for each Registered Nurse, provided said Nurse is hired to work at least forty (40) hours in a biweekly payroll period. The aforesaid coverage shall be in force the first of the calendar month following the date of employment. In accordance with the current requirements of the California State Insurance Commission, a Nurse who terminates or retires shall have the option to continue the life insurance policy at her own expense.

## ARTICLE XIX

## RETIREMENT

A.    **Benefits Offered Prior to January 1, 2003.** MPHS will continue to provide retirement options for eligible Nurses, in accordance with the terms of the collective bargaining agreement in place prior to July 12, 2002.

21

B.    **Benefits Offered Effective January 1, 2003.**  Two retirement options shall be available to eligible Nurses covered by this Agreement. The two options are the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design (formerly known as the Mills-Peninsula Retirement Plan).  These plans will contain the terms and conditions set forth in this Section B of this Article.

1.    Nurses hired on or after January 1, 2003 will be provided a one-time, irrevocable election between the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design.  This one-time, irrevocable choice shall be effective January 1, 2003, or the date of hire, whichever is later.

2.    Any Nurse failing to make the elections required by the preceding paragraph within ninety (90) calendar days after becoming eligible for this benefit whichever is later, will automatically be enrolled in the Sutter Health Retirement Plan—Cash Balance Design.

3.    Eligible Nurses hired before January 1, 2003 shall have the retirement options set forth in Appendix K.

4.    **Terms and Conditions of the Plan Designs.**

a.    Eligibility for participation in the plan designs is determined in accordance with the terms of the applicable plan document(s).

b.    The Sutter Health Retirement Plan—Defined Benefit Design will be amended to contain the following terms and conditions, effective January 1, 2003:

(i)    The definition of "compensation" will be enhanced to include overtime, differentials (including weekend differentials), and bonus plan, in order to match the definition of "compensation" under the Sutter Health Retirement Plan—Cash Balance Design;

(ii)    The hours required for counting a "year of credited service" will be reduced to 1000 hours in a calendar year for both benefited and per diem nurses, in order to match the definition of "year of credited service" under the Sutter Health Retirement Plan—Cash Balance Design;

(iii)    Per Diem Nurses will be included as an eligible employment classification.

(iv)    A disability benefit will be provided when a participant in the Sutter Health Retirement Plan—Defined Benefit Design, regardless of age, becomes disabled within the meaning of the Federal Social Security Act while employed by MPHS or another Sutter Health affiliate participating in the Sutter Health Retirement Plan—Defined Benefit

22

Design, and has at least five years of covered service under this design prior to the date the participant became disabled. The sole evidence the Sutter Health Retirement Plan—Defined Benefit Design will consider regarding the existence of a disability, and the date the disability began, is a written determination by the Social Security Administration. If a Sutter Health Retirement Plan—Defined Benefit Design participant qualifies for a disability benefit, the benefit will be calculated as if the participant were 65 years of age and retired as of the date of disability. There is no reduction for the early start of benefits, and payments will be retroactive to the later of (1) the date of disability (as determined by Social Security Act), or (2) the date of termination of employment. The disability benefit will be paid only until one of the following dates, whichever occurs first: (1) the date the participant is no longer disabled; (2) the date the participant dies; or (3) the first day of the calendar month in which the participant reaches the age of 65.

(v)    The waiting period to enter and to earn a benefit will provide that a Nurse may enter the plan on date of hire and earn a benefit if the Nurse works at least 1,000 hours in the calendar year of hire.

c.    The Sutter Health Retirement Plan—Cash Balance Design will be amended to contain the following terms and conditions, effective January 1, 2003:

(i)    The contribution schedule will be increased to the following:

| Years of Service | Percentage of Pay Contribution |
|---|---|
| 0-5 | 5% |
| 6-10 | 6% |
| 11-15 | 7% |
| 16-20 | 8% |
| 21-23 | 9% |
| 24-26 | 10% |
| 27-29 | 11% |
| 30+ | 12% |

(ii)    The vesting schedule will be shortened to 100% vesting after three years of service.

23

(iii)   Per Diem Nurses will be included as an eligible employment classification.

(iv)   The waiting period to enter and to earn a benefit will be shortened, so that a Nurse may enter the plan on date of hire, and earn a benefit if the Nurse works at least 1,000 hours in the calendar year of hire.

5.   Except as expressly provided above, eligibility for participation in the plans is determined in accordance with the terms of the applicable plan documents.

6.   There shall be no loss of retirement benefits and/or vesting rights by virtue of the execution of this Agreement.

C.   **Continuation Of Retiree's Health And Welfare Benefits**. Nurses retiring from a benefit-status job, with ten (10) continuous years in benefited status, who are at least fifty-five (55) years of age are eligible for continued health coverage if his/her age plus years of continuous service equals or exceeds seventy-five (75) at termination of employment. The provisions of such coverage are described below:

1.   Retirees who choose a community-rated HMO style program (currently Aetna) for pre-65 coverage will contribute a minimum of 20% of the cost of the premium and MPHS will contribute 80% of the cost, up to a maximum of $200.00. per month.

2.   For retirees who choose a retiree-group rated indemnity plan for pre-65 coverage, MPHS will contribute the same amount as it would otherwise pay for the alternative HMO style plan, up to a maximum of $200.00 per month.

3.   Retirees who choose a HMO Medicare Risk product for post-65 coverage will contribute a minimum of 20% of the cost of the premium and MPHS will contribute 80% of the cost, up to a maximum of $200.00 per month.

4.   For retirees in the indemnity plan who elect the low or high level Medicare supplement product for post-65 coverage, MPHS will contribute the same amount toward the supplement as it would otherwise pay toward the HMO Medicare Risk product, up to a maximum of $200.00 per month.

5.   If a retiree chooses dependent coverage, the retiree must pay the full cost of the HMO-style plan or, if chosen by the retiree, the full cost of the indemnity plan.

6.   The caps referenced in Sections C.1 and C.2 of this Article will increase to $215.00 per month effective January 1, 2004, and to $225.00 per month effective January 1, 2005.

D.    Depending upon staffing needs and the Nurse's retirement plan, Nurses retiring under this Agreement shall be considered for employment in a per diem capacity.

## ARTICLE XX

## LEAVES OF ABSENCE

A.    **Personal Leaves.**  Subject to the staffing needs of MPHS, personal leaves of absence up to six (6) months may be granted by MPHS following written request by the Nurse to the Department Manager.  No compensation or benefits shall be paid or provided during such leaves.  For leaves in excess of thirty (30) calendar days, the Nurse's anniversary date for tenure step adjustments and the accumulation of benefits will be adjusted.  MPHS will not guarantee reinstatement or reemployment rights to Nurses whose personal leaves are in excess of sixty (60) calendar days.  All insurance premium payments, except for life insurance, shall be the responsibility of the individual Nurse and, if continued, shall be remitted monthly at the group rate to MPHS in advance of the dates due.  MPHS may, for reasonable cause, deny any such application.

B.    **Medical Leaves.**  A Nurse shall be granted a leave of absence up to six (6) months required by ill health or medical disability.  During such period, MPHS will continue to pay a Regular Full- or Part-Time Nurse's insurance benefit premiums.  A medical leave may be extended up to an additional six (6) months upon MPHS approval, which shall not be unreasonably withheld.  During any leave period beyond the first six (6) months, the Full- or Part-Time Nurse will be responsible for paying monthly to MPHS, in advance of the dates due, the benefit insurance premiums at the group rate.  When a Nurse returns as scheduled from a medical leave of absence not exceeding fifty-six (56) days, such Nurse shall be assigned to the same classification, position, unit and shift she held before the leave.  If said leave is in excess of fifty-six (56) days and the Nurse returns in compliance with the approved terms of the leave, MPHS will use reasonable efforts to, and will not unreasonably deny returning the Nurse to the same classification, position, unit or shift occupied at the commencement of the leave, but MPHS does not guarantee immediate re-employment or return to the same classification, position, unit or shift; provided, however, that if the Nurse is not immediately returned to the same classification, position, unit and shift the Nurse shall have the right of first refusal should such a vacancy subsequently arise, unless, in the interim, the Nurse accepts a position other than that to which he or she was originally assigned upon return from leave.  A Nurse may add up to twenty-eight (28) days of paid time off to the fifty-six (56) day period referred to in this paragraph.

C.    **Pregnancy Leaves.**  A Nurse shall be granted disability related pregnancy leave for up to a maximum of six (6) months, and in the case of non-disability related pregnancy leave, including adoption leave, for a maximum of three (3) months.  Any request for extension of such leave, as related to ongoing disability, shall be processed under Section B, Medical Leaves, as appropriate.  Any request for extension of pregnancy leave unrelated to disability or adoption leave shall be processed under Article XIII, *Paid Time Off*, or paragraph A of this Article

"Personal Leaves." During any period of disability connected with the pregnancy (not exceeding six (6) months), MPHS will continue to pay a Regular Full- or Part-Time Nurse's insurance benefit premiums. During any pregnancy leave in excess of this period, the Full- or Part-Time Nurse will be responsible for paying monthly to MPHS, in advance of the dates due, the benefit insurance premiums at the group rate. Nurses returning as scheduled from a disability related pregnancy leave of absence not exceeding four (4) months will be assigned to the same classification, position, unit and shift they held before the leave, and, if they return after four (4) months and up to six (6) months, will be guaranteed a position involving the same number of hours, with the right of first refusal should there be a vacancy in their former unit and shift.

The six (6) month leave of absence periods provided for in paragraphs B and C above include any paid time-off and/or voluntary leaves of absence taken in conjunction therewith.

D.    **Family Care Leave.** A leave of absence for the purpose of caring for a Nurse's newborn, newly adopted child or for a child, parent, or spouse who has a serious medical condition will be granted to nurses who request such a leave, in accordance with applicable law. A provider's certification must accompany a request for leave due to a family member's health condition. Family Care Leave may be requested for up to four (4) calendar months in a 24-month period.

A Nurse on pregnancy leave may request an additional month off under Family Care Leave, if in combination with such maternity leave, five (5) months are not exceeded. The additional month under Family Care Leave will not affect the time lines in Section C *Pregnancy Leave* and will not result in loss of any benefits or position for the nurse.

It is the intention of the parties to comply with applicable law or MPHS's policy if the latter is more liberal in its implementation.

E.    **Professional Leaves.** Up to thirty (30) days of leave for professional nursing business (including bona fide Association activities) may be requested. It is the intent of MPHS to grant such leaves except when they would seriously impact staffing. Nurses may elect to be paid accrued PTO or to take the leave on an unpaid basis.

Three paid professional leave days shall be granted Registered Nurses elected as delegates to the Annual State and National Conventions of the Association. Such paid professional leave shall be without loss of benefits, but is subject to the approval of the Administration and Section G of this Article.

F.    **Educational Leaves.**

1.    **Purpose and Scope.** Educational leave may be utilized, when requested and approved in accordance with this Article, for any formally organized and accredited course, seminar, institute, program, workshop, class, or lecture series sponsored by an accredited Hospital, including MPHS, or educational institution, government agency, or professional association and related to nursing practices at MPHS.

Educational Leave may also be utilized for up to twenty-four (24) hours of home study courses, provided the nurse uses such home study hours on his or her off-duty time.

2.     **Amount of Leave.** Subject to Appendix D, up to twelve (12) days of paid educational leave may be granted each fiscal year to Full-Time Registered Nurses, nine (9) days of paid educational leave to Four-Fifths Nurses, seven (7) days of paid education leave to Three-Fifths Nurses, and six (6) days of paid education leave to Half-Time Nurses. Full-Time nurses hired after July 31 of any fiscal year may be granted one (1) educational leave day for each full calendar month remaining in the fiscal year at the time of employment. Part-Time Nurses hired after July 31 of any fiscal year earn paid education leave for the balance of the fiscal year as follows: Four-Fifths Nurses, six (6) hours per calendar month; Three-Fifths Nurses, 4.7 hours per calendar month; and Half-Time Nurses, 3.3 hours per calendar month.

3.     **Requests and Approval for Educational Leave.** Requests for education leaves shall be submitted in writing to the manager of the department in which the nurse is employed at least fourteen (14) days before the commencement of the leave, on the current application form. A written answer shall be given to the requesting Nurse within ten (10) days after receipt of the request. Educational Leave shall be granted in accordance with Article XIII.D.2.a. Upon fourteen (14) calendar days' advance notice, MPHS will attempt, upon the Nurse's request, to change a Nurse's scheduled day off when the Nurse plans to attend an educational program on scheduled days off and if such attendance, together with the performance of scheduled work, would result in a period of at least seven (7) consecutive calendar days. Upon request, MPHS will use its best efforts to grant night shift Nurses, when using Education Leave, an optional night off using PTO or Leave Without Pay. Once Educational Leave is granted, it may not be canceled by MPHS more than two (2) times in a calendar year without the consent of the RN involved.

4.     **Method of Payment.** Educational leave may be paid for days on which the Nurse is not scheduled to work, including Saturdays and Sundays, and MPHS is not otherwise able to rearrange that work schedule. If the educational program occurs on a calendar day the Nurse is scheduled to work, the Nurse shall be paid at the applicable straight-time rate for up to eight (8) (or twelve (12)) hours. At the Nurse's option and with the prior approval of the Nurse Manager, the Nurse may also work the full regularly scheduled shift. Educational leave shall not be counted as time worked for the purpose of calculating overtime. Pay for educational leave shall be processed upon presentation by the Nurse of a receipt indicating attendance at the applicable program.

G.     **Bereavement Leave.** When a death occurs in the immediate family of a Nurse, the Nurse shall be entitled to bereavement leave which shall consist of five (5) consecutive calendar days off starting, at the Nurse's choice, within five (5) calendar days of the actual death of the family member. The Nurse shall be paid at the regular straight-time rate for each scheduled workday lost which occurs in that period. Nurses shall be paid for scheduled time lost occurring within said five (5) day period. "Immediate family" is defined as current spouse, son and daughter, brother and sister, mother and father, current mother and father-in-law,

27

grandchildren and grandparents, sister-in-law and brother-in-law, or significant other who fulfills any of the above roles. Evidence of death and relationship may be required. Bereavement leave shall not be considered as time worked for the purpose of calculating overtime.

      H.    **Requests For Leave.** Requests for personal, maternity, adoption and professional leaves shall be submitted in writing at least thirty (30) calendar days prior to the commencement of the leave. Written response to such requests shall be made at least fifteen (15) calendar days prior to the commencement of such leave. Leaves shall not be deemed approved unless the approval is granted in writing. When applying for a leave the Nurse shall specify the actual or tentative date of return and confirm and update the date of return, as necessary.

## ARTICLE XXI

## TUITION AND TEXTBOOKS

      A.    MPHS will refund the cost of educational courses up to a maximum of Nine Hundred Dollars ($900.00) each fiscal year, prorated as follows: Full-Time Nurses, one hundred percent (100%); Four-Fifths Nurses, eighty percent (80%); Three-Fifths Nurses, sixty percent (60), Half-Time Nurses, fifty percent (50%); Per Diem Nurses who have worked at least one thousand and forty (1,040) hours in the prior fiscal year shall be entitled to refunds on the same basis. Such refunds shall be for required tuition, laboratory fees, and books, provided that the educational course is applicable to the Nurse's career in the Health Care Field. Tuition aid shall be processed upon presentation by the Nurse of a receipt for such expenses.

      B.    A Nurse may request advance payment of tuition upon presentation of the Department Manager's approval of the education leave. Upon such advance payment, the Nurse will agree in writing that if the course is not taken as scheduled, the tuition advanced will be returned to MPHS either directly or by way of appropriate deduction from the Nurse's paycheck. If MPHS is responsible for the Nurse not taking the course, MPHS will pay any late cancellation fee incurred as a result thereof. The cost of educational courses covered in this section shall be reimbursed to the Nurse within two (2) pay periods following the pay period in which the required documentation of course costs is provided by the Nurse

## ARTICLE XXII

## JURY DUTY AND VOTING PRIVILEGES

      Time off with pay will be allowed by Department Managers to a Nurse for the purpose of voting and for rendering jury duty. Jury duty service is not chargeable to PTO. Nurses who serve four (4) or more hours on jury service during a day shall not be required to report without a

minimum rest period of twelve (12) hours. Night shift Nurses shall be given the shift prior to jury duty off.

## ARTICLE XXIII

## MILITARY DUTY

A.      Compulsory Military Reserve leave for regular scheduled summer training periods will be granted to Registered Nurses in accordance with the laws of the State of California and the Federal Government. Two weeks' prior written notice should be given. Compensation during this period of time is based on the difference between the amount of compensation received for the training period and the Nurse employee's regular salary with no loss of tenure and/or benefits.

B.      Registered Nurses called to active duty in a conflict/war zone shall be granted a leave of absence for the duration of such duty and shall be accorded the right to return to their former positions in accordance with applicable law. In addition, they shall be paid compensation for up to three (3) months of such duty in the amount of the difference between the amount received from the military and the Nurse's regular salary.

## ARTICLE XXIV

## EVALUATION PROGRAM

Each Registered Nurse shall be evaluated in accordance with the specific measurements and procedures as are in effect at each Hospital.

## ARTICLE XXV

## TERMINATION, DISCIPLINE, AND RESIGNATION

A.      **Involuntary Termination** -- The termination of a Nurse during the first three (3) months of employment shall not be subject to the grievance procedure, Article XXVII, of this Agreement; provided, however, that this period may, in appropriate circumstances, be adjusted by up to an additional three (3) months at the discretion of MPHS if written notice of such adjustment is provided the Nurse before the expiration of the initial three (3) month period. MPHS may, for economic or other sound managerial reasons, institute a reduction in force. Such reduction in force shall be consistent with Article XXX, *Layoffs and Recall.*

29

B.    **Dismissal.** MPHS shall give the Nurse two (2) calendar weeks written notice or two (2) weeks' pay (pro-rated to normally scheduled work) at termination of employment unless such termination is for just cause.    Termination pay involving less than one (1) year of employment shall be pro-rated as the period of employment bears to one (1) year.    Earned pay and accumulated PTO shall be paid separately and in addition to termination pay.

C.    **Resignation.** Except in cases of emergency where it is impossible to provide written or oral notification, Nurses voluntarily resigning their employment at MPHS shall give the Department Director fourteen (14) calendar days' written notice of intention to resign, indicating the last day to be worked. Nurses who furnish the written notice provided for herein shall be paid in full on the last day of work.    Nurses who fail to provide such notice shall be mailed their final checks within seventy two (72) hours of their last day of work.

## ARTICLE XXVI

## ASSOCIATION RIGHTS

A.    **Visitation.** The authorized representative of the Association shall be permitted to enter MPHS at any time MPHS is in operation to see that the provisions of this Agreement are being observed, after first having reported to the Administration Office. The representative shall not interfere with the Nurses' duties or the operation of MPHS.

B.    **Nurse Representative.**

1.    The Association may appoint one (1) Nurse Representative on each shift for each one hundred (100) Nurses or fraction thereof assigned to each shift.    The Nurse Representative shall be a full-time or part-time employee of MPHS who has completed at least six (6) months of employment.    MPHS shall be notified in writing of appointments or new appointments.

2.    The function of the Nurse Representative shall be to ascertain that the terms and conditions of the contract are observed, and at the request of an aggrieved Nurse, to handle such grievance.  In handling a grievance the Nurse Representative shall deal only with MPHS representative designated at each Step in Article XXVII.    MPHS's designated representatives are required to meet with only one (1) Nurse Representative at any Step.  The activities of the Nurse Representative shall not interfere with the Nurse Representative's work or the work of any other employee.

3.    Nothing in this Section B shall prevent Registered Nurses from, in accordance with applicable law, representing themselves individually in their employment relations with MPHS.

30

C.    **Nurse Orientation.**

The Association shall be permitted to address nurses immediately after new orientation sessions for a reasonable period of time not to exceed thirty (30) minutes for the purpose of CNA new nurse orientation. The Employer and the Association agree to meet and confer over arrangements to accomplish this goal.

## ARTICLE XXVII

### GRIEVANCE PROCEDURE

A.    Grievances subject to arbitration shall be only such grievances that may arise out of the specific provisions of this Agreement which involve the interpretation, application, or compliance with the specific provisions of this Agreement. The Nurse, or Nurses, may be accompanied by the Nurse Representative at Steps 1, 2, and 3, and represented by the Association at the second and succeeding Steps of the grievance procedure, the day on which the grievance arises shall not be counted.

B.    Procedures to process grievances shall be as follows:

Step 1:    The grievance shall be presented in writing to the Nurse's immediate supervisor within thirty (30) calendar days of the date on which it arises or becomes known to the Nurse. The immediate supervisor shall reply within seven (7) calendar days after presentation of the grievance.

Step 2:    If the grievance is not resolved at Step 1, then within seven (7) calendar days after the presentation of the supervisor's reply, a written grievance may be presented to and discussed with, the director of the Nurse's department. It shall be the responsibility of the Nurse to submit a copy of the grievance to the Association. The director of the department shall reply in writing within seven (7) calendar days of the receipt of the grievance and furnish a copy of the reply to the Association.

Step 3:    If the grievance is not resolved at Step 2, then within seven (7) calendar days after presentation of the director's reply at Step 2, the Nurse may submit the written grievance to the Chief Administrative Officer or his/her designee. The Chief Administrative Officer or his/her designee shall reply in writing to the grievance within ten (10) calendar days of its receipt at Step 3.

Step 4:    If the grievance is unresolved, either party may request arbitration and the parties shall attempt to mutually agree to the arbitrator. In the event the parties are unable to agree within seven (7) calendar days, either party may request a list of nine (9) names from the California Conciliation Service.

31

Each party shall alternately strike one (1) name until an arbitrator is selected. The decision of the arbitrator shall be final and binding upon the parties, however, the arbitrator shall not have the power to add to or alter in any way the terms of this Agreement.

The time limits provided for in this article shall be strictly complied with. They may be waived or extended with respect to a particular grievance only by the signed written Agreement of the Association and Hospital(s). Grievances not submitted or processed by the nurse or the Association in accordance with the time limits provided for in this article shall be deemed denied and not subject to arbitration. Grievances not responded to by MPHS(s) within the time periods provided for herein shall be deemed granted. The Chief Nurse Representative of the applicable facility shall receive a copy of all grievance responses and attachments.

C.    The costs of said arbitrator shall be divided equally between MPHS and the Association. Each party shall be responsible for its own attorneys' fees. The decision of the arbitrator shall be in writing and shall be final and binding on MPHS(s), the Association, and the affected Registered Nurses. However, the arbitrator shall not have the power to add to, subtract from, alter, change, or modify in any way the terms of this Agreement.

D.    In the event of a dispute between the Association and MPHS concerning the interpretation, application, or compliance with the specific provisions of this Agreement, the parties shall attempt to resolve the dispute through discussion. Within sixty (60) calendar days of the day on which the grievance arises or becomes known the aggrieved party shall reduce the complaint to writing and forward it to the other party by certified mail. Thereafter, the parties shall meet at a mutually agreeable time and place, and attempt to resolve the dispute. If the parties are unable to resolve the dispute, either party may refer the matter to arbitration in the manner set forth in Step 4 of Section B of this Article.

E.    The parties agree that during the life of this Agreement, there will be no strikes, lockouts, slowdowns, or work stoppages of any kind for any reason.

## ARTICLE XXVIII

## PROFESSIONAL PERFORMANCE AND PATIENT CARE COMMITTEES

MPHS shall maintain in effect the Professional Performance and Patient Care Committees as set forth in Appendix B.

## ARTICLE XXIX

## WEEKENDS OFF

A.    For purposes of this Article a weekend means Saturday and Sunday, except in the case of a night shift it may mean Friday and Saturday.

B.    No Registered Nurse shall be required to work more than two (2) weekends in any consecutive four (4) week period, it being understood that any Nurse may be required to work a total of twenty-six (26) weekends over a period of fifty-two (52) weekends. Nurses with twenty-five (25) or more years of service with MPHS shall not be required to work more than two (2) weekend shifts in any four (4) week scheduling cycle. For purposes of this Section, "work" means time actually worked by such Nurse. Effective as of January 1, 2003, the twenty-five year requirement of this section shall be reduced to twenty-three or more years of service with MPHS. Effective as of December 1, 2003, this twenty-three year requirement shall be reduced to twenty-one or more years of service.

C.    The weekend off provisions of this Article may be waived by an individual Nurse, but MPHS shall not require a Registered Nurse to work more than the specified number of weekends.

D.    Nurses not covered by the Article IX, Section C.2 option who are required to work on two (2) consecutive weekends, the first of which must be a full weekend, shall be paid a premium of Eight Dollars and Twenty-Five Cents ($8.25) for each hour worked on the second consecutive Saturday and/or Sunday, in addition to the Nurse's regular straight hourly rate of pay and any applicable shift differential, holiday pay or relief premium; however, the premium provided for herein shall not be used in calculating overtime. If MPHS cancels a Nurse's shift on the first of the two consecutive weekends due to overstaffing, the requirement that it have been a full weekend shall not apply.

E.    **Weekend Differential.** All Nurses shall be paid One Dollar and Fifty Cents ($1.50) per hour for all hours worked between 2300 Friday and 2300 Sunday, regardless of classification or step, and in addition to any other premium pay due.

## ARTICLE XXX

## LAYOFFS AND RECALLS

A.    All Nurses shall accrue seniority credit based upon all time worked at either Hospital in any capacity, which seniority may be used by the Nurses once they are performing work covered by the Agreement; provided, however, that Per Diem Nurses shall accrue seniority on the basis of one (1) year for each one thousand (1000) hours worked, not to exceed one (1) year's seniority per year. After the probationary period of ninety (90) days employment,

accumulated length of service will be broken by voluntary resignation, dismissal for just cause, or twelve (12) consecutive months of unemployment as a result of reduction in force (eighteen (18) consecutive months in the case of a layoff caused by a consolidation of services as described below). In cases where accumulated length of service is broken, the Nurse shall, upon reemployment, be considered as a new employee.

B.    **Criteria For Implementation Of A Reduction In Force.**

1.    Although it is the intent of MPHS to avoid layoffs as a result of consolidation of services between the Mills and Peninsula facilities, should layoffs be anticipated as a result of consolidation, MPHS will give the Association 30 days advance notice of any anticipated layoffs and will meet with CNA to negotiate regarding the layoff decision and effects of the decision prior to implementation of this article. If, after such negotiations, layoffs will occur, the reduction in force brought about by the consolidation of services between the Mills and Peninsula facilities shall be accomplished as follows: The Nurses in the affected units at both facilities shall be integrated into one list in order of their seniority, as defined above. All positions in the newly consolidated unit shall be offered in order to the Nurses on that seniority list, where the existing qualifications and ability of those Nurses to perform the available work are equal; provided, however, that MPHS shall provide training in accordance with established programs to Nurses within that Region who are affected by a consolidation of units between the Mills and Peninsula facilities in order to ensure that Nurses from the closed unit have appropriate training in the routines, procedures and equipment of their new unit. MPHS retains the right to determine which specific nurse skill sets are required based upon patient mix and acuity level and to determine the number of Nurses per shift who will be required to possess these skills at the time of consolidation and thereafter. In this regard, the Nurse shall be required to accept the same shift and status, if available, when his/her name is next in order on the integrated seniority list so as to eliminate the disruptive effect of changing work assignments within the newly consolidated unit. Any Nurse who transfers to a different facility by virtue of this procedure shall be given full seniority credit (as defined above) for all purposes under this Agreement. In the event there are insufficient positions in the newly consolidated unit to accommodate all Nurses on the integrated seniority list, any remaining Nurse shall be entitled to displace the least senior Nurse at his/her home facility who occupies a position for which the Nurse is qualified, as determined by the home facility. The Nurse thus displaced will have the option of being laid off or becoming part of the Per Diem pool. If a Nurse loses hours as a result of consolidation of a unit, the lost hours shall be considered a partial layoff. The Nurse(s) shall have the option to pick up any available lost hours in the float pool, subject to MPHS's determination as to its scheduling needs. In the event additional hours in the newly consolidated unit become available, they will be offered by seniority to affected Nurses on that shift before being offered to less senior Nurses on layoff. Such hours shall be allocated in a manner which does not adversely affect staffing patterns.

If there are no such positions for which the Nurse from the consolidated unit is qualified, the Nurse will have the option of being laid off or becoming part of the Per Diem pool. In the event a new position or permanent vacancy is subsequently created in the newly consolidated unit, the Nurse(s) who formerly worked in that unit and who possesses the necessary qualifications and ability to perform the available work, shall be given the first right to

fill such a position before it is posted in accordance with the terms of this Agreement. All Nurses who formerly worked in the consolidated unit shall retain such rights for eighteen (18) months from the date of the layoff and shall have up to two (2) weeks to report to work after being so contacted; provided, however, that any such Nurse who accepts a position under the Agreement other than that in which he/she was placed as a result of the consolidation of units shall not thereafter be eligible to exercise such rights.

2.    A reduction in force brought about by reasons other than the consolidation of services between the Mills and Peninsula facilities shall be accomplished on the basis of MPHS seniority (as defined above), where the existing objective/measurable qualifications and ability to perform the available work are equal. Patient care needs and staffing requirements at the affected facility shall also be considered. No layoff made on the basis of seniority may be the subject of a grievance or other claim under this Agreement. A Nurse who would otherwise be laid off by virtue of such a reduction in force may elect to become part of the Per Diem pool or to displace the least senior Nurse in the facility who occupies a position for which he/she possesses the necessary qualifications and ability, as determined by MPHS. The least senior nurse so displaced may then elect to become part of the Per Diem pool or to be laid off.

C.    Recall shall be in the inverse order of layoff. The Nurse shall retain this right to recall for a period of one (1) year after the date of layoff (eighteen (18) months in the event of a layoff brought about by a consolidation of services between the Mills and Peninsula facilities), until the Nurse has accepted another benefited nursing position under this Agreement or until the Nurse has refused to accept such a benefited position within three (3) calendar days after being notified thereof by telephone or by certified mail; provided, however, that such a Nurse shall have up to fourteen (14) calendar days from such acceptance to report to work. For purposes of application of this Article, it shall be the responsibility of the Nurse to keep MPHS informed of the current address and telephone number where he/she may be contacted for such purposes. New Nurses shall not be hired until all qualified Nurses on layoff have been given an opportunity to return to available work.

D.    In the event a grievance is filed over a decision of MPHS(s) pertaining to the existing qualifications and ability of a Nurse as such relates to the subject of a reduction in force, the Association shall have the burden of proving in any arbitration hearing conducted with regard to such a grievance that the decision of MPHS(s) was both arbitrary and capricious.

E.    In the event of a reduction in force, on the request of the Association or MPHS, the parties shall investigate the feasibility of a work-share arrangement among Nurses, and may, by mutual agreement, institute such a work-share arrangement.

F.    MPHS will continue to provide the health (not dental) benefits set forth in Article XV, A.1 and A.2 for one (1) calendar month following the month in which a Nurse who is then receiving such benefits is laid off. Thereafter, such Nurse may elect to self-pay for his/her coverage under the benefits provided for in Article XV in accordance with applicable law.

G.    **Temporary Reductions In Staff/Emergency Staffing Needs.** The parties to this Agreement recognize MPHS may have sudden drops in patient census or emergency staffing

35

needs in certain departments requiring either temporary layoff of Registered Nurses for a day or several days or temporary assignment to the alternate facility. On each nursing unit by shift, if there is a need for additional Nurses at the alternate facility, the least senior qualified Nurses will be so assigned; provided, however, that Nurses may be required to work at the other facility only in their same regions and only after orientation. If staffing needs to be reduced and there is not such a need at the alternate facility, staffing will be reduced within each nursing Region by shift in the following order:

        1.      Registry/Agency Nurses;

        2.      RN's Working Bonus Shifts;

        3.      Volunteers (from "Wants Off" list);

        4.      Per Diem Nurses in accordance with their seniority;

        5.      Regularly scheduled Nurses working extra shifts.

If there is still a need to reduce staffing further, it will be reduced on each nursing unit remaining overstaffed, by shift, in the following order:

        1.      Unit volunteers (voluntary rotation permitted);

        2.      Regularly scheduled Nurses with the least seniority.

If a change of census in a specific unit occurs during the shift, resulting in an over-staffing situation, MPHS agrees not to involuntarily cancel/send home a MPHS Per Diem or benefited Nurse while maintaining a Traveler in the same unit.

For the purpose of temporary reduction of staffing according to seniority on a unit by unit basis, the Float Pool Nurses will be assigned to and incorporated into a specific unit's seniority list, according to the region/unit in which they are skilled and are most frequently assigned to work.

The affected Nurses will be notified of a temporary reduction at least two (2) hours prior to the start of their shift. If Nurses are called off from a previously scheduled shift without the two (2) hours' notice referred to above, they shall be guaranteed either eight (8) hours' work or pay at MPHS's discretion. In order to be eligible for this guarantee, the Nurse must be available to be contacted. If a Nurse is called off, s/he will have the right (at the Nurse's request) to make up a shift, if a shift becomes or is available in the same region during that pay period, provided that the Nurse has indicated during the pay period that s/he wished to be considered for such work during that same pay period. Temporary reductions in staff effected prior to the beginning of the shift shall be for the entire length of the scheduled shift unless mutually agreed upon by the affected RN and MPHS. For temporary reductions of nurses on 12-hour shifts, see Appendix D.

Traveling Nurses shall not be counted in the mix when determining the need for cancellation but may work if they are used as extra staff beyond the number required by the staffing matrices or the required ratios.

H.    MPHS will continue its past practices as regards the issue of training Nurses for available openings in the event of a reduction in force prior to the hiring of new Nurses. Nurses laid off for any reason shall have the option of applying and being considered for training for any posted RN position. If such a position has not been previously designated as a training position and such Nurse is deemed eligible in the sole discretion of MPHS, the position shall be reposted for the minimum posting period as a training position in the event that more senior nurses wish to be considered for the position.

I.    Nurses terminated as a result of the closure, in whole or in part, of either facility shall receive severance pay in the following amounts:  one (1) week's pay after three (3) months of service; two (2) weeks' pay between twelve (12) and thirty-five (35) months of service, and, thereafter, one (1) week's pay for each year of service, or major portion thereof, up to a maximum of twenty-six (26) weeks. Prior to such terminations, MPHS will meet and confer with CNA.


# ARTICLE XXXI

## IN-SERVICE EDUCATION AND MANDATORY CLASSES


A.    MPHS now provides and shall improve and maintain an in-service education program for Registered Nurses which shall include, but not be limited to: orientation; objectives, policies and procedures of MPHS and Nursing service; skill training; leadership development; and management training. Nurses shall be offered clinical in-service programs.

B.    In-service education is intended to:

   1.    Keep the Nursing staff informed of new and expanding nursing care programs and philosophies, new techniques, equipment, facilities, and concepts of care;

   2.    Provide training in specialized areas of practice such as emergency room, intensive care unit, coronary care unit, post-anesthesia recovery room, nursery, operating room, OB-GYN, pediatrics, and mental health unit with the objective of maintaining safe, effective and efficient nursing care in such units at all times;

   3.    Provide an adequate number of qualified personnel for assignment to specialized areas of practice.

Nurses may attend any in-service education class, conference, or lecture held in MPHS providing such attendance does not interfere with staffing or patient care requirements. Classes will be scheduled from time to time on different shifts and before and after shift changes so as to permit Nurses working on various shifts to conveniently attend as many classes as possible. However, MPHS and the Association recognize the need to maintain standards of care by adequate staffing on all units during the presentation of classes or courses under this program. Any program, as above described that is available to regularly scheduled Nurses will also be available to Per Diem Nurses employed by MPHS.

C.     Nurses completing home study required by MPHS will be paid at the normal straight-time rate for the hours allocated for the home study by MPHS and such hours will not be considered as time worked for the purpose of calculating overtime. Nurses encouraged or required by MPHS to attend an informal unaccredited in-service lecture or seminar given by and conducted within MPHS, shall be paid at the normal straight-time rate for the hours the Nurse is in attendance (such as annual recertification day, nurse/M.D. Critical Care updates, etc.). Attendance shall not be considered as time worked for the purpose of calculating overtime.

D.     For pay purposes, staff meetings are considered to be time worked for purposes of calculating overtime.

E.     A.C.L.S. and N.R.P. Certification Training (mandatory for ongoing employment in certain specialty areas, such as critical care, P.A.C.U. Family Birth Center and emergency) is to be processed and paid under the provisions of Article XX, Section F, Education Leave. Per Diem Nurses who work at least 1040 hours in the prior fiscal/calendar year will be paid at their straight-time rate of pay for obtaining the mandatory certification pertinent to their clinical area. Such payment shall also apply to eligible Per Diem Nurses who regularly work in a unit which requires a majority of its scheduled nurses to possess the applicable certification(s).

F.     Staff Nurses shall continue to have input into any competency validation process used to fulfill JCAHO requirements. The initial one-day competency assessment will not be the basis for disciplinary action against any Nurse; provided, however, that the parties agree that the one-day competency assessment may trigger further evaluation, assessments and/or testing.

## ARTICLE XXXII

## MUTUAL RIGHTS AND RESPONSIBILITIES

A.     MPHS, the Association, and the Nurses covered by this Agreement, as parties to this Agreement, recognize that each has responsibilities to the other and the patients.

B.     The Association and the Nurses recognize that MPHS maintains all of the traditional responsibility and authority to manage MPHS except as limited by the terms of this Agreement or applicable provisions of law.

C.    In the exercise of its rights and responsibilities MPHS recognizes the responsibilities of the Nurses to their licenses and the patients and the right of the Association to represent Nurses covered by this Agreement.

## ARTICLE XXXIII

## PHYSICAL EXAMINATIONS

MPHS will maintain their current respective policies pertaining to physical examinations, subject to the right of the parties to mutually agree to modification thereof.  Only those tests required or occupationally/medically necessary will be provided to Nurses pursuant to MPHS's physical examination policy.

## ARTICLE XXXIV

## SAVINGS CLAUSE

Should any article or provision of this Agreement be declared or adjudicated unlawful or inoperative by a court of competent jurisdiction, the remaining articles and provisions of this Agreement shall remain in full force and effect to the extent permitted by law.

## ARTICLE XXXV

## MERGERS

A.    In the event MPHS contemplates a merger, sale, closure, leasing, assignment, divestiture, or other transfer of ownership and/or management of its operations in whole or in part, the Union shall be notified in writing sixty (60) days prior to such action.  Upon such notice, the Union and MPHS will promptly meet to insure that the following provisions are observed.

B.    In the event of permanent closure, the Union and MPHS will negotiate over the effects.  Such discussion will include, but not be limited to severance pay, employee retraining, rehire rights, continuation of benefits, etc.

C.    MPHS agrees to meet and confer regarding any proposed permanent relocation, transfer or reassignment of any unit or patient care area.

## ARTICLE XXXVI

### TERM OF AGREEMENT

A.      The effective date of this Agreement is July 12, 2002, and this Agreement shall terminate at Midnight June 30, 2005; provided, however, that the Agreement may be reopened upon sixty (60) days written notice for the purpose of discussions on any proposed implementation of point-of-service health insurance coverage, including benefit levels and co-payments, if any, the implementation of which shall be subject to mutual Agreement between the parties as to any changes to Article XV.

B.      Upon written notice delivered by one (1) party to the contract to the other by March 30, 2005, the parties may meet to discuss the negotiation of an Agreement to succeed this Agreement.  Best efforts will be made to submit written proposals on or before April 30, 2005, which proposals may, during negotiations, be added to, amended, modified or deleted by both parties hereto.  The intent of the parties is to complete negotiations on or before June 30, 2005.

C.        It is the intent of the parties that this Agreement shall remain in force and effect for its full term. In the event of a sale, merger, consolidation or other transfer of ownership of MPHS, MPHS will notify the Association at least 60 days prior to the effective date of such action. MPHS shall not use any such sale, transfer or other mechanism for the purpose of evading the terms of this Agreement.

WITNESS OUR HAND AND SEAL THIS *12th* DAY OF *July* 2002.

CALIFORNIA NURSES ASSOCIATION

By: _____
ROSE ANN DeMORO
Executive Director

By: _____
LESLIE HOLLEY-BROSNAN
Labor Representative

By: _____
LINDA CAMPAGNA, RN
Nurse Negotiator

By: _____
PENNY N. GIER, RN
Nurse Negotiator

By: _____
LUCIANA KINCER, RN
Nurse Negotiator

By: _____
MARY ALICE MARTINES, RN
Nurse Negotiator

By: _____
GENEL MORGAN, RN
Nurse Negotiator

By: _____
MARK WANDRO, RN
Nurse Negotiator

By: _____
NANCY FIERO, RN
Nurse Negotiator

MILLS-PENINSULA HEALTH SERVICES

By: _____
ROBERT W. MERWIN
Chief Executive Officer

By: _____
DEBBIE GOODEY, RN
Vice President

By: _____
CHRISTINE DELUCAS
Vice President

By: _____
JUDY DiPAOLO
Director

By: _____
PAM FRITZSCHING
Director

41

# APPENDIX A

## SALARY CONVERSION TABLES FOR STAFF NURSES, PER DIEM NURSES AND CLINICAL NURSES
### EFFECTIVE JULY 12, 2002 THROUGH JUNE 30, 2005

The following schedule sets forth the wage increases and differentials which have been agreed-upon between the parties and which are reflected in the attached tables.

1.    **Staff Nurse Increases:**

Effective March 17, 2002 - 4.5%

Effective January 5, 2003 - 3.5%

Effective June 8, 2003 - 5.0%

Effective June 6, 2004 - 6.0%

2.    **Clinical Nurse I:**

$160/month above applicable Staff Nurse step.

**Clinical Nurse II:**

$160/month above applicable Clinical Nurse I rate.

3.    **Tenure Steps:**

*Effective July 12, 2002:*

Step 6 (10 years)  - $75/month above Staff Nurse Step 5

Step 7 (15 years)  - $75/month above Staff Nurse Step 6

*Effective January 5, 2003:*

Step 6 (10 years)  - $100/month above Staff Nurse Step 5

Step 7 (15 years)  - $100/month above Staff Nurse Step 6

Step 8 (21 years)  - $100/month above Staff Nurse Step 7

4.    **Per Diem Nurses:**

Step 1 - $1.00/hour above new Step 1 Staff Nurse

Steps 2-6 – 20% above new Staff Nurse Steps 1-5 rates

## Table 1 -- Effective March 17, 2002

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| Staff Nurse | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2148 | Hourly | 31.301 | 33.676 | 34.670 | 36.148 | 38.610 | 39.043 | 39.476 |
| Hourly + 2.60 | (PM) | 33.901 | 36.276 | 37.270 | 38.748 | 41.210 | 41.643 | 42.076 |
| Hourly + 4.05 | (Night) | 35.351 | 37.726 | 38.720 | 40.198 | 42.660 | 43.093 | 43.526 |
| Hourly x 2080 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 80 | (Biweekly) | 2504.067 | 2694.067 | 2773.604 | 2891.879 | 3088.823 | 3123.439 | 3158.055 |
| Hourly x 8 | (Daily) | 250.407 | 269.407 | 277.360 | 289.188 | 308.882 | 312.344 | 315.805 |
| | | | | | | | | |
| Clinical Nurse I | Monthly | 5585 | 5997 | 6169 | 6426 | 6852 | 6927 | 7002 |
| 2138 | Hourly | 32.224 | 34.599 | 35.593 | 37.072 | 39.533 | 39.966 | 40.399 |
| Hourly + 2.60 | (PM) | 34.824 | 37.199 | 38.193 | 39.672 | 42.133 | 42.566 | 42.999 |
| Hourly + 4.05 | (Night) | 36.274 | 38.649 | 39.643 | 41.122 | 43.583 | 44.016 | 44.449 |
| Hourly x 2080 | (Annual) | 67026 | 71966 | 74034 | 77109 | 82229 | 83129 | 84029 |
| Hourly x 80 | (Biweekly) | 2577.914 | 2767.913 | 2847.451 | 2965.726 | 3162.670 | 3197.285 | 3231.901 |
| Hourly x 8 | (Daily) | 257.791 | 276.791 | 284.745 | 296.573 | 316.267 | 319.729 | 323.190 |
| | | | | | | | | |
| Clinical Nurse II | Monthly | 5745 | 6157 | 6329 | 6586 | 7012 | 7087 | 7162 |
| 2139 | Hourly | 33.147 | 35.522 | 36.516 | 37.995 | 40.456 | 40.889 | 41.322 |
| Hourly + 2.60 | (PM) | 35.747 | 38.122 | 39.116 | 40.595 | 43.056 | 43.489 | 43.922 |
| Hourly + 4.05 | (Night) | 37.197 | 39.572 | 40.566 | 42.045 | 44.506 | 44.939 | 45.372 |
| Hourly x 2080 | (Annual) | 68946 | 73886 | 75954 | 79029 | 84149 | 85049 | 85949 |
| Hourly x 80 | (Biweekly) | 2651.760 | 2841.760 | 2921.297 | 3039.572 | 3236.516 | 3271.132 | 3305.747 |
| Hourly x 8 | (Daily) | 265.176 | 284.176 | 292.130 | 303.957 | 323.652 | 327.113 | 330.575 |
| | | | | | | | | |
| Per Diem  2146 | (Daily) | 258.407 | 300.488 | 323.288 | 332.832 | 347.025 | 370.659 | |
| Daily/8 | Hourly | 32.301 | 37.561 | 40.411 | 41.604 | 43.378 | 46.332 | |
| Hourly + 2.60 | (PM) | 34.901 | 40.161 | 43.011 | 44.204 | 45.978 | 48.932 | |
| Hourly + 4.05 | (Night) | 36.351 | 41.611 | 44.461 | 45.654 | 47.428 | 50.382 | |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| **Staff Nurse 12 Hr** | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2150 | Hourly | 34.779 | 37.418 | 38.522 | 40.165 | 42.900 | 43.381 | 43.862 |
| Hourly + 2.60 | (PM) | 37.379 | 40.018 | 41.122 | 42.765 | 45.500 | 45.981 | 46.462 |
| Hourly + 4.05 | (Night) | 38.829 | 41.468 | 42.572 | 44.215 | 46.950 | 47.431 | 47.912 |
| Hourly x 1872 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 72 | (Biweekly) | 2504.065 | 2694.064 | 2773.601 | 2891.876 | 3088.820 | 3123.436 | 3158.051 |
| Hourly x 12 | (Daily) | 417.344 | 449.011 | 462.267 | 481.979 | 514.803 | 520.573 | 526.342 |
| **Clinical Nurse I 12 Hr** | Monthly | 5585 | 5997 | 6169 | 6426 | 6852 | 6927 | 7002 |
| 2151 | Hourly | 35.804 | 38.443 | 39.548 | 41.191 | 43.926 | 44.407 | 44.887 |
| Hourly + 2.60 | (PM) | 38.404 | 41.043 | 42.148 | 43.791 | 46.526 | 47.007 | 47.487 |
| Hourly + 4.05 | (Night) | 39.854 | 42.493 | 43.598 | 45.241 | 47.976 | 48.457 | 48.937 |
| Hourly x 1872 | (Annual) | 67026 | 71966 | 74034 | 77109 | 82229 | 83129 | 84029 |
| Hourly x 72 | (Biweekly) | 2577.911 | 2767.911 | 2847.448 | 2965.723 | 3162.667 | 3197.282 | 3231.898 |
| Hourly x 12 | (Daily) | 429.652 | 461.318 | 474.575 | 494.287 | 527.111 | 532.880 | 538.650 |
| **Clinical Nurse II 12Hr** | Monthly | 5745 | 6157 | 6329 | 6586 | 7012 | 7087 | 7162 |
| 2152 | Hourly | 36.830 | 39.469 | 40.574 | 42.216 | 44.952 | 45.432 | 45.913 |
| Hourly + 2.60 | (PM) | 39.430 | 42.069 | 43.174 | 44.816 | 47.552 | 48.032 | 48.513 |
| Hourly + 4.05 | (Night) | 40.880 | 43.519 | 44.624 | 46.266 | 49.002 | 49.482 | 49.963 |
| Hourly x 1872 | (Annual) | 68946 | 73886 | 75954 | 79029 | 84149 | 85049 | 85949 |
| Hourly x 72 | (Biweekly) | 2651.757 | 2841.757 | 2921.294 | 3039.569 | 3236.513 | 3271.128 | 3305.744 |
| Hourly x 12 | (Daily) | 441.960 | 473.626 | 486.882 | 506.595 | 539.419 | 545.188 | 550.957 |
| **Acute Coord/RDC** | Monthly | 5918 | 6342 | 6519 | 6783 | 7223 | 7298 | 7373 |
| 2550 | Hourly | 34.141 | 36.588 | 37.612 | 39.134 | 41.670 | 42.103 | 42.536 |
| Hourly + 2.60 | (PM) | 36.741 | 39.188 | 40.212 | 41.734 | 44.270 | 44.703 | 45.136 |
| Hourly + 4.05 | (Night) | 38.191 | 40.638 | 41.662 | 43.184 | 45.720 | 46.153 | 46.586 |
| Hourly x 2080 | (Annual) | 71014 | 76102 | 78232 | 81400 | 86674 | 87574 | 88474 |
| Hourly x 80 | (Biweekly) | 2731.313 | 2927.012 | 3008.936 | 3130.759 | 3333.612 | 3368.228 | 3402.843 |
| Hourly x 8 | (Daily) | 273.131 | 292.701 | 300.894 | 313.076 | 333.361 | 336.823 | 340.284 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| **Perinatal Coordinator** | Monthly | 5918 | 6342 | 6519 | 6783 | 7223 | 7298 | 7373 |
| 2551 | Hourly | 34.141 | 36.588 | 37.612 | 39.134 | 41.670 | 42.103 | 42.536 |
| Hourly + 2.60 | (PM) | 36.741 | 39.188 | 40.212 | 41.734 | 44.270 | 44.703 | 45.136 |
| Hourly + 4.05 | (Night) | 38.191 | 40.638 | 41.662 | 43.184 | 45.720 | 46.153 | 46.586 |
| Hourly x 2080 | (Annual) | 71014 | 76102 | 78232 | 81400 | 86674 | 87574 | 88474 |
| Hourly x 80 | (Biweekly) | 2731.313 | 2927.012 | 3008.936 | 3130.759 | 3333.612 | 3368.228 | 3402.843 |
| Hourly x 8 | (Daily) | 273.131 | 292.701 | 300.894 | 313.076 | 333.361 | 336.823 | 340.284 |
| | | | | | | | | |
| **Utilization Reviewer** | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2350 | Hourly | 31.301 | 33.676 | 34.670 | 36.148 | 38.610 | 39.043 | 39.476 |
| Hourly + 2.60 | (PM) | 33.901 | 36.276 | 37.270 | 38.748 | 41.210 | 41.643 | 42.076 |
| Hourly + 4.05 | (Night) | 35.351 | 37.726 | 38.720 | 40.198 | 42.660 | 43.093 | 43.526 |
| Hourly x 2080 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 80 | (Biweekly) | 2504.067 | 2694.067 | 2773.604 | 2891.879 | 3088.823 | 3123.439 | 3158.055 |
| Hourly x 8 | (Daily) | 250.407 | 269.407 | 277.360 | 289.188 | 308.882 | 312.344 | 315.806 |

## Table 1A – Effective July 12, 2002 (Note: Shift Differential Changes Only)

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| **Staff Nurse** | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2148 | Hourly | 31.301 | 33.676 | 34.67 | 36.148 | 38.61 | 39.043 | 39.476 |
| Hourly + 3.13 | (PM) | 34.431 | 36.806 | 37.8 | 39.278 | 41.74 | 42.173 | 42.606 |
| Hourly + 4.70 | (Night) | 36.001 | 38.376 | 39.37 | 40.848 | 43.31 | 43.743 | 44.176 |
| Hourly x 2080 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 80 | (Biweekly) | 2504.067 | 2694.067 | 2773.604 | 2891.879 | 3088.823 | 3123.439 | 3158.055 |
| Hourly x 8 | (Daily) | 250.407 | 269.407 | 277.36 | 289.188 | 308.882 | 312.344 | 315.805 |
| **Clinical Nurse I** | Monthly | 5585 | 5997 | 6169 | 6426 | 6852 | 6927 | 7002 |
| 2138 | Hourly | 32.224 | 34.599 | 35.593 | 37.072 | 39.533 | 39.966 | 40.399 |
| Hourly + 3.13 | (PM) | 35.354 | 37.729 | 38.723 | 40.202 | 42.663 | 43.096 | 43.529 |
| Hourly + 4.70 | (Night) | 36.924 | 39.299 | 40.293 | 41.772 | 44.233 | 44.666 | 45.099 |
| Hourly x 2080 | (Annual) | 67026 | 71966 | 74034 | 77109 | 82229 | 83129 | 84029 |
| Hourly x 80 | (Biweekly) | 2577.914 | 2767.913 | 2847.451 | 2965.726 | 3162.67 | 3197.285 | 3231.901 |
| Hourly x 8 | (Daily) | 257.791 | 276.791 | 284.745 | 296.573 | 316.267 | 319.729 | 323.19 |
| **Clinical Nurse II** | Monthly | 5745 | 6157 | 6329 | 6586 | 7012 | 7087 | 7162 |
| 2139 | Hourly | 33.147 | 35.522 | 36.516 | 37.995 | 40.456 | 40.889 | 41.322 |
| Hourly + 3.13 | (PM) | 36.277 | 38.652 | 39.646 | 41.125 | 43.586 | 44.019 | 44.452 |
| Hourly + 4.70 | (Night) | 37.847 | 40.222 | 41.216 | 42.695 | 45.156 | 45.589 | 46.022 |
| Hourly x 2080 | (Annual) | 68946 | 73886 | 75954 | 79029 | 84149 | 85049 | 85949 |
| Hourly x 80 | (Biweekly) | 2651.76 | 2841.76 | 2921.297 | 3039.572 | 3236.516 | 3271.132 | 3305.747 |
| Hourly x 8 | (Daily) | 265.176 | 284.176 | 292.13 | 303.957 | 323.652 | 327.113 | 330.575 |
| **Per Diem  2146** | (Daily) | 258.407 | 300.488 | 323.288 | 332.832 | 347.025 | 370.659 | |
| Daily/8 | Hourly | 32.301 | 37.561 | 40.411 | 41.604 | 43.378 | 46.332 | |
| Hourly + 3.13 | (PM) | 35.431 | 40.691 | 43.541 | 44.734 | 46.508 | 49.462 | |
| Hourly + 4.70 | (Night) | 37.001 | 42.261 | 45.111 | 46.304 | 48.078 | 51.032 | |

A–5

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| **Staff Nurse 12 Hr** | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2150 | Hourly | 34.779 | 37.418 | 38.522 | 40.165 | 42.9 | 43.381 | 43.862 |
| Hourly + 3.13 | (PM) | 37.909 | 40.548 | 41.652 | 43.295 | 46.03 | 46.511 | 46.992 |
| Hourly + 4.70 | (Night) | 39.479 | 42.118 | 43.222 | 44.865 | 47.6 | 48.081 | 48.562 |
| Hourly x 1872 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 72 | (Biweekly) | 2504.065 | 2694.064 | 2773.601 | 2891.876 | 3088.82 | 3123.436 | 3158.051 |
| Hourly x 12 | (Daily) | 417.344 | 449.011 | 462.267 | 481.979 | 514.803 | 520.573 | 526.342 |
| | | | | | | | | |
| **Clinical Nurse I 12 Hr** | Monthly | 5585 | 5997 | 6169 | 6426 | 6852 | 6927 | 7002 |
| 2151 | Hourly | 35.804 | 38.443 | 39.548 | 41.191 | 43.926 | 44.407 | 44.887 |
| Hourly + 3.13 | (PM) | 38.934 | 41.573 | 42.678 | 44.321 | 47.056 | 47.537 | 48.017 |
| Hourly + 4.70 | (Night) | 40.504 | 43.143 | 44.248 | 45.891 | 48.626 | 49.107 | 49.587 |
| Hourly x 1872 | (Annual) | 67026 | 71966 | 74034 | 77109 | 82229 | 83129 | 84029 |
| Hourly x 72 | (Biweekly) | 2577.911 | 2767.911 | 2847.448 | 2965.723 | 3162.667 | 3197.282 | 3231.898 |
| Hourly x 12 | (Daily) | 429.652 | 461.318 | 474.575 | 494.287 | 527.111 | 532.88 | 538.65 |
| | | | | | | | | |
| **Clinical Nurse II 12Hr** | Monthly | 5745 | 6157 | 6329 | 6586 | 7012 | 7087 | 7162 |
| 2152 | Hourly | 36.83 | 39.469 | 40.574 | 42.216 | 44.952 | 45.432 | 45.913 |
| Hourly + 3.13 | (PM) | 39.96 | 42.599 | 43.704 | 45.346 | 48.082 | 48.562 | 49.043 |
| Hourly + 4.70 | (Night) | 41.53 | 44.169 | 45.274 | 46.916 | 49.652 | 50.132 | 50.613 |
| Hourly x 1872 | (Annual) | 68946 | 73886 | 75954 | 79029 | 84149 | 85049 | 85949 |
| Hourly x 72 | (Biweekly) | 2651.757 | 2841.757 | 2921.294 | 3039.569 | 3236.513 | 3271.128 | 3305.744 |
| Hourly x 12 | (Daily) | 441.96 | 473.626 | 486.882 | 506.595 | 539.419 | 545.188 | 550.957 |
| | | | | | | | | |
| **Acute Coord/RDC** | Monthly | 5918 | 6342 | 6519 | 6783 | 7223 | 7298 | 7373 |
| 2550 | Hourly | 34.141 | 36.588 | 37.612 | 39.134 | 41.67 | 42.103 | 42.536 |
| Hourly + 3.13 | (PM) | 37.271 | 39.718 | 40.742 | 42.264 | 44.8 | 45.233 | 45.666 |
| Hourly + 4.70 | (Night) | 38.841 | 41.288 | 42.312 | 43.834 | 46.37 | 46.803 | 47.236 |
| Hourly x 2080 | (Annual) | 71014.13 | 76102.321 | 78232.329 | 81399.735 | 86673.902 | 87573.919 | 88473.919 |
| Hourly x 80 | (Biweekly) | 2731.313 | 2927.012 | 3008.936 | 3130.759 | 3333.612 | 3368.228 | 3402.843 |
| Hourly x 8 | (Daily) | 273.131 | 292.701 | 300.894 | 313.076 | 333.361 | 336.823 | 340.284 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| **Perinatal Coordinator** | Monthly | 5918 | 6342 | 6519 | 6783 | 7223 | 7298 | 7373 |
| 2551 | Hourly | 34.141 | 36.588 | 37.612 | 39.134 | 41.67 | 42.103 | 42.536 |
| Hourly + 3.13 | (PM) | 37.271 | 39.718 | 40.742 | 42.264 | 44.8 | 45.233 | 45.666 |
| Hourly + 4.70 | (Night) | 38.841 | 41.288 | 42.312 | 43.834 | 46.37 | 46.803 | 47.236 |
| Hourly x 2080 | (Annual) | 71014.13 | 76102.321 | 78232.329 | 81399.735 | 86673.902 | 87573.919 | 88473.919 |
| Hourly x 80 | (Biweekly) | 2731.313 | 2927.012 | 3008.936 | 3130.759 | 3333.612 | 3368.228 | 3402.843 |
| Hourly x 8 | (Daily) | 273.131 | 292.701 | 300.894 | 313.076 | 333.361 | 336.823 | 340.284 |
| | | | | | | | | |
| **Utilization Reviewer** | Monthly | 5425 | 5837 | 6009 | 6266 | 6692 | 6767 | 6842 |
| 2350 | Hourly | 31.301 | 33.676 | 34.67 | 36.148 | 38.61 | 39.043 | 39.476 |
| Hourly + 3.13 | (PM) | 34.431 | 36.806 | 37.8 | 39.278 | 41.74 | 42.173 | 42.606 |
| Hourly + 4.70 | (Night) | 36.001 | 38.376 | 39.37 | 40.848 | 43.31 | 43.743 | 44.176 |
| Hourly x 2080 | (Annual) | 65106 | 70046 | 72114 | 75189 | 80309 | 81209 | 82109 |
| Hourly x 80 | (Biweekly) | 2504.067 | 2694.067 | 2773.604 | 2891.879 | 3088.823 | 3123.439 | 3158.055 |
| Hourly x 8 | (Daily) | 250.407 | 269.407 | 277.36 | 289.188 | 308.882 | 312.344 | 315.806 |

## Table 2 – Effective January 5, 2003

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| **Staff Nurse** | Monthly | 5615 | 6041 | 6220 | 6485 | 6927 | 7027 | 7127 | 7227 |
| 2148 | Hourly | 32.396 | 34.854 | 35.884 | 37.414 | 39.962 | 40.539 | 41.116 | 41.692 |
| Hourly + 3.24 | (PM) | 35.636 | 38.094 | 39.124 | 40.654 | 43.202 | 43.779 | 44.356 | 44.932 |
| Hourly + 4.86 | (Night) | 37.256 | 39.714 | 40.744 | 42.274 | 44.822 | 45.399 | 45.976 | 46.552 |
| Hourly x 2080 | (Annual) | 67384 | 72497 | 74638 | 77820 | 83120 | 84320 | 85520 | 86720 |
| Hourly x 80 | (Biweekly) | 2591.709 | 2788.359 | 2870.680 | 2993.095 | 3196.932 | 3243.087 | 3289.240 | 3335.394 |
| Hourly x 8 | (Daily) | 259.171 | 278.836 | 287.068 | 299.309 | 319.693 | 324.309 | 328.924 | 333.539 |
| **Clinical Nurse I** | Monthly | 5775 | 6201 | 6380 | 6645 | 7087 | 7187 | 7287 | 7387 |
| 2138 | Hourly | 33.319 | 35.778 | 36.807 | 38.337 | 40.885 | 41.462 | 42.039 | 42.616 |
| Hourly + 3.24 | (PM) | 36.559 | 39.018 | 40.047 | 41.577 | 44.125 | 44.702 | 45.279 | 45.856 |
| Hourly + 4.86 | (Night) | 38.179 | 40.638 | 41.667 | 43.197 | 45.745 | 46.322 | 46.899 | 47.476 |
| Hourly x 2080 | (Annual) | 69304 | 74417 | 76558 | 79740 | 85040 | 86240 | 87440 | 88640 |
| Hourly x 80 | (Biweekly) | 2665.556 | 2862.206 | 2944.527 | 3066.942 | 3270.779 | 3316.933 | 3363.087 | 3409.240 |
| Hourly x 8 | (Daily) | 266.556 | 286.221 | 294.453 | 306.694 | 327.078 | 331.693 | 336.309 | 340.924 |
| **Clinical Nurse II** | Monthly | 5935 | 6361 | 6540 | 6805 | 7247 | 7347 | 7447 | 7547 |
| 2139 | Hourly | 34.243 | 36.701 | 37.730 | 39.260 | 41.808 | 42.385 | 42.962 | 43.539 |
| Hourly + 3.24 | (PM) | 37.483 | 39.941 | 40.970 | 42.500 | 45.048 | 45.625 | 46.202 | 46.779 |
| Hourly + 4.86 | (Night) | 39.103 | 41.561 | 42.590 | 44.120 | 46.668 | 47.245 | 47.822 | 48.399 |
| Hourly x 2080 | (Annual) | 71224 | 76337 | 78478 | 81660 | 86960 | 88160 | 89360 | 90560 |
| Hourly x 80 | (Biweekly) | 2739.402 | 2936.052 | 3018.373 | 3140.788 | 3344.625 | 3390.779 | 3436.933 | 3483.087 |
| Hourly x 8 | (Daily) | 273.940 | 293.605 | 301.837 | 314.079 | 334.462 | 339.078 | 343.693 | 348.309 |
| **Per Diem** 2146 | (Daily) | 267.171 | 311.005 | 334.603 | 344.482 | 359.171 | 383.632 | | |
| Daily/8 | (Hourly) | 33.396 | 38.876 | 41.825 | 43.060 | 44.896 | 47.954 | | |
| Hourly + 3.24 | (PM) | 36.636 | 42.116 | 45.065 | 46.300 | 48.136 | 51.194 | | |
| Hourly + 4.86 | (Night) | 38.256 | 43.736 | 46.685 | 47.920 | 49.756 | 52.814 | | |

A–8

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse 12 Hr | Monthly | 5615 | 6041 | 6220 | 6485 | 6927 | 7027 | 7127 | 7227 |
| 2150 | Hourly | 35.996 | 38.727 | 39.871 | 41.571 | 44.402 | 45.043 | 45.684 | 46.325 |
| Hourly + 3.24 | (PM) | 39.236 | 41.967 | 43.111 | 44.811 | 47.642 | 48.283 | 48.924 | 49.565 |
| Hourly + 4.86 | (Night) | 40.856 | 43.587 | 44.731 | 46.431 | 49.262 | 49.903 | 50.544 | 51.185 |
| Hourly x 2080 | (Annual) | 67384 | 72497 | 74638 | 77820 | 83120 | 84320 | 85520 | 86720 |
| Hourly x 80 | (Biweekly) | 2591.707 | 2788.356 | 2870.677 | 2993.092 | 3196.929 | 3243.083 | 3289.237 | 3335.391 |
| Hourly x 8 | (Daily) | 431.951 | 464.726 | 478.446 | 498.849 | 532.821 | 540.514 | 548.206 | 555.898 |
| Clinical Nurse I 12 Hr | Monthly | 5775 | 6201 | 6380 | 6645 | 7087 | 7187 | 7287 | 7387 |
| 2151 | Hourly | 37.022 | 39.753 | 40.896 | 42.596 | 45.427 | 46.068 | 46.709 | 47.351 |
| Hourly + 3.24 | (PM) | 40.262 | 42.993 | 44.136 | 45.836 | 48.667 | 49.308 | 49.949 | 50.591 |
| Hourly + 4.86 | (Night) | 41.882 | 44.613 | 45.756 | 47.456 | 50.287 | 50.928 | 51.569 | 52.211 |
| Hourly x 2080 | (Annual) | 69304 | 74417 | 76558 | 79740 | 85040 | 86240 | 87440 | 88640 |
| Hourly x 80 | (Biweekly) | 2665.553 | 2862.203 | 2944.524 | 3066.938 | 3270.776 | 3316.929 | 3363.083 | 3409.237 |
| Hourly x 8 | (Daily) | 444.259 | 477.034 | 490.754 | 511.156 | 545.129 | 552.822 | 560.514 | 568.206 |
| Clinical Nurse II 12Hr | Monthly | 5935 | 6361 | 6540 | 6805 | 7247 | 7347 | 7447 | 7547 |
| 2152 | Hourly | 38.047 | 40.778 | 41.922 | 43.622 | 46.453 | 47.094 | 47.735 | 48.376 |
| Hourly + 3.24 | (PM) | 41.287 | 44.018 | 45.162 | 46.862 | 49.693 | 50.334 | 50.975 | 51.616 |
| Hourly + 4.86 | (Night) | 42.907 | 45.638 | 46.782 | 48.482 | 51.313 | 51.954 | 52.595 | 53.236 |
| Hourly x 2080 | (Annual) | 71224 | 76337 | 78478 | 81660 | 86960 | 88160 | 89360 | 90560 |
| Hourly x 80 | (Biweekly) | 2739.400 | 2936.049 | 3018.370 | 3140.785 | 3344.622 | 3390.775 | 3436.929 | 3483.083 |
| Hourly x 8 | (Daily) | 456.567 | 489.341 | 503.062 | 523.464 | 557.437 | 565.129 | 572.822 | 580.514 |
| Acute Coord/RDC | Monthly | 6113 | 6552 | 6736 | 7009 | 7464 | 7564 | 7664 | 7764 |
| 2550 | Hourly | 35.270 | 37.802 | 38.862 | 40.438 | 43.062 | 43.639 | 44.216 | 44.793 |
| Hourly + 3.24 | (PM) | 38.510 | 41.042 | 42.102 | 43.678 | 46.302 | 46.879 | 47.456 | 48.033 |
| Hourly + 4.86 | (Night) | 40.130 | 42.662 | 43.722 | 45.298 | 47.922 | 48.499 | 49.076 | 49.653 |
| Hourly x 2080 | (Annual) | 73361 | 78627 | 80832 | 84110 | 89569 | 90769 | 91969 | 93169 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Perinatal Coordinator | Monthly | 6113 | 6552 | 6736 | 7009 | 7464 | 7564 | 7664 | 7764 |
| 2551 | Hourly | 35.270 | 37.802 | 38.862 | 40.438 | 43.062 | 43.639 | 44.216 | 44.793 |
| Hourly + 3.24 | (PM) | 38.510 | 41.042 | 42.102 | 43.678 | 46.302 | 46.879 | 47.456 | 48.033 |
| Hourly + 4.86 | (Night) | 40.130 | 42.662 | 43.722 | 45.298 | 47.922 | 48.499 | 49.076 | 49.653 |
| Hourly x 2080 | (Annual) | 73361 | 78627 | 80832 | 84110 | 89569 | 90769 | 91969 | 93169 |
| Hourly x 80 | (Biweekly) | 2821.584 | 3024.133 | 3108.924 | 3235.011 | 3444.964 | 3491.118 | 3537.272 | 3583.426 |
| Hourly x 8 | (Daily) | 282.158 | 302.413 | 310.892 | 323.501 | 344.496 | 349.112 | 353.727 | 358.343 |
| Utilization Reviewer | Monthly | 5615 | 6041 | 6220 | 6485 | 6927 | 7027 | 7127 | 7227 |
| 2350 | Hourly | 32.396 | 34.854 | 35.884 | 37.414 | 39.962 | 40.539 | 41.116 | 41.692 |
| Hourly + 3.24 | (PM) | 35.636 | 38.094 | 39.124 | 40.654 | 43.202 | 43.779 | 44.356 | 44.932 |
| Hourly + 4.86 | (Night) | 37.256 | 39.714 | 40.744 | 42.274 | 44.822 | 45.399 | 45.976 | 46.552 |
| Hourly x 2080 | (Annual) | 67384 | 72497 | 74638 | 77820 | 83120 | 84320 | 85520 | 86720 |

## Table 3 — Effective June 8, 2003

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| **Staff Nurse** | Monthly | 5896 | 6344 | 6531 | 6809 | 7273 | 7373 | 7473 | 7573 |
| 2148 | Hourly | 34.016 | 36.597 | 37.678 | 39.284 | 41.960 | 42.537 | 43.114 | 43.691 |
| Hourly + 3.40 | (PM) | 37.416 | 39.997 | 41.078 | 42.684 | 45.360 | 45.937 | 46.514 | 47.091 |
| Hourly + 5.10 | (Night) | 39.116 | 41.697 | 42.778 | 44.384 | 47.060 | 47.637 | 48.214 | 48.791 |
| Hourly x 2080 | (Annual) | 70754 | 76122 | 78370 | 81711 | 87276 | 88476 | 89676 | 90876 |
| Hourly x 80 | (Biweekly) | 2721.295 | 2927.777 | 3014.214 | 3142.750 | 3356.779 | 3402.933 | 3449.087 | 3495.241 |
| Hourly x 8 | (Daily) | 272.129 | 292.778 | 301.421 | 314.275 | 335.678 | 340.293 | 344.909 | 349.524 |
| **Clinical Nurse I** | Monthly | 6056 | 6504 | 6691 | 6969 | 7433 | 7533 | 7633 | 7733 |
| 2138 | Hourly | 34.939 | 37.520 | 38.601 | 40.207 | 42.883 | 43.460 | 44.037 | 44.614 |
| Hourly + 3.40 | (PM) | 38.339 | 40.920 | 42.001 | 43.607 | 46.283 | 46.860 | 47.437 | 48.014 |
| Hourly + 5.10 | (Night) | 40.039 | 42.620 | 43.701 | 45.307 | 47.983 | 48.560 | 49.137 | 49.714 |
| Hourly x 2080 | (Annual) | 72674 | 78042 | 80290 | 83632 | 89196 | 90396 | 91596 | 92796 |
| Hourly x 80 | (Biweekly) | 2795.142 | 3001.624 | 3088.061 | 3216.596 | 3430.625 | 3476.779 | 3522.933 | 3569.087 |
| Hourly x 8 | (Daily) | 279.514 | 300.162 | 308.806 | 321.660 | 343.063 | 347.678 | 352.293 | 356.909 |
| **Clinical Nurse II** | Monthly | 6216 | 6664 | 6851 | 7129 | 7593 | 7693 | 7793 | 7893 |
| 2139 | Hourly | 35.862 | 38.443 | 39.524 | 41.131 | 43.806 | 44.383 | 44.960 | 45.537 |
| Hourly + 3.40 | (PM) | 39.262 | 41.843 | 42.924 | 44.531 | 47.206 | 47.783 | 48.360 | 48.937 |
| Hourly + 5.10 | (Night) | 40.962 | 43.543 | 44.624 | 46.231 | 48.906 | 49.483 | 50.060 | 50.637 |
| Hourly x 2080 | (Annual) | 74594 | 79962 | 82210 | 85552 | 91116 | 92316 | 93516 | 94716 |
| Hourly x 80 | (Biweekly) | 2868.988 | 3075.470 | 3161.907 | 3290.442 | 3504.472 | 3550.625 | 3596.779 | 3642.933 |
| Hourly x 8 | (Daily) | 286.899 | 307.547 | 316.191 | 329.044 | 350.447 | 355.063 | 359.678 | 364.293 |
| **Per Diem  2146** | (Daily) | 280.129 | 326.555 | 351.333 | 361.706 | 377.130 | 402.813 | | |
| Daily/8 | (Hourly) | 35.016 | 40.819 | 43.917 | 45.213 | 47.141 | 50.352 | | |
| Hourly + 3.40 | (PM) | 38.416 | 44.219 | 47.317 | 48.613 | 50.541 | 53.752 | | |
| Hourly + 5.10 | (Night) | 40.116 | 45.919 | 49.017 | 50.313 | 52.241 | 55.452 | | |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse 12 Hr | Monthly | 5896 | 6344 | 6531 | 6809 | 7273 | 7373 | 7473 | 7573 |
| 2150 | Hourly | 37.796 | 40.664 | 41.864 | 43.649 | 46.622 | 47.263 | 47.904 | 48.545 |
| Hourly + 3.40 | (PM) | 41.196 | 44.064 | 45.264 | 47.049 | 50.022 | 50.663 | 51.304 | 51.945 |
| Hourly + 5.10 | (Night) | 42.896 | 45.764 | 46.964 | 48.749 | 51.722 | 52.363 | 53.004 | 53.645 |
| Hourly x 2080 | (Annual) | 70754 | 76122 | 78369 | 81711 | 87276 | 88476 | 89676 | 90876 |
| Hourly x 80 | (Biweekly) | 2721.292 | 2927.774 | 3014.211 | 3142.746 | 3356.775 | 3402.930 | 3449.084 | 3495.237 |
| Hourly x 8 | (Daily) | 453.549 | 487.962 | 502.369 | 523.791 | 559.463 | 567.155 | 574.847 | 582.540 |
| Clinical Nurse I 12 Hr | Monthly | 6056 | 6504 | 6691 | 6969 | 7433 | 7533 | 7633 | 7733 |
| 2151 | Hourly | 38.821 | 41.689 | 42.890 | 44.675 | 47.648 | 48.289 | 48.930 | 49.571 |
| Hourly + 3.40 | (PM) | 42.221 | 45.089 | 46.290 | 48.075 | 51.048 | 51.689 | 52.330 | 52.971 |
| Hourly + 5.10 | (Night) | 43.921 | 46.789 | 47.990 | 49.775 | 52.748 | 53.389 | 54.030 | 54.671 |
| Hourly x 2080 | (Annual) | 72674 | 78042 | 80290 | 83631 | 89196 | 90396 | 91596 | 92796 |
| Hourly x 80 | (Biweekly) | 2795.139 | 3001.621 | 3088.058 | 3216.593 | 3430.622 | 3476.776 | 3522.930 | 3569.083 |
| Hourly x 8 | (Daily) | 465.856 | 500.270 | 514.676 | 536.099 | 571.770 | 579.463 | 587.155 | 594.847 |
| Clinical Nurse II 12Hr | Monthly | 6216 | 6664 | 6851 | 7129 | 7593 | 7693 | 7793 | 7893 |
| 2152 | Hourly | 39.847 | 42.715 | 43.915 | 45.701 | 48.673 | 49.314 | 49.955 | 50.596 |
| Hourly + 3.40 | (PM) | 43.247 | 46.115 | 47.315 | 49.101 | 52.073 | 52.714 | 53.355 | 53.996 |
| Hourly + 5.10 | (Night) | 44.947 | 47.815 | 49.015 | 50.801 | 53.773 | 54.414 | 55.055 | 55.696 |
| Hourly x 2080 | (Annual) | 74594 | 79962 | 82210 | 85551 | 91116 | 92316 | 93516 | 94716 |
| Hourly x 80 | (Biweekly) | 2868.985 | 3075.467 | 3161.904 | 3290.439 | 3504.468 | 3550.622 | 3596.776 | 3642.930 |
| Hourly x 8 | (Daily) | 478.164 | 512.578 | 526.984 | 548.407 | 584.078 | 591.770 | 599.463 | 607.155 |
| Acute Coord/RDC | Monthly | 6403 | 6863 | 7056 | 7343 | 7821 | 7921 | 8021 | 8121 |
| 2550 | Hourly | 36.938 | 39.597 | 40.710 | 42.364 | 45.120 | 45.697 | 46.274 | 46.851 |
| Hourly + 3.40 | (PM) | 40.338 | 42.997 | 44.110 | 45.764 | 48.520 | 49.097 | 49.674 | 50.251 |
| Hourly + 5.10 | (Night) | 42.038 | 44.697 | 45.810 | 47.464 | 50.220 | 50.797 | 51.374 | 51.951 |
| Hourly x 2080 | (Annual) | 76831 | 82361 | 84676 | 88118 | 93850 | 95050 | 96250 | 97450 |
| Hourly x 80 | (Biweekly) | 2955.057 | 3167.734 | 3256.764 | 3389.156 | 3609.606 | 3655.760 | 3701.914 | 3748.068 |
| Hourly x 8 | (Daily) | 295.506 | 316.773 | 325.676 | 338.916 | 360.961 | 365.576 | 370.191 | 374.807 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Perinatal Coordinator | Monthly | 6403 | 6863 | 7056 | 7343 | 7821 | 7921 | 8021 | 8121 |
| 2551 | Hourly | 36.938 | 39.597 | 40.710 | 42.364 | 45.120 | 45.697 | 46.274 | 46.851 |
| Hourly + 3.40 | (PM) | 40.338 | 42.997 | 44.110 | 45.764 | 48.520 | 49.097 | 49.674 | 50.251 |
| Hourly + 5.10 | (Night) | 42.038 | 44.697 | 45.810 | 47.464 | 50.220 | 50.797 | 51.374 | 51.951 |
| Hourly x 2080 | (Annual) | 76831 | 82361 | 84676 | 88118 | 93850 | 95050 | 96250 | 97450 |
| Hourly x 80 | (Biweekly) | 2955.057 | 3167.734 | 3256.764 | 3389.156 | 3609.606 | 3655.760 | 3701.914 | 3748.068 |
| Hourly x 8 | (Daily) | 295.506 | 316.773 | 325.676 | 338.916 | 360.961 | 365.576 | 370.191 | 374.807 |
| | | | | | | | | | |
| Utilization Reviewer | Monthly | 5896 | 6344 | 6531 | 6809 | 7273 | 7373 | 7473 | 7573 |
| 2350 | Hourly | 34.016 | 36.597 | 37.678 | 39.284 | 41.960 | 42.537 | 43.114 | 43.691 |
| Hourly + 3.40 | (PM) | 37.416 | 39.997 | 41.078 | 42.684 | 45.360 | 45.937 | 46.514 | 47.091 |
| Hourly + 5.10 | (Night) | 39.116 | 41.697 | 42.778 | 44.384 | 47.060 | 47.637 | 48.214 | 48.791 |
| Hourly x 8 | (Daily) | 272.129 | 292.778 | 301.421 | 314.275 | 335.678 | 340.293 | 344.909 | 349.524 |

## Table 4 - Effective June 6, 2004

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| **Staff Nurse** | Monthly | 6250 | 6724 | 6923 | 7218 | 7709 | 7809 | 7909 | 8009 |
| 2148 | Hourly | 36.057 | 38.793 | 39.938 | 41.641 | 44.477 | 45.054 | 45.631 | 46.208 |
| Hourly + 3.61 | (PM) | 39.667 | 42.403 | 43.548 | 45.251 | 48.087 | 48.664 | 49.241 | 49.818 |
| Hourly + 5.41 | (Night) | 41.467 | 44.203 | 45.348 | 47.051 | 49.887 | 50.464 | 51.041 | 51.618 |
| Hourly x 2080 | (Annual) | 74999 | 80690 | 83072 | 86614 | 92513 | 93713 | 94913 | 96113 |
| Hourly x 80 | (Biweekly) | 2884.573 | 3103.444 | 3195.067 | 3331.314 | 3558.185 | 3604.340 | 3650.494 | 3696.648 |
| Hourly x 8 | (Daily) | 288.457 | 310.344 | 319.507 | 333.131 | 355.819 | 360.434 | 365.049 | 369.665 |
| | | | | | | | | | |
| **Clinical Nurse I** | Monthly | 6410 | 6884 | 7083 | 7378 | 7869 | 7969 | 8069 | 8169 |
| 2138 | Hourly | 36.980 | 39.716 | 40.861 | 42.565 | 45.400 | 45.977 | 46.554 | 47.131 |
| Hourly + 3.61 | (PM) | 40.590 | 43.326 | 44.471 | 46.175 | 49.010 | 49.587 | 50.164 | 50.741 |
| Hourly + 5.41 | (Night) | 42.390 | 45.126 | 46.271 | 47.975 | 50.810 | 51.387 | 51.964 | 52.541 |
| Hourly x 2080 | (Annual) | 76919 | 82610 | 84992 | 88534 | 94433 | 95633 | 96833 | 98033 |
| Hourly x 80 | (Biweekly) | 2958.419 | 3177.290 | 3268.914 | 3405.161 | 3632.032 | 3678.186 | 3724.340 | 3770.494 |
| Hourly x 8 | (Daily) | 295.842 | 317.729 | 326.891 | 340.516 | 363.203 | 367.819 | 372.434 | 377.049 |
| | | | | | | | | | |
| **Clinical Nurse II** | Monthly | 6570 | 7044 | 7243 | 7538 | 8029 | 8129 | 8229 | 8329 |
| 2139 | Hourly | 37.903 | 40.639 | 41.784 | 43.488 | 46.323 | 46.900 | 47.477 | 48.054 |
| Hourly + 3.61 | (PM) | 41.513 | 44.249 | 45.394 | 47.098 | 49.933 | 50.510 | 51.087 | 51.664 |
| Hourly + 5.41 | (Night) | 43.313 | 46.049 | 47.194 | 48.898 | 51.733 | 52.310 | 52.887 | 53.464 |
| Hourly x 2080 | (Annual) | 78839 | 84530 | 86912 | 90454 | 96353 | 97553 | 98753 | 99953 |
| Hourly x 80 | (Biweekly) | 3032.265 | 3251.137 | 3342.760 | 3479.007 | 3705.878 | 3752.032 | 3798.186 | 3844.340 |
| Hourly x 8 | (Daily) | 303.227 | 325.114 | 334.276 | 347.901 | 370.588 | 375.203 | 379.819 | 384.434 |
| | | | | | | | | | |
| **Per Diem 2146** | (Daily) | 296.457 | 346.149 | 372.413 | 383.408 | 399.758 | 426.982 | | |
| Daily/8 | (Hourly) | 37.057 | 43.269 | 46.552 | 47.926 | 49.970 | 53.373 | | |
| Hourly + 3.61 | (PM) | 40.667 | 46.879 | 50.162 | 51.536 | 53.580 | 56.983 | | |
| Hourly + 5.41 | (Night) | 42.467 | 48.679 | 51.962 | 53.336 | 55.380 | 58.783 | | |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| **Staff Nurse 12 Hr** | Monthly | 6250 | 6724 | 6923 | 7218 | 7709 | 7809 | 7909 | 8009 |
| 2150 | Hourly | 40.063 | 43.103 | 44.376 | 46.268 | 49.419 | 50.060 | 50.701 | 51.342 |
| Hourly + 3.61 | (PM) | 43.673 | 46.713 | 47.986 | 49.878 | 53.029 | 53.670 | 54.311 | 54.952 |
| Hourly + 5.41 | (Night) | 45.473 | 48.513 | 49.786 | 51.678 | 54.829 | 55.470 | 56.111 | 56.752 |
| Hourly x 2080 | (Annual) | 74999 | 80689 | 83072 | 86614 | 92513 | 93713 | 94913 | 96113 |
| Hourly x 80 | (Biweekly) | 2884.570 | 3103.441 | 3195.064 | 3331.311 | 3558.182 | 3604.336 | 3650.490 | 3696.644 |
| Hourly x 8 | (Daily) | 480.762 | 517.240 | 532.511 | 555.219 | 593.030 | 600.723 | 608.415 | 616.107 |
| | | | | | | | | | |
| **Clinical Nurse I 12 Hr** | Monthly | 6410 | 6884 | 7083 | 7378 | 7869 | 7969 | 8069 | 8169 |
| 2151 | Hourly | 41.089 | 44.129 | 45.402 | 47.294 | 50.445 | 51.086 | 51.727 | 52.368 |
| Hourly + 3.61 | (PM) | 44.699 | 47.739 | 49.012 | 50.904 | 54.055 | 54.696 | 55.337 | 55.978 |
| Hourly + 5.41 | (Night) | 46.499 | 49.539 | 50.812 | 52.704 | 55.855 | 56.496 | 57.137 | 57.778 |
| Hourly x 2080 | (Annual) | 76919 | 82609 | 84992 | 88534 | 94433 | 95633 | 96833 | 98033 |
| Hourly x 80 | (Biweekly) | 2958.416 | 3177.287 | 3268.910 | 3405.158 | 3632.029 | 3678.182 | 3724.336 | 3770.490 |
| Hourly x 8 | (Daily) | 493.069 | 529.548 | 544.818 | 567.526 | 605.338 | 613.030 | 620.723 | 628.415 |
| | | | | | | | | | |
| **Clinical Nurse II 12Hr** | Monthly | 6570 | 7044 | 7243 | 7538 | 8029 | 8129 | 8229 | 8329 |
| 2152 | Hourly | 42.115 | 45.155 | 46.427 | 48.319 | 51.470 | 52.112 | 52.753 | 53.394 |
| Hourly + 3.61 | (PM) | 45.725 | 48.765 | 50.037 | 51.929 | 55.080 | 55.722 | 56.363 | 57.004 |
| Hourly + 5.41 | (Night) | 47.525 | 50.565 | 51.837 | 53.729 | 56.880 | 57.522 | 58.163 | 58.804 |
| Hourly x 2080 | (Annual) | 78839 | 84529 | 86912 | 90454 | 96353 | 97553 | 98753 | 99953 |
| Hourly x 80 | (Biweekly) | 3032.262 | 3251.133 | 3342.757 | 3479.004 | 3705.875 | 3752.028 | 3798.182 | 3844.336 |
| Hourly x 8 | (Daily) | 505.377 | 541.856 | 557.126 | 579.834 | 617.646 | 625.338 | 633.030 | 640.723 |
| | | | | | | | | | |
| **Acute Coord/RDC** | Monthly | 6767 | 7255 | 7460 | 7764 | 8270 | 8370 | 8470 | 8570 |
| 2550 | Hourly | 39.040 | 41.858 | 43.038 | 44.792 | 47.713 | 48.290 | 48.867 | 49.444 |
| Hourly + 3.61 | (PM) | 42.650 | 45.468 | 46.648 | 48.402 | 51.323 | 51.900 | 52.477 | 53.054 |
| Hourly + 5.41 | (Night) | 44.450 | 47.268 | 48.448 | 50.202 | 53.123 | 53.700 | 54.277 | 54.854 |
| Hourly x 2080 | (Annual) | 81204 | 87065 | 89519 | 93168 | 99243 | 100443 | 101643 | 102843 |
| Hourly x 80 | (Biweekly) | 3123.233 | 3348.671 | 3443.043 | 3583.378 | 3817.055 | 3863.209 | 3909.363 | 3955.517 |
| Hourly x 8 | (Daily) | 312.323 | 334.867 | 344.304 | 358.338 | 381.705 | 386.321 | 390.936 | 395.552 |

A–15

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|---|---|---|---|---|
| Perinatal Coordinator | Monthly | 6767 | 7255 | 7460 | 7764 | 8270 | 8370 | 8470 | 8570 |
| 2551 | Hourly | 39.040 | 41.858 | 43.038 | 44.792 | 47.713 | 48.290 | 48.867 | 49.444 |
| Hourly + 3.61 | (PM) | 42.650 | 45.468 | 46.648 | 48.402 | 51.323 | 51.900 | 52.477 | 53.054 |
| Hourly + 5.41 | (Night) | 44.450 | 47.268 | 48.448 | 50.202 | 53.123 | 53.700 | 54.277 | 54.854 |
| Hourly x 2080 | (Annual) | 81204 | 87065 | 89519 | 93168 | 99243 | 100443 | 101643 | 102843 |
| Hourly x 80 | (Biweekly) | 3123.233 | 3348.671 | 3443.043 | 3583.378 | 3817.055 | 3863.209 | 3909.363 | 3955.517 |
| Hourly x 8 | (Daily) | 312.323 | 334.867 | 344.304 | 358.338 | 381.705 | 386.321 | 390.936 | 395.552 |
| | | | | | | | | | |
| Utilization Reviewer | Monthly | 6250 | 6724 | 6923 | 7218 | 7709 | 7809 | 7909 | 8009 |
| 2350 | Hourly | 36.057 | 38.793 | 39.938 | 41.641 | 44.477 | 45.054 | 45.631 | 46.208 |
| Hourly + 3.61 | (PM) | 39.667 | 42.403 | 43.548 | 45.251 | 48.087 | 48.664 | 49.241 | 49.818 |
| Hourly + 5.41 | (Night) | 41.467 | 44.203 | 45.348 | 47.051 | 49.887 | 50.464 | 51.041 | 51.618 |
| Hourly x 2080 | (Annual) | 74999 | 80690 | 83072 | 86614 | 92513 | 93713 | 94913 | 96113 |
| Hourly x 80 | (Biweekly) | 2884.573 | 3103.444 | 3195.067 | 3331.314 | 3558.185 | 3604.340 | 3650.494 | 3696.648 |
| Hourly x 8 | (Daily) | 288.457 | 310.344 | 319.507 | 333.131 | 355.819 | 360.434 | 365.049 | 369.665 |
| Staff Nurse | Monthly | 6250 | 6724 | 6923 | 7218 | 7709 | 7809 | 7909 | 8009 |
| 2148 | Hourly | 36.057 | 38.793 | 39.938 | 41.641 | 44.477 | 45.054 | 45.631 | 46.208 |