## APPENDIX B

## PROFESSIONAL PERFORMANCE, STAFFING, AND PATIENT CARE COMMITTEES

**I.    Professional Performance Committee**

A Professional Performance Committee, hereafter referred to as PPC, shall be established at MPHS.

### A.    Intent

MPHS recognizes the responsibility of the PPC to recommend measures objectively to improve patient care. MPHS shall duly consider such recommendations and shall advise the PPC of action taken in writing in a timely fashion not to exceed 30 days.

### B.    Composition

The PPC shall be composed of twelve representatives who are employed at MPHS and covered by this Agreement. The PPC members shall be elected by the Nurses at MPHS and shall be representative of all regions and shifts if at all possible.

### C.    Regular Meetings and Minutes

The PPC shall schedule regular meetings. The PPC shall prepare an agenda and keep minutes, provide a roster of attendance and length of meeting, copies of which shall be provided to the Vice President Nursing Services. MPHS shall pay each member of the PPC a maximum of two hours per month at straight time for attendance at such meetings. Payment to Nurses who attend such meetings shall not constitute time worked for any purpose under this Agreement.

### D.    Informational Meetings

The PPC may request meetings with the head of any department for the purpose of obtaining information relating to nursing and patient care. Such meetings shall be arranged through the Vice President Nursing Services who may also attend. Such parties agree to meet with the PPC within a reasonable time convenient to all parties.

### E.    Special Meetings

MPHS may request meetings with the PPC and the PPC may request special meetings with MPHS, but such meetings shall not take the place of regularly scheduled meetings, unless mutually agreed to by the parties. At the request of the PPC, the Association Staff representative who is assigned to MPHS on a regular basis may attend meetings.

F.    **Objectives**

The objectives of the PPC shall be:

1.    To consider constructively the professional practice of Registered Nurses.

2.    To work constructively for the improvement of patient care and nursing practice.

3.    To recommend to MPHS ways and means to improve patient care.

4.    To provide a forum for recommendations to MPHS on matters relating to staffing.

5.    To consider constructively the improvement of safety and health conditions which may be hazardous.

6.    To provide a forum to discuss educational needs and identify and recommend alternative solutions.

G.    **Limitations**

1.    The PPC shall not discuss economic issues or matters subject to the negotiation process.

2.    The PPC activities are advisory and are not subject to MPHS grievance procedure.

H.    **Meeting Facilities**

The PPC shall be permitted to use the employer's premises and equipment for meetings of the PPC, provided sufficient advance request for meeting facilities is made to MPHS and space is available.

I.    **Bulletin Boards and Mailboxes.**

MPHS shall provide a bulletin board and mailbox in a convenient location at each campus. It is agreed that no controversial material shall be posted.

II.    **Staffing Committee**

    A.    **Implementation of Safe Staffing Law.**

MPHS recognizes that the California Department of Health Services (DHS) has conducted a two year process to evaluate safe standards for staffing in acute care hospitals and acknowledges that the proposed ratios will be implemented. To that end, MPHS agrees to implement patient ratios on or before the legally required implementation date. Within the framework of AB 394 (and regulations issued under that law) as well as Title 22 and Title 16, the Staffing Committee may address implementation issues, including optimal RN to patient ratios and other recommendations regarding implementation of staffing ratios. The Hospital and CNA agree to work cooperatively to ensure the highest quality of patient care and optimal outcomes.

    B.    **Patient Classification System.**

The Staffing Committee shall review annually the reliability of the Patient Classification System. The Staffing Committee shall review a proposed change in nursing master staffing matrices prior to implementation of the change; the Hospital shall have the right to implement the proposed change following the first regularly scheduled meeting of the Staffing Committee after the proposed change is presented to the Staffing Committee.

The Patient Classification System shall include but not be limited to the following elements:

        1.    Individual patient care requirements.

        2.    The patient care delivery systems.

        3.    Generally accepted standards of nursing practice as well as elements reflective of the unique nature of MPHS's patient population.

If the annual review reveals that adjustments are necessary in the Patient Classification System in order to assure accuracy in measuring patient care needs, such adjustments must be implemented within thirty (30) days of that determination.

    C.    **Planning and Delivery of Patient Care.**

The planning and delivery of patient care shall reflect all elements of the nursing process; assessment, nursing diagnosis, planning intervention, evaluation and, as circumstances require, patient advocacy.

A Registered Nurse shall directly provide:

        1.    Ongoing patient assessments, which shall be performed and documented in the patient's medical record for each shift and upon receipt of the patient when s/he is transferred to another patient care area.

2. The planning, supervision, implementation and evaluation of the nursing care provided to each patient. The implementation of nursing care may be delegated by the registered nurse responsible for the patient to other licensed nursing staff, or may be assigned to unlicensed staff, subject to any limitation of their licensure, certification, level of validated competency and/or regulation.

3. The assessment, planning, implementation and evaluation of patient education, including ongoing discharge teaching of each patient. Any assignment or delegation of specific patient education tasks to patient care personnel shall be made by the registered nurse responsible for the patient.

## D.    Composition of Staffing Committee.

The Committee shall be comprised of four (4) representatives of management and four (4) representatives selected by the PPC, one of whom represents the Patient Classification System Committee. This Committee shall meet monthly, subject to cancellation by mutual agreement, and shall establish the manner of operation of its meetings.

## E.    Staffing Concerns.

An RN who has a concern about staffing should raise that concern with his or her manager. The RN's manager or designee shall respond to the RN within ten (10) days about the concern. If the RN is not satisfied with the manager's or designee's response, the RN may submit the concern to the Staffing Committee, which shall discuss the issue at the Staffing Committee's next regularly scheduled meeting.

## F.    Special Review Panel.

In the event at least 50% of the Staffing Committee identifies a pattern that indicates staffing does not address patient needs, either party may appeal the issue to the Special Review Panel for resolution, provided such submission is presented in writing to the Hospital within thirty (30) days of the failure of the Staffing Committee to resolve the subject.

1. The Special Review Panel shall consist of three (3) members, one (1) selected by CNA, one (1) selected by the Vice President of Acute Care Services or his or her designee and a third selected by the other two (2) panel members to serve as a neutral chairperson. The parties will make a good faith effort to select a Chairperson who is experienced in the healthcare industry and with expertise in staffing in acute care hospitals. If they are unable to find such a person within thirty (30) days after the appeal is filed, the parties shall select an arbitrator from the panel referenced in Article XXVII to serve as chairperson.

2.    In reaching a resolution, the review panel must take into consideration area standards regarding staffing, applicable state and federal laws, and any other relevant information presented by the parties.

3.    If the Special Review Panel is unable to agree on a resolution within sixty (60) days of the selection of the Chairperson, the neutral third party may resolve the difference and such a decision shall be final and binding on the parties.

   a.    Any resolution of the Special Review Panel, including any decision by the neutral third party, must be consistent with applicable state and federal legislation prescribing staffing levels and ratios.

   b.    The Special Review Panel, including the neutral third party, shall not have jurisdiction to fashion any remedy that imposes an obligation on the Hospital which exceeds, and/or is inconsistent with requirements of Title 22 of the California Code of Regulations, as amended, or any other applicable state or federal law.

4.    Either party may seek to overturn (or vacate) the decision of the Special Review Panel or of the neutral third party under any basis permitted by law regulating private labor arbitration. Either party may seek to overturn (or vacate) a decision due to a mistake of law.

5.    To the extent permitted by law, the Hospital and CNA agree that the process contained herein shall be the exclusive means of resolving all disputed issues arising under Appendix B, Section II and specifically, except to the extent either party seeks to vacate a decision under paragraph 4, above, the parties agree to waive their rights to initiate litigation or to seek administrative remedies, including unfair labor practices under the National Labor Relations Act, arising out of such disputes, except for information requests and Section 8(a)(3) or Section 8(b)(1) charges.

6.    By mutual agreement, the parties may extend the time frames set forth in this section.

## III.    Mills-Peninsula Health Services Patient Care Committee

The Patient Care Committee is a Committee of MPHS reporting directly to Administration. Copies of the minutes of all meetings are forwarded to the Administrator's Office, to the Professional Staff Executive Committee, and to the Professional Performance Committee.

The purpose of the Committee is quality assurance in patient care. The charge to the Committee is threefold; first, to develop an approach for on-going evaluation of the quality of both direct and indirect patient care and to make recommendations regarding same; second, to

review any changes in policies, procedures, and standards in patient care and make appropriate recommendations; and, thirdly, to discuss and make recommendations concerning any problems in the quality of patient care referred to it.

The Committee will consist of nine (9) permanent members with voting privileges including three (3) members appointed by Administration, three (3) members appointed by the Executive Committee of the Professional Staff, and three (3) members appointed by the Professional Performance Committee. Three (3) additional members will be invited to attend meetings appearing as representatives from other departments and support services within MPHS as appropriate. Since these members will be invited on an irregular basis, dependent upon the agenda, they will not be voting members of the Committee. The Chairperson of the Committee will be one (1) of the Professional Staff members and his/her selection will be approved by the Committee. The Chairperson will have a vote on an on-going basis rather than on a tie breaking basis.

## APPENDIX C

## SIDE LETTER PERTAINING TO SURGERY DEPARTMENT NURSES

A.     Upon agreement between the affected Surgery Department Nurse(s) and MPHS, in circumstances where it is anticipated that all regularly scheduled Surgery Department Nurses will not be needed on a scheduled Saturday shift commencing at 6:00 a.m. at the Peninsula facility, the affected Nurse(s) will remain "on call" for such regularly scheduled Saturday shift and will not have his/her "on call" status canceled after 9:00 p.m. on the preceding Friday, or two (2) hours cancellation notice prior to the beginning of the shift for Per Diem Nurses.

B.     Subject to their non-solicited written requests, Surgery Department Nurses may be asked to voluntarily sign a waiver of overtime premium payments, which would otherwise be due them under the Agreement due to a change in the starting time of their consecutive shifts. The affected shifts are those commencing between 5:30 a.m. and 12:00 p.m. at Peninsula Hospital and at 6:50 a.m. and 9:50 a.m. at Mills Hospital.

C.     Surgery Department Nurses called back to work on a non-prescheduled basis for emergency cases shall be paid at the rate of double the Nurse's straight-time rate for all hours so worked.

MILLS-PENINSULA HEALTH SERVICES        CALIFORNIA NURSES ASSOCIATION


By:  /s/ Robert W. Merwin                        By:  /s/ Ed Lieberman


Date:  April 5, 1989                                 Date:  April 7, 1989

# APPENDIX D

## 12-HOUR SHIFTS

A.      The parties agree to the implementation of 12-hour shifts for Registered Nurses in a specific department or clinical area (hereinafter referred to as the "unit"). Prior to the initial implementation, CNA and MPHS will jointly conduct a secret ballot vote regarding 12-hour shifts in the affected units. A simple majority of those voting will be required before a 12-hour shift schedule is implemented. Eligible voters will be all Registered Nurses in the unit who are members of the bargaining unit represented by the California Nurses Association. MPHS will provide a place for the vote to be conducted in MPHS. This Appendix shall be available to all Nurses in the unit at least one week prior to the vote.

Upon implementation of 12-hour shift staffing schedules, such schedules will continue in the unit indefinitely, subject to the discontinuation provision below. If the decision is made to discontinue the 12-hour shift schedule within six months of implementation, or if individual Nurses wish to return to an eight-hour shift, the Nurses involved will revert to their preexisting schedule and contract provisions. If the decision is made to discontinue the staffing schedule after the first six months, Registered Nurses in 12-hour shift positions may apply for eight-hour shift positions for which they are qualified and as available. Following implementation of 12-hour shift schedules in the unit, Registered Nurses with 12-hour shift positions who desire eight-hour shift positions may apply for available eight-hour shift positions for which they are qualified.

MPHS may discontinue 12-hour shift schedules at any time upon 60 days advance notice to the Nurses in the unit and to CNA and agrees to discuss the decision with CNA and the affected Nurses. CNA may discontinue the staffing schedule upon 60 days notice at any time a simple majority of the nurses of the unit vote to do so. Such a vote will be called when CNA is presented with a petition signed by 30 percent of the eligible voters in the unit as described above and will be conducted in the manner specified above. The terms of the current collective bargaining agreement between the California Nurses Association and Mills-Peninsula Health Services will apply to the Staff Nurse positions in the unit except insofar as such terms may be inconsistent with the terms of this Appendix, in which case this Appendix shall prevail.

B.      **Posting And Scheduling**. Implementation of 12-hour shift schedules will not displace any Nurse with an existing eight-hour shift schedule nor will it require an eight-hour Nurse to change to a 12-hour shift schedule. In the event that, at implementation, more 12-hour shift positions are needed in the unit than there are interested nurses already employed by MPHS, MPHS may utilize outside resources to fill the needed positions, provided that there is no adverse effect on the present staff.

When MPHS has determined that it is necessary to "pair" two 12-hour positions to cover a 24-hour period and one employee chooses to discontinue the 12-hour schedule, the practice may be suspended by MPHS, constituting a return to an eight-hour schedule, unless another partner is hired in order to achieve 24-hour coverage.

The usual full-time 12-hour shift staffing pattern will be three 12-hour shifts in a seven-day work period. Nurses who are regularly scheduled for three complete 12-hour shifts (36 hours) will be recognized as full-time employees. Unless requested by the Nurse, at least two of the three days shall be consecutive.

MPHS will schedule Nurses to work no more than three 12-hour shifts in a row, with at least a two-day break, unless the Nurse submits an unsolicited written request for such a schedule.

MPHS reserves the right to develop a staffing schedule consisting of two 12-hour shifts or two 12-hour shifts and one eight-hour shift in a seven-day work week. Nurses assigned to such schedule will be considered part-time.

C.    **Pay.** Nurses working a 12-hour shift position will be paid on the basis of a "formula rate". For the purpose of this Appendix, the term "formula rate" is defined to mean the amount resulting from multiplying the Nurse's straight-time hourly rate as provided in the Agreement by the quotient 1.11111 (derived by dividing 40 by 36). Hours worked in excess of 12 hours in a shift (excluding the meal period) will be paid at the rate of twice the Nurse's formula hourly rate. Nurses scheduled to work more than 36 hours in a week, shall be paid at the straight-time formula rate for hours up to 40, then time and one-half of the formula rate thereafter (except that hours beyond 12 in a day will be paid at double time).

Formula rates shall also apply to part-time Nurses working fewer than six 12-hour shifts in a 14-day period. In the event MPHS establishes in the unit a regular schedule which is a combination of eight-hour and 12-hour shifts, the formula rate shall be applied only to the 12-hour shifts (two timecards would be necessitated).

D.    **Benefits.** Full-time Nurses working three 12-hour shifts in a seven-day work week shall be entitled to benefits, such as time off, pensions, health insurance, education leave, etc. on the same basis as full-time Nurses working a normal 40-hour week. At no time will benefit accruals earned by Nurses in 12-hour shift positions exceed that earned by other full-time Nurses. Part-time Nurses working 12-hour shifts will accrue benefits on the basis of hours worked, although such Nurses will be paid benefits on the basis of the formula rate.

All Nurses working on a holiday recognized in the collective bargaining agreement between the parties will receive one and one-half times their formula rate for each hour worked on the holiday. Hours worked in excess of 12 hours on a holiday will be paid for at double the Nurse's formula hourly rate.

Education leave may be taken in 12-hour segments, regardless of the duration of the instruction. Full-time 12-hour shift Nurses are eligible for 96 hours of education leave per year. If the Nurse is normally scheduled to work a 12-hour shift and takes education leave, the Nurse may, if needed in the unit, choose to report to work following the completion of the course, workshop, or seminar; in such an event, the Nurse would utilize only that amount of education leave necessary to cover the time involved for the course and would be paid at the formula rate for the remainder of the shift.

Bereavement and jury duty leaves are available to Nurses in 12-hour shift positions on the same basis as Nurses in eight-hour shift positions.

If accrual rates of any paid leave time necessitate different formulas for 12-hour and eight-hour positions, the Nurse's accrual rate will be adjusted any time there is a change to or from a 12-hour shift position.

E.    **Meal Period And Breaks.**    Nurses covered by this Memorandum of Understanding will be provided with an unpaid one-half hour meal period and three paid 15-minute breaks during the 12-hour shift. Any two breaks may be combined if staffing allows.

F.    **Weekends.** If the 12-hour shift schedule creates a surplus of Nurses scheduled to work weekends, any reduction of scheduled weekends in the unit will be shared equally between Nurses in eight-hour and 12-hour shift positions.

G.    **Temporary Reductions.** Nurses on 12-hour shifts may be subject to temporary reductions subject to the provisions of Article XXX(G), except as follows: After the Hospital has notified the 12-hour nurse of the cancellation of her shift, such nurse shall be eligible, at her option, to be scheduled for an 8-hour shift on the next regularly scheduled shift starting at or after the time of the nurse's previously scheduled 12-hour shift. If an 8-hour shift is not available for the cancelled 12-hour nurse, the Hospital shall apply the temporary reduction procedures to all of the scheduled nurses on that 8-hour shift, including the nurse with the cancelled 12-hour shift.

**APPENDIX E**

**RENAL DIALYSIS**

By memorandum dated October 26, 1988, Mills-Peninsula Health Services agreed that the then-newly created Renal Dialysis Coordinator positions would continue to be covered by the terms of the collective bargaining agreement, given the amount of direct patient care required of the occupants of those positions. This will reconfirm MPHS's agreement, on a nonprecedential basis, to continue that arrangement, as well as the remainder of the October 26, 1988, Memorandum with respect to the terms and conditions of employment of the individuals occupying those coordinator positions.

In addition, this will confirm the nonprecedential arrangement as regards all Renal Dialysis Nurses, with particular reference to the subjects of "on-call" pay and payment of Per Diem Renal Dialysis Nurses for each "run" (treatment). Specifically, Per Diem Renal Dialysis Nurses are paid "by the run" and shall continue to be paid in that manner. Each "run" is paid a flat fee rate of $175.00 for week days, $200.00 for weekend days and $225.00 for Holidays (as defined in Article XIV of the Agreement).

The Acute Services Nurses, both benefit status and Per Diem, will also be paid a flat rate for being "on-call" in the following amounts:

| | |
|---|---|
| Week-Nights (Monday-Friday 5:00 p.m.-8:00 a.m.) | $150.00 |
| 24-hour on-call (8:00 a.m.-8:00 a.m.): | $240.00 |
| Holidays, as defined in Article XIV (8:00 a.m.-8:00 a.m.) | $275.00 |

These Nurses may arrange to share 24-hour call and subsequent compensation subject to approval of their Manager or Director.

Except as so revised, all remaining terms and conditions of the Agreement remain unchanged as to these Nurses.

# APPENDIX F

## CONSOLIDATION

Since MPHS plans to consolidate services between the Health Center (Mills) and the Medical Center (Peninsula) facilities, it is hereby agreed that MPHS shall notify the affected Nurses no later than thirty (30) days prior to implementing a consolidation in a unit and/or Region. The affected Nurses may form a committee of no more than four (4) Nurses (two from each campus) to discuss the implementation of the consolidation with MPHS. If the Hospitals and the affected nurses committee reach a resolution regarding the consolidation prior to the expiration of the thirty (30) day period, and subject to the approval by the Association and the majority of the affected RNs, MPHS will implement the consolidation pursuant to that resolution. However, if MPHS and the affected nurses committee cannot achieve a resolution, the consolidation shall be accomplished by integrating the seniority lists and offering the positions and training as set forth in Article XXX.B.1.

Any change in the operation, title, or status of a unit in the context of MPHS' consolidation, shall be covered by the provisions of this Appendix.

## APPENDIX G

## FLOAT PLAN

Consistent with Mills-Peninsula Health Services' practice, the parties agree to the following stipulations regarding the floating of RNs:

a.    Nurses shall be required to float only within their own region.

b.    Floating will be rotated among qualified RNs.

c.    Cross region floating can be accomplished only if the RN involved agrees.

d.    All RNs will be properly oriented prior to being floated.

e.    All RNs will have validated competencies prior to being floated.

## APPENDIX II

## RAPID DEPLOYMENT NURSES

### A.    SCHEDULED RAPID DEPLOYMENT NURSES

MPHS shall establish the following Rapid Deployment Nurse positions to provide assistance where needed in the following units:  Critical Care, Med/Surge, ED and Mom/Baby. Rapid Deployment Nurses will not routinely be given a patient care assignment and shall not be counted in the acuity staffing matrices.  If a Rapid Deployment Nurse is given a patient care assignment, MPHS will continue to attempt to bring in other Nurses to staff those patients in order to release the Rapid Deployment Nurse to her regular duties.  Nurses will be oriented to each of the unit to which they are expected to float.  These positions shall be benefited year-around.  As such, these Nurses shall be required to pay dues to CNA on a year-around basis.  The parties agree that MPHS shall initially post enough positions to fill the following needs:

1 RN
3:00 p.m. - 11:00 p.m.
Seven Days a Week
For Six months out of the year (months to be designated)

1 RN
11:00 p.m. – 7:00 a.m.
Seven Days a Week
For six months out of the year (months to be designated)

### B.    ON-CALL RAPID DEPLOYMENT ISSUES

For six (6) months out of the year ( the six months opposite those in which the Scheduled Rapid Deployment Nurses will be utilized) MPHS shall post enough extra shifts to equal the following number of stand-by Rapid Deployment Nurse positions.  These shifts shall provide assistance where needed in the following units:  Critical Care, Med/Surge, ED and Mom/Baby.  Rapid Deployment Nurses will not routinely be given a patient care assignment and shall not be counted in the acuity staffing matrices.  If a Rapid Deployment Nurse is given a patient care assignment, MPHS will continue to attempt to bring in other Nurses to staff those patients in order to release the Rapid Deployment Nurse to other duties.  These positions shall be in addition to the regular core staffing for each unit.  Nurses will be oriented to each of the units to which they are expected to float.

1 RN
3:00 p.m. – 11:00 p.m.
Seven Days a Week
For six months out of the year (months to be designated)

1 RN
11:00 p.m. – 7:00 a.m.
Seven Days a Week
For six months out of the year (months to be designated)

- All hours worked as "stand-by" on these Rapid Deployment On Call Shifts shall be paid at one half (½) the Nurses' regular hourly rate.

- All hours worked in the Hospital when on a Rapid Deployment On Call Shift shall be compensated at the Nurses' regular hourly rate including overtime, if applicable.

H-2

## APPENDIX I

## SIDE LETTER REGARDING NURSE REPRESENTATIVES

For the term of the 2002-2005 contract, the parties agree that a designated Nurse Representative from the Health Center (Mills) and a designated Nurse Representative from the Medical Center (Peninsula) will be compensated for up to eight (8) hours per month for time spent resolving and working to resolve grievances as referenced in Article XXVII.B.2. Hours may be combined and shall be distributed in accordance with instructions of the Chief Nurse Representative.  MPHS shall grant one day per pay period of release time to one Nurse Representative as designated by CNA for the purpose of resolving issues at MPHS."

LESLIE HOLLEY-BROSNAN                    DEBBIE GOODIN

Date:                                   Date:

**APPENDIX J**

**PACU SIDE LETTER**

This side letter of agreement is entered by and between Mills Peninsula Health Services and the California Nurses Association.

Based on an increasing need to provide post-op recovery of patients on the late evening to early night shift, Mills Peninsula Health Services and California Nurses Association agreed on the following steps effective July 22, 2001.

1)    The hours of operations of the PACU will be extended to 12:30 a.m.   The scheduled hours of the p.m. shift will be changed to accommodate this change, i.e., 3:30 p.m. to 12:00 a.m.

2)    The PACU staff will be assigned on call for the hours of 12:00 midnight – 7:00 a.m. 7 nights/week. Contractual rates of pay will apply.

3)    The procedure for assigning on-call will be consistent with the procedure used in the Surgery Unit.   The on-call stand-by shifts will be assigned on a rotational basis. Regular staff will be assigned on call shifts.  Per Diem staff will be required to provide availability per the contract:  four shifts per four week scheduling cycle, which include a maximum of two weekend shifts.  Per Diems' availability for weekend shifts and on call shifts will count toward their weekend commitment.  As per current practice, staff is free to trade on-call assignment with other RNs as long as the RN has current competency for recovery of acute patients and skill level is the same.

4)    Employees that are regularly scheduled to work full time may elect one of the following options to fulfill their on call commitment:

**Option #1**

Work regular scheduled days, take call and do not take any days off

**Option #2**

Take the day off immediately following your scheduled call shift without pay.  If you select this option it could result in a change in your benefits and your biweekly scheduled hours.  This option is only available if you are scheduled and take call.

(This option is also available for Part-time employees.  However the day off will be scheduled around the employees' non-workday)

**Option #3**

Come in to work the on call shift you are scheduled to work (12:00 – 7:00) which may result in floating to other departments for tasks the employee is competent and skilled to do.

5)    Call shifts will not be cancelled.

6)    This agreement is non-precedential.


/s/    Hazel Smith                          7/3/01
Mills Peninsula Health Services/Date


/s/    Linda Campagna                    7/3/01
California Nurses Association /Date

## APPENDIX K

## RETIREMENT ELECTIONS FOR NURSES
## EMPLOYED AS OF DECEMBER 31, 2002

Subject to the eligibility requirements of Article XIX (Retirement), current eligible Nurses employed by the Hospital as of December 31, 2002, may elect to participate in either the Sutter Health Retirement Plan – Cash Balance Design or the Sutter Health Retirement Plan – Defined Benefit Design, as set forth below:

     a.    Nurses who are participants in the CNA TSA Plan as of December 31, 2002, will be provided a one-time, irrevocable election between the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design, but not the CNA TSA Plan. This one-time, irrevocable choice shall be effective January 1, 2003.

     b.    Nurses who are participants in the Sutter Health Retirement Plan—Defined Benefit Design as of December 31, 2002, will be provided a one-time, irrevocable election between the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design. This one-time, irrevocable choice shall be effective January 1, 2003.

     c.    Nurses who are participants in the Sutter Health Retirement Plan—Cash Balance Design as of December 31, 2002, will be provided a one-time, irrevocable election between the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design. This one-time, irrevocable choice shall be effective January 1, 2003.

     d.    "Decision kits" including personalized statements and other information shall be made available in the first quarter 2003 to eligible Nurses to help them make decisions regarding their choice.

     e.    Any Nurse failing to make the election required by the preceding subsections by March 31, 2003, will automatically be enrolled in the Sutter Health Retirement Plan—Cash Balance Design.

## INDEX

|  | PAGE |
|---|---|
| ANNIVERSARY DATE | 4 |
| ASSOCIATION VISITATION RIGHTS / NURSE REPRESENTATIVES | 31 |
| ASSOCIATION DUES | 3 |
| BEREAVEMENT LEAVE | 28 |
| CLASSIFICATIONS | 6 |
| CLINICAL NURSE | 7 |
| COMPENSATION | 8, A-1 |
| CONVERSION TO PART- OR FULL-TIME STATUS | 5 |
| COVERAGE | 1 |
| DISABILITY | 22 |
| DOUBLE SHIFTS | 11 |
| EDUCATIONAL LEAVES | 27 |
| EMPLOYEE DISCOUNTS | 21 |
| EMPLOYMENT CATEGORIES | 4 |
| EVALUATION PROGRAM | 30 |
| EXTENDED ILLNESS BANK ACCRUAL RATES | 13 |
| FAMILY CARE LEAVES | 27 |
| FILLING OF VACANCIES | 12 |
| FULL-TIME NURSES | 4 |
| GRIEVANCE PROCEDURE | 32 |
| HEALTH AND DENTAL PLANS | 20 |
| HOLIDAYS | 19 |
| IMPLEMENTATION OF / CHANGEOVER TO PTO | 18 |
| IN-SERVICE EDUCATION AND MANDATORY CLASSES | 38 |
| INTER-ORGANIZATIONAL TRANSFERS | 7 |
| JURY DUTY | 29 |
| LAYOFFS AND RECALLS | 34 |
| LEAVES OF ABSENCE | 26 |
| LIFE INSURANCE | 22 |
| MEDICAL LEAVES | 26 |

# INDEX

PAGE

MEMBERSHIP ................................................................................................... 1
MERGERS ........................................................................................................ 40
MILITARY DUTY ............................................................................................. 30
MUTUAL RIGHTS AND RESPONSIBILITIES ................................................ 39
NONDISCRIMINATION ..................................................................................... 3
ON-CALL ......................................................................................................... 11
OVERTIME ...................................................................................................... 10
PAID TIME OFF AND EIB .............................................................................. 13
PART-TIME NURSES ......................................................................................... 4
PAST EXPERIENCE AT MILLS-PENINSULA ................................................. 7
PER DIEM NURSES ........................................................................................... 4
PERSONAL LEAVES ....................................................................................... 26
PHYSICAL EXAMINATIONS ......................................................................... 40
POSITION POSTING ........................................................................................ 12
PREGNANCY LEAVES .................................................................................... 26
PROFESSIONAL PERFORMANCE AND PATIENT CARE COMMITTEES ............... 33, B-1
PROFESSIONAL LEAVES ............................................................................... 27
RECOGNITION ................................................................................................... 1
REDUCTION IN FORCE .................................................................................. 35
REQUESTS FOR SCHEDULED PAID TIME OFF ............................................. 16
REQUESTS FOR LEAVE ................................................................................. 29
REST BETWEEN SHIFTS ............................................................................... 10
RETIREMENT ........................................................................................... 22, K-1
SAVINGS CLAUSE .......................................................................................... 40
SHIFT DIFFERENTIALS ..................................................................................... 8
SHIFT CHARGE NURSE .................................................................................... 9
STAFF NURSE ................................................................................................... 6
TERM OF AGREEMENT .................................................................................. 41
TERMINATION, DISCIPLINE AND RESIGNATION ....................................... 30
TUITION AND TEXTBOOKS .......................................................................... 29

# INDEX

|                                                                                 | PAGE |
|---------------------------------------------------------------------------------|------|
| VOTING PRIVILEGES                                                               | 29   |
| WEEKENDS OFF                                                                    | 34   |

APPENDIX A
SALARY CONVERSION TABLES FOR STAFF NURSES,
PER DIEM NURSES AND CLINICAL NURSES
EFFECTIVE  JULY 12, 2002 THROUGH JUNE 30, 2005 .................................. A1–A16

APPENDIX B
PROFESSIONAL PERFORMANCE, STAFFING, AND PATIENT
CARE COMMITTEES ............................................................................. B1–B6

APPENDIX C
SIDE LETTER PERTAINING TO SURGERY DEPARTMENT NURSES ................ C-1

APPENDIX D
12-HOUR SHIFTS ............................................................................... D1–D3

APPENDIX E
RENAL DIALYSIS ................................................................................... E-1

APPENDIX F
CONSOLIDATION ..................................................................................... F-1

APPENDIX G
FLOAT PLAN ......................................................................................... G-1

APPENDIX H
RAPID DEPLOYMENT NURSES ................................................................ H1–H2

APPENDIX I
SIDE LETTER REGARDING NURSE REPRESENTATIVES ............................... I-1

APPENDIX J
PACU SIDE LETTER ................................................................................ J1–J2

APPENDIX K
RETIREMENT ELECTIONS FOR NURSES EMPLOYED
AS OF DECEMBER 31, 2002 .................................................................. K-1

SF1:475495

# The Weingarten Rights

The Supreme Court has ruled that an employee is entitled to have a CNA Representative present during any interview which may result in discipline. These rights are called your Weingarten Rights.

1.  You must request that a CNA rep be called into the meeting.

2.  You must have a reasonable belief that discipline will result from the meeting.

3.  You have the right to know the subject of the meeting and the right to consult your CNA rep prior to the meeting to get advice.

4.  Do not refuse to attend the meeting if a rep is requested but denied. We suggest you attend the meeting and repeatedly insist upon your right to have a CNA rep present. If this fails, we suggest that you not answer questions and take notes.



# COLLECTIVE BARGAINING AGREEMENT

# BETWEEN

# MILLS-PENINSULA HEALTH SERVICES

# AND

# CALIFORNIA NURSES ASSOCIATION

*JULY 28, 2005 – JUNE 30, 2007*

# TABLE OF CONTENTS

**Page**

ARTICLE 1        RECOGNITION ...................................................................... 1

ARTICLE 2        COVERAGE.......................................................................... 1

ARTICLE 3        MEMBERSHIP...................................................................... 1

ARTICLE 4        ASSOCIATION DUES............................................................ 2

ARTICLE 5        NONDISCRIMINATION ......................................................... 3

ARTICLE 6        APPLICABLE DATES............................................................ 3

ARTICLE 7        EMPLOYMENT CATEGORIES .............................................. 5

ARTICLE 8        CLASSIFICATIONS .............................................................. 6

ARTICLE 9        COMPENSATION ................................................................. 9

ARTICLE 10       HOURS OF WORK -- OVERTIME .................................... 11

ARTICLE 11       ON-CALL AND DOUBLE SHIFTS .................................... 12

ARTICLE 12       POSITION POSTING AND FILLING OF VACANCIES............... 13

ARTICLE 13       PAID TIME OFF ................................................................ 14

ARTICLE 14       HOLIDAYS ....................................................................... 19

ARTICLE 15       HEALTH AND DENTAL PLANS......................................... 21

ARTICLE 16       EMPLOYEE DISCOUNTS................................................. 23

ARTICLE 17       DISABILITY ..................................................................... 23

ARTICLE 18       LIFE INSURANCE ............................................................ 24

ARTICLE 19       RETIREMENT ................................................................. 24

ARTICLE 20       LEAVES OF ABSENCE.................................................... 27

ARTICLE 21       TUITION AND TEXTBOOKS ............................................ 30

ARTICLE 22       JURY DUTY AND VOTING PRIVILEGES.......................... 31

ARTICLE 23       MILITARY DUTY ............................................................. 31

ARTICLE 24       EVALUATION PROGRAM................................................ 32

ARTICLE 25       TERMINATION, DISCIPLINE, AND RESIGNATION ................. 32

ARTICLE 26       ASSOCIATION RIGHTS................................................... 33

ARTICLE 27       GRIEVANCE PROCEDURE.............................................. 34

ARTICLE 28       PROFESSIONAL PERFORMANCE, STAFFING, AND
                 PATIENT CARE COMMITTEES ........................................ 36

ARTICLE 29       WEEKENDS..................................................................... 41

ARTICLE 30       LAYOFFS, RECALLS, AND FLOATING....................... 42

i

# TABLE OF CONTENTS
(continued)

Page

| | | |
|---|---|---|
| ARTICLE 31 | IN-SERVICE EDUCATION AND MANDATORY CLASSES | 46 |
| ARTICLE 32 | HEALTH AND SAFETY | 47 |
| ARTICLE 33 | TECHNOLOGY | 48 |
| ARTICLE 34 | MUTUAL RIGHTS AND RESPONSIBILITIES | 48 |
| ARTICLE 35 | PHYSICAL EXAMINATIONS | 49 |
| ARTICLE 36 | SAVINGS CLAUSE | 49 |
| ARTICLE 37 | SUCCESSORS | 49 |
| ARTICLE 38 | TERM OF AGREEMENT | 50 |
| APPENDIX A | SALARY CONVERSION TABLES FOR STAFF NURSES, PER DIEM NURSES AND CLINICAL NURSES | A-1 |
| APPENDIX B | SIDE LETTER PERTAINING TO SURGERY DEPARTMENT NURSES | B-1 |
| APPENDIX C | 12-HOUR SHIFTS | C-1 |
| APPENDIX D | CONSOLIDATION | D-1 |
| APPENDIX E | CAPD ON CALL | E-1 |
| APPENDIX F | SIDE LETTER REGARDING NURSE REPRESENTATIVES | F-1 |
| APPENDIX G | PACU SIDE LETTER | G-1 |
| APPENDIX H | SIDE LETTER REGARDING BID SHIFT PILOT PROGRAM | H-1 |

THIS AGREEMENT is made and entered into this 28th day of July 2005, by and between MILLS-PENINSULA HEALTH SERVICES, hereinafter referred to as "MPHS" and the CALIFORNIA NURSES ASSOCIATION, hereinafter referred to as "Association."

## WITNESSETH

That the parties hereto have agreed as follows:

## ARTICLE 1

## RECOGNITION

MPHS hereby recognizes the Association as the sole bargaining agent representing Registered Nurses for the purpose of this Collective Bargaining Agreement.

## ARTICLE 2

## COVERAGE

The Nurses covered by this Agreement are all Registered Nurses employed by MPHS performing patient care services. All other employees and supervisorial positions and personnel are excluded. It is the intention of the parties that all classifications and individuals currently covered by the Agreement at MPHS shall remain covered under the new Agreement; it is not the intention of the parties to expand the coverage of the new Agreement to positions not previously covered by the Agreement. In the event that MPHS commences operation of and operates an entity that employs Registered Nurses providing patient care services, these Nurses shall be covered by this Agreement to the extent required by law. At least 30 days prior to subcontracting of work currently performed by RN's covered by this Agreement, MPHS shall negotiate with the Association over the decision and effects of such subcontracting.

## ARTICLE 3

## MEMBERSHIP

**A.**    All present and future employees covered by this Agreement who are not already members of the Association shall, within thirty (30) days of their employment, become members of the Association or, in the alternative, shall as a continuing condition of employment pay the Association a service fee in an amount equal to the monthly membership dues. The payments hereunder shall be made by authorized payroll deductions or by direct payment to the

1

Association.  An Employee in or hired into a job classification represented by CNA shall be provided with an Employee Authorization for Payroll Deduction Form by CNA.

**B.**    The Association shall have the responsibility of notifying the employee regarding the obligations of this provision.  Such notification shall include an initial letter of notification, a reminder letter with a copy to MPHS, and a final warning letter with a copy to MPHS.

**C.**    If all of the above requirements have been met by the Association, and the Nurse fails to comply with the provisions of this section, the Association may request that MPHS terminate the employment of such Nurse at the end of thirty (30) days from the date of such notification.  MPHS, upon receiving such notification from the Association, shall immediately notify said Nurse that his/her services shall be terminated at the end of thirty (30) days from the date of such notification, and shall discharge said Nurse accordingly unless the Nurse complies with the membership or service fee conditions within the thirty (30) day period.

**D.**    Upon the execution of this Agreement, MPHS will send the Association a master list of all Nurses covered by the Agreement, containing the name, address, social security number and classification of each Nurse.  Subsequently, on a monthly basis, MPHS will send the Association a list of all new hires, terminations, and changes in classification.  MPHS will include social security numbers on the monthly dues deduction roster at such time as MPHS's payroll system can accommodate such a listing.

**E.**    On at least a monthly basis, the employer will also provide the union with information about members in the bargaining unit in a mutually acceptable computer-readable form necessary and sufficient for the Union to fulfill its duty of fair representation.  This information shall include, but not be limited to, information regarding the demographics, job, and work-related financial information about each bargaining unit member.  This language is not intended to reduce the information historically provided to the Union by the employer but to make the process of information sharing more efficient and accurate for both parties. The Union pledges to help to protect the privacy rights of those in the bargaining unit by not releasing sensitive data to third parties.

**F.**    The Association shall indemnify MPHS and hold it harmless against any and all suits, claims, demands and liabilities that shall arise of, or by reason of, any action that shall be taken by MPHS or its agents for the purpose of complying with this Article.  If any provision of this Article is invalid under federal or state law, said provision shall be modified to comply with requirements of said federal or state law.


# ARTICLE 4

## ASSOCIATION DUES


During the term of this Agreement MPHS agrees that on each payday it will deduct from the salary of each Registered Nurse, who in writing authorizes such deductions, an amount

2

equivalent to one twenty-sixth (1/26th) of the annual dues and Association service charges for membership in the Association. MPHS shall remit said dues and charges so collected to the CNA Headquarters, 2000 Franklin Street, Oakland, CA 94612-2908, within ten (10) days after the deduction has been made. The foregoing, however, is subject to there being sufficient funds due to the Nurse from which deductions may be made after MPHS has paid all other legally required or Nurse authorized deductions. A list shall accompany the deductions which will show the names of the Nurses for whom deductions have been made. The Association shall hold MPHS harmless against any claims or liabilities that might arise by reason of the inability of MPHS to make the authorized deductions and shall hold MPHS harmless against claims or liabilities that might arise or be incurred by MPHS as the result of any action or claim brought by any Nurse against MPHS in connection with MPHS's deduction of dues and/or service charges under this Article.

## ARTICLE 5

## NONDISCRIMINATION

MPHS shall not discriminate against any Registered Nurse covered by this Agreement by reason of such Registered Nurse's activity for, or membership in, the Association, providing that such activity does not interfere with the Nurse's regular duties. The Association will not discriminate against any Nurse covered by this Agreement who in accordance with applicable law, refuses to join or participate in the activities of the Association or who exercises the right of individual self-representation with respect to employment relations with MPHS. Neither MPHS nor the Association shall discriminate against any Registered Nurse because of such Nurse's sex, race, religion, creed, color, national origin, or age as defined in the Age Discrimination in Employment Act, sexual orientation, medical condition (cancer or genetic testing), disability, political activity, or veteran status, all as defined and provided by law. It shall be the responsibility of both MPHS and the Association to resolve or eliminate any such discriminatory actions or procedures.

## ARTICLE 6

## APPLICABLE DATES

A.    **Hire Date**: Start of current employment relationship with MPHS.

B.    **Adjusted Hire Date**: Date used for PTO accrual under Article 13. The Adjusted Hire Date is a Nurse's actual date of hire adjusted for gaps of less than one (1) year since termination from MPHS, unpaid leaves greater than thirty (30) days, and all time in non-benefit status. Time spent as a Nurse at any Sutter Health affiliate will be included in determining the

Adjusted Hire Date, if the Nurse is hired at MPHS within six (6) months of termination from the Sutter Health affiliate, subject to Inter-Affiliate Employment policy.

> *Example*: The Nurse with five (5) years of service in benefit status with an original hire date of May 11, 2000, goes per diem on May 11, 2005. The Nurse transfers back to benefit status on June 11, 2005. The Nurse's adjusted hire date is June 11, 2000.

**C.    Anniversary Date**: Date used for service awards. Time spent at any Sutter Health affiliate will be included in determining the Anniversary Date, if the Nurse is hired at MPHS within six (6) months of termination from the Sutter Health affiliate, subject to Inter-Affiliate Employment policy.

**D.    Position Seniority Date**: Date used for layoffs (including daily involuntary temporary cancellations of work) under Article 30, assignment to weekend shifts under Article 29, and applying for open positions under Article 12. The Position Seniority Date is calculated based on time spent working in any capacity in either a benefited or per diem status. The Position Seniority Date shall be adjusted for unpaid leave greater than thirty (30) days and shall be severed by termination. However, a layoff of between twelve (12) and eighteen (18) months shall not sever accrual of seniority for purposes of the Position Seniority Date.

> *Example*: A Unit Secretary became employed in a benefit status position at MPHS on January 1, 2001. Immediately prior to the Unit Secretary beginning employment with MPHS, the Unit Secretary had previously been in a Unit Secretary position at another Sutter Health affiliate for ten (10) years. In 2004, the Unit Secretary was promoted to a Nurse position. In 2005, this Nurse submitted a bid for a Nurse position in a different unit. The Position Seniority Date is January 1, 2001.

**E.    Salary Review Date**: Date used for tenure increases. The Salary Review Date shall be adjusted for unpaid leave greater than thirty (30) days and time spent in per diem status if less than one (1) year. Nurses who separate from employment from MPHS and return within one (1) year shall have their prior service counted towards the calculation of their Salary Review Dates.

> *Example #1*: A Nurse switched to per diem status at Step 4. The Nurse's Salary Review Date is eliminated. The Nurse returns to benefit status after two (2) years with 1500 hours in per diem status. The Nurse is returned to Step 5 with a new Salary Review Date one (1) year from the date the Nurse returned to benefit status.

> *Example #2*: A benefited Nurse ends employment with MPHS at Step 5 and is subsequently rehired four (4) months later. The Nurse is rehired at Step 5, and the Salary Review Date is adjusted forward four (4) months to reflect the Nurse's absence from MPHS.

4

*Example #3*: A Nurse goes to per diem status at Step 4. The Nurse's Salary Review Date is eliminated. The Nurse stays in per diem status for eight (8) months with 800 hours of work and then returns to benefit status at Step 4. The Salary Review Date is adjusted forward eight (8) months to reflect the time the Nurse spent in per diem status.

**F.    Benefit Date**:  Date used to calculate waiting period for medical, dental and vision benefits. A new Benefit Date shall be required for Nurses in non-benefit status for more than one (1) year upon their return to benefit status. Nurses who leave MPHS employment and return more than one (1) year later shall also be subject to a new Benefit Date and waiting period. However, a Benefit Date and waiting period will not apply to Nurses in per diem status who elect to pay for benefit coverage, if eligible, and then subsequently enter benefit status. Nurses who return to MPHS employment having maintained their benefit coverage under the Consolidated Omnibus Budget Reconciliation Act (commonly known as "COBRA") will also not be subject to a waiting period for benefit coverage.

# ARTICLE 7

## EMPLOYMENT CATEGORIES

For the purposes of compensation and fringe benefit eligibility and computation, Registered Nurses shall be categorized as either Full-Time, Part-Time, or Per Diem. Nurses may be required to work at the alternate facility under circumstances set forth in Article 30, Section G and only in their same regions and only after orientation. A change in a Nurse's employment category must first be approved in writing by the appropriate Nurse Manager or Department Director.

**A.    Full-Time Nurses**.  Except as provided in Appendix C, a Full-Time Nurse is a Registered Nurse who is regularly scheduled to work eighty (80) hours in a biweekly pay period.

**B.    Part-Time Nurses**.  Part-Time Registered Nurses are those who work on a regular basis of at least forty (40) hours in a biweekly pay period but less than eighty (80) hours. Part-Time Nurses shall receive salary and benefits prorated in ratio to the number of hours worked as compared to Full-Time.

**C.    Per Diem Nurses**.  Registered Nurses who may be called in on short notice to meet staffing requirements. At least six (6) weeks in advance, Per Diem Nurses shall provide notice of availability to work four (4) shifts per four (4) week scheduling cycle, including a maximum of two (2) weekend shifts in a four (4) week scheduling cycle or six (6) weekend shifts in three consecutive four (4) week scheduling cycles. In the event that two (2) or more Per Diem Nurses submit availability for the same shift, the shift shall be granted in order of seniority.

Per Diem Nurses shall be available to be called for work until two (2) hours prior to the start of their shift. Such nurses shall be guaranteed a minimum of eight (8) hours' work or pay

when they report to work. Per Diem Nurses must notify MPHS of their unavailability for work not to exceed ten (10) calendar weeks per calendar year with the exception of approved medical leave. The Per Diem Nurse's request to be unavailable shall be made in writing at least six (6) weeks in advance of the week(s) during which he/she desires to be unavailable to work.

Per Diem Nurses must be available to work on one of the two holidays consisting of Christmas or New Year's, as determined by MPHS; if possible, these days will be alternated annually. Per Diem Nurses must be available to work every other Thanksgiving holiday. At MPHS's request, based on staffing needs, a Per Diem Nurse could fulfill the holiday commitment by working an alternate shift in the week immediately preceding or following the actual holiday. Per Diem Nurses shall be provided with orientation, as is determined to be necessary by MPHS, when they change from one facility to the other for the first time.

If a Per Diem is changing availability, twenty-four (24) hours' advance notice of such change is required, except in cases of illness or emergency. If the Per Diem Nurse is unavailable for a scheduling or cancellation call, it is the Nurse's responsibility to call in or notify MPHS prior to the two (2) hour cutoff points referred to above. Failure to provide notices of availability or unavailability as set forth above or failure to give notice prior to the two (2) hour cutoff points on any one occasion and/or giving such notice more than five (5) times in any given calendar year, will subject the Per Diem Nurse to disciplinary action up to and including termination. Per Diem Nurses called off from a previously scheduled shift without two (2) hours' notice shall receive eight (8) hours' straight time compensation or eight (8) hours' work, at MPHS's discretion. During the life of this Agreement, the parties may mutually agree to meet for the purpose of agreeing upon amendments to the terms and conditions of this paragraph.

**D.    Conversion to Part- or Full-Time Status.**  Per Diem Nurses who convert to Full- or Part-Time status shall be classified and paid at the appropriate Staff Nurse rate. Each additional one thousand (1,000) hours of work with MPHS is equivalent to twelve (12) months of service. A per diem Nurse who resumes benefit status shall accrue PTO at the accrual rate determined by the length of service in months in effect at the time she or he left benefit status.

# ARTICLE 8

# CLASSIFICATIONS

**A.    Staff Nurse Step Placement and Salary Progression.**  Full- and Part-Time Nurses shall advance tenure steps each year at the beginning of the first pay period following their Salary Review Dates.

1)    **Step Placement Upon Hire:**  A Registered Nurse licensed by the State of California hired by MPHS shall be placed on the Staff Nurse wage scale based on his or her nursing experience in an acute care hospital or a comparable clinical area, as set forth below:

6

| STAFF NURSE I | STAFF NURSE II | | | | |
| --- | --- | --- | --- | --- | --- |
| | **Step 1** | **Step 2** | **Step 3** | **Step 4** | **Step 5** |
| 0 to 6 months of acute care experience within the last 3 years | more than 6 months and up to 18 months of acute care experience within the last 3 years | 18 months up to 5 years acute care experience within the last 5 years | 5 years up to 8 years acute care experience within the last 8 years | 8 years up to 10 years acute care experience within the past 10 years | 10 years or more acute care experience within the past 12 years |

For purposes of determining the step upon which the new Nurse is hired, one year of experience shall require at least one thousand (1000) hours of work during a calendar year. A Nurse who is hired with a baccalaureate degree in nursing or who obtains such a degree while employed by MPHS will have his or her Salary Review Date advanced by ninety (90) days. If such a nurse would have received a tenure step increase during such ninety (90) day period, the nurse will receive the increase as of the date the degree is awarded.

2)    **Staff Nurse I**:  Nurses with six (6) months or less acute care experience within the last three (3) years will be classified as Staff Nurse I.  After six (6) months, a Staff Nurse I shall progress to Staff Nurse II (Step I).

3)    **Staff Nurse II (Steps 1 through 5)**:  After being hired by MPHS, a Nurse shall advance from her/his initial step up to and through Staff Nurse II Step 5 on her/his applicable Salary Review Dates.

4)    **Staff Nurse II (Steps 6 through 10)** (Tenure Steps):

a)    A Nurse shall move to the seven (7) year tenure step (Step 6) effective seven (7) years after the Nurse's Salary Review Date as a Staff Nurse II in contractual benefit status.

b)    A Nurse shall move to the ten (10) year tenure step (Step 7) effective ten (10) years after the Nurse's Salary Review Date as a Staff Nurse II in contractual benefit status.

c)    A Nurse shall move to the fifteen (15) year tenure step (Step 8) effective fifteen (15) years after the Nurse's Salary Review Date as a Staff Nurse II in contractual benefit status.

d)    A Nurse shall move to the twenty-one (21) year tenure step (Step 9) effective twenty-one (21) years after the Nurse's Salary Review Date as a Staff Nurse II in contractual benefit status.

7

e) Effective the start of the second payroll period in January, 2006, a Nurse shall move directly to the twenty-five (25) year tenure step (Step 10) effective twenty-five (25) years after the Nurse's Salary Review Date as a Staff Nurse II in contractual benefit status.

5) A Nurse who returns to benefit status from per diem status or from a position with MPHS outside of the bargaining unit shall have past benefit status within the bargaining unit counted for purposes of qualifying for tenure steps.

**B.    Clinical Nurse.** Criteria: A Nurse can be classified as a Clinical Nurse if she/he meets the following criteria:

1) A Full-Time or a Part-Time Registered Nurse must have: (i) at least two (2) years practical experience in an acute setting within the past three (3) years; (ii) at least six (6) months continuous employment at MPHS; (iii) at least six (6) months employment within his/her area of clinical expertise; and (iv) satisfy the criteria established by the Nurse Recognition Committee on an on-going basis;

2) A Per Diem Registered Nurse must meet all the requirements set forth above with regard to Full-Time and Part-Time Registered Nurses and, in addition, must satisfy the following requirements: (i) must have worked at least 1040 hours in the prior calendar year; and (ii) must continue to work at the rate of 1040 hours per year.

When a Clinical Nurse elects to transfer to a different clinical area of practice, the Nurse will be required to meet the qualifications detailed in the Clinical Nurse Manual to maintain Clinical Nurse status.

If a Clinical Nurse moves from one campus to another in the same clinical area of practice, that nurse shall maintain his/her Clinical Nurse status. No Nurse shall have his/her Salary Review Date readjusted by being designated a Clinical Nurse.

The parties agree to establish a Nurse Recognition Committee, consisting of three (3) representatives of each party, to evaluate and maintain criteria for Clinical Nurse I and II classifications. If the Nurse Recognition Committee is unable to reach agreement, the matter in dispute will be referred to the Vice President for Acute Services and (Co-)President(s) of the Clinical Nurse Council for resolution.

**C.    Credit for Experience Following Reemployment.** A Nurse who returns to work at MPHS within one (1) year after termination shall be paid at not less than the salary step and PTO benefit level as that at which the Nurse left. The rehiring salary step, PTO level or benefit waiting period of Nurses rehired more than one (1) year after termination shall be at the sole discretion of MPHS.

**D.    Inter-Affiliate Employment.** MPHS shall recognize changes in employment to or from other Sutter Health affiliates. A Nurse who is employed by MPHS will be credited for benefits purposes with his/her eligible length of service within the system to establish the Nurse's Adjusted Hire Date and Anniversary Date, subject to MPHS's Inter-Affiliate Employment policy.

8

For a reduction in force, recall or bidding, only the Position Seniority Date shall be used. Inter-Affiliate Employment shall not result in the displacement or reduction in hours of any bargaining unit nurse.

## ARTICLE 9

## COMPENSATION

**A.    Minimum Monthly Salaries.**

    1)    Effective on July 31, 2005, the minimum monthly rates of pay for the classifications in the bargaining unit shall be as shown in Table 1 in Appendix A; and

    2)    The base wage rates shall be increased six percent (6%), effective on July 2, 2006, as shown in Table 2 in Appendix A.

**B.    Daily Rates For Per Diem Nurses**. The minimum daily rates of pay for Per Diem Nurses shall be as set forth in Appendix A. Said daily rates are in lieu of all fringe benefits and premiums other than legally required overtime and time and one-half (1½) the regular hourly rate of pay for all hours actually worked on the holidays specified in the first paragraph of Article 14, Section A of this Agreement. Per Diem Nurses shall receive 20% above the appropriate Staff Nurse II, Steps 1 through 6. A Per Diem Nurse shall progress to the next step after completion of 1000 hours of work, not to exceed one step in a twelve (12) month period.

**C.    Shift Differentials**. For all hours worked on shifts commencing at 1500 hours: 10% of Staff Nurse II Step 1 base pay (see Table below). For all hours worked on shifts commencing at 2300 hours: 18% of Staff Nurse II Step 1 base pay (see Table below).

### SHIFT DIFFERENTIALS

| Effective Date | Shifts Commencing at 1500 hours | Shifts Commencing at 2300 hours |
|---|---|---|
| July 31, 2005 | $3.95 | $7.11 |
| July 2, 2006 | $4.19 | $7.54 |

Payment of the applicable shift differential premium is only for the actual hours worked on any shift, once the Nurse has worked at least two (2) hours on such a shift.

**D.    Shift Charge Nurse**. A Staff Nurse who is designated by the appropriate supervisor to be in charge of the unit ("Designated Charge Nurse") shall be compensated at a rate of Two Dollars and Fifty Cents ($2.50) per hour higher than the Nurse's regular rate of pay for all hours worked as a Designated Charge Nurse upon such shift, in addition to the applicable

9

shift differential. Relief Charge Nurses shall receive a premium of One Dollar and Seventy-Five Cents ($1.75) per hour, in addition to the applicable shift differential, for all hours so worked. Designated and Relief Charge Nurses shall identify on applicable time records the hours worked in such capacities. It is agreed that, at times when patient census drops, the Designated Charge Nurses will not be required to float by seniority. If temporary reductions in staffing are required, Designated Charge Nurses will be reduced in accordance with Article 30.G, provided that there is a Nurse qualified and willing to function in the role of Relief Charge Nurse and, if circumstances require, as Designated Charge Nurse. MPHS will notify CNA thirty (30) days in advance of any contemplated changes in the number of Designated Charge Nurse positions. Any resulting disagreement over the basis for such a decision may be submitted to the grievance procedure.

The Designated/Relief Charge Nurse in the acute care Medical/Surgical, Critical Care, and Family Birth Center regions shall not be given a patient assignment, except as follows:

      1)    A Charge Nurse on the night shift may be required to take patient assignments as part of meal and break relief when coverage is not otherwise available; and

      2)    In emergencies.

When a staffing shortage for a particular shift exists, the Nurse Manager and/or Nursing Shift Supervisor and the Charge Nurse shall immediately meet to assess the patient care needs and the staffing available to provide safe patient care. If there are still not enough staff available according to the acuity system to provide safe patient care, the Nurse Manager and/or Nursing Shift Supervisor will call in extra staff. Allegations of unsafe staffing conditions, including insufficient staff, improperly trained staff, etc., shall be subject to immediate review and adjustment if necessary. When such an allegation is made, the responsible Hospital representative shall meet immediately with the RN(s) making the allegation. A CNA representative, nurse representative or Hospital Human Resources representative may also be present, if available. The parties shall review the staffing conditions and attempt to reach agreement on a resolution.

**E.** **Preceptor Differential.** Except as provided below, nurses who are designated as Preceptors for Registered Nurses who are new graduates or other Registered Nurses who are in extended training positions shall be paid a premium of One Dollar and Seventy-Five Cents ($1.75) per hour for all hours spent precepting other RNs. A Registered Nurse who has received the Preceptor Differential at any point during a calendar year is ineligible to use his or her preceptor duties for the Clinical Nurse Program.

**F.** A Nurse called into work on a non-scheduled date for that same day shall receive pay or work for at least eight (8) hours if she/he works six (6) or more hours on that day.

# ARTICLE 10

## HOURS OF WORK -- OVERTIME

**A.**    For the purpose of this Article "a day" for any Nurse commences with the start of work by a Nurse at or after 2300 hours and continues for a consecutive period of twenty-four (24) hours.

**B.**    MPHS will pay overtime for hours worked in excess of eight (8) hours in a day or eighty (80) hours in a biweekly pay period which are authorized in advance by the Department Manager or a Supervisor.  Daily overtime is at the rate of time and one-half (1½) for the first four (4) hours of overtime and double (2) time for additional hours worked beyond the first four (4) hours of overtime.  Overtime in excess of eighty (80) hours shall be at time and one-half (1½).

**C.**    When a Registered Nurse is required by MPHS to remain on MPHS grounds during the Nurse's meal period, such meal period shall be considered time worked and the Nurse shall be so compensated.

**D.**    Any Registered Nurse, other than a Nurse on-call, requested, on short notice, to work extra time shall have the option to refuse to do so.  MPHS shall not penalize a Nurse in any manner because of the Nurse's exercise of this option.  MPHS shall not assign mandatory overtime unless there is a disaster or emergency declared by a Federal, State and/or County Government.

**E.**    **Rest Between Shifts**.  Each Nurse shall be paid at the rate of two (2) times the straight-time rate of pay for all nonconsecutive hours worked over eight (8) during the Nurse's workday.  In addition, each Nurse shall have an unbroken rest period of at least fifty-five (55) hours between shifts when the Nurse is off on the weekend or two (2) consecutive days off, and of at least thirty-one (31) hours between shifts when the Nurse is off on a holiday or on a single day off.  All hours worked within the above rest periods shall be paid at the rate of double time.  Overtime for which premium pay is given shall count as rest periods for purposes of this Section E.

**F.**    The provisions of this Article may be waived by agreement between the Nurse and his/her Supervisor as follows:

　　　　1)    If overtime pay would be incurred because of a request from a Registered Nurse, MPHS will provide information to the Registered Nurse regarding his/her waiver rights and may do either of the following:

　　　　　　　　a)    Grant the request conditional upon MPHS's receipt of a signed waiver prior to the date that the overtime pay would be incurred; or

　　　　　　　　b)    Deny the request.

11

    2)    If overtime pay would be incurred because of a request by MPHS, the waiver must be based upon the non-solicited written request of the Nurse(s).

**G.**    Tentative work schedules shall be posted six (6) weeks prior to the beginning of each four (4) week work cycle. The schedule shall be made final by MPHS no later than ten (10) days prior to the effective date of the schedule. Prior to any changes being made to the final schedule, the consent of the affected Nurse(s) shall be obtained.

**H.**    **Penalty Pay for Missed Rest Periods and Meal Breaks.**    California law currently provides that employees who are not provided their legally required rest period(s) are entitled to receive one hour of pay for the missed rest period(s) for each shift and an additional one hour of pay for missed meal period(s) for each shift. As long as this law remains applicable to nurses covered by this Agreement, a nurse may grieve the denial of this statutory right pursuant to the terms of Article 27 (Grievance Procedure).

## ARTICLE 11

## ON-CALL AND DOUBLE SHIFTS

**A.**    **On-Call.** MPHS will pay Registered Nurses for regular on-call assignments at the rate of one-half (½) the Nurse's regular hourly rate and at three-fourths (3/4) such hourly rate for on-call assignments occurring on the holidays provided for in the first paragraph of Section A of Article 14 of this Agreement. An additional one and one-half (1½) times the regular hourly rate will be paid for all hours worked in MPHS while on an on-call assignment status, except that the hours worked on a holiday specified in Article 14 shall be paid for at one and three-fourths (1-3/4) times the regular hourly rate. The cumulative rate for on-call hours actually worked amounts to double time (2X) for such service, except for holidays, when it amounts to two and one-half (2½) times.

**B.**    **Double Shifts.**

    1)    If a Registered Nurse works a double shift and is granted the following day off by his or her supervisor, the Registered Nurse will have a choice of taking that day off as either a PTO day or an unpaid day.

    2)    MPHS will pay a Registered Nurse eight (8) hours at double the Nurse's straight-time hourly rate of pay (excluding any first shift differential and/or premium) for the last eight (8) hours of a double shift plus any shift differential and/or relief in higher classification pay which may be applicable to the second shift. A Nurse requested by MPHS to work a double shift and who is called off during that shift shall be paid double time for all hours worked on that shift.

**C.**    The provisions of this Article may be waived by agreement between the Nurse and his/her Supervisor as follows:

1)   If premium pay would be incurred because of a request from a Registered Nurse, MPHS will provide information to the Registered Nurse regarding his/her waiver rights and may do either of the following:

    a)   Grant the request conditional upon MPHS's receipt of a signed waiver prior to the date that the premium pay would be incurred; or

    b)   Deny the request.

2)   If premium pay would be incurred because of a request by MPHS, the waiver must be based upon the non-solicited written request of the Nurse(s).

## ARTICLE 12

## POSITION POSTING AND FILLING OF VACANCIES

**A.**   Registered Nurse positions under this Agreement which are permanently vacated or newly created shall be posted at both Hospitals on the position posting bulletin board for a period of at least seven (7) calendar days.

**B.**   It is the policy of MPHS to fill permanent vacancies from within, whenever possible. When more than one (1) Nurse applies for any such vacancy, before any new Nurses are hired, a Nurse's Position Seniority Date with MPHS shall be the determining factor when existing qualifications and the present abilities of the Nurse applicants are equal in the judgment of MPHS. Additionally, benefit status Nurses will take precedence over Steps 1 through 4 Per Diem Nurses, regardless of work location of the Nurses, as long as qualifications, as determined by MPHS, are equal. Step 5 Per Diem Nurses will be given equal consideration with benefit status Nurses based on the same criteria and their Position Seniority Dates will be determined by dividing such Per Diem Nurses' number of hours of work for MPHS by one thousand (1,000).

**C.**   Each newly posted position shall be accompanied by a job title, minimal qualifications, brief synopsis of the job description or directions for additional information to be obtained at the personnel office, educational requirements, if any, special requirements and starting pay for the position. When a Nurse is not selected for a position, said Nurse shall be notified in writing of that decision prior to the announcement of the filling of said vacancy. When a senior Nurse(s) is not granted the position for which he/she applied on the grounds of qualifications, MPHS, at the time of appointment of a less senior Nurse, shall verbally advise the senior Nurse(s) of the reasons as to why he/she was not chosen.

**D.**   Permanent vacancies and newly created positions shall be filled within sixty (60) days from the date of the job offer. However, nothing in this Agreement shall prevent MPHS from filling any permanent vacancy or new position on a temporary basis for a period of up to sixty (60) calendar days.

13

**E.**    A Nurse may apply for a transfer at any time.  Transfers shall be limited to one every six (6) months, subject to waiver by review and agreement of the managers whose units are affected.

**F.**    For the purpose of bidding on posted positions all Registered Nurses employed by MPHS shall use their Position Seniority Dates.

**G.**    In order to provide consistent and competent patient care, it is the intent of MPHS to hire into all open positions.  It is the intent of MPHS to hire Registered Nurses into all available positions requiring nursing licensure in the Medical/Surgical, Critical Care, and Family Birth Center regions.  However, it is understood that in areas where it is particularly hard to recruit or where there is a lengthy lead time to fill and train new staff, it may be necessary to use supplemental agency staffing for provision of patient care.  The Association will be given notice if there is a need to extend a specific traveler nurse beyond a thirteen (13) week assignment.  Any concerns regarding the use of traveler nurses may be referred to the Staffing Committee.  MPHS shall provide to the Staffing Committee on a monthly basis the number of traveler contracts in each unit and on each shift and the length of such contracts.

## ARTICLE 13

## PAID TIME OFF

**A.**    The Paid Time Off (PTO) plan is a benefit designed to provide the employee with paid personal time away from work.  PTO can be used for vacation, holidays, religious observances, personal or family business, short-term illness, health or dental appointments, or any other reason deemed appropriate by the employee to maintain continuity of pay.  PTO can also be used when either facility is closed or not fully operational due to emergencies or natural disasters, e.g., severe weather conditions, earthquake, power failure, etc., or when sufficient work is not available to warrant scheduled hours for assigned personnel.  This Paid Time Off plan replaces the previous vacation, holiday, and sick leave programs for eligible employees, those who are regular full-time and part-time (who work a schedule of 20 or more hours per week).  Eligibility begins with the first day of employment.

**B.    Definitions.**

    1)    **Paid Time Off Bank (PTO).**  Individual employee accounts containing accrued hours designated for vacation, holiday time off, the occasional sick day, or other personal needs.

    2)    **Extended Sick Leave Bank (ESL).**  Individual employee accounts containing accrued hours designed for severe or long-term illness.  The Extended Sick Leave Bank may be used when an employee is in one of these circumstances:

14

a)   Is admitted to a hospital or has a surgical procedure performed in a hospital or a surgery center;

b)   Otherwise qualifies for State Disability benefits;

c)   Is eligible for Workers' Compensation benefits; or

d)   When PTO has been used consecutively for the equivalent of one (1) week's work (50% of the scheduled hours in a pay period) and a physician's verification of illness is provided.

An employee also may use up to one-half of her/his annual accrual of ESL (i.e., three (3) days for a full-time Nurse) when either (a) the employee's child, parent, or spouse/domestic partner is admitted to a hospital or has a surgical procedure performed in a hospital or a surgery center; or (b) the employee has used PTO consecutively for the equivalent of one (1) week's work and a physician's verification of illness of the employee's child, parent, or spouse/domestic partner is provided. Further information about the use of ESL is available from Human Resources.

**C.    Accruals.** PTO and ESL hours accrue on hours worked up to a maximum of 80 in a pay period. The accrual rates are set forth in the following table:

| LENGTH OF SERVICE IN MONTHS | HOURS ACCRUED EACH PAY PERIOD (If F/T) | EQUIVALENT RATE/HOUR | EQUIVALENT DAYS/YEAR |
|---|---|---|---|
| 001 – 024 | 8.889 | .1111 | 26 |
| 025 – 060 | 11.228 | .1404 | 32 |
| 061 - 120 | 13.274 | .1659 | 37 |
| 121 - 180 | 15.413 | .1927 | 42 |
| 181 + | 15.856 | .1982 | 43 |

PTO time can be carried over from year to year. Maximum accrual of PTO is 800 hours. Hours accrued over the 800 hour PTO cap will be accrued at the following rates and will be credited to the Nurse's ESL bank:

15

| LENGTH OF SERVICE IN MONTHS | HOURS ACCRUED EACH PAY PERIOD (If F/T) | EQUIVALENT RATE/HOUR | EQUIVALENT DAYS/YEAR |
|---|---|---|---|
| 001 – 024 | 5.600 | .0700 | 17 |
| 025 – 060 | 7.392 | .0924 | 22 |
| 061 – 120 | 9.272 | .1159 | 27 |
| 121 + | 11.228 | .1404 | 32 |

**ESL**
Extended Sick Leave Accrual Rates
(Based on 80 hours worked per pay period)

| LENGTH OF SERVICE IN YEARS | HOURS ACCRUED EACH PAY PERIOD (If F/T) | EQUIVALENT RATE/HOUR | EQUIVALENT DAYS/YEAR |
|---|---|---|---|
| Not a factor | 1.89 | .0236 | 6 |

There is no maximum of the number of ESL hours that may be accrued.

**D.    Scheduling.**

1)    **Emergencies.**  Employees not able to report to work because of an emergency must advise their supervisor at the earliest possible time of their inability to report to work.

2)    **Requests for Scheduled Paid Time Off.**  Accrued PTO will be granted upon approval by the department manager, in order to assure that the RN core staffing needs of the department will be met.

a)    MPHS will grant time off for PTO and Educational Leave in accordance with the target numbers for RN's, as set forth below:

**TARGET NUMBERS OF PTO & EDUCATIONAL LEAVE PER UNIT PER SHIFT**

**Peninsula Medical Center**

**1st Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| Emergency | 2 | 2 | 1 |
| O.R. | 2 | 1 | |
| PACU | 2 | 1 | |
| Surgery Center | 1 | 1 | X |
| Endoscopy | 1 | X | X |
| Nursing Office Floats | 1 | 1 | 1 |

**2nd Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| Ortho | 1 | 1 | 1 |
| SNF / 6th SNF | 1 | 1 | 1 |
| Peds | | 1 | |

**3rd Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| Psych with PES (Region) | 1 | 1 | 1 |

**4th Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| FBC Apr-Oct | 3 | 2 | 3 |
| FBC Nov-Mar | 4 | 3 | 4 |

**5th Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| I.C.U. | 3 | 2 | 2 |
| TCU | 2 | 1 | 1 |

**6th Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| Cardiac Rehab | 1 | X | |

**7th Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| M/S | 2 | 2 | 1 |

**8th Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| M/S | 1 | 1 | 1 |

**Mills Health Center**

**Ground Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| O.R. | 2 | X | X |
| PACU & Surgery Center | 3 | X | X |
| Dialysis | 1 | 1 | X |

**1st Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| Infusion | 1 | X | X |
| Cardiac Rehab | 1 | X | X |
| Oncology | 1 | X | X |

**2nd Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| E.R. | 1 | 1 | 1 |

**3rd Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| R.C.I. | 1 | 1 | 1 |

**5th Floor**

| | Days | Evenings | Nights |
|---|---|---|---|
| A.R.C. | 1 | 1 | 1 |
| M.P.E.C. | 1 | 1 | 1 |
| 1720 Dialysis | 1 | 1 | X |

b)  Unless otherwise agreed, the Nurse must request PTO of less than two weeks in length for use as "Vacation Time" in writing at least fourteen (14) calendar days in advance. Such requests shall not be unreasonably denied. PTO requests greater than or equal to two weeks in length must be requested at least six (6) weeks in advance of the requested PTO dates to allow for effective planning to fill open shifts, consistent with scheduling cycles. Nurses shall be notified within ten (10) days of this request for such PTO to be taken during the subsequent twelve (12) month period as to whether such requests have been approved. The Staffing Committee shall discuss at least once per year the target numbers of PTO and Education Leave per unit per shift. The Committee's suggested modifications shall be forwarded to the Hospital's administration for review.

c)  Requests for PTO will be processed for the calendar month within one year of the date of the request in accordance with this contract. For example: Requests for PTO for the last week of September and the first week of October will require submitting two separate requests, one for the week in the month of September and one for

17

the week in the month of October. The earliest date these requests will be accepted is the first of each of these months.

d)   Subject to scheduling and staffing requirements, a Nurse may split earned PTO into hourly segments.

e)   PTO will not be denied because of the season of the year and will not be granted on a contingent basis.

f)   MPHS will make its best efforts to ensure that the approval of PTO requests for 12-hour shifts will not negatively impact the number of Registered Nurses granted PTO for evenings.

g)   The parties shall meet and confer to resolve any deviation from the PTO Program targets.

3)   **Staffing is the responsibility of MPHS.** Excluding Nurses on medical leaves of absence and excluding posted vacancies, MPHS will provide coverage in accordance with paragraph D.2 above. However, when additional Nurse(s) on the same unit and shift request time off for the same time period or if a Registered Nurse has been denied PTO in accordance with paragraph D.2 above, MPHS will provide information to the Registered Nurse regarding others who may be able to provide coverage and do either of the following:

a)   Grant the request conditional upon the Registered Nurse arranging for coverage and notifying MPHS in writing prior to the time off of whom is providing the coverage; or

b)   Deny the request.

If nurses are trading shifts which fall in two separate pay periods, they shall have the choice of using an unpaid absent day or PTO for their traded day off.

**E.    Payment Of PTO And ESL.** The pay rate for Paid Time Off and Extended Sick Leave Bank hours is based on what the employee would have received for regular hours worked during his or her normal shift excluding any shift differentials. PTO or ESL pay will be paid in regular paychecks according to the employee's regularly scheduled number of hours of work. When using PTO or ESL, a Nurse may request that he/she be allowed to utilize the number of PTO hours that will maintain the Nurse's continuity of pay. The number of PTO hours to be used on a daily basis may not exceed the number needed to replace the income of the Nurse, including base salary and shift differential.

When an employee elects to take PTO or ESL benefits for a day when also receiving State Disability or Worker's Compensation benefits, MPHS's payment shall be integrated with those benefits so that the total payment for such day equals but does not exceed the employee's regular straight time pay for scheduled hours.

18

Requests for advance payment of accrued PTO for authorized absences of two weeks or more will be honored if received in Payroll two weeks in advance. This should be done on the Advanced PTO request form.

Upon termination or transfer to per diem status, PTO hours accrued and unused will be paid to the employee. ESL hours will not be paid upon termination or transfer to per diem status. If an employee's transfer to ineligible status is for less than one year, and the employee then returns to an eligible status, ESL hours accrued prior to the change to ineligible status will be reinstated.

**F.    Grandfathered Sick Leave Accounts.** Accrued and unused sick leave as of the conversion to PTO shall be maintained in special sick leave accounts. The balances in these accounts will be drawn (1:1) against first, whenever an employee would draw from her/his ESL. ESL hours accrued will not be used until all hours in the special account are utilized. Alternatively, employees with existing converted sick leave (CSL) balances may convert that time (2:1) to PTO or as desired thereafter.

Upon termination or retirement, any balance remaining in the special sick leave account will be paid off in accordance with either the Mills or Peninsula current policy.

# ARTICLE 14

## HOLIDAYS

**A.**    The following holidays have been selected as those for which premium pay is due for hours worked:

New Year's Day                                     Labor Day
Martin Luther King, Jr.'s Birthday          Thanksgiving Day
President's Day                                      Christmas Day
Memorial Day
Independence Day

**B.    Pay For Holiday Worked.** Nurses who work on a recognized holiday shall receive one and one-half (1½) times the Nurse's regular rate of pay for all hours worked on the holiday. Benefit status nurses will also be credited with the applicable number of PTO hours. Part-time Nurses working on a Holiday will accrue PTO based on the equivalent of eight (8) hours of work.

**C.    Pay For Holiday Not Worked.** MPHS will pay those employees who do not work on MPHS's recognized holidays their regularly scheduled number of hours, and the PTO Bank will be debited accordingly, unless the employee requests an unpaid absent day.

19

**D.    Nurse's Election.** The Nurse shall advise the supervisor before the end of the payroll period in which the holiday occurs of any election other than to receive pay.

**E.    Yearly Holiday Work Requirement.**

1)    For 2005 and January 1, 2006: All Nurses may be required to work either Christmas or the following New Year's Day and shall have the other day off, unless the Nurse elects to work both. For the purpose of fulfilling the above-referenced yearly Holiday Work Requirement:

**Day Shift**
- Christmas Day shall be from 0700 to 1500 on 12/25
- New Year's Day shall be from 0700 to 1500 on 1/1

**PM Shift**
- Christmas Day shall be from 1500 to 2300 on 12/25
- New Year's Day shall be from 1500 to 2300 on 1/1

**Night Shift**
- Christmas Day shall be from 2300 on 12/24 to 0700 on 12/25
- New Year's Day shall be from 2300 on 12/31 to 0700 on 1/1

2)    Effective January 2, 2006, the following shall be effective: Unless a Nurse requests to work more, a Nurse shall be guaranteed at least two (2) of the following four (4) days off: Christmas Eve, Christmas Day, New Year's Eve, and New Year's Day. These days shall be defined as below:

**Day Shift**
- Christmas Eve shall be from 0700 to 1530 on 12/24
- Christmas Day shall be from 0700 to 1530 on 12/25
- New Year's Eve shall be from 0700 to 1530 on 12/31
- New Year's Day shall be from 0700 to 1530 on 1/1

**PM Shift**
- Christmas Eve shall be from 1500 to 2330 on 12/24
- Christmas Day shall be from 1500 to 2330 on 12/25
- New Year's Eve shall be from 1500 to 2330 on 12/31
- New Year's Day shall be from 1500 to 2330 on 1/1

**Night Shift**
- Christmas Eve shall be from 2300 on 12/23 to 0730 on 12/24
- Christmas Day shall be from 2300 on 12/24 to 0730 on 12/25
- New Year's Eve shall be from 2300 on 12/30 to 0730 on 12/31
- New Year's Day shall be from 2300 on 12/31 to 0730 on 1/1

**Rotating Holiday.** MPHS will, if possible, insure that a Nurse shall not be required to work the same Holiday in two (2) consecutive years.

3)    By this Section, it is not the intent of the parties to restrict the manner by which MPHS determines work schedules but rather to define the manner by which they meet the 'Holiday work' requirement.

**F.    Thanksgiving Holiday Work Requirement.** Nurses will be guaranteed every other Thanksgiving off.  Thanksgiving shall be defined as the fourth Wednesday in November, 11 p.m.-7 a.m. or the fourth Thursday in November from 7 a.m.-3 p.m. or the fourth Thursday in November from 3 p.m.-11 p.m.

**G.    Alternate Day Options.** A Nurse who is granted off a Major Holiday from his/her normal schedule shall not be rescheduled to work an alternate day for that particular Major Holiday during the same pay period without the Nurses' agreement.  For purposes of this section, a Major Holiday is Thanksgiving, Christmas, or New Year's Day.

## ARTICLE 15

### HEALTH AND DENTAL PLANS

A.    During the term of this Agreement, MPHS will maintain in effect the existing health and dental benefit plan options, including eligibility requirements and dependent coverage, which shall include Domestic Partners.  Nurses will pay the following amounts for medical care on a monthly basis.

|  | Nurse Only | Nurse + 1 | Nurse + More than 1 |
|---|---|---|---|
| MPHS POS Health Plan | -0- | $35.00 | $40.00 |
| MPHS PPO Plus | $20.00 | $55.00 | $65.00 |
| MPHS PPO Classic | -0- | $45.00 | $45.00 |
| HMO | $15.00 | $45.00 | $45.00 |

Effective July 28, 2005, no new enrollments will be allowed in the MPHS PPO Plus health plan and new enrollments in the MPHS PPO Classic health plan will be limited solely to Nurses and their dependents living outside the POS Service Area.

21

Nurses will pay the following for coverage for dental and vision care on a monthly basis:

|  | **Nurse** | **Nurse + Dependents** |
|---|---|---|
| Dental | -0- | $15.00 |
| Vision | $5.00 | $10.00 |

In the event it becomes necessary to substitute a different plan in place of the current MPHS PPO plans, the selection of the new third party administrator will be made by MPHS. In the event there is to be any change in benefit coverage for covered Nurses, such will be subject to negotiations between the parties.

During the term of this Agreement, MPHS will continue to provide HMO-type plans in accordance with the eligibility requirements and payment formulae as are presently in effect. In the event that carriers are to be changed, notification of such change will be provided at least 90 days prior to implementation. In the event there are to be any changes in benefit levels and/or plan design either with a new or existing carrier, such will be the subject of negotiations between the parties. Disputes concerning benefit levels and/or plan design not resolved by negotiations shall be subject to interest arbitration.

During the term of this Agreement, MPHS will continue in effect the current Employee Assistance Program.

    **B.**    Per Diem Nurses may, upon the Nurses affirmative written election, be covered by either health plan and/or the dental plan. Newly hired Nurses shall make the election within ten (10) calendar days of the first day of work or the right to elect coverage shall be waived. Full- or Part-Time Nurses who change to a per diem status shall make the election prior to the change in status. Per Diem Nurses who elect health and/or dental plan coverage shall be billed the cost of the monthly premium. Failure to pay when due will result in the Nurse being dropped from the Plan. Except during the annual enrollment period or if a qualifying event occurs, a Per Diem Nurse who waives coverage may not elect coverage at a later date and a Nurse who drops coverage may not re-elect to be covered.

    **C.**    Booklets covering the major details of the health plan, including dental and vision coverage, shall be made available within ninety (90) days of the execution of this Agreement.

    **D.**    For the two office exams covered each year under MPHS's dental plan there shall be no requirement that exams be at least six months apart.

# ARTICLE 16

## EMPLOYEE DISCOUNTS

**A.**     Purchasing by the Nurses within MPHS is limited to such pharmacy items as may be prescribed for them by their physician for their own use or that of their spouse or dependent children, in accordance with the following terms:

**Pharmacy:**   1.     Over the counter pharmaceuticals—MPHS retail price less 20%.
                2.     Prescriptions—usual and customary price less 20%.

**CPD Items:**   20% discount

**B.**     A discount of twenty percent (20%) will be allowed on the MPHS portion of all in-patient services rendered to employees or their immediate dependents which are not paid by hospitalization insurance.   A twenty percent (20%) discount will also be allowed on the uninsured Hospital portion of all out-patient services.

# ARTICLE 17

## DISABILITY

**A.     Short-Term Disability.**     MPHS will continue to provide State Disability Insurance per the existing plan.

**B.     Long-Term Disability.**  Effective the date the Nurse enters benefit status, MPHS will provide a long-term disability insurance plan with the monthly benefit maximum of $10,000, the elimination period of 180 days, and the benefit as a percentage of pay of 66-2/3%. This benefit is available to benefit status Nurses who work a minimum of twenty (20) hours per week.

**C.     Integration Of Disability And PTO.**  The full pay of a Nurse on State Disability or Workers' Compensation leave will continue as long as there is accrued CSL or ESL to cover the absence.  Pay will be integrated with either State Disability or Workers' Compensation temporary disability benefits.  If the Nurse has no CSL or ESL or elects not to use PTO, MPHS will not be making payments to the Nurse at that time.

23

## ARTICLE 18

## LIFE INSURANCE

MPHS shall provide term life insurance of two (2) times the benefit Nurse's regular straight-time annualized salary rounded to the next higher one thousand dollars ($1000), with double indemnity and dismemberment coverage for each Registered Nurse, provided said Nurse is hired to work at least forty (40) hours in a biweekly payroll period. The aforesaid coverage shall be in force the first of the calendar month following the date of employment. In accordance with the current requirements of the California State Insurance Commission, a Nurse who terminates or retires shall have the option to continue the life insurance policy at her own expense.

## ARTICLE 19

## RETIREMENT

**A.    Retirement Benefits**:  Two retirement options shall be available to eligible Nurses covered by this Agreement.  The two options are the Sutter Health Retirement Plan— Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit.

    1)    Any Nurse failing to make an election within ninety (90) calendar days after becoming eligible for this benefit whichever is later, will automatically be enrolled in the Sutter Health Retirement Plan—Cash Balance Design.

    2)    **Terms and Conditions of the Plan Designs.**

        a)    Eligibility for participation in the plan designs is determined in accordance with the terms of the applicable plan document(s).

        b)    The Sutter Health Retirement Plan—Defined Benefit Design contains the following terms and conditions:

            (i)    The definition of "compensation" includes overtime, differentials (including weekend differentials), and bonus plan, matching the definition of "compensation" under the Sutter Health Retirement Plan—Cash Balance Design;

            (ii)    The hours required for counting a "year of credited service" is 1000 hours in a calendar year for both benefit status and per diem Nurses, matching the definition of "year of credited service" under the Sutter Health Retirement Plan—Cash Balance Design;

24

(iii)    Per Diem Nurses are included as an eligible employment classification.

(iv)    A disability benefit is provided when a participant in the Sutter Health Retirement Plan—Defined Benefit Design, regardless of age, becomes disabled within the meaning of the Federal Social Security Act while employed by MPHS or another Sutter Health affiliate participating in the Sutter Health Retirement Plan—Defined Benefit Design, and has at least five years of covered service under this design prior to the date the participant became disabled.    The sole evidence the Sutter Health Retirement Plan—Defined Benefit Design will consider regarding the existence of a disability, and the date the disability began, is a written determination by the Social Security Administration.    If a Sutter Health Retirement Plan—Defined Benefit Design participant qualifies for a disability benefit, the benefit will be calculated as if the participant were 65 years of age and retired as of the date of disability.    There is no reduction for the early start of benefits, and payments will be retroactive to the later of (1) the date of disability (as determined by Social Security Act), or (2) the date of termination of employment.    The disability benefit will be paid only until one of the following dates, whichever occurs first: (1) the date the participant is no longer disabled; (2) the date the participant dies; or (3) the first day of the calendar month in which the participant reaches the age of 65.

(v)    The waiting period to enter and to earn a benefit provides that a Nurse may enter the plan on date of hire and earn a benefit if the Nurse works at least 1,000 hours in the calendar year of hire.

c)    The Sutter Health Retirement Plan—Cash Balance Design contains the following terms and conditions:

(i)    The contribution schedule will be the following:

| Years of Service | Percentage of Pay Contribution |
|---|---|
| 0-5 | 5% |
| 6-10 | 6% |
| 11-15 | 7% |
| 16-20 | 8% |
| 21-23 | 9% |
| 24-26 | 10% |
| 27-29 | 11% |
| 30+ | 12% |

25

        (ii)     The vesting schedule is 100% vesting after three years of service.

        (iii)    Per Diem Nurses are included as an eligible employment classification.

        (iv)    The waiting period to enter and to earn a benefit provides that a Nurse may enter the plan on date of hire, and earn a benefit if the Nurse works at least 1,000 hours in the calendar year of hire.

    3)    Except as expressly provided above, eligibility for participation in the plans is determined in accordance with the terms of the applicable plan documents.

    4)    There shall be no loss of retirement benefits and/or vesting rights by virtue of the execution of this Agreement.

    **B.**    Effective January 1, 2006, MPHS will establish a 403(b) tax-deferred retirement plan for Nurses in benefit status with at least twenty (20) years of service as determined by their Position Seniority Date. For all Nurses who are eligible to participate in the plan, MPHS will match fifty percent (50%) of a Nurse's contributions into the program, up to an annual maximum contribution of one and one-half percent (1.5%) of the Nurse's annual gross earnings. Thus, for example, if a Nurse elects and is eligible to contribute three percent (3%) or more of his or her annual gross earnings into the 403(b) tax-deferred retirement plan, MPHS will contribute an additional one and one-half percent (1.5%) of the employee's annual gross earnings into that Nurse's 403(b) account.

    **C.**    **Continuation Of Retiree's Health And Welfare Benefits**. Nurses retiring from a benefit-status job, with ten (10) continuous years in benefit status, who are at least fifty-five (55) years of age are eligible for continued health coverage if his/her age plus years of continuous service equals or exceeds seventy-five (75) at termination of employment. The provisions of such coverage are described below:

    1)    Retirees who choose a community-rated HMO style program for pre-65 coverage will contribute a minimum of 20% of the cost of the premium and MPHS will contribute 80% of the cost, up to a maximum of $225.00. per month.

    2)    For retirees who choose a retiree-group rated indemnity plan for pre-65 coverage, MPHS will contribute the same amount as it would otherwise pay for the alternative HMO style plan, up to a maximum of $225.00 per month.

    3)    Retirees who choose a HMO Medicare Advantage product for post-65 coverage will contribute a minimum of 20% of the cost of the premium and MPHS will contribute 80% of the cost, up to a maximum of $200.00 per month.

    4)    For retirees in the indemnity plan who elect the low or high level Medicare supplement product for post-65 coverage, MPHS will contribute the same amount toward

the supplement as it would otherwise pay toward the HMO Medicare Advantage product, up to a maximum of $200.00 per month.

     5)    If a retiree chooses dependent coverage, the retiree must pay the full cost of the dependent plan.

     6)    The caps referenced in Sections C.1 and C.2 of this Article will increase to $245.00 per month effective January 1, 2006, and to $260.00 per month effective January 1, 2007.

**D.**    Depending upon staffing needs and the Nurse's retirement plan, Nurses retiring under this Agreement shall be considered for employment in a per diem capacity.


## ARTICLE 20

## LEAVES OF ABSENCE


**A.**    **Personal Leaves.**  Subject to the staffing needs of MPHS, personal leaves of absence up to six (6) months may be granted by MPHS following written request by the Nurse to the Department Manager.  No compensation or benefits shall be paid or provided during such leaves.  For leaves in excess of thirty (30) calendar days, the Nurse's Position Seniority Date, Adjusted Hire Date, and Salary Review Date will be adjusted.  MPHS will not guarantee reinstatement or reemployment rights to Nurses whose personal leaves are in excess of sixty (60) calendar days.  All insurance premium payments, except for life insurance, shall be the responsibility of the individual Nurse and, if continued, shall be remitted monthly at the group rate to MPHS in advance of the dates due.  MPHS may, for reasonable cause, deny any such application.

**B.**    **Medical Leaves.**  A Nurse shall be granted a leave of absence up to six (6) months required by ill health or medical disability.  During such period, MPHS will continue to pay a Regular Full- or Part-Time Nurse's insurance benefit premiums.  A medical leave may be extended up to an additional six (6) months upon MPHS approval, which shall not be unreasonably withheld.  During any leave period beyond the first six (6) months, the Full- or Part-Time Nurse will be responsible for paying monthly to MPHS, in advance of the dates due, the benefit insurance premiums at the group rate.  When a Nurse returns as scheduled from a medical leave of absence not exceeding fifty-six (56) days, such Nurse shall be assigned to the same classification, position, unit and shift she held before the leave.  If said leave is in excess of fifty-six (56) days and the Nurse returns in compliance with the approved terms of the leave, MPHS will use reasonable efforts to, and will not unreasonably deny returning the Nurse to the same classification, position, unit or shift occupied at the commencement of the leave, but MPHS does not guarantee immediate re-employment or return to the same classification, position, unit or shift; provided, however, that if the Nurse is not immediately returned to the same classification, position, unit and shift the Nurse shall have the right of first refusal should such a

27

vacancy subsequently arise in a position in the same classification, position, unit, and shift, unless, in the interim, the Nurse accepts a position other than that to which he or she was originally assigned upon return from leave. A Nurse may add up to twenty-eight (28) days of paid time off to the fifty-six (56) day period referred to in this paragraph.

  **C.** **Pregnancy Disability Leaves.** A Nurse shall be granted pregnancy disability leave for up to a maximum of six (6) months, and in the case of non-disability related pregnancy leave, including adoption leave, for a maximum of three (3) months. Any request for extension of such leave, as related to ongoing disability, shall be processed under Section B, Medical Leaves, as appropriate. Any request for extension of pregnancy leave unrelated to disability or adoption leave shall be processed under Article 13, *Paid Time Off*, or paragraph A of this Article "Personal Leaves." During any period of disability connected with the pregnancy (not exceeding six (6) months), MPHS will continue to pay a Regular Full- or Part-Time Nurse's insurance benefit premiums. During any pregnancy leave in excess of this period, the Full- or Part-Time Nurse will be responsible for paying monthly to MPHS, in advance of the dates due, the benefit insurance premiums at the group rate. Nurses returning as scheduled from a pregnancy disability leave of absence not exceeding four (4) months will be assigned to the same classification, position, unit and shift they held before the leave, and, if they return after four (4) months and up to six (6) months, will be guaranteed a position involving the same number of hours, with the right of first refusal should there be a vacancy in their former unit and shift.

  The six (6) month leave of absence periods provided for in paragraphs B and C above include any paid time-off and/or voluntary leaves of absence taken in conjunction therewith.

  **D.** **Family Care Leave.** A leave of absence for the purpose of caring for a Nurse's newborn, newly adopted child or for a child, parent, or spouse who has a serious medical condition will be granted to nurses who request such a leave, in accordance with applicable state and federal law. A provider's certification must accompany a request for leave due to a family member's health condition. Family Care Leave may be requested for up to three (3) calendar months in a 24-month period.

  A Nurse on pregnancy disability leave may request an additional month off under Family Care Leave, if in combination with such pregnancy disability leave, five (5) months are not exceeded. The additional month under Family Care Leave will not affect the time lines in Section C *Pregnancy Disability Leave* and will not result in loss of any benefits or position for the nurse.

  It is the intention of the parties to comply with applicable law or MPHS's policy if the latter is more liberal in its implementation.

  **E.** **Association Leave.** Up to six (6) months of leave for professional nursing business (including bona fide Association activities) may be requested. It is the intent of MPHS to grant such leaves except when they would seriously impact staffing. Nurses may elect to be paid accrued PTO or to take the leave on an unpaid basis. For nurses taking Association leave on an unpaid basis, insurance premium payments for health, dental, and vision coverage shall be the

28

responsibility of the individual Nurse and, if continued, shall be remitted monthly at the group rate to MPHS in advance of the dates due.

Three paid professional leave days shall be granted Registered Nurses elected as delegates to the Annual State and National Conventions of the Association. Such paid professional leave shall be without loss of benefits, but is subject to the approval of the Administration and Section H of this Article.

### F. Educational Leaves.

1) **Purpose and Scope**. Educational leave may be utilized, when requested and approved in accordance with this Article, for any formally organized and accredited course, seminar, institute, program, workshop, class, or lecture series sponsored by an accredited Hospital, including MPHS, or educational institution, government agency, or professional association and related to nursing practices at MPHS, including the pursuit of a BSN, MSN, or other advanced nursing degree. Educational Leave may also be utilized for up to twenty-four (24) hours of home study courses, provided the nurse uses such home study hours on his or her off-duty time.

2) **Amount of Leave**. Subject to Appendix C, up to twelve (12) days of paid educational leave may be granted each fiscal year to Full-Time Registered Nurses, nine (9) days of paid educational leave to Four-Fifths Nurses, seven (7) days of paid education leave to Three-Fifths Nurses, and six (6) days of paid education leave to Half-Time Nurses. Full-Time nurses hired after July 31 of any fiscal year may be granted one (1) educational leave day for each full calendar month remaining in the fiscal year at the time of employment. Part-Time Nurses hired after July 31 of any fiscal year earn paid education leave for the balance of the fiscal year as follows: Four-Fifths Nurses, six (6) hours per calendar month; Three-Fifths Nurses, 4.7 hours per calendar month; and Half-Time Nurses, 3.3 hours per calendar month.

3) **Requests and Approval for Educational Leave**. Requests for education leaves shall be submitted in writing to the manager of the department in which the nurse is employed at least fourteen (14) days before the commencement of the leave, on the current application form. Permission for educational leave will not be unreasonably denied. A written answer shall be given to the requesting Nurse within ten (10) days after receipt of the request. Educational Leave shall be granted in accordance with Article 13.D.2.a. Upon fourteen (14) calendar days' advance notice, MPHS will attempt, upon the Nurse's request, to change a Nurse's scheduled day off when the Nurse plans to attend an educational program on scheduled days off and if such attendance, together with the performance of scheduled work, would result in a period of at least seven (7) consecutive calendar days. Upon request, MPHS will use its best efforts to grant night shift Nurses, when using Education Leave, an optional night off using PTO or Leave Without Pay. Once Educational Leave is granted, it may not be canceled by MPHS more than two (2) times in a calendar year without the consent of the RN involved.

4)    **Method of Payment**. Educational leave may be paid for days on which the Nurse is not scheduled to work, including Saturdays and Sundays, and MPHS is not otherwise able to rearrange that work schedule. If the educational program occurs on a calendar day the Nurse is scheduled to work, the Nurse shall be paid at the applicable straight-time rate for up to eight (8) (or twelve (12)) hours. At the Nurse's option and with the prior approval of the Nurse Manager, the Nurse may also work the full regularly scheduled shift. Educational leave shall not be counted as time worked for the purpose of calculating overtime. Pay for educational leave shall be processed upon presentation by the Nurse of a receipt indicating attendance at the applicable program.

**G.    Bereavement Leave.** When a death occurs in the immediate family of a Nurse, the Nurse shall be entitled to bereavement leave which shall consist of five (5) consecutive calendar days off starting, at the Nurse's choice, within five (5) calendar days of the actual death of the family member. The Nurse shall be paid at the regular straight-time rate for each scheduled workday lost which occurs in that period. Nurses shall be paid for scheduled time lost occurring within said five (5) day period. "Immediate family" is defined as current spouse, son and daughter, brother and sister, mother and father, current mother and father-in-law, grandchildren and grandparents, sister-in-law and brother-in-law, or significant other who fulfills any of the above roles. Evidence of death and relationship may be required. Bereavement leave shall not be considered as time worked for the purpose of calculating overtime.

**H.    Requests For Leave.** Requests for personal, maternity, adoption and professional leaves shall be submitted in writing at least thirty (30) calendar days prior to the commencement of the leave. Written response to such requests shall be made at least fifteen (15) calendar days prior to the commencement of such leave. Leaves shall not be deemed approved unless the approval is granted in writing. When applying for a leave the Nurse shall specify the actual or tentative date of return and confirm and update the date of return, as necessary.

## ARTICLE 21

## TUITION AND TEXTBOOKS

**A.**    MPHS will refund the cost of educational courses up to a maximum of One Thousand Dollars ($1,000.00) each fiscal year, prorated as follows:  Full-Time Nurses, one hundred percent (100%); Four-Fifths Nurses, eighty percent (80%); Three-Fifths Nurses, sixty percent (60), Half-Time Nurses, fifty percent (50%); Per Diem Nurses who have worked at least one thousand and forty (1,040) hours in the prior fiscal year shall be entitled to refunds on the same basis. Such refunds shall be for required tuition, laboratory fees, and books, provided that the educational course is applicable to the Nurse's career in the Health Care Field. Tuition aid shall be processed upon presentation by the Nurse of a receipt for such expenses.

**B.**    A Nurse may request advance payment of tuition upon presentation of the Department Manager's approval of the education leave. Upon such advance payment, the Nurse

30

will agree in writing that if the course is not taken as scheduled, the tuition advanced will be returned to MPHS either directly or by way of appropriate deduction from the Nurse's paycheck. If MPHS is responsible for the Nurse not taking the course, MPHS will pay any late cancellation fee incurred as a result thereof. The cost of educational courses covered in this section shall be reimbursed to the Nurse within two (2) pay periods following the pay period in which the required documentation of course costs is provided by the Nurse

## ARTICLE 22

## JURY DUTY AND VOTING PRIVILEGES

Time off with pay will be allowed by Department Managers to a Nurse for the purpose of voting and for rendering jury duty. Jury duty service is not chargeable to PTO. Nurses who serve four (4) or more hours on jury service during a day shall not be required to report without a minimum rest period of twelve (12) hours. Night shift Nurses shall be given the shift prior to jury duty off.

## ARTICLE 23

## MILITARY DUTY

A.    Compulsory Military Reserve leave for regular scheduled summer training periods will be granted to Registered Nurses in accordance with the laws of the State of California and the Federal Government. Two weeks' prior written notice should be given. Compensation during this period of time is based on the difference between the amount of compensation received for the training period and the Nurse employee's regular salary with no loss of tenure and/or benefits.

B.    Registered Nurses called to active duty shall be granted a leave of absence for the duration of such duty and shall be accorded the right to return to their former positions in accordance with applicable law. In addition, they shall be paid compensation for up to three (3) months of such duty in the amount of the difference between the amount received from the military and the Nurse's regular salary.

31

## ARTICLE 24

## EVALUATION PROGRAM

Each Registered Nurse shall be evaluated in accordance with the specific measurements and procedures as are in effect at each Hospital.


## ARTICLE 25

## TERMINATION, DISCIPLINE, AND RESIGNATION

**A.    Involuntary Termination.**  The termination of a Nurse during the first three (3) months of employment shall not be subject to the grievance procedure, Article 27, of this Agreement; provided, however, that this period may, in appropriate circumstances, be adjusted by up to an additional three (3) months at the discretion of MPHS if written notice of such adjustment is provided the Nurse before the expiration of the initial three (3) month period. MPHS may, for economic or other sound managerial reasons, institute a reduction in force. Such reduction in force shall be consistent with Article 30, *Layoffs and Recall.*

In case of a Salary Review Date occurring during a period of disciplinary probation, the applicable tenure step increase will be effective upon successful completion of such period of disciplinary probation with no change in the Nurse's Salary Review Date.

**B.    Dismissal.**  MPHS shall give the Nurse two (2) calendar weeks written notice or two (2) weeks pay (pro-rated to normally scheduled work) at termination of employment unless such termination is for just cause.   Termination pay involving less than one (1) year of employment shall be pro-rated as the period of employment bears to one (1) year. Earned pay and accumulated PTO shall be paid separately and in addition to termination pay.

**C.    Resignation.**  Except in cases of emergency where it is impossible to provide written or oral notification, Nurses voluntarily resigning their employment at MPHS shall give the Department Director fourteen (14) calendar days written notice of intention to resign, indicating the last day to be worked. Nurses who furnish the written notice provided for herein shall be paid in full on the last day of work. Nurses who fail to provide such notice shall be mailed their final checks within seventy two (72) hours of their last day of work.

**D.    Removal of Written Warning.**  A Nurse may request in writing that a written warning be removed from his or her personnel file after at least 18 months from the date of the disciplinary action. MPHS shall provide a written response to the request within thirty (30) days of the request. MPHS retains the discretion whether to approve the removal of the disciplinary action from the file, following discussion with the Nurse Representative.

32

**E.     Representation Allowed.**  A Nurse, upon his or her request, is entitled to have an Association representative present during an investigatory interview when the Nurse reasonably believes that such an interview will result in disciplinary action.  This provision shall be applied in accordance with applicable law.

**F.     Notification.**  MPHS shall notify CNA of all involuntary terminations and suspensions of bargaining unit Registered Nurses.

## ARTICLE 26

## ASSOCIATION RIGHTS

**A.     Visitation.**  The authorized representative of the Association shall be permitted to enter MPHS at any time MPHS is in operation to see that the provisions of this Agreement are being observed, after first having reported to the Administration Office.  The representative shall not interfere with the Nurses' duties or the operation of MPHS.

**B.     Nurse Representative.**

1)     The Association may appoint one (1) Nurse Representative on each shift for each one hundred (100) Nurses or fraction thereof assigned to each shift.  The Nurse Representative shall be a full-time or part-time employee of MPHS who has completed at least six (6) months of employment.  MPHS shall be notified in writing of appointments or new appointments.

2)     The function of the Nurse Representative shall be to ascertain that the terms and conditions of the contract are observed, and at the request of an aggrieved Nurse, to handle such grievance.  In handling a grievance the Nurse Representative shall deal only with MPHS representative designated at each Step in Article 27.  MPHS's designated representatives are required to meet with only one (1) Nurse Representative at any Step.  The activities of the Nurse Representative shall not interfere with the Nurse Representative's work or the work of any other employee.

3)     Nothing in this Section B shall prevent Registered Nurses from, in accordance with applicable law, representing themselves individually in their employment relations with MPHS.

**C.     Nurse Orientation.**  The Association shall be permitted to address nurses immediately after new orientation sessions for a reasonable period of time not to exceed forty-five (45) minutes for the purpose of CNA new nurse orientation.  The Employer and the Association agree to meet and confer over arrangements to accomplish this goal.

# ARTICLE 27

## GRIEVANCE PROCEDURE

**A.**     Grievances subject to arbitration shall be only such grievances that may arise out of the specific provisions of this Agreement which involve the interpretation, application, or compliance with the specific provisions of this Agreement.   The Nurse, or Nurses, may be accompanied by the Nurse Representative at Steps 1, 2, and 3, and represented by the Association at the second and succeeding Steps of the grievance procedure, the day on which the grievance arises shall not be counted.

**B.**     Procedures to process grievances shall be as follows:

**Step 1:**   The grievance shall be presented in writing to the Nurse's immediate supervisor within thirty (30) calendar days of the date on which it arises or becomes known to the Nurse.   The immediate supervisor shall reply within seven (7) calendar days after presentation of the grievance.

**Step 2:**   If the grievance is not resolved at Step 1, then within seven (7) calendar days after the presentation of the supervisor's reply, a written grievance may be presented to and discussed with, the director of the Nurse's department.   It shall be the responsibility of the Nurse to submit a copy of the grievance to the Association. The director of the department shall reply in writing within seven (7) calendar days of the receipt of the grievance and furnish a copy of the reply to the Association.

**Step 3:**   If the grievance is not resolved at Step 2, then within seven (7) calendar days after presentation of the director's reply at Step 2, the Nurse may submit the written grievance to the Chief Administrative Officer or his/her designee.   The Chief Administrative Officer or his/her designee shall reply in writing to the grievance within ten (10) calendar days of its receipt at Step 3.

**Step 4:**   If the grievance is not resolved at Step 3, the parties may mutually agree in writing to use the services of an agreed-upon mediator to resolve the grievance and to avoid unnecessary use of the arbitration process, pursuant to the following procedures:

  a)     A request by either party for mediation must be made within fourteen (14) days of the Step 3 response;

  b)     The period for referring the grievance to arbitration shall be stayed while the parties consider the mediation request and, if agreed-upon, conduct the mediation;

  c)     Neither MPHS nor the Association shall be bound by any recommendation of the mediator;

        d)      Either MPHS or the Association may terminate the mediation process immediately by written notice at any time; and

        e)      The costs of mediation, if any, shall be shared equally by the parties.

**Step 5:**   If the grievance is unresolved at Step 3 and, if applicable, Step 4, either party may request arbitration and the parties shall attempt to mutually agree to the arbitrator. In the event the parties are unable to agree within seven (7) calendar days, either party may request a list of nine (9) names from the California Conciliation Service. Each party shall alternately strike one (1) name until an arbitrator is selected. The decision of the arbitrator shall be final and binding upon the parties, however, the arbitrator shall not have the power to add to or alter in any way the terms of this Agreement.

The time limits provided for in this article shall be strictly complied with. They may be waived or extended with respect to a particular grievance only by the signed written Agreement of the Association and Hospital(s). Grievances not submitted or processed by the nurse or the Association in accordance with the time limits provided for in this article shall be deemed denied and not subject to arbitration. Grievances not responded to by MPHS(s) within the time periods provided for herein shall be deemed granted. The Chief Nurse Representative of the applicable facility shall receive a copy of all grievance responses and attachments.

      **C.**     The costs of said arbitrator shall be divided equally between MPHS and the Association. Each party shall be responsible for its own attorneys' fees. The decision of the arbitrator shall be in writing and shall be final and binding on MPHS(s), the Association, and the affected Registered Nurses. However, the arbitrator shall not have the power to add to, subtract from, alter, change, or modify in any way the terms of this Agreement.

      **D.**     In the event of a dispute between the Association and MPHS concerning the interpretation, application, or compliance with the specific provisions of this Agreement, the parties shall attempt to resolve the dispute through discussion. Within sixty (60) calendar days of the day on which the grievance arises or becomes known the aggrieved party shall reduce the complaint to writing and forward it to the other party by certified mail. Thereafter, the parties shall meet at a mutually agreeable time and place, and attempt to resolve the dispute. If the parties are unable to resolve the dispute, either party may refer the matter to arbitration in the manner set forth in Step 4 of Section B of this Article.

      **E.**     The parties agree that during the life of this Agreement, there will be no strikes, lockouts, slowdowns, or work stoppages of any kind for any reason.

## ARTICLE 28

## PROFESSIONAL PERFORMANCE, STAFFING, AND PATIENT CARE COMMITTEES

**A.    Professional Performance Committee.** A Professional Performance Committee, hereafter referred to as PPC, shall be established at MPHS.

1)    **Intent.** MPHS recognizes the responsibility of the PPC to recommend measures objectively to improve patient care. It is the intent of MPHS Administration to consider and examine appropriate suggestions from the PPC to improve patient care and nursing practice. Responses to specific recommendations or suggestions from the PPC that are put in writing will receive a written response from Administration within thirty (30) days.

2)    **Composition.** The PPC shall be composed of twelve representatives who are employed at MPHS and covered by this Agreement. The PPC members shall be elected by the Nurses at MPHS and shall be representative of all regions and shifts if at all possible.

3)    **Regular Meetings and Minutes.** The PPC shall schedule regular meetings. The PPC shall prepare an agenda and keep minutes, provide a roster of attendance and length of meeting, copies of which shall be provided to the Vice President Nursing Services. MPHS shall pay each member of the PPC a maximum of two hours per month at straight time for attendance at such meetings. Payment to Nurses who attend such meetings shall not constitute time worked for any purpose under this Agreement.

4)    **Informational Meetings.** The PPC may request meetings with the head of any department for the purpose of obtaining information relating to nursing and patient care. Such meetings shall be arranged through the Vice President Nursing Services who may also attend. Such parties agree to meet with the PPC within a reasonable time convenient to all parties.

5)    **Special Meetings.** MPHS may request meetings with the PPC and the PPC may request special meetings with MPHS, but such meetings shall not take the place of regularly scheduled meetings, unless mutually agreed to by the parties. At the request of the PPC, the Association Staff representative who is assigned to MPHS on a regular basis may attend meetings.

6)    **Objectives.** The objectives of the PPC shall be:

a)    To consider constructively the professional practice of Registered Nurses.

36

b)  To work constructively for the improvement of patient care and nursing practice.

c)  To recommend to MPHS ways and means to improve patient care.

d)  To provide a forum for recommendations to MPHS on matters relating to staffing.

e)  To consider constructively the improvement of safety and health conditions which may be hazardous.

f)  To provide a forum to discuss educational needs and identify and recommend alternative solutions.

7)  **Limitations.**

a)  The PPC shall not discuss economic issues or matters subject to the negotiation process.

b)  The PPC activities are advisory and are not subject to MPHS grievance procedure.

8)  **Meeting Facilities.**  The PPC shall be permitted to use the employer's premises and equipment for meetings of the PPC, provided sufficient advance request for meeting facilities is made to MPHS and space is available.

9)  **Bulletin Boards and Mailboxes.**  MPHS shall provide a bulletin board and mailbox in a convenient location at each campus.  It is agreed that no controversial material shall be posted.

**B.  Staffing Committee.**

1)  **Implementation of Safe Staffing Law.**  MPHS recognizes that the California Department of Health Services (DHS) has conducted a two year process to evaluate safe standards for staffing in acute care hospitals and acknowledges that the proposed ratios will be implemented.  To that end, MPHS agrees to implement patient ratios on or before the legally required implementation date.  Within the framework of AB 394 (and regulations issued under that law) as well as Title 22 and Title 16, the Staffing Committee may address implementation issues, including optimal RN to patient ratios and other recommendations regarding implementation of staffing ratios.  The Hospital and CNA agree to work cooperatively to ensure the highest quality of patient care and optimal outcomes.

2)  **Patient Classification System.**  The Staffing Committee shall review annually the reliability of the Patient Classification System.  The Staffing Committee shall review a proposed change in nursing master staffing matrices prior to implementation of the change; the Hospital shall have the right to implement the

proposed change following the first regularly scheduled meeting of the Staffing Committee after the proposed change is presented to the Staffing Committee.

The Patient Classification System shall include but not be limited to the following elements:

a)    Individual patient care requirements.

b)    The patient care delivery systems.

c)    Generally accepted standards of nursing practice as well as elements reflective of the unique nature of MPHS's patient population.

If the annual review reveals that adjustments are necessary in the Patient Classification System in order to assure accuracy in measuring patient care needs, such adjustments must be implemented within thirty (30) days of that determination.

3)    **Staffing/Scheduling.**    MPHS supports new approaches to flexible scheduling to enhance recruitment and retention of Registered Nurses.  The Staffing Committee will be the primary forum in which new scheduling concepts are discussed, evaluated and recommended.  Such concepts shall include but not be limited to job-sharing and rapid deployment positions.  The Staffing Committee will report to the bargaining team on their progress in February 2006.

4)    **Planning and Delivery of Patient Care.**  The planning and delivery of patient care shall reflect all elements of the nursing process; assessment, nursing diagnosis, planning intervention, evaluation and, as circumstances require, patient advocacy.

A Registered Nurse shall directly provide:

a)    Ongoing patient assessments, which shall be performed and documented in the patient's medical record for each shift and upon receipt of the patient when s/he is transferred to another patient care area.

b)    The planning, supervision, implementation and evaluation of the nursing care provided to each patient.  The implementation of nursing care may be delegated by the registered nurse responsible for the patient to other licensed nursing staff, or may be assigned to unlicensed staff, subject to any limitation of their licensure, certification, level of validated competency and/or regulation.

c)    The assessment, planning, implementation and evaluation of patient education, including ongoing discharge teaching of each patient.  Any assignment or delegation of specific patient education

tasks to patient care personnel shall be made by the registered nurse responsible for the patient.

5)    **Composition of Staffing Committee.** The Committee shall be comprised of four (4) representatives of management and four (4) representatives selected by the PPC, one of whom represents the Patient Classification System Committee.   This Committee shall meet monthly, subject to cancellation by mutual agreement, and shall establish the manner of operation of its meetings.

6)    **Staffing Concerns.** An RN who has a concern about staffing should raise that concern with his or her manager. The RN's manager or designee shall respond to the RN within ten (10) days about the concern. If the RN is not satisfied with the manager's or designee's response, the RN may submit the concern to the Staffing Committee, which shall discuss the issue at the Staffing Committee's next regularly scheduled meeting.

7)    **Special Review Panel.**   In the event at least 50% of the Staffing Committee identifies a pattern that indicates staffing does not address patient needs, either party may appeal the issue to the Special Review Panel for resolution, provided such submission is presented in writing to the Hospital within thirty (30) days of the failure of the Staffing Committee to resolve the subject.

a)    The Special Review Panel shall consist of three (3) members, one (1) selected by CNA, one (1) selected by the Vice President of Acute Care Services or his or her designee and a third selected by the other two (2) panel members to serve as a neutral chairperson. The parties will make a good faith effort to select a Chairperson who is experienced in the healthcare industry and with expertise in staffing in acute care hospitals. If they are unable to find such a person within thirty (30) days after the appeal is filed, the parties shall select an arbitrator from the panel referenced in Article 27 to serve as chairperson.

b)    In reaching a resolution, the review panel must take into consideration area standards regarding staffing, applicable state and federal laws, and any other relevant information presented by the parties.

c)    If the Special Review Panel is unable to agree on a resolution within sixty (60) days of the selection of the Chairperson, the neutral third party may resolve the difference and such a decision shall be final and binding on the parties.

(i)    Any resolution of the Special Review Panel, including any decision by the neutral third party, must be consistent with applicable state and federal legislation prescribing staffing levels and ratios.

39

(ii)    The Special Review Panel, including the neutral third party, shall not have jurisdiction to fashion any remedy that imposes an obligation on the Hospital which exceeds, and/or is inconsistent with requirements of Title 22 of the California Code of Regulations, as amended, or any other applicable state or federal law.

d)    Either party may seek to overturn (or vacate) the decision of the Special Review Panel or of the neutral third party under any basis permitted by law regulating private labor arbitration. Either party may seek to overturn (or vacate) a decision due to a mistake of law.

e)    To the extent permitted by law, the Hospital and CNA agree that the process contained herein shall be the exclusive means of resolving all disputed issues arising under Article 28.B and specifically, except to the extent either party seeks to vacate a decision under subsection d, above, the parties agree to waive their rights to initiate litigation or to seek administrative remedies, including unfair labor practices under the National Labor Relations Act, arising out of such disputes, except for information requests and Section 8(a)(3) or Section 8(b)(1) charges.

f)    By mutual agreement, the parties may extend the time frames set forth in this section.

**C.    Mills-Peninsula Health Services Patient Care Committee.** The Patient Care Committee is a Committee of MPHS reporting directly to Administration. Copies of the minutes of all meetings are forwarded to the Administrator's Office, to the Professional Staff Executive Committee, and to the Professional Performance Committee.

The purpose of the Committee is quality assurance in patient care. The charge to the Committee is threefold; first, to develop an approach for on-going evaluation of the quality of both direct and indirect patient care and to make recommendations regarding same; second, to review any changes in policies, procedures, and standards in patient care and make appropriate recommendations; and, thirdly, to discuss and make recommendations concerning any problems in the quality of patient care referred to it.

The Committee will consist of nine (9) permanent members with voting privileges including three (3) members appointed by Administration, three (3) members appointed by the Executive Committee of the Professional Staff, and three (3) members appointed by the Professional Performance Committee. Three (3) additional members will be invited to attend meetings appearing as representatives from other departments and support services within MPHS as appropriate. Since these members will be invited on an irregular basis, dependent upon the agenda, they will not be voting members of the Committee. The Chairperson of the Committee will be one (1) of the Professional Staff members and his/her selection will be approved by the Committee. The Chairperson will have a vote on an on-going basis rather than on a tie breaking basis.

## ARTICLE 29

## WEEKENDS

**A.**    For purposes of this Article a weekend means Saturday and Sunday, except in the case of a night shift it may mean Friday and Saturday.

**B.**    No Registered Nurse shall be required to work more than two (2) weekends in any consecutive four (4) week period, it being understood that any Nurse may be required to work a total of twenty-six (26) weekends over a period of fifty-two (52) weekends. Nurses with twenty-one (21) or more years of service as defined by their Position Seniority Dates shall not be required to work more than two (2) weekend shifts in any four (4) week scheduling cycle. For purposes of this Section, "work" means time actually worked by such Nurse.

**C.**    The weekend off provisions of this Article may be waived by an individual Nurse, but MPHS shall not require a Registered Nurse to work more than the specified number of weekends.

**D.**    Nurses who regularly work the shift commencing at 2300 hours on consecutive Friday and Saturday nights for a schedule of thirteen (13) consecutive weeks shall be paid at double the Nurse's regular hourly rate for all straight-time hours worked. Nurses who regularly work the shift commencing at 1500 hours on two (2) consecutive weekend evenings for a schedule of thirteen (13) consecutive weeks shall be paid at one and one-half the Nurse's regular hourly rate for all straight-time hours worked. These premiums shall be in lieu of any other differential or premium (including but not limited to holiday rates), which might otherwise apply.

Nurses not covered by the previous paragraph who are required to work on two (2) consecutive weekends, the first of which must be a full weekend, shall be paid a premium of Eight Dollars and Twenty-Five Cents ($8.25) for each hour worked on the second consecutive Saturday and/or Sunday, in addition to the Nurse's regular straight hourly rate of pay and any applicable shift differential, holiday pay or relief premium; however, the premium provided for herein shall not be used in calculating overtime. If MPHS cancels a Nurse's shift on the first of the two consecutive weekends due to overstaffing, the requirement that it have been a full weekend shall not apply.

**E.    Weekend Differential.**    All Nurses shall be paid One Dollar and Fifty Cents ($1.50) per hour for all hours worked between 2300 Friday and 2300 Sunday, regardless of classification or step, and in addition to any other premium pay due.

41

## ARTICLE 30

### LAYOFFS, RECALLS, AND FLOATING

A.    All Nurses shall accrue seniority credit based upon all time worked at either Hospital in any capacity, which seniority may be used by the Nurses once they are performing work covered by the Agreement; provided, however, that Per Diem Nurses shall accrue seniority on the basis of one (1) year for each one thousand (1000) hours worked, not to exceed one (1) year's seniority per year.    After the probationary period of ninety (90) days employment, accumulated length of service will be broken by voluntary resignation, dismissal for just cause, or twelve (12) consecutive months of unemployment as a result of reduction in force (eighteen (18) consecutive months in the case of a layoff caused by a consolidation of services as described below).    In cases where accumulated length of service is broken, the Nurse shall, upon reemployment, be considered as a new employee.

**B.    Criteria For Implementation Of A Reduction In Force.**

1)    Although it is the intent of MPHS to avoid layoffs as a result of consolidation of services between the Mills and Peninsula facilities, should layoffs be anticipated as a result of consolidation, MPHS will give the Association 30 days advance notice of any anticipated layoffs and will meet with CNA to negotiate regarding the layoff decision and effects of the decision prior to implementation of this article.    If, after such negotiations, layoffs will occur, the reduction in force brought about by the consolidation of services between the Mills and Peninsula facilities shall be accomplished as follows: The Nurses in the affected units at both facilities shall be integrated into one list in order of their seniority, as defined above.    All positions in the newly consolidated unit shall be offered in order to the Nurses on that seniority list, where the existing qualifications and ability of those Nurses to perform the available work are equal; provided, however, that MPHS shall provide training in accordance with established programs to Nurses within that Region who are affected by a consolidation of units between the Mills and Peninsula facilities in order to ensure that Nurses from the closed unit have appropriate training in the routines, procedures and equipment of their new unit.    MPHS retains the right to determine which specific nurse skill sets are required based upon patient mix and acuity level and to determine the number of Nurses per shift who will be required to possess these skills at the time of consolidation and thereafter.    In this regard, the Nurse shall be required to accept the same shift and status, if available, when his/her name is next in order on the integrated seniority list so as to eliminate the disruptive effect of changing work assignments within the newly consolidated unit.    Any Nurse who transfers to a different facility by virtue of this procedure shall be given full seniority credit (as defined above) for all purposes under this Agreement.    In the event there are insufficient positions in the newly consolidated unit to accommodate all Nurses on the integrated seniority list, any remaining Nurse shall be entitled to displace the least senior Nurse at his/her home facility who occupies a position for which the Nurse is qualified, as determined by the home facility.    The Nurse thus displaced will have the option of being laid off or becoming part of the Per Diem pool.    If a Nurse loses hours as a result of consolidation of

42

a unit, the lost hours shall be considered a partial layoff. The Nurse(s) shall have the option to pick up any available lost hours in the float pool, subject to MPHS's determination as to its scheduling needs. In the event additional hours in the newly consolidated unit become available, they will be offered by seniority to affected Nurses on that shift before being offered to less senior Nurses on layoff. Such hours shall be allocated in a manner which does not adversely affect staffing patterns.

If there are no such positions for which the Nurse from the consolidated unit is qualified, the Nurse will have the option of being laid off or becoming part of the Per Diem pool. In the event a new position or permanent vacancy is subsequently created in the newly consolidated unit, the Nurse(s) who formerly worked in that unit and who possesses the necessary qualifications and ability to perform the available work, shall be given the first right to fill such a position before it is posted in accordance with the terms of this Agreement. All Nurses who formerly worked in the consolidated unit shall retain such rights for eighteen (18) months from the date of the layoff and shall have up to two (2) weeks to report to work after being so contacted; provided, however, that any such Nurse who accepts a position under the Agreement other than that in which he/she was placed as a result of the consolidation of units shall not thereafter be eligible to exercise such rights.

2)    A reduction in force brought about by reasons other than the consolidation of services between the Mills and Peninsula facilities shall be accomplished on the basis of MPHS seniority (as defined above), where the existing objective/measurable qualifications and ability to perform the available work are equal. Patient care needs and staffing requirements at the affected facility shall also be considered. No layoff made on the basis of seniority may be the subject of a grievance or other claim under this Agreement. A Nurse who would otherwise be laid off by virtue of such a reduction in force may elect to become part of the Per Diem pool or to displace the least senior Nurse in the facility who occupies a position for which he/she possesses the necessary qualifications and ability, as determined by MPHS. The least senior nurse so displaced may then elect to become part of the Per Diem pool or to be laid off.

C.    Recall shall be in the inverse order of layoff. The Nurse shall retain this right to recall for a period of one (1) year after the date of layoff (eighteen (18) months in the event of a layoff brought about by a consolidation of services between the Mills and Peninsula facilities), until the Nurse has accepted another benefited nursing position under this Agreement or until the Nurse has refused to accept such a benefited position within three (3) calendar days after being notified thereof by telephone or by certified mail; provided, however, that such a Nurse shall have up to fourteen (14) calendar days from such acceptance to report to work. For purposes of application of this Article, it shall be the responsibility of the Nurse to keep MPHS informed of the current address and telephone number where he/she may be contacted for such purposes. New Nurses shall not be hired until all qualified Nurses on layoff have been given an opportunity to return to available work.

D.    In the event a grievance is filed over a decision of MPHS(s) pertaining to the existing qualifications and ability of a Nurse as such relates to the subject of a reduction in force,

43

the Association shall have the burden of proving in any arbitration hearing conducted with regard to such a grievance that the decision of MPHS(s) was both arbitrary and capricious.

   **E.**  In the event of a reduction in force, on the request of the Association or MPHS, the parties shall investigate the feasibility of a work-share arrangement among Nurses, and may, by mutual agreement, institute such a work-share arrangement.

   **F.**  MPHS will continue to provide the health (not dental) benefits set forth in Article 15.A for one (1) calendar month following the month in which a Nurse who is then receiving such benefits is laid off.  Thereafter, such Nurse may elect to self-pay for his/her coverage under the benefits provided for in Article 15 in accordance with applicable law.

   **G.**  **Temporary Reductions In Staff/Emergency Staffing Needs.**  The parties to this Agreement recognize MPHS may have sudden drops in patient census or emergency staffing needs in certain departments requiring either temporary layoff of Registered Nurses for a day or several days or temporary assignment to the alternate facility.  On each nursing unit by shift, if there is a need for additional Nurses at the alternate facility, the least senior qualified Nurses will be so assigned; provided, however, that Nurses may be required to work at the other facility only in their same regions and only after orientation.  If staffing needs to be reduced and there is not such a need at the alternate facility, staffing will be reduced within each nursing Region by shift in the following order:

     1)  Registry/Agency Nurses;

     2)  RN's Working Bonus Shifts;

     3)  Volunteers (from "Wants Off" list);

     4)  Per Diem Nurses in accordance with their seniority;

     5)  Regularly scheduled Nurses working extra shifts.

If there is still a need to reduce staffing further, it will be reduced on each nursing unit remaining overstaffed, by shift, in the following order:

     1)  Unit volunteers (voluntary rotation permitted);

     2)  Regularly scheduled Nurses with the least seniority.

   If a change of census in a specific unit occurs during the shift, resulting in an over-staffing situation, MPHS agrees not to involuntarily cancel/send home a MPHS Per Diem or benefited Nurse while maintaining a Traveler in the same unit.

   For the purpose of temporary reduction of staffing according to seniority on a unit by unit basis, the Float Pool Nurses will be assigned to and incorporated into a specific unit's seniority list, according to the region/unit in which they are skilled and are most frequently assigned to work.

*MPHS shall not consider there to be an overstaffed situation, and thereby subject a Nurse to involuntary temporary layoff, unless adequate coverage exists for meal and break relief within that unit. In the event that there is adequate coverage for meal and break relief in the unit and an overstaffed situation exists in which Nurses would be involuntarily subject to temporary layoff, MPHS agrees that for the day and evening shifts one (1) Nurse who would otherwise have been involuntarily temporarily laid off shall instead be reassigned to other duties within MPHS.*

The affected Nurses will be notified of a temporary reduction at least two (2) hours prior to the start of their shift. If Nurses are called off from a previously scheduled shift without the two (2) hours' notice referred to above, they shall be guaranteed either eight (8) hours' work or pay at MPHS's discretion. In order to be eligible for this guarantee, the Nurse must be available to be contacted. If a Nurse is called off, s/he will have the right (at the Nurse's request) to make up a shift, if a shift becomes or is available in the same region during that pay period, provided that the Nurse has indicated during the pay period that s/he wished to be considered for such work during that same pay period. Temporary reductions in staff effected prior to the beginning of the shift shall be for the entire length of the scheduled shift unless mutually agreed upon by the affected RN and MPHS. For temporary reductions of nurses on 12-hour shifts, see Appendix C.

Traveling Nurses shall not be counted in the mix when determining the need for cancellation but may work if they are used as extra staff beyond the number required by the staffing matrices or the required ratios.

**H.    Floating.**  Consistent with MPHS' practice, the parties agree to the following stipulations regarding the floating of RNs:

1) Nurses shall be required to float only within their own region.

2) Floating will be rotated among qualified RNs.

3) Cross region floating can be accomplished only if the RN involved agrees.

4) All RNs will be properly oriented prior to being floated.

5) All RNs will have validated competencies prior to being floated.

Clinical regions are identified as the following:

1) Critical Care: Intensive Care Unit and TCU/Telemetry;

2) Medical/Surgery: 8th Floor, 7th Floor, Ortho, SNF 2nd Floor, SNF 6th Floor, RCI and Acute Rehab;

3) Family Birth Center: Mom/Baby, Labor & Delivery, Special Care Nursery, and Pediatrics;

4) Behavioral Health;

45

5) Emergency Services;

6) Skilled Nursing: MPEC, SNF 2nd Floor and SNF 6th Floor; and

7) Perioperative Services.

I. MPHS will continue its past practices as regards the issue of training Nurses for available openings in the event of a reduction in force prior to the hiring of new Nurses. Nurses laid off for any reason shall have the option of applying and being considered for training for any posted RN position. If such a position has not been previously designated as a training position and such Nurse is deemed eligible in the sole discretion of MPHS, the position shall be reposted for the minimum posting period as a training position in the event that more senior nurses wish to be considered for the position.

J. Nurses terminated as a result of the closure, in whole or in part, of either facility shall receive severance pay in the following amounts: one (1) weeks pay after three (3) months of service; two (2) weeks pay between twelve (12) and thirty-five (35) months of service, and, thereafter, one (1) weeks pay for each year of service, or major portion thereof, up to a maximum of twenty-six (26) weeks. Prior to such terminations, MPHS will meet and confer with CNA.

## ARTICLE 31

### IN-SERVICE EDUCATION AND MANDATORY CLASSES

A. MPHS now provides and shall improve and maintain an in-service education program for Registered Nurses which shall include, but not be limited to: orientation; objectives, policies and procedures of MPHS and Nursing service; skill training; leadership development; and management training. Nurses shall be offered clinical in-service programs.

B. In-service education is intended to:

1) Keep the Nursing staff informed of new and expanding nursing care programs and philosophies, new techniques, equipment, facilities, and concepts of care;

2) Provide training in specialized areas of practice such as emergency room, intensive care unit, coronary care unit, post-anesthesia recovery room, nursery, operating room, OB-GYN, pediatrics, and mental health unit with the objective of maintaining safe, effective and efficient nursing care in such units at all times;

3) Provide an adequate number of qualified personnel for assignment to specialized areas of practice.

Nurses may attend any in-service education class, conference, or lecture held in MPHS providing such attendance does not interfere with staffing or patient care requirements. Classes

46

will be scheduled from time to time on different shifts and before and after shift changes so as to permit Nurses working on various shifts to conveniently attend as many classes as possible. However, MPHS and the Association recognize the need to maintain standards of care by adequate staffing on all units during the presentation of classes or courses under this program. Any program, as above described that is available to regularly scheduled Nurses will also be available to Per Diem Nurses employed by MPHS.

      **C.**     Nurses completing home study required by MPHS will be paid at the normal straight-time rate for the hours allocated for the home study by MPHS and such hours will not be considered as time worked for the purpose of calculating overtime. Nurses encouraged or required by MPHS to attend an informal unaccredited in-service lecture or seminar given by and conducted within MPHS, shall be paid at the normal straight-time rate for the hours the Nurse is in attendance (such as annual recertification day, nurse/M.D. Critical Care updates, etc.). Attendance shall not be considered as time worked for the purpose of calculating overtime.

      **D.**     For pay purposes, staff meetings are considered to be time worked for purposes of calculating overtime.

      **E.**     A.C.L.S. and N.R.P. Certification Training (mandatory for ongoing employment in certain specialty areas, such as critical care, P.A.C.U. Family Birth Center and emergency) is to be processed and paid under the provisions of Article 20, Section F, *Educational Leave*. Per Diem Nurses who work at least 1040 hours in the prior fiscal/calendar year will be paid at their straight-time rate of pay for obtaining the mandatory certification pertinent to their clinical area. Such payment shall also apply to eligible Per Diem Nurses who regularly work in a unit which requires a majority of its scheduled nurses to possess the applicable certification(s).

      **F.**     Staff Nurses shall continue to have input into any competency validation process used to fulfill JCAHO requirements. The initial one-day competency assessment will not be the basis for disciplinary action against any Nurse; provided, however, that the parties agree that the one-day competency assessment may trigger further evaluation, assessments and/or testing.

### ARTICLE 32

### HEALTH AND SAFETY

      **A.**     MPHS shall provide on an annual basis "hands on" training on lift equipment and lifting techniques. It is the intent of MPHS to provide sufficient lifting equipment on each unit.

      **B.**     At a Nurse's request, MPHS shall provide an ergonomic evaluation of the work environment, including the Nurse's workspace and equipment. Prior to any physical changes in the work environment, an ergonomic evaluation shall be done. Results of the ergonomic evaluation shall be reviewed and implemented in accordance with existing safety policies.

# ARTICLE 33

# TECHNOLOGY

A.    Technology must be consistent with the provision of safe, therapeutic, effective care, which promotes patient safety. Deployment of technology shall not limit the RN from following the nursing process, including use of clinical judgment in assessment, evaluation, planning and implementation of care; nor from acting as a patient advocate. The parties acknowledge that new technology may affect nursing duties, but shall not be used to replace the RN's delivery of care to patients.

B.    The manner in which technology is used shall guarantee patient confidentiality.

C.    Technology is intended to enhance, not degrade nursing skills.

D.    Technology is intended to provide information and options for clinical decision-making. Clinicians will maintain accountability for actual clinical decision-making, including incorporating individualized patient needs, complications, co-morbidities, as appropriate.

E.    MPHS will provide opportunities for Staff Nurses (defined here as a PPC member or their designee) to participate, as appropriate, in the selection, design, build and validation processes whenever new technology affecting the delivery of nursing care is being considered. Such Staff Nurses will represent the unit(s) affected.

F.    MPHS shall survey staff nurses on affected unit(s) within six (6) months after the introduction of new technology. Concerns identified will be addressed by MPHS in writing to the nurses in the affected unit(s), with a copy to the PPC.

# ARTICLE 34

# MUTUAL RIGHTS AND RESPONSIBILITIES

A.    MPHS, the Association, and the Nurses covered by this Agreement, as parties to this Agreement, recognize that each has responsibilities to the other and the patients.

B.    The Association and the Nurses recognize that MPHS maintains all of the traditional responsibility and authority to manage MPHS except as limited by the terms of this Agreement or applicable provisions of law.

C.    In the exercise of its rights and responsibilities MPHS recognizes the responsibilities of the Nurses to their licenses and the patients and the right of the Association to represent Nurses covered by this Agreement.

**D.** It is the intention of the parties that all interactions among MPHS, the Association, and the Nurses will be conducted in an atmosphere of mutual respect, as described in the MPHS Standards of Conduct.

**E.** MPHS hospital committees that address issues of nursing care shall include at least one bargaining unit Nurse. The PPC will be notified of the name(s) of the nurse(s) appointed by MPHS to such committees.


# ARTICLE 35

## PHYSICAL EXAMINATIONS

MPHS will maintain their current respective policies pertaining to physical examinations, subject to the right of the parties to mutually agree to modification thereof. Only those tests required or occupationally/medically necessary will be provided to Nurses pursuant to MPHS's physical examination policy.


# ARTICLE 36

## SAVINGS CLAUSE

Should any article or provision of this Agreement be declared or adjudicated unlawful or inoperative by a court of competent jurisdiction, the remaining articles and provisions of this Agreement shall remain in full force and effect to the extent permitted by law.


# ARTICLE 37

## SUCCESSORS

**A.** It is the intent of the parties that this Agreement shall remain in force and effect for its full term. In the event of a sale, merger, consolidation, assignment, divestiture, or other transfer of ownership of MPHS in whole or in part in which Nurses are regularly assigned to work, MPHS will notify the Association at least sixty (60) days prior to the effective date of such action.

**B.** MPHS shall not use any sale, transfer or other mechanism for the purpose of evading the terms of this Agreement.

**C.**     MPHS agrees to meet and confer regarding any proposed relocation, transfer, or reassignment of any unit or patient care area and will notify the Association at least thirty (30) days in advance of the effective date of such action, except in situations in which such actions are caused by disasters or emergencies.

**D.**     This Agreement shall be binding on MPHS and its successors.


# ARTICLE 38

## TERM OF AGREEMENT


**A.**     The effective date of this Agreement is July 28, 2005, and this Agreement shall terminate at Midnight June 30, 2007.

**B.**     Upon written notice delivered by one (1) party to the contract to the other by March 30, 2007, the parties may meet to discuss the negotiation of an Agreement to succeed this Agreement. Best efforts will be made to submit written proposals on or before April 30, 2007, which proposals may, during negotiations, be added to, amended, modified or deleted by both parties hereto. The intent of the parties is to complete negotiations on or before June 30, 2007.

**C.**     It is the intent of the parties that this Agreement shall remain in force and effect for its full term. In the event of a sale, merger, consolidation or other transfer of ownership of MPHS, MPHS will notify the Association at least 60 days prior to the effective date of such action. MPHS shall not use any such sale, transfer or other mechanism for the purpose of evading the terms of this Agreement.

WITNESS OUR HAND AND SEAL THIS ___ DAY OF _____ 2006.

CALIFORNIA NURSES ASSOCIATION

MILLS-PENINSULA HEALTH SERVICES

By: _____
    ROSE ANN DeMORO
    Executive Director

By: _____
    ROBERT W. MERWIN
    Chief Executive Officer

By: _____
    MARGIE MARKS
    Labor Representative

By: _____
    DEBBIE GOODIN
    Vice President

By: _____
    LINDA CAMPAGNA, RN
    Nurse Negotiator

By: _____
    DOLORES GOMEZ
    Vice President

By: _____
    PENNY N. GIER, RN
    Nurse Negotiator

By: _____
    JUDY DIPAOLO
    Director

By: _____
    LUCIANA KINCER, RN
    Nurse Negotiator

By: _____
    MARY ALICE MARTINEZ, RN
    Nurse Negotiator

By: _____
    GENEL MORGAN, RN
    Nurse Negotiator

By: _____
    MARK WANDRO, RN
    Nurse Negotiator

51

## APPENDIX A

## SALARY CONVERSION TABLES FOR STAFF NURSES, PER DIEM NURSES AND CLINICAL NURSES
### EFFECTIVE  JULY 28, 2005 THROUGH JUNE 30, 2007

The following schedule sets forth the wage increases and differentials which have been agreed-upon between the parties and which are reflected in the attached tables.

1. **Staff Nurses I and II:**
   Effective July 31, 2005  -  Variable based on new grid, Table 1
   Effective July 2, 2006  -  6.0%

2. **Clinical Nurse I:**
   $160/month above applicable Staff Nurse step.
   **Clinical Nurse II:**
   $160/month above applicable Clinical Nurse I rate.

3. **Per Diem Nurses:**
   Steps 1-6 – 20% above applicable Step 1-6 Staff Nurse II.

A–1

## APPENDIX A
## WAGE RATES

### Table 1 -- Effective July 31, 2005[1]

| Classification | | Step 1 |
|---|---|---|
| Staff Nurse I | Monthly | 6673 |
| 36122220 | Hourly | 38.50 |
| Hourly + 3.95 | (PM) | 42.45 |
| Hourly + 7.11 | (Night) | 45.61 |
| Hourly x 2080 | (Annual) | 80080 |
| Hourly x 80 | (Biweekly) | 3080 |
| Hourly x 8 | (Daily) | 308 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse II | Monthly | 6847 | 7127 | 7337 | 7651 | 8171 | 8297 | 8462 | 8632 | 8804 | 8980 |
| 36122140 | Hourly | 39.50 | 41.12 | 42.33 | 44.14 | 47.14 | 47.87 | 48.82 | 49.80 | 50.79 | 51.81 |
| Hourly + 3.95 | (PM) | 43.45 | 45.07 | 46.28 | 48.09 | 51.09 | 51.82 | 52.77 | 53.75 | 54.74 | 55.76 |
| Hourly + 7.11 | (Night) | 46.61 | 48.23 | 49.44 | 51.25 | 54.25 | 54.98 | 55.93 | 56.91 | 57.90 | 58.92 |
| Hourly x 2080 | (Annual) | 82160 | 85530 | 88046 | 91811 | 98051 | 99570 | 101546 | 103584 | 105643 | 107765 |
| Hourly x 80 | (Biweekly) | 3160 | 3290 | 3386 | 3531 | 3771 | 3830 | 3906 | 3984 | 4063 | 4145 |
| Hourly x 8 | (Daily) | 316 | 329 | 339 | 353 | 377 | 383 | 391 | 398 | 406 | 414 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clinical Nurse I | Monthly | 7007 | 7287 | 7497 | 7811 | 8331 | 8457 | 8622 | 8792 | 8964 | 9140 |
| 36122138 | Hourly | 40.42 | 42.04 | 43.25 | 45.06 | 48.06 | 48.79 | 49.74 | 50.72 | 51.71 | 52.73 |
| Hourly + 3.95 | (PM) | 44.37 | 45.99 | 47.20 | 49.01 | 52.01 | 52.74 | 53.69 | 54.67 | 55.66 | 56.68 |
| Hourly + 7.11 | (Night) | 47.53 | 49.15 | 50.36 | 52.17 | 55.17 | 55.90 | 56.85 | 57.83 | 58.82 | 59.84 |
| Hourly x 2080 | (Annual) | 84080 | 87450 | 89966 | 93731 | 99971 | 101490 | 103466 | 105504 | 107563 | 109685 |
| Hourly x 80 | (Biweekly) | 3234 | 3363 | 3460 | 3605 | 3845 | 3903 | 3979 | 4058 | 4137 | 4219 |
| Hourly x 8 | (Daily) | 323 | 336 | 346 | 361 | 385 | 390 | 398 | 406 | 414 | 422 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clinical Nurse II | Monthly | 7167 | 7447 | 7657 | 7971 | 8491 | 8617 | 8782 | 8952 | 9124 | 9300 |
| 36122139 | Hourly | 41.35 | 42.97 | 44.18 | 45.99 | 48.99 | 49.72 | 50.67 | 51.65 | 52.64 | 53.66 |
| Hourly + 3.95 | (PM) | 45.30 | 46.92 | 48.13 | 49.94 | 52.94 | 53.67 | 54.62 | 55.60 | 56.59 | 57.61 |
| Hourly + 7.11 | (Night) | 48.46 | 50.08 | 51.29 | 53.10 | 56.10 | 56.83 | 57.78 | 58.76 | 59.75 | 60.77 |
| Hourly x 2080 | (Annual) | 86000 | 89370 | 91886 | 95651 | 101891 | 103410 | 105386 | 107424 | 109483 | 111605 |
| Hourly x 80 | (Biweekly) | 3308 | 3437 | 3534 | 3679 | 3919 | 3977 | 4053 | 4132 | 4211 | 4292 |
| Hourly x 8 | (Daily) | 331 | 344 | 353 | 368 | 392 | 398 | 405 | 413 | 421 | 429 |

[1] The absence of the Perinatal Coordinator position from this and other Wage Scales contained in this Agreement shall in no way be construed as limiting in any manner the Association's right to represent MPHS employees in Perinatal Coordinator positions. The Association expressly retains the right to represent employees in MPHS Perinatal Coordinator positions.