| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 |
|---|---|---|---|---|---|---|---|
| Per Diem | Monthly | N/A | N/A | N/A | N/A | N/A | N/A |
| 36122146 | Hourly | 47.40 | 49.34 | 50.80 | 52.96 | 56.57 | 57.44 |
| Hourly + 3.95 | (PM) | 51.35 | 53.29 | 54.75 | 56.91 | 60.52 | 61.39 |
| Hourly + 7.11 | (Night) | 54.51 | 56.45 | 57.91 | 60.07 | 63.68 | 64.55 |
| | (Daily) | 379 | 395 | 406 | 424 | 453 | 460 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse 12 Hr | Monthly | 7607 | 7919 | 8152 | 8501 | 9079 | 9219 | 9402 | 9591 | 9782 | 9978 |
| 36122150 | Hourly | 43.89 | 45.69 | 47.03 | 49.04 | 52.38 | 53.19 | 54.24 | 55.33 | 56.43 | 57.57 |
| Hourly + 3.95 | (PM) | 47.84 | 49.64 | 50.98 | 52.99 | 56.33 | 57.14 | 58.19 | 59.28 | 60.38 | 61.52 |
| Hourly + 7.11 | (Night) | 51.00 | 52.80 | 54.14 | 56.15 | 59.49 | 60.30 | 61.35 | 62.44 | 63.54 | 64.68 |
| Hourly x 2080 | (Annual) | 91288 | 95032 | 97828 | 102011 | 108945 | 110632 | 112827 | 115092 | 117380 | 119737 |
| Hourly x 80 | (Biweekly) | 3511 | 3655 | 3763 | 3924 | 4190 | 4255 | 4340 | 4427 | 4515 | 4605 |
| Hourly x 8 | (Daily) | 351 | 366 | 376 | 392 | 419 | 426 | 434 | 443 | 451 | 461 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clinical Nurse I 12 Hr | Monthly | 7785 | 8097 | 8330 | 8679 | 9257 | 9397 | 9580 | 9769 | 9959 | 10156 |
| 36122151 | Hourly | 44.91 | 46.71 | 48.06 | 50.07 | 53.40 | 54.21 | 55.27 | 56.36 | 57.46 | 58.59 |
| Hourly + 3.95 | (PM) | 48.86 | 50.66 | 52.01 | 54.02 | 57.35 | 58.16 | 59.22 | 60.31 | 61.41 | 62.54 |
| Hourly + 7.11 | (Night) | 52.02 | 53.82 | 55.17 | 57.18 | 60.51 | 61.32 | 62.38 | 63.47 | 64.57 | 65.70 |
| Hourly x 2080 | (Annual) | 93421 | 97165 | 99962 | 104145 | 111078 | 112765 | 114961 | 117225 | 119513 | 121871 |
| Hourly x 80 | (Biweekly) | 3909 | 3737 | 3845 | 4006 | 4272 | 4337 | 4422 | 4509 | 4597 | 4687 |
| Hourly x 8 | (Daily) | 416 | 374 | 384 | 401 | 427 | 434 | 442 | 451 | 460 | 469 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clinical Nurse II 12Hr | Monthly | 7962 | 8274 | 8507 | 8857 | 9435 | 9575 | 9759 | 9946 | 10136 | 10334 |
| 36122152 | Hourly | 45.94 | 47.74 | 49.08 | 51.10 | 54.43 | 55.24 | 56.30 | 57.38 | 58.48 | 59.62 |
| Hourly + 3.95 | (PM) | 49.89 | 51.69 | 53.03 | 55.05 | 58.38 | 59.19 | 60.25 | 61.33 | 62.43 | 63.57 |
| Hourly + 7.11 | (Night) | 53.05 | 54.85 | 56.19 | 58.21 | 61.54 | 62.35 | 63.41 | 64.49 | 65.59 | 66.73 |
| Hourly x 2080 | (Annual) | 95546 | 99290 | 102086 | 106288 | 113214 | 114899 | 117104 | 119348 | 121636 | 124010 |
| Hourly x 80 | (Biweekly) | 3991 | 4135 | 4242 | 4404 | 4670 | 4735 | 4820 | 4906 | 4994 | 5086 |
| Hourly x 8 | (Daily) | 424 | 439 | 450 | 466 | 492 | 499 | 507 | 516 | 525 | 534 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acute Coord/RDC | Monthly | 7382 | 7671 | 7887 | 8210 | 8746 | 8876 | 9046 | 9221 | 9397 | 9579 |
| 36122550 | Hourly | 42.59 | 44.26 | 45.50 | 47.37 | 50.46 | 51.21 | 52.19 | 53.20 | 54.22 | 55.27 |
| Hourly + 3.95 | (PM) | 46.54 | 48.21 | 49.45 | 51.32 | 54.41 | 55.16 | 56.14 | 57.15 | 58.17 | 59.22 |
| Hourly + 7.11 | (Night) | 49.70 | 51.37 | 52.61 | 54.48 | 57.57 | 58.32 | 59.30 | 60.31 | 61.33 | 62.38 |
| Hourly x 2080 | (Annual) | 88580 | 92051 | 94643 | 98521 | 104948 | 106512 | 108547 | 110647 | 112768 | 114953 |
| Hourly x 80 | (Biweekly) | 3723 | 3856 | 3956 | 4105 | 4352 | 4413 | 4491 | 4572 | 4653 | 4737 |
| Hourly x 8 | (Daily) | 398 | 411 | 421 | 436 | 461 | 467 | 474 | 482 | 491 | 499 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilization Reviewer | Monthly | 6847 | 7127 | 7337 | 7651 | 8171 | 8297 | 8462 | 8632 | 8804 | 8980 |
| 36122350 | Hourly | 39.50 | 41.12 | 42.33 | 44.14 | 47.14 | 47.87 | 48.82 | 49.80 | 50.79 | 51.81 |
| Hourly + 3.95 | (PM) | 43.45 | 45.23 | 46.56 | 48.55 | 51.85 | 52.66 | 53.70 | 54.78 | 55.87 | 56.99 |
| Hourly + 7.11 | (Night) | 46.61 | 48.52 | 49.95 | 52.09 | 55.63 | 56.49 | 57.61 | 58.76 | 59.93 | 61.14 |
| Hourly x 2080 | (Annual) | 82160 | 85530 | 88046 | 91811 | 98051 | 99570 | 101546 | 103584 | 105643 | 107765 |
| Hourly x 80 | (Biweekly) | 3160 | 3290 | 3386 | 3531 | 3771 | 3830 | 3906 | 3984 | 4063 | 4145 |
| Hourly x 8 | (Daily) | 316 | 329 | 339 | 353 | 377 | 383 | 391 | 398 | 406 | 414 |

A–4

## Table 2 -- Effective July 2, 2006

| Classification | | Step 1 |
|---|---|---|
| **Staff Nurse I** | Monthly | 7074 |
| 36122220 | **Hourly** | 40.81 |
| Hourly + 4.19 | (PM) | 53.87 |
| Hourly + 7.54 | (Night) | 48.35 |
| Hourly x 2080 | (Annual) | 84885 |
| Hourly x 80 | (Biweekly) | 3265 |
| Hourly x 8 | (Daily) | 326 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staff Nurse II** | Monthly | 7257 | 7555 | 7777 | 8110 | 8661 | 8795 | 8970 | 9150 | 9332 | 9519 |
| 36122140 | **Hourly** | 41.87 | 43.59 | 44.87 | 46.79 | 49.97 | 50.74 | 51.75 | 52.79 | 53.84 | 54.92 |
| Hourly + 4.19 | (PM) | 46.06 | 47.78 | 49.06 | 50.98 | 54.16 | 54.93 | 55.94 | 56.98 | 58.03 | 59.11 |
| Hourly + 7.54 | (Night) | 49.41 | 51.13 | 52.41 | 54.33 | 57.51 | 58.28 | 59.29 | 60.33 | 61.38 | 62.46 |
| Hourly x 2080 | (Annual) | 87090 | 90661 | 93329 | 97320 | 103934 | 105544 | 107638 | 109799 | 111982 | 114231 |
| Hourly x 80 | (Biweekly) | 3350 | 3487 | 3590 | 3743 | 3997 | 4059 | 4140 | 4223 | 4307 | 4393 |
| Hourly x 8 | (Daily) | 335 | 349 | 359 | 374 | 400 | 406 | 414 | 422 | 431 | 439 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Clinical Nurse I** | Monthly | 7417 | 7715 | 7937 | 8270 | 8821 | 8955 | 9130 | 9310 | 9492 | 9679 |
| 36122138 | **Hourly** | 42.79 | 44.51 | 45.79 | 47.71 | 50.89 | 51.67 | 52.67 | 53.71 | 54.76 | 55.84 |
| Hourly + 4.19 | (PM) | 46.98 | 48.70 | 49.98 | 51.90 | 55.08 | 55.86 | 56.86 | 57.90 | 58.95 | 60.03 |
| Hourly + 7.54 | (Night) | 50.33 | 52.05 | 53.33 | 55.25 | 58.43 | 59.21 | 60.21 | 61.25 | 62.30 | 63.38 |
| Hourly x 2080 | (Annual) | 89010 | 92581 | 95249 | 99240 | 105854 | 107464 | 109558 | 111719 | 113902 | 116151 |
| Hourly x 80 | (Biweekly) | 3423 | 3561 | 3663 | 3817 | 4071 | 4133 | 4214 | 4297 | 4381 | 4467 |
| Hourly x 8 | (Daily) | 342 | 356 | 366 | 382 | 407 | 413 | 421 | 430 | 438 | 447 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Clinical Nurse II** | Monthly | 7577 | 7875 | 8097 | 8430 | 8981 | 9115 | 9290 | 9470 | 9652 | 9839 |
| 36122139 | **Hourly** | 43.72 | 45.43 | 46.72 | 48.63 | 51.81 | 52.59 | 53.60 | 54.63 | 55.68 | 56.76 |
| Hourly + 4.19 | (PM) | 47.91 | 49.62 | 50.91 | 52.82 | 56.00 | 56.78 | 57.79 | 58.82 | 59.87 | 60.95 |
| Hourly + 7.54 | (Night) | 51.26 | 52.97 | 54.26 | 56.17 | 59.35 | 60.13 | 61.14 | 62.17 | 63.22 | 64.30 |
| Hourly x 2080 | (Annual) | 90930 | 94501 | 97169 | 101160 | 107774 | 109384 | 111478 | 113639 | 115822 | 118071 |
| Hourly x 80 | (Biweekly) | 3497 | 3635 | 3737 | 3891 | 4145 | 4207 | 4288 | 4371 | 4455 | 4541 |
| Hourly x 8 | (Daily) | 350 | 363 | 374 | 389 | 415 | 421 | 429 | 437 | 445 | 454 |

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 |
|---|---|---|---|---|---|---|---|
| **Per Diem** | Monthly | N/A | N/A | N/A | N/A | N/A | N/A |
| 36122146 | **Hourly** | 50.24 | 52.30 | 53.84 | 56.15 | 59.96 | 60.89 |
| Hourly + 4.19 | (PM) | 54.43 | 56.49 | 58.03 | 60.34 | 64.15 | 65.08 |
| Hourly + 7.54 | (Night) | 57.78 | 59.84 | 61.38 | 63.69 | 67.50 | 68.43 |
| | (Daily) | 402 | 418 | 431 | 449 | 480 | 487 |

A–5

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Staff Nurse 12 Hr | Monthly | 8064 | 8394 | 8642 | 9011 | 9623 | 9772 | 9966 | 10166 | 10369 | 10577 |
| 36122150 | Hourly | 46.52 | 48.43 | 49.85 | 51.99 | 55.52 | 56.38 | 57.50 | 58.65 | 59.82 | 61.02 |
| Hourly + 4.19 | (PM) | 50.71 | 52.62 | 54.04 | 56.18 | 59.71 | 60.57 | 61.69 | 62.84 | 64.01 | 65.21 |
| Hourly + 7.54 | (Night) | 54.06 | 55.97 | 57.39 | 59.53 | 63.06 | 63.92 | 65.04 | 66.19 | 67.36 | 68.56 |
| Hourly x 2080 | (Annual) | 96765 | 100734 | 103698 | 108132 | 115481 | 117270 | 119597 | 121998 | 124423 | 126922 |
| Hourly x 80 | (Biweekly) | 3722 | 3874 | 3988 | 4159 | 4442 | 4510 | 4600 | 4692 | 4785 | 4882 |
| Hourly x 8 | (Daily) | 372 | 387 | 399 | 416 | 444 | 451 | 460 | 469 | 479 | 488 |
| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
| Clinical Nurse I 12 Hr | Monthly | 8242 | 8572 | 8819 | 9189 | 9801 | 9950 | 10144 | 10344 | 10546 | 10755 |
| 36122151 | Hourly | 47.55 | 49.46 | 50.88 | 53.01 | 56.55 | 57.41 | 58.52 | 59.68 | 60.84 | 62.05 |
| Hourly + 4.19 | (PM) | 51.74 | 53.65 | 55.07 | 57.20 | 60.74 | 61.60 | 62.71 | 63.87 | 65.03 | 66.24 |
| Hourly + 7.54 | (Night) | 55.09 | 57.00 | 58.42 | 60.55 | 64.09 | 64.95 | 66.06 | 67.22 | 68.38 | 69.59 |
| Hourly x 2080 | (Annual) | 98899 | 102867 | 105831 | 110265 | 117615 | 119403 | 121730 | 124131 | 126556 | 129055 |
| Hourly x 80 | (Biweekly) | 4139 | 3956 | 4070 | 4241 | 4524 | 4592 | 4682 | 4774 | 4868 | 4964 |
| Hourly x 8 | (Daily) | 441 | 396 | 407 | 424 | 452 | 459 | 468 | 477 | 487 | 496 |
| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
| Clinical Nurse II 12 Hr | Monthly | 8419 | 8749 | 8996 | 9366 | 9978 | 10127 | 10321 | 10521 | 10723 | 10931 |
| 36122152 | Hourly | 48.57 | 50.48 | 51.90 | 54.03 | 57.57 | 58.43 | 59.54 | 60.70 | 61.86 | 63.07 |
| Hourly + 4.19 | (PM) | 52.76 | 54.67 | 56.09 | 58.22 | 61.76 | 62.62 | 63.73 | 64.89 | 66.05 | 67.26 |
| Hourly + 7.54 | (Night) | 56.11 | 58.02 | 59.44 | 61.57 | 65.11 | 65.97 | 67.08 | 68.24 | 69.40 | 70.61 |
| Hourly x 2080 | (Annual) | 101023 | 104991 | 107955 | 112389 | 119737 | 121525 | 123852 | 126253 | 128678 | 131177 |
| Hourly x 80 | (Biweekly) | 4221 | 4373 | 4487 | 4658 | 4940 | 5009 | 5099 | 5191 | 5284 | 5380 |
| Hourly x 8 | (Daily) | 449 | 464 | 476 | 493 | 521 | 528 | 537 | 546 | 555 | 565 |
| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
| Acute Coord/RDC | Monthly | 7805 | 8111 | 8340 | 8683 | 9251 | 9389 | 9569 | 9754 | 9941 | 10134 |
| 36122550 | Hourly | 45.03 | 46.80 | 48.12 | 50.09 | 53.37 | 54.17 | 55.20 | 56.27 | 57.35 | 58.47 |
| Hourly + 4.19 | (PM) | 49.22 | 50.99 | 52.31 | 54.28 | 57.56 | 58.36 | 59.39 | 60.46 | 61.54 | 62.66 |
| Hourly + 7.54 | (Night) | 52.57 | 54.34 | 55.66 | 57.63 | 60.91 | 61.71 | 62.74 | 63.81 | 64.89 | 66.01 |
| Hourly x 2080 | (Annual) | 93657 | 97336 | 100084 | 104195 | 111008 | 112665 | 114823 | 117048 | 119296 | 121613 |
| Hourly x 80 | (Biweekly) | 3937 | 4079 | 4185 | 4343 | 4605 | 4668 | 4751 | 4837 | 4924 | 5013 |
| Hourly x 8 | (Daily) | 421 | 435 | 445 | 461 | 487 | 494 | 502 | 511 | 519 | 528 |

A–6

| Classification | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | 7 yrs Step 6 | 10 yrs Step 7 | 15 yrs Step 8 | 21 yrs Step 9 | 25 yrs Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilization Reviewer | Monthly | 7257 | 7555 | 7777 | 8110 | 8661 | 8795 | 8970 | 9150 | 9332 | 9519 |
| 36122350 | Hourly | 41.87 | 43.59 | 44.87 | 46.79 | 49.97 | 50.74 | 51.75 | 52.79 | 53.84 | 54.92 |
| Hourly + 4.19 | (PM) | 46.06 | 47.78 | 49.06 | 50.98 | 54.16 | 54.93 | 55.94 | 56.98 | 58.03 | 59.11 |
| Hourly + 7.54 | (Night) | 49.41 | 51.13 | 52.41 | 54.33 | 57.51 | 58.28 | 59.29 | 60.33 | 61.38 | 62.46 |
| Hourly x 2080 | (Annual) | 87090 | 90661 | 93329 | 97320 | 103934 | 105544 | 107638 | 109799 | 111982 | 114231 |
| Hourly x 80 | (Biweekly) | 3350 | 3487 | 3590 | 3743 | 3997 | 4059 | 4140 | 4223 | 4307 | 4393 |
| Hourly x 8 | (Daily) | 335 | 349 | 359 | 374 | 400 | 406 | 414 | 422 | 431 | 439 |

## APPENDIX B

## SIDE LETTER PERTAINING TO SURGERY DEPARTMENT NURSES

A.    Upon agreement between the affected Surgery Department Nurse(s) and MPHS, in circumstances where it is anticipated that all regularly scheduled Surgery Department Nurses will not be needed on a scheduled Saturday shift commencing at 6:00 a.m. at the Peninsula facility, the affected Nurse(s) will remain "on call" for such regularly scheduled Saturday shift and will not have his/her "on call" status canceled after 9:00 p.m. on the preceding Friday, or two (2) hours cancellation notice prior to the beginning of the shift for Per Diem Nurses.

B.    Subject to their non-solicited written requests, Surgery Department Nurses may be asked to voluntarily sign a waiver of overtime premium payments, which would otherwise be due them under the Agreement due to a change in the starting time of their consecutive shifts.  The affected shifts are those commencing between 5:30 a.m. and 12:00 p.m. at Peninsula Hospital and at 6:50 a.m. and 9:50 a.m. at Mills Hospital.

## APPENDIX C

## 12-HOUR SHIFTS

A.    The parties agree to the implementation of 12-hour shifts for Registered Nurses in a specific department or clinical area (hereinafter referred to as the "unit"). Prior to the initial implementation, CNA and MPHS will jointly conduct a secret ballot vote regarding 12-hour shifts in the affected units. A simple majority of those voting will be required before a 12-hour shift schedule is implemented. Eligible voters will be all Registered Nurses in the unit who are members of the bargaining unit represented by the California Nurses Association. MPHS will provide a place for the vote to be conducted in MPHS. This Appendix shall be available to all Nurses in the unit at least one week prior to the vote.

Upon implementation of 12-hour shift staffing schedules, such schedules will continue in the unit indefinitely, subject to the discontinuation provision below. If the decision is made to discontinue the 12-hour shift schedule within six months of implementation, or if individual Nurses wish to return to an eight-hour shift, the Nurses involved will revert to their preexisting schedule and contract provisions. If the decision is made to discontinue the staffing schedule after the first six months, Registered Nurses in 12-hour shift positions may apply for eight-hour shift positions for which they are qualified and as available. Following implementation of 12-hour shift schedules in the unit, Registered Nurses with 12-hour shift positions who desire eight-hour shift positions may apply for available eight-hour shift positions for which they are qualified.

MPHS may discontinue 12-hour shift schedules at any time upon 60 days advance notice to the Nurses in the unit and to CNA and agrees to discuss the decision with CNA and the affected Nurses. CNA may discontinue the staffing schedule upon 60 days notice at any time a simple majority of the nurses of the unit vote to do so. Such a vote will be called when CNA is presented with a petition signed by 30 percent of the eligible voters in the unit as described above and will be conducted in the manner specified above. The terms of the current collective bargaining agreement between the California Nurses Association and Mills-Peninsula Health Services will apply to the Staff Nurse positions in the unit except insofar as such terms may be inconsistent with the terms of this Appendix, in which case this Appendix shall prevail.

B.    **Posting And Scheduling.** Implementation of 12-hour shift schedules will not displace any Nurse with an existing eight-hour shift schedule nor will it require an eight-hour Nurse to change to a 12-hour shift schedule. In the event that, at implementation, more 12-hour shift positions are needed in the unit than there are interested nurses already employed by MPHS, MPHS may utilize outside resources to fill the needed positions, provided that there is no adverse effect on the present staff.

When MPHS has determined that it is necessary to "pair" two 12-hour positions to cover a 24-hour period and one employee chooses to discontinue the 12-hour schedule, the practice may be suspended by MPHS, constituting a return to an eight-hour schedule, unless another partner is hired in order to achieve 24-hour coverage.

The usual full-time 12-hour shift staffing pattern will be three 12-hour shifts in a seven-day work period. Nurses who are regularly scheduled for three complete 12-hour shifts (36 hours) will be recognized as full-time employees. Unless requested by the Nurse, at least two of the three days shall be consecutive.

MPHS will schedule Nurses to work no more than three 12-hour shifts in a row, with at least a two-day break, unless the Nurse submits an unsolicited written request for such a schedule.

MPHS reserves the right to develop a staffing schedule consisting of two 12-hour shifts or two 12-hour shifts and one eight-hour shift in a seven-day work week. Nurses assigned to such schedule will be considered part-time.

C.   **Pay.**   Nurses working a 12-hour shift position will be paid on the basis of a "formula rate". For the purpose of this Appendix, the term "formula rate" is defined to mean the amount resulting from multiplying the Nurse's straight-time hourly rate as provided in the Agreement by the quotient 1.11111 (derived by dividing 40 by 36). Hours worked in excess of 12 hours in a shift (excluding the meal period) will be paid at the rate of twice the Nurse's formula hourly rate. Nurses scheduled to work more than 36 hours in a week, shall be paid at the straight-time formula rate for hours up to 40, then time and one-half of the formula rate thereafter (except that hours beyond 12 in a day will be paid at double time).

Formula rates shall also apply to part-time Nurses working fewer than six 12-hour shifts in a 14-day period. In the event MPHS establishes in the unit a regular schedule which is a combination of eight-hour and 12-hour shifts, the formula rate shall be applied only to the 12-hour shifts (two timecards would be necessitated).

D.   **Benefits.**   Full-time Nurses working three 12-hour shifts in a seven-day work week shall be entitled to benefits, such as time off, pensions, health insurance, education leave, etc. on the same basis as full-time Nurses working a normal 40-hour week. At no time will benefit accruals earned by Nurses in 12-hour shift positions exceed that earned by other full-time Nurses. Part-time Nurses working 12-hour shifts will accrue benefits on the basis of hours worked, although such Nurses will be paid benefits on the basis of the formula rate.

All Nurses working on a holiday recognized in the collective bargaining agreement between the parties will receive one and one-half times their formula rate for each hour worked on the holiday. Hours worked in excess of 12 hours on a holiday will be paid for at double the Nurse's formula hourly rate.

Education leave may be taken in 12-hour segments, regardless of the duration of the instruction. Full-time 12-hour shift Nurses are eligible for 86.5 hours of education leave per year. If the Nurse is normally scheduled to work a 12-hour shift and takes education leave, the Nurse may, if needed in the unit, choose to report to work following the completion of the course, workshop, or seminar; in such an event, the Nurse would utilize only that amount of education leave necessary to cover the time involved for the course and would be paid at the formula rate for the remainder of the shift.

Bereavement and jury duty leaves are available to Nurses in 12-hour shift positions on the same basis as Nurses in eight-hour shift positions.

If accrual rates of any paid leave time necessitate different formulas for 12-hour and eight-hour positions, the Nurse's accrual rate will be adjusted any time there is a change to or from a 12-hour shift position.

E.    **Meal Period And Breaks**.    Nurses covered by this Memorandum of Understanding will be provided with an unpaid one-half hour meal period and three paid 15-minute breaks during the 12-hour shift. Any two breaks may be combined if staffing allows.

F.    **Weekends**. If the 12-hour shift schedule creates a surplus of Nurses scheduled to work weekends, any reduction of scheduled weekends in the unit will be shared equally between Nurses in eight-hour and 12-hour shift positions.

G.    **Temporary Reductions.** Nurses on 12-hour shifts may be subject to temporary reductions subject to the provisions of Article 30(G), except as follows: After the Hospital has notified the 12-hour nurse of the cancellation of her shift, such nurse shall be eligible, at her option, to be scheduled for an 8-hour shift on the next regularly scheduled shift starting at or after the time of the nurse's previously scheduled 12-hour shift. If an 8-hour shift is not available for the cancelled 12-hour nurse, the Hospital shall apply the temporary reduction procedures to all of the scheduled nurses on that 8-hour shift, including the nurse with the cancelled 12-hour shift.

## APPENDIX D

## CONSOLIDATION

Since MPHS plans to consolidate services between the Health Center (Mills) and the Medical Center (Peninsula) facilities, it is hereby agreed that MPHS shall notify the affected Nurses no later than thirty (30) days prior to implementing a consolidation in a unit and/or Region. The affected Nurses may form a committee of no more than four (4) Nurses (two from each campus) to discuss the implementation of the consolidation with MPHS. If the Hospitals and the affected nurses committee reach a resolution regarding the consolidation prior to the expiration of the thirty (30) day period, and subject to the approval by the Association and the majority of the affected RNs, MPHS will implement the consolidation pursuant to that resolution. However, if MPHS and the affected nurses committee cannot achieve a resolution, the consolidation shall be accomplished by integrating the seniority lists and offering the positions and training as set forth in Article 30.B.1.

Any change in the operation, title, or status of a unit in the context of MPHS' consolidation, shall be covered by the provisions of this Appendix.

D-1

## APPENDIX E

## CAPD ON CALL

CAPD Telephone Support Call Nurses provide troubleshooting assistance for the floor Nurses as well as 24/7 support to home peritoneal patients.  The Nurses are not expected to come into the hospital.  Such Nurses shall receive 12% of their hourly base rate and 25% on holidays.

# APPENDIX F

## SIDE LETTER REGARDING NURSE REPRESENTATIVES

For the term of the 2005-2007 contract, up to two designated Nurse Representatives shall be eligible to receive compensation for a combined total of up to eight (8) hours per week for time spent resolving and working to resolve grievances and attending Weingarten meetings, as referenced in Article 27.B.2. Hours may be combined and shall be distributed in accordance with the instructions of the Chief Nurse Representative. Designated Nurse Representatives in Training will not be unreasonably denied release time without pay.

## APPENDIX G

## PACU SIDE LETTER

This side letter of agreement is entered by and between Mills Peninsula Health Services and the California Nurses Association.

Based on an increasing need to provide post-op recovery of patients on the late evening to early night shift, Mills Peninsula Health Services and California Nurses Association agreed on the following steps effective July 22, 2001.

1)    The hours of operations of the PACU will be extended to 12:30 a.m. The scheduled hours of the p.m. shift will be changed to accommodate this change, i.e., 3:30 p.m. to 12:00 a.m.

2)    The PACU staff will be assigned on call for the hours of 12:00 midnight – 7:00 a.m. 7 nights/week. Contractual rates of pay will apply.

3)    The procedure for assigning on-call will be consistent with the procedure used in the Surgery Unit. The on-call stand-by shifts will be assigned on a rotational basis. Regular staff will be assigned on call shifts. Per Diem staff will be required to provide availability per the contract: four shifts per four week scheduling cycle, which include a maximum of two weekend shifts. Per Diems' availability for weekend shifts and on call shifts will count toward their weekend commitment. As per current practice, staff is free to trade on-call assignment with other RNs as long as the RN has current competency for recovery of acute patients and skill level is the same.

4)    Employees that are regularly scheduled to work full time may elect one of the following options to fulfill their on call commitment:

**Option #1**

Work regular scheduled days, take call and do not take any days off

**Option #2**

Take the day off immediately following your scheduled call shift without pay. If you select this option it could result in a change in your benefits and your biweekly scheduled hours. This option is only available if you are scheduled and take call.

(This option is also available for Part-time employees. However the day off will be scheduled around the employees' non-workday)

G-1

**Option #3**

Come in to work the on call shift you are scheduled to work (12:00 – 7:00) which may result in floating to other departments for tasks the employee is competent and skilled to do.

5) If the workflow allows, Nurses assigned to work a regularly scheduled shift may elect to take call. In such circumstances, if the nurse is called in, compensation will be at the base rate of pay.

6) Call shifts will not be cancelled.

7) This agreement is non-precedential.

## APPENDIX H

### SIDE LETTER REGARDING BID SHIFT PILOT PROGRAM

Effective January 1, 2006, MPHS will implement a four (4) month pilot program regarding Per Diem Nurses' shift scheduling. It is the intent of MPHS and the Association that Per Diem Nurses work their commitments.

Under this pilot project, the following principles shall apply:

(1)    A Per Diem Nurse must meet the minimum work requirement (i.e., four shifts a month, two being weekend shifts) based on shifts that are scheduled and confirmed, not by that Nurse's notice of availability.

(2)    A shift worked by a Per Diem Nurse for a benefited RN shall not satisfy the monthly work requirement for per diem status.

(3)    Nurses called in on short notice by MPHS will have the shift count toward the required shifts for per diem status.

The results of the pilot program are to be brought back to MPHS and the Association for adjustment and/or action.

# INDEX

Page

Adjusted Hire Date ............................................................................................3, 4, 8, 27
Anniversary................................................................................................................4, 8
Applicable Dates ...........................................................................................................3
Association Dues ......................................................................................................2, 3
Association Rights .......................................................................................................33
Association Leave...................................................................................................28, 29
Association Visitations ...............................................................................................33
Benefit Date .................................................................................................................5
Bereavement Leave..............................................................................................30, C-3
Bid Shift Pilot Program..............................................................................................H-1
CAPD call ....................................................................................................................E-1
Cancellations...............................................................................4, 6, 44, 45, C-3
Cash Balance Retirement Plan..............................................................................24, 25
Classifications.......................................................................................................6, 7, 8, 9
Clinical Nurse ........................................................................................................8, 10
Compensation ...............................................................5, 9, 24, 27, 31, F-1, G-1
Consolidation Side Letter .......................................................................................D-1
Core and Target Numbers ...............................................................................16, 17, 18
Coverage ................................................................................................................1, 16
Credit for Experience Following Reemployment ......................................................8
Daily Rates for Per Diem Nurses..................................................................................9
Defined Benefit Retirement Plan.......................................................................24, 25
Designated Charge Nurse.......................................................................................9, 10
Disability .........................................................................................3, 23, 25, 27, 28
Discipline .....................................................................................................................32
Dismissal.................................................................................................................32, 42
Double Shifts ...............................................................................................................12
Educational Leave...............................................................................16, 17, 29, 30
Employee Discounts ...................................................................................................23
Employment Categories.......................................................................................5, 6
Evaluation Program .....................................................................................................32
Extended Sick Leave (ESL)..................................................................14, 16, 18
Extended Sick Leave Accrual Rates ..........................................................................16
Family Care Leave........................................................................................................28
Filling of Vacancies .....................................................................................................13
Floating .................................................................................................................42, 45
Full-Time Nurses ..................................................................5, 6, 8, 14, 29, 30
Grandfathered Sick Leave...........................................................................................19
Grievance Procedure...........................................................................................34, 35
Health and Safety ........................................................................................................47
Hire Date.......................................................................................................................3

**INDEX**

Page

Holidays ...........................................................................................6, 9, 12, 14, 19, 20
Holiday, Yearly Work Requirement ........................................................20, 21
In-service Education .................................................................................46, 47
Inter-affiliate Employment........................................................................4, 8, 9
Involuntary Termination ...............................................................................32
Jury Duty...............................................................................................31, C-3
Layoffs ...............................................................................................4, 42, 43
Leaves of Absence ...........................................................................27, 28, 29, 30
Life Insurance............................................................................................24, 27
Mandatory Classes .........................................................................................46
Medical Leaves ..........................................................................................27, 28
Membership ........................................................................................................1
Mergers (see Successors) ...........................................................................49, 50
Military Duty.....................................................................................................31
Missed Rest Periods and Meal Breaks (see Penalty Pay) .................................12
Mutual Rights and Responsibilities .........................................................48, 49
Nondiscrimination............................................................................................3
Nurse Representatives............................................................................. 33, F-1
Nurse Orientation.............................................................................................33
On-Call Shifts ..................................................................................................12
Overtime ...............................................................................9, 11, 12, 24, 30, 41, 47
PACU Sideletter.............................................................................................G-1
Paid Time Off (PTO) ...........................................................14, 15, 16, 17, 18, 28
Paid Time Off (PTO) Accrual Rates..............................................................15
Part Time Nurses............................................................5, 6, 8, 14, 19, 22, 27, 28, 29
Patient Care Committee ..............................................................................36, 40
Patient Classification System.....................................................................37, 38
Payment of PTO and ESL.............................................................................18, 19
Penalty Pay........................................................................................................12
Per Diem Nurses ...........................................5, 6, 9, 13, 22, 24, 25, 26, 30, 42, 44, 47
Personal Leave ..................................................................................................27
Physical Examinations.....................................................................................49
Position Posting ................................................................................................13
Position Seniority Date ..............................................................4, 9, 13, 14, 26, 27, 41
Preceptor Differential.......................................................................................10
Pregnancy Disability Leave.............................................................................28
Probationary Period..........................................................................................42
Professional Performance Committee........................................................36, 37, 40
Professional Leave ....................................................................................28, 29, 30
Recall ...........................................................................................................9, 42, 43
Recognition .........................................................................................................1
Reduction in Force, Implementation of ....................................................42, 43
Reemployment....................................................................................................8, 27, 42

## INDEX

Page

Regions ...................................................................................................5, 45, 46
Relief Charge Nurse.........................................................................................9, 10
Requests for Paid Time Off (PTO) .................................................................16, 17, 18
Requests for Leave.................................................................................................30
Resignation ..................................................................................................32, 42
Rest Between Shifts ...............................................................................................11
Rotating Holiday ............................................................................................20, 21
Retiree Health and Welfare Benefits, Continuation of .........................................26, 27
Retirement............................................................................................19, 24, 25, 26, 27
Salary Review Date...........................................................................4, 5, 6, 7, 8, 27, 32
Savings Clause...................................................................................................49
Scheduling..............................................................................................16, 17, 18, 38, 41
Severance Pay ....................................................................................................46
Shift Differentials...............................................................................................9, 18
Shift Charge Nurse.............................................................................................9, 10
Staff Nurse .......................................................................................6, 7, 8, 9, 47, 48
Staffing Committee..................................................................................14, 17, 37, 38, 39
Successor Language.............................................................................................49, 50
Surgery Department Side Letter..............................................................................B-1
Tax-Deferred Retirement Plan ..................................................................................26
Technology.........................................................................................................48
Temporary Reduction in Staff (daily cancellations) .................................10, 44, 45, C-3
Tenure Steps....................................................................................................6, 7, 8
Term of Agreement...............................................................................................50
Tuition Aid and Textbooks .................................................................................30, 31
Twelve-Hour Shifts...........................................................................................18, 45, C-1
Voting Privileges .................................................................................................31
Wage Table ......................................................................................................A-1
Weekends.......................................................................................................41, C-3
Written Warning, Removal of...................................................................................32





**CALIFORNIA
NURSES
ASSOCIATION**

*A Voice for Nurses — A Vision for Healthcare*

September 14, 2006                                **Sent Via Fax: 650-696-5698**

Claudia Christensen
Assistant Director of Employee Services
Mills-Peninsula Health Services
1783 El Camino Real
Burlingame, CA
94010

**RE:  Grievance on behalf of Lisa Maria Boccignone**

The California Nurses Association is hereby filing a grievance on behalf of Lisa Maria
Boccignone for her termination.

The remedy that we seek is that she be returned to her position and be made financially whole for
any and all losses.

Please contact me as soon as possible to schedule the next meeting.

Sincerely,

Shawn Bartlett
California Nurses Association Labor Representative

**EXHIBIT** 4

## Mills-Peninsula
## Health Services

A Sutter Health Affiliate

1783 El Camino Real
Burlingame, CA 94010
650.696.5400

September 14, 2006

Shawn Bartlett
California Nurses Association
2000 Franklin Street
Oakland, CA 94612

Re: Grievance on behalf of Lisa Maria Boccignone

Mills-Peninsula Health Services is in receipt of the letter stating your intension to grieve
the termination of Lisa Maria Boccignone. Mills-Peninsula Health Services requests that
Ms. Boccignone state, with some detail, the facts and evidence that support her claim of
unjustified termination.

Ms. Bobbi Foster, Director Emergency Services, will then respond in accordance with
Grievance Procedure guidelines.

Sincerely,

Claudia Christensen
Director, Human Resources

Cc: Bobbi Foster

# EXHIBIT 5



CALIFORNIA
NURSES
ASSOCIATION

*A Voice for Nurses – A Vision for Healthcare*

August 3, 2006                                    Sent Via Fax:  650-696-5698

Claudia Christensen
Assistant Director of Employee Services
Mills-Peninsula Health Services
1783 El Camino Real
Burlingame, CA
94010

**RE:  Grievance on behalf of Lisa Maria Boccignone**

The California Nurses Association is hereby filing a grievance on behalf of Lisa Maria
Boccignone due to the incomplete, inconsistent and illegitimately harsh evaluation that Ms.
Boccignone received from her supervisor Bobbi Foster.

The remedy that we seek is that the evaluation is reviewed in the presence of CNA representative
and Mills-Peninsula Nurse Rep. Further, the threats of termination be stricken from her
evaluation and the entire evaluation be redone in a fair and unbiased manner.

Please contact me as soon as possible to schedule the next meeting.

Sincerely,

Shawn Bartlett
California Nurses Association Labor Representative