1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California  94104
   Telephone:    (415) 421-3111
5  Facsimile:    (415) 421-0938

6  Attorneys for Defendants
   MILLS-PENINSULA HEALTH SERVICES,
7  SUTTER HEALTH, BARBARA FOSTER, AND
   CLAUDIA CHRISTENSEN

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  L.M. BOCCIGNONE,                          CASE NO.  CV 07-06243 CRB
                                              (San Mateo County Court Case No.
13                    Plaintiff,              CIV 460718)

14  v.                                        **PROOF OF SERVICE RE NOTICE
                                              TO PLAINTIFF OF REMOVAL OF
15  SUTTER HEALTHCARE (MILLS                  ACTION**
    PENINSULA HEALTH SERVICES),
16  BARBARA "BOBBI" FOSTER, CLAUDIA           **SECOND AMENDED**
    CHRISTENSEN and DOES 1-97,                **COMPLAINT FILED:**    November 14, 2007
17                                            **TRIAL DATE:**          No date set.
                      Defendants.
18

19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

PROOF OF SERVICE RE NOTICE TO PLAINTIFF OF REMOVAL          CV 07-06243 CRB
OF ACTION                                       (SAN MATEO COUNTY COURT CASE NO. CIV 460718)

## PROOF OF SERVICE BY HAND DELIVERY

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. On **December 12, 2007**, I served a true and correct copy of the within documents:

### NOTICE TO PLAINTIFF OF REMOVAL OF ACTION

on the interested parties in said action by placing true and correct copies in a sealed envelope and giving it into the care of **Freewheelin' Attorney Services** for same-day hand delivery to the parties as follows:

> **Robert H. Gold**
> **Gold & Associates**
> **235 Montgomery Street, Suite 747**
> **San Francisco, CA  94104**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **December 12, 2007**, at San Francisco, California.

_Kimberley Byars_
KIMBERLEY BYARS

4811-5352-4994.1

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

PROOF OF SERVICE RE NOTICE TO PLAINTIFF OF REMOVAL
OF ACTION

CV 07-06243 CRB
(SAN MATEO COUNTY COURT CASE NO. CIV 460718)