MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
JEFFREY D. POLSKY (State Bar No. 120975)
Email: polsky@kmm.com
ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendants
MILLS-PENINSULA HEALTH SERVICES,
SUTTER HEALTH AND CLAUDIA CHRISTENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>Defendants. | CASE NO. CV 07-6243 CRB<br>(San Mateo County Court Case No. CIV 460718)<br><br>**CERTIFICATES OF SERVICE**<br><br>SECOND AMENDED<br>COMPLAINT FILED: November 14, 2007<br>TRIAL DATE: No date set. |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CERTIFICATES OF SERVICE

CV 07-6243 CRB
(SAN MATEO COUNTY COURT CASE NO. CIV 460718)

KIMBERLEY BYARS certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is One Post Street, Suite 2600, San Francisco, California 94104, which is located in the state where the service described below took place.

3. On **December 11, 2007**, Freewheelin' Attorney Services served true and correct copies of the documents listed on the attached Proof of Service attached as Exhibit "A".

4. On **December 11, 2007**, Freewheelin' Attorney Services served true and correct copies of the documents listed on the attached Proof of Service attached as Exhibit "B".

5. On **December 12, 2007**, Freewheelin' Attorney Services served true and correct copies of the documents listed on the attached Proof of Service attached as Exhibit "C".

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 14, 2007**, at San Francisco, California.

*/s/ Kimberley Byars*
**KIMBERLEY BYARS**

CERTIFICATES OF SERVICE

CV 07-6243 CRB
(SAN MATEO COUNTY COURT CASE NO. CIV 460718)

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

**EXHIBIT "A"**

| Attorney or party without attorney (name and address): | Telephone No: | For Court Use Only |
|---|---|---|
| JEFFREY D. POLSKY SB#120975<br>KAUFF, McCLAIN & McGUIRE LLP<br>1 POST STREET, STE. 2600<br>SAN FRANCISCO, CA           94104-<br>Attorney for (name): DEFENDANT(S) | (415) 421-3111 | |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
L.M. BOCCIGNONE,

Defendant:
SUTTER HEALTH CARE, ET AL.

| Reference Number:<br>10117.0168 | **PROOF OF SERVICE** | Case Number:<br>CV-07-6243 CRB |
|---|---|---|

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

CIVIL COVER SHEET; JOINDER IN NOTICE OF REMOVAL OF ACTION; PROOF OF SERVICE RE DEFENDANTS' NOTICE OF REMOVAL; DECLARATION OF CLAUDIA CHRISTENSEN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL;

in the within action by personally delivering true copies thereof to the person served as follows:

     Served: ROBERT H. GOLD, ESQ.
  By Serving: MIGUEL GARCIA, RECEPTION
    Address: GOLD & ASSOCIATES LLP
             235 MONTGOMERY STREET, SUITE 747
             SAN FRANCISCO, CA           94104-
Date of Service: 12/11/07
Time of Service: 4:00 PM

Person Serving (name, address, and telephone No.):
Kevin M. Bottomley

**FREEWHEELIN'**
ATTORNEY SERVICE
41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration No: 1023
(3) County:    SAN FRANCISCO
(4) Reg. Exp. Date: August 02, 2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/11/07                              Signature: _____

# EXHIBIT "B"

| Attorney or party without attorney (name and address): | Telephone No: | For Court Use Only |
|---|---|---|
| JEFFREY D. POLSKY SB#120975<br>KAUFF, McCLAIN & McGUIRE LLP<br>1 POST STREET, STE. 2600<br>SAN FRANCISCO, CA          94104-<br>Attorney for (name): DEFENDANT(S) | (415) 421-3111 | |

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN MATEO

Plaintiff:
LISA MARIE BOCCIGNONE,

Defendant:
BOBBI FOSTER,

| Reference Number:<br>10117.0168 | **PROOF OF SERVICE** | Case Number:<br>CIV 460718 |
|---|---|---|

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

NOTICE TO STATE COURT OF REMOVAL OF ACTION;

in the within action by personally delivering true copies thereof to the person served as follows:

    Served:     ROBERT H. GOLD, ESQ.
    By Serving: MIGUEL GARCIA, RECEPTION
    Address:    GOLD & ASSOCIATES LLP
                235 MONTGOMERY STREET, SUITE 747
                SAN FRANCISCO, CA          94104-
    Date of Service: 12/11/07
    Time of Service: 4:00 PM

Person Serving (name, address, and telephone No.):

Kevin M. Bottomley

**FREEWHEELIN'**
ATTORNEY SERVICE
41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration No: 1023
(3) County:         SAN FRANCISCO
(4) Reg. Exp. Date: August 02, 2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/11/07                                      Signature: [signed]

# EXHIBIT "C"

| Attorney or party without attorney (name and address): | Telephone No: | For Court Use Only |
|---|---|---|
| MAUREEN E. McCLAIN (SB # 062050)<br>KAUFF, McCLAIN & McGUIRE LLP<br>1 POST STREET, STE. 2600<br>SAN FRANCISCO, CA           94104-<br>Attorney for (name):  DEFENDANT(S) | (415) 421-3111 | |
| Insert name of court and name of judicial district and branch court, if any:<br>UNITED STATE DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>L. M. BOCCIGNONE, | | |
| Defendant:<br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), ET AL., | | |
| Reference Number:<br>10117.0168 | **PROOF OF SERVICE** | Case Number:<br>C07-6243 CRB |

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION; PROOF OF SERVICE RE NOTICE TO PLAINTIFF OF REMOVAL OF ACTION;

in the within action by personally delivering true copies thereof to the person served as follows:

    Served:   ROBERT H. GOLD, ESQ.
    By Serving:   MIGUEL GARCIA, RECEPTION
    Address:   GOLD & ASSOCIATES LLP
                  235 MONTGOMERY ST., STE. 747
                  SAN FRANCISCO, CA           94104-
    Date of Service:   12/12/07
    Time of Service:   4:20 PM

Person Serving (name, address, and telephone No.):

Patrick Byrne

**FreeWheelin'**
ATTORNEY SERVICE
41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration No:   775
(3) County:           San Francisco
(4) Reg. Exp. Date:   October 23, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  12/12/07                                    Signature: