1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  JEFFREY D. POLSKY (State Bar No. 120975)
   Email: polsky@kmm.com
3  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California  94104
   Telephone:   (415) 421-3111
6  Facsimile:     (415) 421-0938

7  Attorneys for Defendants
   MILLS-PENINSULA HEALTH SERVICES,
8  SUTTER HEALTH AND CLAUDIA CHRISTENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>　　　　　Defendants. | CASE NO.  CV 07-6243 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SUTTER HEALTH'S MOTION TO DISMISS**<br><br>FED. R. CIV. PROC., RULE 12(b)(6)<br><br>**DATE:**　January 25, 2008<br>**TIME:**　10:00 a.m.<br>**DEPT:**　Courtroom 8<br>**JUDGE:**　Charles R. Breyer<br><br>SECOND AMENDED<br>COMPLAINT FILED:　November 14, 2007<br>TRIAL DATE:　No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT SUTTER
HEALTH'S MOTION TO DISMISS

CASE NO.  CV 07-6243 CRB

1   The motion to dismiss Plaintiff's Second Amended Complaint (the
2   "Complaint") pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), filed by
3   Defendant Sutter Health came on for hearing on January 25, 2008, at 10:00 a.m. before
4   this Court in Department 8, the Honorable Charles R. Breyer presiding. Jeffrey D.
5   Polsky and Rossana S. Eltanal, Kauff, McClain & McGuire LLP, appeared as attorneys
6   for Defendant and Robert H. Gold, Gold & Associates LLP, appeared as attorney for
7   Plaintiff L.M. Boccignone.

8   After full consideration of the parties' papers, as well as the argument of counsel, the Court finds that any and all claims against Sutter Health should be dismissed without leave to amend. Plaintiff's claims arise out of conduct occurring within the employee-employer context. The only facts alleged in the Complaint that relate to Sutter Health are that Plaintiff's employer, Mills-Peninsula Health Services, is a subsidiary of Sutter Health. (Compl. at ¶ 1 (2:2-3, 7), ¶ 2 (3:10), ¶ 6, ¶ 7.) Plaintiff further fails to plead that Sutter Health independently committed any wrongful acts. The requested relief is warranted because Plaintiff's fails to state any facts to establish that Sutter Health is Plaintiff's employer. <u>Laird v. Capital Cities/ABC, Inc.</u>, 68 Cal. App. 4th 727, 737 (1998); <u>Wady v. Provident Life and Accident Ins. Co. of America</u>, 216 F. Supp. 2d 1060, 1067 (C.D. Cal. 2002).

**IT IS SO ORDERED.**

DATED: _____

Hon. Charles R. Breyer
United States District Court Judge for
Northern District of California

4843-5187-7890.1

Kauff McClain & McGuire LLP
One Post Street
Suite 2600
San Francisco, CA 94104
Telephone (415) 421-3111

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANT SUTTER HEALTH'S MOTION TO DISMISS

CASE NO. CV 07-6243 CRB