MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
JEFFREY D. POLSKY (State Bar No. 120975)
Email: polsky@kmm.com
ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendants
MILLS-PENINSULA HEALTH SERVICES,
SUTTER HEALTH AND CLAUDIA CHRISTENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>　　　　　Defendants. | CASE NO. CV 07-6243 CRB<br><br>**CERTIFICATES OF SERVICE**<br><br>SECOND AMENDED<br>COMPLAINT FILED: November 14, 2007<br>TRIAL DATE: No date set. |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CERTIFICATES OF SERVICE                                                                                          CASE NO. CV 07-6243 CRB

1  KIMBERLEY BYARS certifies and declares as follows:

2  1.  I am over the age of 18 years and not a party to this action.

3  2.  My business address is One Post Street, Suite 2600, San Francisco, California 94104, which is located in the state where the service described below took place.

3.  On **December 17, 2007**, Freewheelin' Attorney Services served true and correct copies of the documents listed on the attached Proof of Service attached as Exhibit "A".

4.  On **December 18, 2007**, Freewheelin' Attorney Services served true and correct copies of the documents listed on the attached Proof of Service attached as Exhibit "B".

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 19, 2007**, at San Francisco, California.

*Kimberley Byars*
**KIMBERLEY BYARS**

4820-7666-6114.1

KAUFF McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

CERTIFICATES OF SERVICE

CASE NO. CV 07-6243 CRB

# EXHIBIT "A"

| Attorney or party without attorney (name and address): | Telephone No: | For Court Use Only |
|---|---|---|
| MAUREEN E. McCLAIN (SB # 062050)<br>KAUFF, McCLAIN & McGUIRE LLP<br>1 POST STREET, STE. 2600<br>SAN FRANCISCO, CA         94104-<br>Attorney for (name): DEFENDANT(S) | (415) 421-3111 | |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
L. M. BOCCIGNONE,

Defendant:
SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), ET AL.,

| Reference Number:<br>10117.0168 | **PROOF OF SERVICE** | Case Number:<br>C07-6243 CRB |
|---|---|---|

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

DEFENDANT SUTTER HEALTH'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING DEFENDANT SUTTER HEALTH'S MOTION TO DISMISS; PROOF OF SERVICE BY HAND DELIVERY;

in the within action by personally delivering true copies thereof to the person served as follows:

    Served: ROBERT H. GOLD, ESQ.
    By Serving: MIGUEL GARCIA, RECEPTION
    Address: GOLD & ASSOCIATES LLP
              235 MONTGOMERY ST., STE. 747
              SAN FRANCISCO, CA          94104-
    Date of Service: 12/17/07
    Time of Service: 4:30 PM

Person Serving (name, address, and telephone No.):
Patrick Byrne

**FreeWheelin'**
ATTORNEY SERVICE
41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration No:  775
(3) County:             San Francisco
(4) Reg. Exp. Date:  October 23, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   12/17/07                                         Signature: _____

# EXHIBIT "B"

| Attorney or party without attorney (name and address):<br>MAUREEN E. McCLAIN (SB # 062050)<br>KAUFF, McCLAIN & McGUIRE LLP<br>1 POST STREET, STE. 2600<br>SAN FRANCISCO, CA    94104-<br>Attorney for (name): DEFENDANT(S) | Telephone No:<br>(415) 421-3111 | For Court Use Only |
|---|---|---|
| Insert name of court and name of judicial district and branch court, if any:<br>UNITED STATE DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>L. M. BOCCIGNONE, | | |
| Defendant:<br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), ET AL., | | |
| Reference Number:<br>10117.0168 | **PROOF OF SERVICE** | Case Number:<br>C07-6243 CRB |

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT, OR IN ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT; PROOF OF SERVICE RE DEFENDANTS' MOTION TO DISMISS;

in the within action by personally delivering true copies thereof to the person served as follows:

Served: ROBERT H. GOLD, ESQ.
By Serving: MIGUEL GERCIE, ASSISTANT
Address: GOLD & ASSOCIATES LLP
235 MONTGOMERY ST., STE. 747
SAN FRANCISCO, CA    94104-
Date of Service: 12/18/07
Time of Service: 11:35 AM

Person Serving (name, address, and telephone No.):
Patrick Byrne

**FreeWheelin'**
ATTORNEY SERVICE
41 Sutter Street, Suite 1777
San Francisco, California  94104
(415) 487-1750

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration No: 775
(3) County:    San Francisco
(4) Reg. Exp. Date:  October 23, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  12/18/07                    Signature: _____