Case 3:07-cv-06243-CRB    Document 14-3    Filed 01/02/2008    Page 1 of 3

ROBERT H. GOLD (STATE BAR NO. 146136)
GOLD & ASSOCIATES
235 Montgomery Street, Suite 747
San Francisco, CA 94104
Telephone: (415) 354-5400
Facsimile:  (415) 354-5405

Attorney for Plaintiff L. M. Boccignone

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L. M. BOCCIGNONE**, <br><br> *Plaintiff,* <br><br> v. <br><br> **SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,** <br><br> *Defendants.* | Case No. CV-07 6243 CRB <br><br> (San Mateo County Court Case No. CIV 460718) <br><br> **[PROPOSED] ORDER GRANTING FILING FOR MOTION FOR REMAND** <br><br> Courtroom: 8 (19th Floor) <br><br> **Second Amended Complaint Filed: November 14, 2007** <br> **Removal: December 11, 2007** |

GOOD CAUSE GIVEN, THE COURT HEREBY FINDS that there is sufficient basis to allow the Court filing of Plaintiff's Motion (Petition) for Remand and Supporting papers and Ex Parte Application to Enlarge Time to Defendant's Oppose Motion to Dismiss, now set for hearing on January 25, 2008, based upon the declarations of Plaintiff's counsel, Robert H. Gold and his independent contractor, Ms. E. Winchel.

Court also finds, as (if) the Ex Parte Application to Enlarge Time is Granted until after the February 8, 2008, hearing for Motion for Remand, that Plaintiff is to serve both this Court and opposing counsel(s) with their proposed Third Amended Complaint, no later than January 18, 2008, which Plaintiff states will cure defects raised in Motion to Dismiss, now set for hearing on January 25, 2008.  All counsel should make best efforts to meet and confer regarding this proposed Third Amended Complaint in pursuit of Judicial Economy.

DATED: _____      _____
                             JUDGE CHARLES R. BREYER

**Declaration of Andrea L. Boccignone**
- 1 -

**GOLD & ASSOCIATES**
235 MONTGOMERY STREET, SUITE 747
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 354-5400
FACSIMILE: (415) 354-5405

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Declaration of Andrea L. Boccignone**
- 2 -