GOLD & ASSOCIATES
235 Montgomery Street
Suite 747
San Francisco, CA 94104
Telephone: (415) 354-5400
Facsimile:  (415) 354-5405

Attorney for PLAINTIFF,
L.M. BOCCIGNONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| L.M. BOCCIGNONE<br><br>*Plaintiff,*<br><br>V.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES) BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN AND Does 1 through 97, inclusive,<br><br>*Defendants.* | No.  CV 07-6243 (CRB)<br><br>**DECLARATION OF ELIZABETH WINCHELL AS TO INABILITY TO E-FILE ON DECEMBER 31, 2007** |

I, Elizabeth Winchell, hereby swear and declare the following:

1. I am an independent contractor law clerk, working for attorney Robert H. Gold.

2. I have worked over the last eleven years for quite a few attorneys, most of them in San Francisco, and I began e-filing when the local Bankruptcy Court would no longer allow any filing but e-filing.

3. Prior to December 31, 2007, I have successfully e-filed repeatedly.

---

**DECLARATION OF ELIZABETH WINCHELL AS TO INABILITY TO E-FILE**

- 1 -

4. On December 31, 2007, I was unable to e-file the Petition For Remand of L.M. Boccignone, the Plaintiff in the above-captioned action.

5. Both Robert Gold and I spent several hours on December 31st trying to e-file; I have retained screen shots and computer printouts that time stamp some of these attempts, and I can provide these to the Court if the Court wishes.

6. Every time Mr. Gold or I tried to log on to e-file, we either received error messages that there was a problem with the password, or we were directed to the wrong computer screen (one without any "civil" or "criminal" links for e-filing).

7. This is the one and only case in which my attempts to e-file have been unsuccessful.

8. On December 17, 2007, I was able to log on to PACER successfully, so I had no reason to expect 14 days later the kind of trouble Mr. Gold and I experienced.

9. This morning (which is the next business day), I phoned the PACER help desk. Per their instructions, I phoned the help desk for this Court. I was very surprised when the help desk provided a login ID and password other than the ones in our office records, and skeptical until the ID and password provided this morning worked properly to log on for e-filing.

10. I do not know why this Court's help desk had one login ID and password on file for Mr. Gold, and our office files contained a different set, but I can only suppose this may be related to the tremendous turnover we have had in secretarial staff in the last few months.

11. In light of the foregoing, we humbly request that this Court grant us (in an Order) permission to e-file Plaintiff's Petition For Remand today.

**DECLARATION OF ELIZABETH WINCHELL AS TO INABILITY TO E-FILE**
- 2 -

1  I swear the above to be true under penalty of perjury under the laws of the State of
2  California.
3  Dated: December 26, 2007                GOLD & ASSOCIATES

By:_____/s/_____
ELIZABETH WINCHELL
Law Clerk for Gold and Associates

Case 3:07-cv-06243-CRB    Document 14-5    Filed 01/02/2008    Page 5 of 5