ROBERT H. GOLD (STATE BAR NO. 146136)
GOLD & ASSOCIATES
235 Montgomery Street, Suite 747
San Francisco, CA 94104
Telephone: (415) 354-5400
Facsimile:  (415) 354-5405

Attorney for PLAINTIFF,
L.M. BOCCIGNONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| L.M. BOCCIGINONE,<br><br>*Plaintiff,*<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES) BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN AND Does 1 through 97, inclusive,<br><br>*Defendants.* | No.  CV 07 6243  (CRB)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME TO OPPOSE MOTION TO DISMISS, UNTIL AFTER MOTION FOR REMAND TO STATE COURT IS ADJUDICATED**<br><br>DATE:<br>TIME:<br>DEPARTMENT: 8<br>JUDGE:   Charles R. Breyer<br><br>**Second Amended Complaint Filed: November 14, 2007**<br> **Trial Date: No date set** |

On _____, PLAINTIFF L. M. BOCCIGNONE moved that the MOTION TO DISMISS, set to be heard on Friday, January 25, 2008, which was filed by DEFENDANTS FOSTER, CHRISTENSEN, and SUTTER HEALTH (MILLS PENINSULA HEALTH SERVICES), be postponed for (35) thirty-five days until Friday, February, 29, 2008, with Plaintiff's response not due until February 11, 2007, to promote Judicial Economy by allowing Plaintiff to bring her challenge of federal question jurisdiction in her MOTION FOR REMAND TO STATE COURT based on DEFENDANTS NOTICE OF REMOVAL (and with

---

[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME TO OPPOSE MOTION TO DISMISS
- - 1 - -

1  a proposed draft of Plaintiff's Third Amended Complaint (in San Mateo County Superior
2  Court) curing "clerical" defects raised in DEFENDANTS MOTION TO DISMISS.)  Good
3  cause has been shown for the continuance of DEFENDANTS' MOTION TO DISMISS, and
4  therefore, IT IS ORDERED that:

The motion is GRANTED.

Dated: _____

_____
HON. Charles R. Breyer