1  ROBERT H. GOLD (STATE BAR NO. 146136)
   GOLD & ASSOCIATES
2  235 Montgomery Street, Suite 747
   San Francisco, CA 94104
3  Telephone: (415) 354-5400
4  Facsimile:  (415) 354-5405

5  Attorney for PLAINTIFF,
   L.M. BOCCIGNONE

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

11

| | |
|---|---|
| 12  L.M. BOCCIGNONE, | No.  CV 07 6243  (CRB) |
| 13              *Plaintiff,* | **[PROPOSED]** ORDER GRANTING MOTION TO ENLARGE TIME TO OPPOSE MOTION TO DISMISS, UNTIL AFTER MOTION FOR REMAND TO STATE COURT IS ADJUDICATED |
| 14           v. | |
| 15 | |
| 16  SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES) | DATE:<br>TIME: |
| 17  BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN AND Does 1 through 97, inclusive, | DEPARTMENT: 8<br>JUDGE:   Charles R. Breyer |
| 18 | |
| 19              *Defendants.* | **Second Amended Complaint Filed:<br>November 14, 2007<br>Trial Date: No date set** |
| 20 | |

21

22  On _____, PLAINTIFF L. M. BOCCIGNONE moved that the MOTION TO

23  DISMISS, set to be heard on Friday, January 25, 2008, which was filed by DEFENDANTS

24  FOSTER, CHRISTENSEN, and SUTTER HEALTH (MILLS PENINSULA HEALTH

25  SERVICES), be postponed for (35) thirty-five days until Friday, February, 29, 2008, with

26  Plaintiff's response not due until February 11, ~~2007~~ 2008, to promote Judicial Economy by

27  allowing Plaintiff to bring her challenge of federal question jurisdiction in her MOTION FOR

28  REMAND TO STATE COURT based on DEFENDANTS NOTICE OF REMOVAL (and with

1  a proposed draft of Plaintiff's Third Amended Complaint (in San Mateo County Superior
2  Court) curing "clerical" defects raised in DEFENDANTS MOTION TO DISMISS.) Good
3  cause has been shown for the continuance of DEFENDANTS' MOTION TO DISMISS, and
4  therefore, IT IS ORDERED that:

The motion is GRANTED.

Dated: ___January 3, 2008___



_____
HON.