1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  JEFFREY D. POLSKY (State Bar No. 120975)
   Email: polsky@kmm.com
3  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California  94104
   Telephone:   (415) 421-3111
6  Facsimile:    (415) 421-0938

7  Attorneys for Defendants
   MILLS-PENINSULA HEALTH SERVICES,
8  SUTTER HEALTH AND CLAUDIA CHRISTENSEN

9  DENNIS D. STRAZULO (State Bar No. 124695)
   Email:dstrazulo@strazlaw.com
10 NANCY MCCOY (State Bar No. 184983)
   Email:nmccoy@strazlaw.com
11 STRAZULO FITZGERALD, LLP
   One Sansome Street, Suite 3500
12 San Francisco, California 94104
   Telephone: (415) 394-9500
13 Facsimile: (415) 934-9501

14 Attorneys for Defendant
   BARBARA FOSTER

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  L.M. BOCCIGNONE, | CASE NO.  CV 07-6243 CRB |
| 20              Plaintiff, | |
| 21  v. | **DEFENDANTS' REQUEST FOR RECONSIDERATION OF ORDER GRANTING MOTION TO ENLARGE TIME** |
| 22  SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97, | |
| 23 | **COURTROOM:**  8 |
| | **JUDGE:**          Honorable Charles R. Breyer |
| 24              Defendants. | |
| 25 | **SECOND AMENDED** |
| 26 | **COMPLAINT FILED:**  November 14, 2007 |
| | **TRIAL DATE:**           No date set. |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR EXTENSION OF TIME                    CV 07-6243 CRB

1  Defendants Mills-Peninsula Health Services, Sutter Health, Claudia
2  Christensen and Barbara Foster ("defendants") received plaintiff L.M. Boccignone's ex
3  parte application on January 2, 2008. As they were filing their opposition on January 3,
4  2008, they received this court's order granting the application. Defendants respectfully
5  request that they be given an opportunity to be heard on this issue and that the court
6  consider their opposition.

7  I, Jeffrey D. Polsky, hereby attest that the content of this document is
8  acceptable to all persons required to sign this document.

10  DATED: January 3, 2008           Respectfully submitted,

11                                   KAUFF MCCLAIN & MCGUIRE LLP

13                                   By:   /s/ JEFFREY D. POLSKY
14                                              JEFFREY D. POLSKY

15                                   Attorneys for Defendants
                                     MILLS-PENINSULA HEALTH SERVICES,
16                                   SUTTER HEALTH AND CLAUDIA
                                     CHRISTENSEN

18  DATED: January 3, 2008           Respectfully submitted,

19                                   STRAZULO FITZGERALD, LLP

22                                   By:   /s/ NANCY MCCOY
23                                              NANCY MCCOY

24                                   Attorneys for Defendant
                                     BARBARA FOSTER

26  4834-8313-9330.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 1 -

DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR EXTENSION OF TIME       CV 07-6243 CRB