**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 4, 2008**

**C-07-6243**

## L.M. BOCCIGNONE  v.  SUTTER HEALTHCARE; et al.

Attorneys:    Robert H. Gold

Deputy Clerk: **Frank Justiliano**          Reporter:   **Sahar McVickar**

**PROCEEDINGS:**                                                                                         **RULING:**

1.  Remand Matter

2.

3.

4.
( ) Status Conference        ( ) P/T Conference        ( )Case Management Conference

**ORDERED AFTER HEARING:**

Mr. Gold appeared before the Court on a non-calendared matter.  The Court advised Mr. Gold to work out a schedule with opposing counsel and file something in writing for the Court to consider.

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____
        ( )By Court        ( )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO _____       for _____

Discovery Cut-Off _____                        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____               Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: