IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>    Plaintiff,<br><br>  v.<br><br>SUTTER HEALTHCARE,<br><br>    Defendant._____/ | No. C 07-06243 CRB<br><br>**ORDER** |

    Now pending before the Court is defendant's motion for reconsideration of the Court's order granting plaintiff's motion for a continuance of defendant's motion to dismiss. Plaintiff has filed a motion to remand which is currently scheduled to be heard on February 8, 2007. The Court is unavailable on that date; accordingly, the motion to remand is continued to February 15, 2008.

    The Court has reviewed the motion to dismiss, the motion to remand and the motion for reconsideration. While the Court typically hears motions to remand and motions to dismiss in the same case at the same time, in this case it makes more sense for the motion to remand to be heard first. After the Court rules on the jurisdictional issue, plaintiff may choose to amend her complaint thus obviating the need for a ruling on the motion to dismiss. Accordingly, the motion for reconsideration is DENIED. At the February 15, 2008 hearing

//

1   the Court will discuss with the parties the status of the motion to dismiss.

2   **IT IS SO ORDERED.**

3

4   Dated: January 8, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE