1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  JEFFREY D. POLSKY (State Bar No. 120975)
   Email:  polsky@kmm.com
3  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California  94104
   Telephone:   (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendants
   MILLS-PENINSULA HEALTH SERVICES,
8  SUTTER HEALTH AND CLAUDIA CHRISTENSEN

9  DENNIS D. STRAZULO (State Bar No. 124695)
   Email:dstrazulo@strazlaw.com
10 NANCY MCCOY (State Bar No. 184983)
   Email:nmccoy@strazlaw.com
11 STRAZULO FITZGERALD, LLP
   One Sansome Street, Suite 3500
12 San Francisco, California 94104
   Telephone: (415) 394-9500
13 Facsimile: (415) 934-9501

14 Attorneys for Defendant
   BARBARA FOSTER

15
                    UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17

18

19 | L.M. BOCCIGNONE, | CASE NO.  CV 07-6243 CRB |

|  |  |
|---|---|
| L.M. BOCCIGNONE,<br><br>                      Plaintiff,<br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>                      Defendants. | CASE NO.  CV 07-6243 CRB<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 23<br><br>**DEPT:**   Courtroom 8<br>**JUDGE:**  Charles R. Breyer<br><br>**SECOND AMENDED**<br>**COMPLAINT FILED:**  November 14, 2007<br>**TRIAL DATE:**        No date set. |

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

DECLARATION OF ROSSANA S. ELTANAL IN SUPPORT OF
DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED
DOCUMENT, DOCKET NO. 23

CASE NO. CV 07-6243 CRB

1         As set forth in Defendants' Motion to Remove Incorrectly Filed Document,

2   Docket No. 23, Defendants inadvertently filed the document entitled the Declaration of

3   Claudia Christensen in Support of Defendants' Opposition to Motion to Remand on

4   January 25, 2008.

5         Having considered Defendants' Motion To Remove Incorrectly Filed

6   Document, Docket No. 23, and for good cause appearing, the entry for Docket No. 23 is

7   to be removed from the record.

8   **IT IS HEREBY ORDERED.**

9

10   DATED: __January 28, 2008__

11            Hon. Charles R. Breyer

             United States District Court Judge for

12          Northern District of California



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF ROSSANA S. ELTANAL IN SUPPORT OF
DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED
DOCUMENT, DOCKET NO. 23

CASE NO. CV 07-6243 CRB