1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  JEFFREY D. POLSKY (State Bar No. 120975)
   Email: polsky@kmm.com
3  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:  (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendants
   MILLS-PENINSULA HEALTH SERVICES,
8  SUTTER HEALTH AND CLAUDIA CHRISTENSEN

9  DENNIS D. STRAZULO (State Bar No. 124695)
   Email:dstrazulo@strazlaw.com
10 NANCY MCCOY (State Bar No. 184983)
   Email:nmccoy@strazlaw.com
11 STRAZULO FITZGERALD, LLP
   One Sansome Street, Suite 3500
12 San Francisco, California 94104
   Telephone: (415) 394-9500
13 Facsimile: (415) 934-9501

14 Attorneys for Defendant
   BARBARA FOSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>           Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>           Defendants. | CASE NO.  CV 07-6243 CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND**<br><br>**DATE:** February 15, 2008<br>**TIME:**  10:00 a.m.<br>**DEPT:**  Courtroom 8<br>**JUDGE:** Charles R. Breyer<br><br>**SECOND AMENDED**<br>**COMPLAINT FILED:** November 14, 2007<br>**TRIAL DATE:**          No date set. |

The hearing on plaintiff L.M. Boccignone's Motion to Remand came on for hearing on February 15, 2008, at 10:00 a.m. before this Court in Department 8, the Honorable Charles R. Breyer presiding.  Jeffrey D. Polsky and Rossana S. Eltanal,

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER DENYING MOTION TO REMAND                                    CASE NO.  CV 07-6243 CRB

- 2 -

1  Kauff, McClain & McGuire LLP, and Nancy McCoy, Strazulo Fitzgerald, LLP, appeared
2  as attorneys for Defendants and Robert H. Gold, Gold & Associates LLP, appeared as
3  attorney for Plaintiff L.M. Boccignone.
4       After full consideration of the parties' papers, as well as the argument of
5  counsel, the Court denies the motion.
6
7  **IT IS SO ORDERED.**
8
9  DATED: _____    _____
10                               Hon. Charles R. Breyer
                                 United States District Court Judge for
                                 Northern District of California
11 4841-2041-3954.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER DENYING MOTION TO REMAND                    CASE NO. CV 07-6243 CRB