IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

L.M. BOCCIGNONE,

    Plaintiff,

  v.

SUTTER HEALTHCARE,

    Defendant.

No. C 07-06243 CRB

**ORDER**

    The Court is in receipt of plaintiff's letter to the Court dated January 23, 2008.  In its Order of January 8, 2008, the Court intended to stay defendant's motion to dismiss pending resolution of the motion to remand; accordingly, plaintiff need not file an opposition to the motion to dismiss.  Plaintiff shall file his proposed Third Amended Complaint on or before February 11, 2008 and the parties shall be prepared to discuss the proposed complaint at the February 15, 2008 hearing.

    **IT IS SO ORDERED.**

Dated: January 25, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6243\orderrescheduling2.wpd