1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  JEFFREY D. POLSKY (State Bar No. 120975)
   Email: polsky@kmm.com
3  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone: (415) 421-3111
6  Facsimile:  (415) 421-0938

7  Attorneys for Defendants
   MILLS- PENINSULA HEALTH SERVICES,
8  SUTTER HEALTH AND CLAUDIA CHRISTENSEN

9  DENNIS D. STRAZULO (State Bar No. 124695)
   Email:dstrazulo@strazlaw.com
10 NANCY MCCOY (State Bar No. 184983)
   Email:nmccoy@strazlaw.com
11 STRAZULO FITZGERALD, LLP
   One Sansome Street, Suite 3500
12 San Francisco, California 94104
   Telephone: (415) 394-9500
13 Facsimile: (415) 934-9501

14 Attorneys for Defendant
   BARBARA FOSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>　　　　Defendants. | CASE NO. CV 07-6243 CRB<br><br>**DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 23**<br><br>COURTROOM: 8, 19th Floor<br>JUDGE: Honorable Charles R. Breyer<br><br>SECOND AMENDED<br>COMPLAINT FILED: November 14, 2007<br>TRIAL DATE: No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANTS' MOTION TO REMOVE INCORRECTLY
FILED DOCUMENT, DOCKET NO. 23                                    CASE NO. CV 07-6243 CRB

Defendants Mills-Peninsula Health Services, Sutter Health, Claudia Christensen and Barbara Foster hereby move to remove the following from ECF-CAND@cand.uscourts.gov, submitted electronically on January 25, 2008:  Docket No. 23, the Declaration of Claudia Christensen in support of Defendants' Opposition to Motion to Remand.

Defendants inadvertently filed exhibits accompanying said Declaration that contained plaintiff's private information.  (Declaration of Rossana S. Eltanal at ¶ 2.)  Plaintiff requested that the information be removed from the Court's record.  (Eltanal Decl. at ¶ 3.)  The ECF helpdesk has already been contacted.  (Eltanal Decl. at ¶ 4.)  Defendants intend to file a revised Declaration of Claudia Christensen that will not contain plaintiff's private information.  (Eltanal Decl. at ¶ 5.)

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Motion To Remove Incorrectly Filed Document, Docket No. 23.

DATED:  January 26, 2008

Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP

By: /s/ ROSSANA S. ELTANAL
       ROSSANA S. ELTANAL

Attorneys for Defendants
MILLS-PENINSULA HEALTH SERVICES, SUTTER HEALTH AND CLAUDIA CHRISTENSEN

4822-1600-3586.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 23

CASE NO. CV 07-6243 CRB