1 | MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
2 | JEFFREY D. POLSKY (State Bar No. 120975)
Email: polsky@kmm.com
3 | ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
4 | KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
5 | San Francisco, California 94104
Telephone: (415) 421-3111
6 | Facsimile: (415) 421-0938

7 | Attorneys for Defendants
MILLS- PENINSULA HEALTH SERVICES,
8 | SUTTER HEALTH AND CLAUDIA CHRISTENSEN

9 | DENNIS D. STRAZULO (State Bar No. 124695)
Email:dstrazulo@strazlaw.com
10 | NANCY MCCOY (State Bar No. 184983)
Email:nmccoy@strazlaw.com
11 | STRAZULO FITZGERALD, LLP
One Sansome Street, Suite 3500
12 | San Francisco, California 94104
Telephone: (415) 394-9500
13 | Facsimile: (415) 934-9501

14 | Attorneys for Defendant
BARBARA FOSTER

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>Defendants. | CASE NO. CV 07-6243 CRB<br><br>**DECLARATION OF ROSSANA S. ELTANAL IN SUPPORT OF DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 23**<br><br>COURTROOM: 8, 19th Floor<br>JUDGE: Honorable Charles R. Breyer<br><br>SECOND AMENDED<br>COMPLAINT FILED: November 14, 2007<br>TRIAL DATE: No date set. |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

I, Rossana S. Eltanal, do hereby declare:

1. I am an associate in the law firm of Kauff, McClain & McGuire, LLP, counsel for Defendants Mills-Peninsula Health Services, Sutter Health and Claudia Christensen in the above-entitled action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, would be competent to testify.

2. I mistakenly attached exhibits to the Declaration of Claudia Christensen in Support of Defendants' Opposition to Motion to Remand that contained plaintiff's private information. On January 25, 2008, said Declaration and the accompanying exhibits were inadvertently filed with the Court and entered as Docket No. 23.

3. On January 26, 2008, plaintiff's attorney, Robert Gold, requested that Defendants remove the information from the Court's record.

4. I notified the ECF help desk concerning the incorrectly filed document. Attached as Exhibit A is a true and correct copy of my e-mail correspondence to the ECF help desk.

5. I intend to file with the Court a revised Declaration of Claudia Christensen that will not contain plaintiff's private information. The Enrollment Form and Election Summary for MPHS Point of Service (CNA) originally attached to Docket No. 23 as Exhibits B and C, respectively, will not be attached to the revised Declaration.

I have read this statement, and do hereby declare, under penalty of perjury under the laws of the United States, that it is true and correct.

Executed in San Francisco, California on January 27, 2008.

_____
ROSSANA S. ELTANAL

4821-3211-7506.1

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

DECLARATION OF ROSSANA S. ELTANAL IN SUPPORT OF DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 23

CASE NO. CV 07-6243 CRB