# EXHIBIT A

**Eltanal, Rossana S.**

| | |
|---|---|
| **From:** | Eltanal, Rossana S. |
| **Sent:** | Saturday, January 26, 2008 3:01 PM |
| **To:** | ECFHelpdesk@cand.uscourts.gov |
| **Subject:** | Case 3:07-cv-06243-CRB |
| **Importance:** | High |

L. M. Boccignone v. Sutter Health, et al.
Case 3:07-cv-06243-CRB

Dear Clerk,

I am writing to provide the Court with immediate notice of an inadvertent filing containing private information. The disclosure of the private information was in error. A Motion to Remove Incorrectly Filed Document will be filed with the Court first thing on Monday, January 28, 2008.

The docket number is **#23** entitled the *Declaration of Claudia Christensen in support of Defendants' Opposition to Motion to Remand* filed with the Court on January 25, 2008.

Sincerely,

Rossana S. Eltanal, Esq.
Kauff, McClain & McGuire LLP

1/27/2008