1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306-2112
4  Telephone:    650-838-2000
   Facsimile:    650-838-2001
5
   Attorneys for Plaintiff and Counterdefendant
6  ELANTECH DEVICES CORPORATION

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | ELANTECH DEVICES CORP.,            | Case No. 3:06-CV-01839 CRB
12 |                                    |
   |        Plaintiff,                  | [PROPOSED] ORDER TO ENLARGE
13 |                                    | TIME FOR BRIEFING AND HEARING
   |   vs.                              | OF SYNAPTICS' MOTIONS FOR
14 |                                    | SUMMARY JUDGMENT
   | SYNAPTICS, INC. and AVERATEC, INC, |
15 |                                    |
   |        Defendants.                 |
16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER GRANTING ELANTECH'S MOTION TO ENLARGE TIME FOR
BRIEFING AND HEARING OF SYNAPTICS' MOTIONS FOR SUMMARY JUDGMENT     CASE NO. 3:06-CV-01839 CRB

1   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

2   Plaintiff Elantech Devices Corp.'s Motion Under Civ. L.R. 6-3 to Enlarge Time For Briefing
3   And Hearing On Synaptics' Motions for Summary Judgment, is GRANTED. The hearing of
4   Synaptics' Motions for Summary Judgment is continued from February 15, 2008 at 10:00 a.m. to
5   March 7, 2008 at 10:00 a.m. and the briefing schedule is adjusted to follow the timing pursuant to the
6   local rules

**IT IS SO ORDERED.**

Dated: __January 28_____, 2008



---

1

PROPOSED ORDER GRANTING ELANTECH'S MOTION TO ENLARGE TIME FOR
BRIEFING AND HEARING OF SYNAPTICS' MOTIONS FOR SUMMARY JUDGMENT     CASE NO. 3:06-CV-01839 CRB