MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
JEFFREY D. POLSKY (State Bar No. 120975)
Email: polsky@kmm.com
ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendants
MILLS-PENINSULA HEALTH SERVICES,
SUTTER HEALTH AND CLAUDIA CHRISTENSEN

DENNIS D. STRAZULO (State Bar No. 124695)
Email:dstrazulo@strazlaw.com
NANCY MCCOY (State Bar No. 184983)
Email:nmccoy@strazlaw.com
STRAZULO FITZGERALD, LLP
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 394-9500
Facsimile: (415) 934-9501

Attorneys for Defendant
BARBARA FOSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>                 Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>                 Defendants. | CASE NO. CV 07-6243 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 23<br><br>DEPT: Courtroom 8<br>JUDGE: Charles R. Breyer<br><br>SECOND AMENDED<br>COMPLAINT FILED: November 14, 2007<br>TRIAL DATE: No date set. |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF ROSSANA S. ELTANAL IN SUPPORT OF DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 23

CASE NO. CV 07-6243 CRB

As set forth in Defendants' Motion to Remove Incorrectly Filed Document, Docket No. 23, Defendants inadvertently filed the document entitled the Declaration of Claudia Christensen in Support of Defendants' Opposition to Motion to Remand on January 25, 2008.

Having considered Defendants' Motion To Remove Incorrectly Filed Document, Docket No. 23, and for good cause appearing, the entry for Docket No. 23 is to be removed from the record.

**IT IS HEREBY ORDERED.**

DATED: _January 28, 2008___

_____
Hon. Charles R. Breyer
United States District Judge for
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

DECLARATION OF ROSSANA S. ELTANAL IN SUPPORT OF DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 23

CASE NO. CV 07-6243 CRB