MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
JEFFREY D. POLSKY (State Bar No. 120975)
Email: polsky@kmm.com
ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendants
MILLS- PENINSULA HEALTH SERVICES,
SUTTER HEALTH AND CLAUDIA CHRISTENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>              Plaintiff,<br><br>v.<br><br>SUTTER HEALTHCARE (MILLS PENINSULA HEALTH SERVICES), BARBARA "BOBBI" FOSTER, CLAUDIA CHRISTENSEN and DOES 1-97,<br><br>              Defendants. | CASE NO. CV 07-6243 CRB<br><br>**REVISED DECLARATION OF CLAUDIA CHRISTENSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND**<br><br>DATE: February 15, 2008<br>TIME: 10:00 a.m.<br>COURTROOM: 8, 19th Floor<br>JUDGE: Honorable Charles R. Breyer<br><br>**SECOND AMENDED COMPLAINT FILED:** November 14, 2007<br>**TRIAL DATE:** No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

REVISED DECLARATION OF CLAUDIA CHRISTENSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND

CASE NO. CV 07-6243 CRB

I, Claudia Christensen, do hereby declare:

1. I have been employed since October 2002 in the Human Resources Department of Mills-Peninsula Health Services ("MPHS"). My current employment title is Director, Human Resources. I therefore have personal knowledge of the facts set forth in this Declaration.

2. MPHS offers a variety of employee benefit plans to its employees, including the Mills-Peninsula Point of Service Health Plan. Attached as Exhibit A is a true and correct copy of the Chart of Administrative Information for the Mills-Peninsula Benefit Plans. The Mills-Peninsula Point of Service Health Plan is a welfare benefit plan that offers group medical benefits to employees of MPHS. Id.

3. Plaintiff, Lisa Maria Boccignone, was employed as an RN in the Emergency Services Department of MPHS from January 24, 2005 until the date of her termination effective September 7, 2006.

4. During her employment with MPHS, plaintiff elected coverage under the Mills-Peninsula Point of Service Health Plan.

5. The costs associated with the Mills-Peninsula Point of Service Health Plan were assumed by MPHS, without any cost to plaintiff.

I have read this statement, and do hereby declare, under penalty of perjury under the laws of the United States, that it is true and correct.

Executed in Burlingame, California on January 28, 2008.

_Claudia Christensen_
CLAUDIA CHRISTENSEN

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

REVISED DECLARATION OF CLAUDIA CHRISTENSEN IN
SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO
REMAND

- 2 -

CASE NO. CV 07-6243 CRB

# EXHIBIT A

## Chart of Administration Information for the Mills-Peninsula Benefit Plans

| | Mills-Peninsula Point of Service Health Plan | Mills-Peninsula PPO Plans | Pacificare | Delta Dental Premier Plan | Vision Plan Accounts | Flexible Spending | Life/AD&D Insurance Plan | Supplemental Life Insurance | Long-Term Disability |
|---|---|---|---|---|---|---|---|---|---|
| Plan Name Plans | Mills-Peninsula Health Services Point of Service Health Plan | Mills-Peninsula Health Services PPO Classic and PPO Plus | Mills-Peninsula Health Services Pacificare HMO | Mills-Peninsula Health Services Dental Premier Plan | Mills-Peninsula Health Services Vision Service Planning Account | Mills-Peninsula Health Services IRC Section 125 Flexile Spending Benefits for | Group Basic Life & Accidental Death, Dismemberment and Loss of Sight Employees of Program | Group Supplement Life and Dependent Life Insurance for Health Services Employee of Mills-Peninsula | Group Long-Term Disability Plan for Employees of Mills-Peninsula Health Services |
| Plan Number | 506 | 506 | 505 | 506 | 506 | 508/509 | 506 | 506 | 506 |
| Type of Plan | Welfare benefit plan; Group medical benefits | Welfare benefit plan; Group medical benefits | Welfare benefit plan; Group medical benefits | Welfare benefit plan; Group medical benefits | Welfare benefit plan; Group medical benefits | IRC Section 125 flexible spending account program | Welfare benefit plan; Group basic life, AD&D, and loss of sight benefits | Welfare benefit plan; Group supplemental life and dependent life benefits | Welfare benefit plan; Group long-term disability benefits |
| Source of Plan Contributions | Mills-Peninsula Health Services and participating employees | Mills-Peninsula Health Services and participating employees | Mills-Peninsula Health Services and participating employees | Mills-Peninsula Health Services and participating employees | Mills-Peninsula Health Services and participating employees | Participating employees | Mills-Peninsula Health Services | Mills-Peninsula Health Services and participating employees | Mills-Peninsula Health Services |
| Plan Year | Jan. 1 - Dec. 31 | Jan. 1 - Dec. 31 | Jan. 1 - Dec. 31 | Jan. 1 - Dec. 31 | Jan. 1 - Dec. 31 | Jan. 1 - Dec. 31 | Jan. 1 - Dec. 31 | Jan. 1 - Dec. 31 | Jan. 1 - Dec. 31 |
| Type of Administration/ Funding | Benefits are furnished under a health care plan funded by the plan sponsor Benefits are self insured | Benefits are furnished under a health care plan funded by the plan sponsor Benefits are self insured | Benefits are furnished under a health care plan funded by the plan sponsor Benefits are fully insured | Benefits are furnished under a health care plan funded by the plan sponsor Benefits are self insured | Benefits are furnished under a health care plan funded by the plan sponsor Benefits are self insured | Benefits are provided from Mills-Peninsula general assets | Benefits are provided in accordance with the provisions of the applicable group policy | Benefits are provided in accordance with the provisions of the applicable group policy | Benefits are provided in accordance with the provisions of the applicable group policy |
| Plan Administrator | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 650-696-5678 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 650-696-5678 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 650-696-5678 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 650-696-5678 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 650-696-5678 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 650-696-5678 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 650-696-5678 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 650-696-5678 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 650-696-5678 |
| Agent for Service of Legal Process | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 | Mills-Peninsula Health Services 1783 El Camino Burlingame, CA 94010 |