**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 15, 2008**

**C-07-06243 CRB**

**L.M. BOCCIGNONE  v.  SUTTER HEALTHCARE**

Attorneys:      Robert Gold                               Nancy McCoy

                                                          Jeff Polsky

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Wyatt**

**RULING:**

1.  Motion to Remand                                                          Submitted

2. _____

3. _____

**ORDERED AFTER HEARING:**

The Court grants plaintiff's 3rd Amended Complaint to be file and counsel accepts service in open court.

Plaintiff is to change the caption on the complaint now at issue, the Court denies request to file under Jane Roe.  The Court grants leave to file 4th Amended Complaint to be file by 2/29/2008 (with in 14 days).  Court to advise parties if further briefing is needed.

(X) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court  X
( ) Referred to Magistrate Judge For: _____
( ) CASE CONTINUED TO _____        for _____

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____             Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                            Type of Trial:  ( )Jury    ( )Court

Notes: _____