1

2

3

4

5

6                                IN THE UNITED STATES DISTRICT COURT

7

8                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   L.M. BOCCIGNONE                                      NO. CV 07-06243 CRB

11                        Plaintiff,                      **CLERK'S NOTICE RE: FAILURE
                                                          TO FILE ELECTRONICALLY
12        v.                                              AND/OR REGISTER AS AN E-
                                                          FILER**
13   SUTTER HEALTHCARE
                         Defendant.
14   _____/

15

16   On **February 12, 2008 and February 14, 2008**, counsel for **plaintiff L.M. Boccignone** filed a

17   **Declaration of Robert H. Gold (document no. 34), proposed Third Amended Complaint**

18   **(document no. 35), Ex Parte Motion to change case name (document no. 36), Declaration of**

19   **Robert H. Gold (document no. 36) and proposed Order**  manually, on paper.  This case has been

20   designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

21

22   The above mentioned  paper document has been filed and docketed. However, General Order 45

23   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

24   presumptively designated" as e-filing cases. Therefore, counsel for **plaintiff L.M. Boccignone**  should

25   submit the **abovementioned documents**, in PDF format within 10 days, as an attachment in an ***e-mail***

26   message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click

27   on the **Judges** button and follow the procedure listed there).  Do ***not*** e-file a document which has been

28   previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should

**United States District Court**
For the Northern District of California

1   be e-filed.

2

3   Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

4   become an ECF User and be assigned a user ID and password for access to the system upon designation

5   of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

6   must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

7   at ecf.cand.uscourts.gov.

8   Dated: February 19, 2008                              Maria Loo
                                                          Deputy Clerk

**United States District Court**
For the Northern District of California

2