IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. BOCCIGNONE,<br><br>    Plaintiff,<br><br>  v.<br><br>SUTTER HEALTHCARE,<br><br>    Defendant._____/ | No. C 07-06243 CRB<br><br>**ORDER RE: FOURTH AMENDED COMPLAINT** |

   Now pending before the Court is plaintiff's Fourth Amended Complaint. Plaintiff has attempted to draft the complaint such that it does not state a federal question. It is the Court's intention to decline to exercise supplemental jurisdiction and remand this action if it no longer states a federal question.

   Defendant shall advise the Court in writing, on or before March 14, 2008, as to whether it believes the Fourth Amended Complaint states a federal question such that the Court would have original jurisdiction of this matter. If defendant asserts there is federal jurisdiction, such that the Court cannot remand this action, it shall file a memorandum on or before March 14, 2008, not to exceed 5 pages, which sets forth the basis for its assertion. After receipt of defendant's submission the Court will advise the parties if further briefing or oral argument is required.

//

1   The March 28, 2008 Case Management Conference is VACATED until further order
2 of the Court.
3   **IT IS SO ORDERED.**

5 Dated: March 7, 2008      CHARLES R. BREYER
                             UNITED STATES DISTRICT JUDGE