UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

L.M. BOCCIGNONE,

        Plaintiff,

  v.

SUTTER HEALTHCARE et al,

        Defendant.

Case Number: CV07-06243 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert H. Gold
Gold & Associates
235 Montgomery Street
Suite 305
San Francisco, CA 94104

Dated: March 13, 2008

                              Richard W. Wieking, Clerk
                              By: Barbara Espinoza, Deputy Clerk