**FILED**

APR 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 25, 2008

San Mateo County Superior Court
Southern Branch : Hall of Justice
400 County Center
Redwood City, CA 94063

RE: **CV 07-06243 CRB    L.M. BOCCIGNONE-v-SUTTER HEALTHCARE**
    Your Case Number: (CIV 460718)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (x)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record

RECEIVED
MAR 2 8 2008
CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg